1  Joseph M. Alioto (State Bar No 42680)
   Tatiana V. Wallace (SBN 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35th Floor
3  San Francisco, CA  94104
   Telephone:      (415) 434-8900
4  Facsimile:       (415) 434-9200
   Email:            jmalioto@aliotolaw.com
5

6  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
7  Cadio Zirpoli (State Bar No. 179108)
   Elissa Buchanan (State Bar No. 249996)
8  David H. Seidel (State Bar No. 307135)
   **JOSEPH SAVERI LAW FIRM, LLP**
9  601 California Street, Suite 1000
   San Francisco, California 94108
10 Telephone:      (415) 500-6800
   Facsimile:       (415) 395-9940
11 Email:            jsaveri@saverilawfirm.com
                    swilliams@saverilawfirm.com
12                  czirpoli@saverilawfirm.com
                    eabuchanan@saverilawfirm.com
13                  dseidel@saverilawfirm.com

14

15

16                          **UNITED STATES DISTRICT COURT**

17                          **NORTHERN DISTRICT OF CALIFORNIA**

18

19 DANTE DEMARTINI, CURTIS BURNS JR.,          Case No. 3:22-cv-08991
   NICHOLAS ELDEN, JESSIE GALVAN,
20 CHRISTOPHER JOSEPH GIDDINGS-LAFAYE,         **DECLARATION OF DAVID SEIDEL IN**
   STEVE HERRERA, HUNTER JOSEPH                **SUPPORT OF MOTION FOR**
21 JAKUPKO, DANIEL DERMOT ALFRED               **PRELIMINARY INJUNCTION**
   LOFTUS, BEOWULF EDWARD OWEN, and
22 IVAN CALVO-PÉREZ,

23                Plaintiffs,

24        v.

25 MICROSOFT CORPORATION, a Washington
   corporation,
26
                  Defendant.
27

28

DECLARATION OF DAVID SEIDEL IN SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION – CASE NO. 3:22-CV-08991

I, David Seidel, declare and state as follows:

1. I am an attorney in good standing with the State Bar of California and admitted to practice in the Northern District of California. I am an associate at the Joseph Saveri Law Firm, LLP ("JSLF"), Plaintiffs' counsel of record. Unless otherwise indicated, I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently to them. I make this declaration pursuant to 28 U.S.C. § 1746.

2. Attached as **Exhibit A** is a true and correct copy of the Phase 1 Decision by the Competition & Market Authority on the anticipated acquisition by Microsoft Corporation of Activision Blizzard, Inc., dated September 1, 2022.

3. Attached as **Exhibit B** is a true and correct copy of the Congressional Research Service report entitled "Microsoft's Proposed Acquisition of Activision Blizzard: In Brief," dated August 3, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2022.

By: _____
David Seidel