Joseph M. Alioto (State Bar No 42680)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:	(415) 434-8900
Facsimile:	(415) 434-9200
Email:		jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:	(415) 500-6800
Facsimile:	(415) 395-9940
Email:		jsaveri@saverilawfirm.com
		swilliams@saverilawfirm.com
		czirpoli@saverilawfirm.com
		eabuchanan@saverilawfirm.com
		dseidel@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendants. | Case No. 3:22-cv-08991<br><br>**DECLARATION OF DANTE DEMARTINI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Dante Randal DeMartini, declare and state as follows:

1. I am making this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the statements, and if called as a witness, I would completely testify about them.

2. I am a resident of San Francisco, California. I currently work as a sales representative. I have been an avid gamer for many years and have played and purchased numerous games on different platforms. I have also purchased several games from Activision Blizzard, including *Call of Duty*, *World of Warcraft*, *Starcraft II*, *Overwatch* and *Overwatch 2*, *Diablo III*, and *Hearthstone*.

3. I play games primarily on PlayStation and PC, but I have also owned an Xbox in the past. When I play on PC, I use the Microsoft Windows operating system. I have subscribed in the past to PlayStation Plus, PlayStation's multi-game library subscription service. I do not currently play on a cloud-based gaming service, but I believe I have an account for Shadow, a cloud-based gaming provider. While I do not currently use a cloud-based gaming service, I anticipate doing so in the future.

4. I currently play several multiplayer games, such as those mentioned above and others, with friends. I sometimes play with friends across different gaming platforms. The ability to play with my friends is very important and a big part of why I enjoy playing video games.

5. I am deeply concerned about the possible harm from this merger. If this merger is permitted, it might result in a lessening of the quality and output of gaming content and may raise prices. It could also mean that Activision Blizzard and other Microsoft games would become unavailable on non-Microsoft gaming platforms. I am also concerned that the merger could impact interoperability of games – preventing me from playing games with friends across different platforms. More generally, I am concerned that this merger will make Microsoft too big in the gaming industry, and Microsoft's dominance through many mergers and acquisitions will harm the gaming industry.

1 | I declare under penalty of perjury and the laws of the United States that the foregoing is
2 | true and correct, and this Declaration is executed in San Francisco, California, on December 20,
3 | 2022.

By: */s/ Dante DeMartini*

Dante DeMartini

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1, I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2022.

By:  */s/ Joseph R. Saveri*
       Joseph R. Saveri