Joseph M. Alioto (State Bar No 42680)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendants. | Case No. 3:22-cv-08991<br><br>**DECLARATION OF HUNTER JOSEPH JAKUPKO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Hunter Joseph Jakupko, declare and state as follows:

1. I am making this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the statements made in this declaration, and if called as a witness, I would completely testify about them.

2. I am a resident of Los Angeles, California. I currently work as a personal assistant. I have been an avid gamer for many years and have played and purchased numerous games from Activision Blizzard, including *Call of Duty: Modern Warfare 2, Call of Duty: Warzone 2.0, World of Warcraft*, as well as *Overwatch*, and *Overwatch 2*.

3. I currently play games predominantly on PlayStation but have previously played on Xbox and PC. I used to play World of Warcraft on my PC, and when I did, I used the Apple iOS operating system. While I do not currently use a cloud-based gaming service, I anticipate doing so in the future.

4. I currently play several multiplayer games, such as those mentioned above and others with friends. I sometimes play with friends across different gaming platforms. The ability to play with my friends is very important and a big part of why I enjoy playing video games.

5. I am deeply concerned about the possible harm from this merger. If this merger is permitted, it might result in a lessening of the quality and output of gaming content and may raise prices. It could also mean that Activision Blizzard and other Microsoft games would become unavailable on non-Microsoft gaming platforms. I am also concerned that the merger could impact interoperability of games – preventing me from playing games with friends across different platforms. I am further concerned that games I enjoy will become exclusive to certain platforms and could result in the elimination of PlayStation altogether. More generally, I am concerned that this merger will make Microsoft too big in the gaming industry, and Microsoft's dominance through many mergers and acquisitions will harm the gaming industry.

1
DECLARATION OF HUNTER JOSEPH JAKUPKO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:22-cv-08991

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct, and this Declaration is executed in San Francisco, California, on December 20, 2022.

By: */s/ Hunter Joseph Jakupko*
Hunter Joseph Jakupko

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1, I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2022.

By: */s/ Joseph R. Saveri*
Joseph R. Saveri