1  Joseph M. Alioto (State Bar No 42680)
   **ALIOTO LAW FIRM**
2  One Sansome Street, 35th Floor
   San Francisco, CA  94104
3  Telephone:     (415) 434-8900
   Facsimile:      (415) 434-9200
4  Email:         jmalioto@aliotolaw.com

5  Joseph R. Saveri (State Bar No. 130064)
6  Steven N. Williams (State Bar No. 175489)
   Cadio Zirpoli (State Bar No. 179108)
7  Elissa Buchanan (State Bar No. 249996)
   David H. Seidel (State Bar No. 307135)
8  **JOSEPH SAVERI LAW FIRM, LLP**
9  601 California Street, Suite 1000
   San Francisco, California 94108
10 Telephone:     (415) 500-6800
   Facsimile:      (415) 395-9940
11 Email:         jsaveri@saverilawfirm.com
12                swilliams@saverilawfirm.com
                  czirpoli@saverilawfirm.com
13                eabuchanan@saverilawfirm.com
                  dseidel@saverilawfirm.com

14

15                **UNITED STATES DISTRICT COURT**

16               **NORTHERN DISTRICT OF CALIFORNIA**

17

18 DANTE DEMARTINI, CURTIS BURNS JR.,        Case No. 3:22-cv-08991
19 NICHOLAS ELDEN, JESSIE GALVAN,
   CHRISTOPHER JOSEPH GIDDINGS-LAFAYE,       **DECLARATION OF BEOWULF EDWARD**
20 STEVE HERRERA, HUNTER JOSEPH              **OWEN IN SUPPORT OF PLAINTIFFS'**
   JAKUPKO, DANIEL DERMOT ALFRED             **MOTION FOR PRELIMINARY**
21 LOFTUS, BEOWULF EDWARD OWEN, and          **INJUNCTION**
   IVAN CALVO-PÉREZ,
22                Plaintiffs,
23        v.
24
25 MICROSOFT CORPORATION, a Washington
   corporation,
26                Defendants.
27
28

DECLARATION OF BEOWULF EDWARD OWEN IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:22-cv-08991

I, Beowulf Edward Owen, declare and state as follows:

1.      I am making this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the statements made in this declaration, and if called as a witness, I would completely testify about them.

2.      I am a resident of Las Cruces, New Mexico. I am currently a graduate student. I have been an avid gamer for many years and have played and purchased numerous video games on different platforms. I have also purchased several games from Activision Blizzard, including *Call of Duty*, *Call of Duty: Warzone*, and *Overwatch*.

3.      I play games primarily on Xbox and PC. When I play on PC, I use the Microsoft Windows and SteamOS operating system. I am currently subscribed to Game Pass Ultimate on Xbox, Xbox's multi-game library subscription service. While I only occasionally play on a cloud-based gaming service currently, I anticipate doing so more frequently in the future.

4.      I currently play multiplayer games daily, such as those mentioned above and others, with friends. I sometimes play with friends across different gaming platforms. The ability to play with my friends is very important and a big part of why I enjoy playing video games.

5.      I am deeply concerned about the possible harm from this merger. If this merger is permitted, it might result in a lessening of competition, which might further reverse the trend of the cross-platform play and increase the use of manipulative and predatory monetization techniques within the gaming industry. I am also concerned that the merger could impact interoperability of games – preventing me from playing games with friends across different platforms. More generally, I am concerned that this merger will make Microsoft too big in the gaming industry, and Microsoft's dominance through many mergers and acquisitions will harm the gaming industry.

DECLARATION OF BEOWULF EDWARD OWEN IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:22-cv-08991

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct, and this Declaration is executed in San Francisco, California, on December 20, 2022.

By: */s/ Beowulf Edward Owen*

Beowulf Edward Owen

DECLARATION OF BEOWULF EDWARD OWEN IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:22-cv-08991

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1, I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2022.

By:   */s/ Joseph R. Saveri*
      Joseph R. Saveri

DECLARATION OF BEOWULF EDWARD OWEN IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:22-cv-08991