Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:	(415) 434-8900
Facsimile:	(415) 434-9200
Email:	jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:	(415) 500-6800
Facsimile:	(415) 395-9940
Email:	jsaveri@saverilawfirm.com
	swilliams@saverilawfirm.com
	czirpoli@saverilawfirm.com
	eabuchanan@saverilawfirm.com
	dseidel@saverilawfirm.com

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PÉREZ,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Defendant. | Case No. 3:22-cv-08991<br><br>**[PROPOSED] ORDER RE: APPLICATION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE** |

This matter comes before me on Plaintiffs' Motion for Preliminary Injunction and for an Order to Show Cause Regarding Preliminary Injunction, Memorandum of Points and Authorities and supporting papers.

YOU ARE HEREBY ORDERED TO SHOW CAUSE on _____ , 202_, or as soon as the matter may be heard, in Courtroom _____ of the Honorable _____ at the United States District Court for the Northern District of California, _____ Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, why you, your officers, agents, employees and attorneys and any other persons who may be acting in concert or participation with you, should not be temporarily enjoined and restrained from completing the proposed acquisition of Activision Blizzard, Inc. pending a trial on the merits.

Plaintiffs shall not be required to post a bond for issuance of this Order.

This Order and supporting papers must be served by Plaintiffs on Defendant as soon as possible but in no event later than _____ , 202_. Any response or opposition to this Order to Show Cause must be filed and served on Plaintiffs' counsel no later than _____ , 202_, and any reply must be filed no later than _____ , 202_.

IT IS SO ORDERED.

Dated: _____ , 202_        By: _____
                                         United States District Court Judge