Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:      (415) 434-8900
Facsimile:       (415) 434-9200
Email:             jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:      (415) 500-6800
Facsimile:       (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                        swilliams@saverilawfirm.com
                        czirpoli@saverilawfirm.com
                        eabuchanan@saverilawfirm.com
                        dseidel@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PÉREZ,<br><br>                    Plaintiffs,<br><br>       v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>                    Defendant. | Case No. 3:22-cv-08991-JCS<br><br>**PROOF OF SERVICE OF SUMMONS ON MICROSOFT CORPORATION** |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-08991 JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MICROSOFT CORPORATION
was received by me on *(date)* 12/21/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Alex Gonzalez, Intake Clerk, at 2:37 PM , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company 2710 Gateway Oaks Dr. # 150N Sacramento, CA 95833 on *(date)* 12/21/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/22/2022

*Server's signature*

Robert J. Mason, Process Server, #03-007 Placer County
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
See attached for list of documents served.

**Re: Dante Demartini, et al. v Microsoft Corporation, a Washington corporation**
**Civil Action No. 3:22-cv-08991 JCS**

List of documents served:

- Civil Cover Sheet
- Complaint to Prohibit the Acquisition of Activision Blizzard by Microsoft Corporation in Violation of Section 7 of the Clayton Antitrust Act, 15 U.S.C. § 18
- Notice of Judicial Assignment
- Motion for Preliminary Injunction and Order to Show Cause
- Declaration of David Seidel in Support of Motion for Preliminary Injunction with Exhibits A and B
- Declaration of Dante Demartini in Support of Plaintiffs' Motion for Preliminary Injunction
- Declaration of Curtis Burns, Jr. in Support of Plaintiffs' Motion for Preliminary Injunction
- Declaration of Nicholas Elden in Support of Plaintiffs' Motion for Preliminary Injunction
- Declaration of Jessie Galvan in Support of Plaintiffs' Motion for Preliminary Injunction
- Declaration of Christopher Joseph Giddings-Lafaye in Support of Plaintiffs' Motion for Preliminary Injunction
- Declaration of Steve Herrera in Support of Plaintiffs' Motion for Preliminary Injunction
- Declaration of Hunter Joseph Jakupko in Support of Plaintiffs' Motion for Preliminary Injunction
- Declaration of Daniel Dermot Alfred Loftus in Support of Plaintiffs' Motion for Preliminary Injunction
- Declaration of Ivan Calvo-Perez in Support of Plaintiffs' Motion for Preliminary Injunction
- Declaration of Beowulf Edward Owen in Support of Plaintiffs' Motion for Preliminary Injunction
- [Proposed] Order Re: Application for Preliminary Injunction and Order to Show Cause
- Standing Order for All Judges of the Northern District of California-Contents of Joint Case Management Statement
- Notice of a Lawsuit Request to Waive Service of a Summons (AO 398)
- Waiver of the Service of Summons (AO 399)
- ECF Registration Information
- Alternative Dispute Resolution Procedures Handbook
- Consent or Declination to Magistrate Judge Jurisdiction
- Clerk's Notice of Impending Reassignment to a U.S. District Court Judge
- Issued Summons
- Order Setting Initial Case Management Conference and ADR Deadlines
- Standing Order for Civil Cases Before Judge Vince Chhabria
- Standing Order for Civil Trials Before Judge Chhabria