Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:   (415) 434-8900
Facsimile:   (415) 434-9200
Email:       jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             swilliams@saverilawfirm.com
             czirpoli@saverilawfirm.com
             eabuchanan@saverilawfirm.com
             dseidel@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PÉREZ,<br><br>          Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>          Defendant. | Case No. 3:22-cv-08991-JCS<br><br>**AMENDED NOTICE OF MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE**<br><br>Date:   February 2, 2023<br>Time:   1:00 p.m. |

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on Thursday, February 2, 2023, at 1:00 p.m., or as soon thereafter as the Court finds it practical, in Courtroom 4, on the 17th Floor of 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs will and hereby do move the Court for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a), against the proposed acquisition of Activision Blizzard, Inc. by Microsoft Corporation, under Sections 7 and 16 of the Clayton Act, 15 U.S.C. §§ 18 and 26. The motion will be made based on this Amended Notice of Motion, the Memorandum of Points and Authorities (ECF No. 4), the Declaration of David H. Seidel in support of this Motion and the exhibits attached thereto (ECF Nos. 4-1 thru 4-2), the Declarations of Plaintiffs in support of this Motion (ECF Nos. 4-3 thru 4-11), any evidence received on this Motion, and the file in this matter.

### REQUESTED RELIEF

1. Pursuant to Rule 65(a) and Section 16 of the Clayton Act, 15 U.S.C. § 26, Plaintiffs seek an order from the Court preliminarily enjoining Defendant Microsoft Corporation from acquiring its significant rival Activision Blizzard, Inc., until a trial on the merits may be conducted by the Court to determine whether the combination is unlawful under Section 7 of the Clayton Act, 15 U.S.C. § 18.

2. Plaintiffs request that the Court order Microsoft to show cause why the merger should not be preliminarily enjoined pending a bench trial on the merits.

| | |
|---|---|
| Dated: December 23, 2022 | By:    */s/ Joseph M. Alioto*<br>Joseph M. Alioto |

        Joseph M. Alioto (SBN 42680)
        Tatiana V. Wallace (SBN 233939)
        **ALIOTO LAW FIRM**
        One Sansome Street, 35th Floor
        San Francisco, CA  94104
        Telephone:   (415) 434-8900
        Facsimile:    (415) 434-9200
        Email:        jmalioto@aliotolaw.com

| | |
|---|---|
| Dated: December 23, 2022 | By:    */s/ Joseph R. Saveri*<br>Joseph R. Saveri |

        Joseph R. Saveri (State Bar No. 130064)
        Steven N. Williams (State Bar No. 175489)
        Cadio Zirpoli (State Bar No. 179108)
        Elissa Buchanan (State Bar No. 249996)
        David H. Seidel (State Bar No. 307135)
        **JOSEPH SAVERI LAW FIRM, LLP**
        601 California Street, Suite 1000
        San Francisco, California 94108
        Telephone:   (415) 500-6800
        Facsimile:    (415) 395-9940
        Email:        jsaveri@saverilawfirm.com
                      swilliams@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      dseidel@saverilawfirm.com

        Joseph M. Alioto Jr. (SBN 215544)
        **ALIOTO LEGAL**
        100 Pine Street, Suite 1250
        San Francisco, California 94111
        Tel: (415) 398-3800
        Email:        joseph@aliotolegal.com

        Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On December 23, 2022, I caused the following documents to be served by U.S. Mail upon the parties listed on the attached Service List:

**AMENDED NOTICE OF MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 23, 2022, at San Francisco, California.

By:     */s/ Amara Getzell*
        Amara Getzell

## SERVICE LIST

MICROSOFT CORPORATION
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA 95833