Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:     (415) 434-8900
Facsimile:       (415) 434-9200
Email:             jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:       (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                      swilliams@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      dseidel@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PÉREZ,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Defendant. | Case No. 3:22-cv-08991-JCS<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: December 23, 2022          By:      /s/ Joseph M. Alioto
                                           Joseph M. Alioto

                                  Joseph M. Alioto (SBN 42680)
                                  Tatiana V. Wallace (SBN 233939)
                                  **ALIOTO LAW FIRM**
                                  One Sansome Street, 35th Floor
                                  San Francisco, CA  94104
                                  Telephone:   (415) 434-8900
                                  Facsimile:   (415) 434-9200
                                  Email:       jmalioto@aliotolaw.com

Dated: December 23, 2022          By:      /s/ Joseph R. Saveri
                                           Joseph R. Saveri

                                  Joseph R. Saveri (State Bar No. 130064)
                                  Steven N. Williams (State Bar No. 175489)
                                  Cadio Zirpoli (State Bar No. 179108)
                                  Elissa Buchanan (State Bar No. 249996)
                                  David H. Seidel (State Bar No. 307135)
                                  **JOSEPH SAVERI LAW FIRM, LLP**
                                  601 California Street, Suite 1000
                                  San Francisco, California 94108
                                  Telephone:   (415) 500-6800
                                  Facsimile:   (415) 395-9940
                                  Email:       jsaveri@saverilawfirm.com
                                               swilliams@saverilawfirm.com
                                               czirpoli@saverilawfirm.com
                                               eabuchanan@saverilawfirm.com
                                               dseidel@saverilawfirm.com

                                  Joseph M. Alioto Jr. (SBN 215544)
                                  **ALIOTO LEGAL**
                                  100 Pine Street, Suite 1250
                                  San Francisco, California 94111
                                  Tel: (415) 398-3800
                                  Email:       joseph@aliotolegal.com

                                  Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On December 23, 2022, I caused the following documents to be served by U.S. Mail upon the parties listed on the attached Service List:

**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 23, 2022, at San Francisco, California.

By: _/s/ Amara Getzell_
Amara Getzell

## SERVICE LIST

MICROSOFT CORPORATION
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA 95833