Rakesh N. Kilaru (*pro hac vice* pending)
Anastasia M. Pastan (*pro hac vice* pending)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
5600 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Fax: (415) 243-1001
valarie.williams@alston.com
tania.rice@alston.com

*Counsel for Defendant Microsoft Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PEREZ,<br><br>                    Plaintiffs,<br><br>      v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>                    Defendant. | Case No. 3:22-cv-08991<br><br>**STIPULATION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6-2** |

## STIPULATED MOTION FOR EXTENSION OF TIME

On December 20, 2022, Plaintiffs Dante DeMartini, Curtis Burns Jr., Nicholas Elden, Jessie Galvan, Christopher Joseph Giddings-Lafaye, Steve Herrera, Hunter Joseph Jakupko, Daniel Dermot Alfred Loftus, Beowulf Edward Owen, and Ivan Calvo-Perez filed a complaint in *DeMartini v. Microsoft Corp.*, 22-cv-8991 alleging that the proposed acquisition of Activision Blizzard King ("ABK") by Defendant Microsoft Corporation ("Microsoft") violates federal antitrust law. On the same day, Plaintiffs filed a motion for preliminary injunction to block the proposed acquisition and noticed a hearing for January 26, 2023. On December 21, 2022, Microsoft was served with the complaint. Plaintiffs' motion was re-noticed on December 23, 2022. Defendant's response to the preliminary injunction is currently due on January 6, 2023, and Defendant's response to the complaint is currently due on January 12, 2023. The hearing on the pending motion for preliminary injunction is currently set for February 2, 2023, at 1:00 p.m.

Pursuant to Civil Local Rule 6-2, the parties stipulate that they seek an order extending the deadlines in this case by two weeks. This is the first extension sought in this matter.

The parties seek this extension for several reasons. Plaintiffs' filings were made in the days immediately preceding the winter holidays, Defendant's lead counsel was not hired until December 23, 2022, and the parties have not had the chance to meaningfully confer about this matter, including its intersection with other proceedings involving the same acquisition. *See* Decl. of R. Kilaru (Dec. 30, 2022).

Should this stipulation be granted, Defendant's response to the motion for preliminary injunction would be due on January 20, 2023, Defendant's response to the complaint would be due on January 26, 2023, and the hearing on the pending motion for preliminary injunction

would be moved to February 16, 2023.

Dated: December 30, 2022

Respectfully submitted,

By:  */s/ Tania Rice*

Rakesh N. Kilaru (*pro hac vice* pending)
Anastasia M. Pastan (*pro hac vice* pending)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
5600 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Fax: (415) 243-1001
valarie.williams@alston.com
tania.rice@alston.com

*Counsel for Defendant Microsoft Corporation*

By:  */s/ Joseph Saveri*

Joseph R. Saveri (Bar No. 130064)
Steven N. Williams (Bar No. 175489)
Cadio Zirpoli (Bar No. 179108)
Elissa Buchanan (Bar No. 249996)
David H. Seidel (Bar No. 307135)
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com

                eabuchanan@saverilawfirm.com
                dseidel@saverilawfirm.com

                Joseph M. Alioto Jr. (Bar No. 215544)
                Alioto Legal
                100 Pine Street, Suite 1250
                San Francisco, California 94111
                Telephone: (415) 398-3800
                joseph@aliotolegal.com

                *Counsel for Plaintiffs*

## **[PROPOSED] ORDER**

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that all deadlines in this matter, including the deadline to file any motion responsive to the complaint, shall be extended by two weeks and the hearing on the pending motion for preliminary injunction shall be moved to February 16, 2023, without prejudice to further extensions sought.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date: _____              _____
                                    Vince Chhabria
                                    UNITED STATES DISTRICT COURT JUDGE