Rakesh N. Kilaru (*pro hac vice* pending)
Anastasia M. Pastan (*pro hac vice* pending)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
5600 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Fax: (415) 243-1001
valarie.williams@alston.com
tania.rice@alston.com

*Counsel for Defendant Microsoft Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PEREZ,<br><br>      Plaintiffs,<br><br> v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>      Defendant. | Case No. 3:22-cv-08991<br><br>**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF PARTIES' STIPULATION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 6-2** |

I, Rakesh N. Kilaru, declare as follows:

1. I am a partner at the law firm of Wilkinson Stekloff LLP and represent Defendant Microsoft Corporation in this litigation. My application to practice in the Northern District of California *pro hac vice* is pending. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to that effect.

2. I make this declaration in support of the parties' stipulation for extension of time. The parties seek to extend all deadlines in this matter by two weeks, without prejudice to any additional extensions that may be sought in the future.

3. On December 20, 2022, Plaintiffs Dante DeMartini, Curtis Burns Jr., Nicholas Elden, Jessie Galvan, Christopher Joseph Giddings-Lafaye, Steve Herrera, Hunter Joseph Jakupko, Daniel Dermot Alfred Loftus, Beowulf Edward Owen, and Ivan Calvo-Perez filed a complaint in *DeMartini v. Microsoft Corp.*, 22-cv-8991 alleging that the proposed acquisition of Activision Blizzard King ("ABK") by Defendant Microsoft Corporation ("Microsoft") violates federal antitrust law.

4. On December 20, 2022, Plaintiffs also filed a motion for preliminary injunction, seeking to block the proposed acquisition.

5. On December 21, 2022, Microsoft was served with the complaint.

6. On December 23, 2022, Plaintiffs' motion was re-noticed.

7. Defendant's response to the preliminary injunction is currently due on January 6, 2023, and Defendant's response to the complaint is currently due on January 12, 2023.

8. The hearing on the pending motion for preliminary injunction is currently set for February 2, 2023, at 1:00 p.m.

9. The parties seek an extension of two weeks for all deadlines in this matter. This

extension is sought pursuant to Civil Local Rule 6-2.  The undersigned counsel was not hired until December 23, 2022, to represent Defendant Microsoft Corporation in this matter.  Due to the timing of Plaintiffs' filings and the year-end holidays, lead counsel for the parties have not yet had the opportunity to meaningfully meet and confer about how the case should proceed, including its intersection with other proceedings involving the same acquisition.

10. Should the Court grant the parties' stipulation, all deadlines in this case would be extended by two weeks, including: Defendant's response to Plaintiffs' motion for preliminary injunction, which would be due January 20, 2023; Defendant's response to Plaintiffs' complaint, which would be due January 26, 2023; and the hearing on the pending motion for preliminary injunction, which would be moved to February 16, 2023.

11. This is the first extension sought in this case, either by stipulation or Court order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 30, 2022 in Washington, D.C.

  /s/ Rakesh N. Kilaru
Rakesh N. Kilaru

**FILER'S ATTESTATION**

I, Tania Rice, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: December 30, 2022                              ALSTON & BIRD LLP

By: /s/ Tania Rice
Tania Rice