UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Case No. 22-cv-08991-JSC<br><br>**CLERK'S NOTICE RESETTING MOTION HEARING DATE**<br><br>Re: Dkt. No. 4 |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT this case has been reassigned to Judge Corley. The hearing on Plaintiffs' Motion for Preliminary Injunction is rescheduled to **February 16, 2023**, **at 10:00 a.m.**, before Judge Jacqueline Scott Corley, in Courtroom 8, 19th Floor in San Francisco. Pursuant to the parties' stipulation (Dkt. No. 16), Defendant's opposition is due by January 20, 2023 and the reply is due by January 26, 2023.

The initial case management conference is rescheduled to **March 23, 2023 at 1:30 p.m.** by Zoom videoconference (**Meeting ID:** 161 366 1817/**Password:** 924619). Any party requesting a continuance shall submit a stipulation and proposed order. For a copy of Judge Corley's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Dated: January 5, 2023

Mark B. Busby
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the

Honorable JACQUELINE SCOTT CORLEY
415-522-2000