AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| DANTE DEMARTINI, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-08991 |
| MICROSOFT CORPORATION | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICROSOFT CORPORATION                                                            .

Date:  01/05/2023

/s/Valarie Williams
*Attorney's signature*

Valarie C. Williams - SBN 335347
*Printed name and bar number*

ALSTON & BIRD LLP
560 Mission Street, Suite 2100
San Francisco, CA 94536
*Address*

valarie.williams@alston.com
*E-mail address*

(415) 243-1000
*Telephone number*

(415) 243-1001
*FAX number*