UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANTE DEMARTINI, et al.,

Plaintiff(s),

v.

MICROSOFT CORPORATION,

Defendant(s).

Case No. 3:22-cv-08991-JSC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jennifer Pavelec, an active member in good standing of the bar of D.C. Court of Appeals, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Microsoft Corporation in the above-entitled action. My local co-counsel in this case is Tania Rice, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 294387.

| | |
|---|---|
| Wilkinson Stekloff LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036 | Alston and Bird LLP<br>560 Mission Street, Suite 2100<br>San Francisco, CA 94105-0912 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 847-4048 | (415) 243-1058 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jpavelec@wilkinsonstekloff.com | tania.rice@alston.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1614398.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/09/2023                                                    Jennifer Pavelec
                                                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Jennifer Pavelec  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Jennifer Pavelec

*was duly qualified and admitted on December 17, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 09, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*