Rakesh N. Kilaru (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
5600 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Fax: (415) 243-1001
valarie.williams@alston.com
tania.rice@alston.com

*Counsel for Defendant Microsoft Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS, JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF RAKESH N. KILARU ISO DEFENDANT MICROSOFT CORPORATION'S MOTION TO STAY CASE**<br><br>Date: February 16, 2023, or sooner if possible<br>Time: 10:00 a.m.<br>Location: Courtroom 8 – 19[h] Floor<br>Judge: Hon. Jacqueline Scott Corley |

I, Rakesh N. Kilaru, declare as follows:

1. I am a partner at the law firm of Wilkinson Stekloff LLP and represent Defendant Microsoft Corporation in this litigation. I am admitted to practice in the Northern District of California *pro hac vice*. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to that effect.

2. I make this declaration in support of Defendant Microsoft's Motion to Stay the Case. Microsoft respectfully requests that the Court stay all proceedings in this case pending the completion of any regulatory proceedings that would prevent Microsoft and Activision Blizzard King from closing their proposed transaction.

3. Attached as **Exhibit A** is a true and correct copy of the Complaint filed in *In re Microsoft/Activision Blizzard*, FTC No. 9412, on December 8, 2022.

4. Attached as **Exhibit B** is a true and correct copy of Microsoft Corporation's Amended Answer filed in *In re Microsoft/Activision Blizzard*, FTC No. 9412, on January 3, 2023.

5. Attached as **Exhibit C** is a true and correct copy of the docket in *In re Microsoft/Activision Blizzard*, FTC No. 9412, as it appeared on the FTC's website on January 6, 2023.

6. Attached as **Exhibit D** is a true and correct copy of the Transcript from the Initial Prehearing Scheduling Conference in *In re Microsoft/Activision Blizzard*, FTC No. 9412, dated January 3, 2023.

7. Attached as **Exhibit E** is a true and correct copy of the Scheduling Order in *In re Microsoft/Activision Blizzard*, FTC No. 9412, filed on January 4, 2023.

8. Attached as **Exhibit F** is a true and correct copy of the European Commission's docket notice regarding a deadline extension in M.10646: Microsoft/Activision, dated November 18, 2022.

9. Attached as **Exhibit G** is a true and correct copy of the United Kingdom's Competition and Markets Authority's notice regarding a deadline extension in the Microsoft/Activision Blizzard merger inquiry, dated January 5, 2023.

10. Attached as **Exhibit H** is a true and correct copy of the Executed Agreement between

Microsoft Corporation and Activision Blizzard King, dated January 18, 2022.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: January 11, 2023

By: /s/ Rakesh N. Kilaru
Rakesh N. Kilaru (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
5600 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Fax: (415) 243-1001
valarie.williams@alston.com
tania.rice@alston.com

*Counsel for Defendant Microsoft Corp.*