# EXHIBIT C




# Microsoft/Activision Blizzard, In the Matter of

**Tags:** Competition | Merger | Gaming

**Last Updated:** January 5, 2023

**Case Status:** Pending

In the Matter of Microsoft Corporation, a corporation, and Activision Blizzard, Inc., a corporation

**FTC Matter/File Number:** 2210077

**Docket Number:** 9412

**Enforcement Type:** Part 3 Administrative Complaints

## Case Summary

The Federal Trade Commission authorized an administrative complaint against the proposed merger between Microsoft Corp. and Activision Blizzard, Inc., a video game developer that creates and publishes games such as *Call of Duty*, *World of Warcraft*, *Diablo*, and *Overwatch*. Microsoft sells the Xbox gaming console and also offers a video game subscription service called Xbox Game Pass, as well as a cloud-based video game streaming service. The agency alleges that the deal would enable Microsoft to suppress competitors to its Xbox gaming consoles and its rapidly growing subscription and cloud-gaming business. An evidentiary hearing is scheduled for Aug. 2, 2023 at 10 a.m. ET before an Administrative Law Judge at the FTC's headquarters at 600 Pennsylvania Ave. N.W., Room 532.

## Case Timeline

**January 5, 2023**

Notice of Appearance by Joseph Ansaldo, Counsel Supporting the Complaint (809.57 KB)

**January 4, 2023**

Amended Answer and Defense of Respondent Microsoft Corp. (1.14 MB)

Order Granting Consent Motions for Leave to Amend Answer and Defenses (658.5 KB)

Answer and Defenses of Respondent Activision Blizzard, Inc. (1.52 MB)

Scheduling Order (802.71 KB)

January 3, 2023

Respondent Microsoft Corp.'S Consent Motion for Leave to Amend its Answer and Defenses (1.49 MB)

Respondent Activision Blizzard, Inc.'s Consent Motion for Leave to Amend Its Answer and Defenses (1.66 MB)

December 23, 2022

Administrative Law Judge's Order Setting Prehearing Conference (651.82 KB)

December 22, 2022

Answer and Defenses of Respondent Microsoft Corp. (1.11 MB)

Answer and Defenses of Respondent Activision Blizzard, Inc. (2.07 MB)

December 15, 2022

Notice of Appearance for Michael Franchak, Counsel Supporting the Complaint (798.54 KB)

Notice of Appearance by Peggy Bayer Femenella, Counsel Supporting the Complaint (798.2 KB)

December 14, 2022

Notice of Appearance by Steven Sunshine, Julia York, Maria Raptis, and Michael Sheeran, Counsel for Respondent Activision Blizzard (627.12 KB)

December 12, 2022

Notice of Appearance by Taylor Alexander, Counsel Supporting the Complaint (796.24 KB)

Notice of Appearance by James Gossman, Counsel Supporting the Complaint (794.7 KB)

Notice of Appearance by Ethan Gurwitz, Counsel Supporting the Complaint (795.51 KB)

Notice of Appearance by Amanda Butler, Counsel Supporting the Complaint (796.13 KB)

Notice of Appearance by Steven Santulli, Counsel Supporting the Complaint (793.93 KB)

Notice of Appearance by Nicole Callan, Counsel Supporting the Complaint (794.23 KB)

Notice of Appearance by Edmund Saw, Counsel Supporting the Complaint (794.72 KB)

Notice of Appearance by Merrick Pastore, Counsel Supporting the Complaint (795.11 KB)

Notice of Appearance by Maria Cirincione, Counsel Supporting the Complaint (793.89 KB)

Notice of Appearance by Michael Moiseyev, Counsel for respondent Microsoft Corporation (809.6 KB)

Notice of Appearance by Megan Granger, Counsel for Respondent Microsoft Corporation (842.56 KB)

---

December 9, 2022

Notice of Appearance for Meredith Levert, Counsel Supporting the Complaint (819.83 KB)

Notice of Appearance for James Abel, Counsel Supporting the Complaint (769.29 KB)

Order Designating Administrative Law Judge (679.73 KB)

Protective Order Governing Confidential Material (734.75 KB)

---

December 8, 2022

Administrative Part 3 Complaint (Redacted Public Version) (409.76 KB)

PRESS RELEASE: FTC Seeks to Block Microsoft Corp.'s Acquisition of Activision Blizzard, Inc.