# EXHIBIT D

```
 1                    UNITED STATES OF AMERICA
 2                   FEDERAL TRADE COMMISSION
 3
 4
 5     In the Matter of:             )
 6     MICROSOFT CORP.               )
 7          a corporation,           )
 8          and                      )   Docket No. 9412
 9     ACTIVISION BLIZZARD, INC.,    )
10          a corporation,           )
11             Respondents.          )
12
13
14
15
16     INITIAL PREHEARING TELEPHONIC SCHEDULING CONFERENCE
17                      JANUARY 3, 2023
18                         3:00 P.M.
19
20
21          BEFORE THE HONORABLE D. MICHAEL CHAPPELL
22                   Administrative Law Judge
23
24
25     Reported by:  Susanne Bergling, RMR-CLR
```

2

Initial Prehearing Scheduling Conference
Microsoft and Activision Blizzard                                    1/3/2023

```
 1   APPEARANCES:
 2
 3   ON BEHALF OF THE FEDERAL TRADE COMMISSION:
 4       JAMES H. WEINGARTEN, ESQ.
 5       CEM AKLEMAN, ESQ.
 6       MEREDITH LEVERT, ESQ.
 7       Federal Trade Commission
 8       400 Seventh Street, S.W.
 9       Washington, D.C.  20024
10       jweingarten@ftc.gov
11
12
13   ON BEHALF OF RESPONDENT MICROSOFT:
14       BETH WILKINSON, ESQ.
15       RAKESH N. KILARU, ESQ.
16       ALYSHA BOHANON, ESQ.
17       Wilkinson Stekloff LLP
18       2001 M Street, N.W., 10th Floor
19       Washington, D.C.  20036
20       (202) 847-4000
21       bwilkinson@wilkinsonstekloff.com
22
23                and
24
25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

3

Initial Prehearing Scheduling Conference
Microsoft and Activision Blizzard                                    1/3/2023

```
 1            MEGAN A. GRANGER, ESQ.
 2            Weil Gotshal & Manges, LLP
 3            2001 M Street, N.W., Suite 600
 4            Washington, D.C.  20036
 5            (202) 682-7026
 6            megan.granger@weil.com
 7
 8
 9   ON BEHALF OF RESPONDENT ACTIVISION BLIZZARD, INC.:
10            STEVEN C. SUNSHINE, ESQ.
11            JULIA YORK, ESQ.
12            Skadden, Arps, Slate, Meagher & Flom, LLP
13            1440 New York Avenue, N.W.
14            Washington, D.C.  20005
15            (202) 271-7860
16            steve.sunshine@skadden.com
17
18
19
20
21
22
23
24
25
```

4

Initial Prehearing Scheduling Conference
Microsoft and Activision Blizzard                              1/3/2023

```
 1                     P R O C E E D I N G S
 2                        -    -    -    -    -
 3            JUDGE CHAPPELL:  All right, we are on the record.
 4   This is the prehearing scheduling conference in Docket
 5   Number 9412 in the matter of Microsoft Corp. and
 6   Activision Blizzard, Inc.
 7            I'm Judge Chappell.  This scheduling conference
 8   is being conducted telephonically and is being
 9   transcribed by a court reporter who is on the line with
10   us.
11            I will say that we have had an unexpected turnout
12   of people calling in to monitor.  The operator has
13   doubled the number of lines available, and anyone else
14   who's tried to get in, we have done all we can at this
15   time.
16            I've chosen to conduct this scheduling conference
17   telephonically rather than via Zoom video.  This choice
18   will save time and resources, as we can avoid engaging
19   an entire video trial team for a short scheduling
20   conference which is merely procedural and is not
21   evidentiary.
22            Could the court reporter state your name for the
23   record.
24            THE REPORTER:  Susanne Bergling.
25            JUDGE CHAPPELL:  Also, before you speak on the
```

5

Initial Prehearing Scheduling Conference
Microsoft and Activision Blizzard                              1/3/2023

