# EXHIBIT F



# Competition Policy

**M.10646 MICROSOFT | ACTIVISION BLIZZARD**

| | |
|---|---|
| Notification on: | 30.09.2022 |
| Provisional deadline: | 11.04.2023 : Deadline extended by 10 working days under article 10(3)2 on 18.11.2022 |
| Prior publication in Official Journal: | C386 of 07.10.2022 |
| Concerns economic activity (NACE): | C.26.2 - Manufacture of computers and peripheral equipment<br>J.58.21 - Publishing of computer games<br>G.47.41 - Retail sale of computers, peripheral units and software in specialised stores |
| Regulation: | Council Regulation 139/2004 |

| Decision(s): | | | | |
|---|---|---|---|---|
| 08.11.2022 | Art. 6(1)(c) | | | |
| | Publication | 14.11.2022 | | C431 |
| | Press release | | | IP/22/6578 |
| | Decision text | (none) | | |

| | |
|---|---|
| Relation with other case(s): | (none) |
| Other case related information: | • Section 1.2 of Form CO :<br>   en (30.09.2022) published on 07.10.2022 |
| Related link(s): | (none) |

1