Rakesh N. Kilaru (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
5600 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Fax: (415) 243-1001
valarie.williams@alston.com
tania.rice@alston.com

*Counsel for Defendant Microsoft Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS, JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF RAKESH N. KILARU ISO DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO EXPEDITE**<br><br>Civ. L.R. 6-3, 7-11<br><br>The Honorable Jacqueline Scott Corley<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

I, Rakesh N. Kilaru, declare as follows:

1. I am a partner at the law firm of Wilkinson Stekloff LLP and represent Defendant Microsoft Corporation in this litigation. I am admitted to practice in the Northern District of California *pro hac vice*. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to that effect.

2. I make this declaration in support of Defendant Microsoft's Administrative Motion to Expedite Briefing. Microsoft respectfully requests that the Court exercise its discretion to expedite briefing and any hearing on its motion to stay.

3. On January 9, 2023, counsel for the parties held a teleconference. Counsel for Plaintiffs stated that they intended the call to serve as a meet and confer pursuant to Federal Rule of Civil Procedure 26(f). Counsel for Defendant stated that they intended the call to serve as notice for the filing of the motion to stay proceedings and to schedule a time to discuss the discovery process.

4. Counsel for Plaintiffs explained that they intended to begin fact discovery as soon as possible, including by attempting to notice depositions of high-ranking Microsoft executives and third-parties and demanding the production of voluminous sensitive business documents.

5. On January 11, 2023, counsel for Defendant notified opposing counsel of the intention to file the instant motion to expedite briefing by email. Counsel for Plaintiffs indicated via email that they would oppose the motion.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

-2-

1  Dated:   January 11, 2023

2
3                                          By:   /s/ Rakesh N. Kilaru
                                                 Rakesh N. Kilaru (*pro hac vice*)
4                                                Anastasia M. Pastan (*pro hac vice*)
                                                 Jenna Pavelec (*pro hac vice*)
5                                                WILKINSON STEKLOFF LLP
                                                 2001 M Street NW, 10th Floor
6                                                Washington, DC 20036
                                                 Telephone: (202) 847-4000
7                                                Facsimile: (202) 847-4005
                                                 rkilaru@wilkinsonstekloff.com
8                                                apastan@wilkinsonstekloff.com
                                                 jpavelec@wilkinsonstekloff.com
9
                                                 Valarie C. Williams (Bar No. 335347)
10                                               Tania Rice (Bar No. 294387)
                                                 Alston & Bird LLP
11                                               5600 Mission Street, Suite 2100
                                                 San Francisco, CA 94105
12                                               Telephone: (415) 243-1000
                                                 Fax: (415) 243-1001
13                                               valarie.williams@alston.com
                                                 tania.rice@alston.com
14
                                                 *Counsel for Defendant Microsoft Corp.*