```
 1   call, I need you to identify yourself for the court
 2   reporter.
 3           I will now take appearances of those designated
 4   to speak for the parties, and I need you to also
 5   identify who is on the call for your client or party.
 6   We'll start with the Government and Complaint Counsel.
 7           MR. WEINGARTEN:  Good afternoon, Your Honor, and
 8   Happy New Year.  This is James Weingarten for Complaint
 9   Counsel.  With me on the line are Cem Akleman and
10   Meredith Levert.
11           JUDGE CHAPPELL:  Thank you, and a Happy New Year
12   to everyone as well.
13           Next -- and did you indicate and identify
14   everyone who was on the call, sir?
15           MR. WEINGARTEN:  Yes, sir.
16           JUDGE CHAPPELL:  All right.
17           And for Respondent Microsoft Corp?
18           I don't hear anything.  Do we have an attorney
19   for Microsoft Corporation?  Perhaps the phone's muted?
20           MS. GROSS:  Beth Wilkinson, she was on.
21           OPERATOR:  I'm sorry, what name was that?
22           MS. GROSS:  It was Beth Wilkinson.  She was on
23   earlier.
24           OPERATOR:  She was.  Let me check her line.  I
25   can dial out to her.  She did drop.  I'll call her back.
```

```
 1            JUDGE CHAPPELL:  Please do so.
 2            (Pause in the proceedings.)
 3            MS. WILKINSON:  Judge Chappell, this is Beth
 4   Wilkinson.
 5            JUDGE CHAPPELL:  Good morning.  You haven't
 6   missed anything material.  I was just taking the
 7   appearances of the parties.
 8            So I will now go to Respondent counsel for
 9   Microsoft Corporation.
10            MS. WILKINSON:  Thank you, Judge Chappell.  Beth
11   Wilkinson for Microsoft Xbox.
12            JUDGE CHAPPELL:  And for Respondent Activision?
13            MR. SUNSHINE:  Good afternoon, Judge.  Steve
14   Sunshine, Skadden Arps, for Respondent Activision.
15            JUDGE CHAPPELL:  Thank you.
16            Now, anyone else on the call with either of you,
17   if you can identify the people on the call with you on
18   your end --
19            MS. WILKINSON:  Yes, Your Honor --
20            JUDGE CHAPPELL:  -- on your end, not the entire
21   call, of course.
22            MS. WILKINSON:  Yes, Your Honor.  I will have
23   them introduce themselves.
24            MR. KILARU:  Rakesh Kilaru, also behalf of
25   Microsoft.
```

```
 1              MS. BOHANON:  Alysha Bohanon on behalf Microsoft.
 2              MS. GRANGER:  Megan Granger on behalf of
 3    Microsoft.
 4              MS. YORK:  And Julia York from Skadden on behalf
 5    of Activision.
 6              JUDGE CHAPPELL:  All right.  And now everyone's
 7    identified on that side of the call?
 8              MS. WILKINSON:  Yes, Your Honor.
 9              JUDGE CHAPPELL:  All right.
10              Let me first say thank you to the AT&T operator
11    who was able to handle this mess expertly and quickly.
12    I appreciate it.  Thank you very much, ma'am.
13              OPERATOR:  You're welcome.
14              JUDGE CHAPPELL:  Also on the line with me are my
15    attorney-advisors.  In addition, the press and the
16    public have access to this scheduling conference through
17    a toll-free telephone connection that allows them to
18    call in.
19              As I stated earlier, we have had many more
20    call-ins than we expected.  The operator has doubled the
21    number of lines available, and we don't have the ability
22    to add any more lines, so a lot of people can't get in,
23    but the system is full at this point.
24              Because other people are listening in, you are
25    cautioned not to reveal any confidential information.
```

```
 1           I have a question for the Government.  As far as
 2   I know, there is no parallel proceeding pending before
 3   any U.S. District Court.  Is there any update on that?
 4           MR. WEINGARTEN:  This is James Weingarten with
 5   the Government, Your Honor.  You are correct, sir, there
 6   is no further update, no parallel proceeding.
 7           JUDGE CHAPPELL:  And is there any plan for one?
 8           MR. WEINGARTEN:  Not at this time, Your Honor,
 9   only if it were to become necessary at some future date.
10           JUDGE CHAPPELL:  All right.
11           The parties were provided a proposed scheduling
12   order in advance of this conference.  The parties have
13   jointly proposed several changes to dates and to
14   additional provisions in the scheduling order.  These
15   changes are acceptable and will be incorporated in a
16   scheduling order which I will issue shortly.
17           Let me ask about settlement discussions.  I trust
18   the parties have attempted to settle this matter.  Does
19   the Government want to go first and provide the status
20   of settlement discussions?
21           MR. WEINGARTEN:  Yes, Your Honor.  This is,
22   again, James Weingarten with the Government.
23           Leadership for the Bureau of Competition has
24   directed Respondents to engage with staff directly.  We
25   are always open to any remedy or settlement proposal
```

1  either in litigation or before litigation.  There are no
2  substantive conversations happening at this time.
3          JUDGE CHAPPELL:  When you say to engage staff
4  directly, who do you mean by "staff"?
5          MR. WEINGARTEN:  Me, Your Honor.
6          JUDGE CHAPPELL:  Okay.
7          Any update on settlement or other information
8  from Respondents' side?
9          MS. WILKINSON:  Yes, Your Honor.  This is Beth
10 Wilkinson on behalf of Xbox.
11         Part of the reason we were able to engage with
12 Complaint Counsel and come up with a more expedited
13 schedule is, as you may know, we are undergoing -- the
14 deal is undergoing review over in Europe and in the
15 United Kingdom, and we're hoping that that will be
16 resolved, and if there are remedies that are
17 appropriate, that we can come back to Mr. Weingarten and
18 the FTC staff to talk about a resolution.
19         If not, as he was suggesting, and we have to
20 go -- the deal then could go forward and could close, we
21 assume that the FTC would make the decision to go to
22 Federal Court, and that's why we wanted to put -- kind
23 of front-load the discovery in case they were to move
24 it, because we have a termination date of July 18th,
25 2023.

```
 1           So we kind of are preparing for all options,
 2   either resolution, if we can, which would be ideal, or a
 3   trial in front of you, which, of course, is fine and up
 4   to the FTC, or Federal Court.
 5           JUDGE CHAPPELL:  Now, did I hear you mention the
 6   United Kingdom and the European Union, one or both?
 7           MS. WILKINSON:  Both, Your Honor.  There's a --
 8   as you know, there's the EC, the European Commission,
 9   and then the UK now has the CMA, and they are reviewing
10   the deal separately, at the same time right now, and
11   our clients are engaging with both regulators.
12           There are also other regulators around the world
13   that are looking at this deal, and we've received
14   clearance in some jurisdictions, and we hope to receive,
15   you know, clearance in all jurisdictions sometime over
16   the next few months.
17           JUDGE CHAPPELL:  All right.  And no one in the UK
18   Commission or the European Commission, no one has issued
19   an edict to block anything at this point.  Is that
20   correct?
21           MS. WILKINSON:  That's correct, Your Honor.
22           JUDGE CHAPPELL:  All right, thank you.
23           Well, as everyone was aware, this was going to be
24   a very brief conference because it's merely procedural.
25   The big part of this was to get the scheduling order
```

```
 1   confirmed, which we've done.
 2           Is there anything further from the Government
 3   before I conclude the hearing?
 4           MR. WEINGARTEN:  This is James Weingarten.
 5   Nothing further.  Thank you, Your Honor.
 6           JUDGE CHAPPELL:  Anything further from Respondent
 7   Microsoft Corporation?
 8           MS. WILKINSON:  No, Your Honor.
 9           JUDGE CHAPPELL:  And from -- anything further
10   from Respondent Activision Blizzard, Inc.?
11           MR. SUNSHINE:  Nothing, Your Honor.  Thank you
12   very much.
13           JUDGE CHAPPELL:  All right.
14           Hearing nothing further, we are adjourned.  Thank
15   you, all.
16           (Whereupon, at 3:21 p.m., the hearing was
17   concluded.)
18
19
20
21
22
23
24
25
```

```
 1                    CERTIFICATE OF REPORTER
 2
 3
 4         I, Susanne Bergling, do hereby certify that the
 5    foregoing proceedings were recorded by me via stenotype
 6    and reduced to typewriting under my supervision; that I
 7    am neither counsel for, related to, nor employed by any
 8    of the parties to the action in which these proceedings
 9    were transcribed; and further, that I am not a relative
10    or employee of any attorney or counsel employed by the
11    parties hereto, nor financially or otherwise interested
12    in the outcome of the action.
13
14
15
16                    [signature: Susanne Bergling]
17                    SUSANNE BERGLING, RMR-CRR-CLR
18                    1/4/2023
19
20
21
22
23
24
25
```