UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No.  22-cv-08991-JSC<br><br>**ORDER RE: MICROSOFT'S MOTION TO STAY**<br><br>Re: Dkt. Nos. 26, 27 |

This antitrust action seeks to enjoin the proposed acquisition of Activision Blizzard, Inc. by Microsoft Corporation as a violation of Section 7 of the Clayton Antitrust Act, 15 U.S.C. § 18. Plaintiffs' motion for a preliminary injunction is now pending before the Court with a hearing set for February 16, 2023. (Dkt. No. 4.)  Microsoft moves to stay this action pending resolution of Federal Trade Commission's action, *In re Microsoft/Activision Blizzard*, No. 9412, and moves to shorten time regarding the motion to stay. (Dkt. Nos. 26, 27.)  The Court GRANTS the motion to shorten time.  Plaintiffs shall file their response to the motion to stay by January 17, 2023; no reply is required.  The Court will hear the motion on January 19, 2023 at 10:00 a.m. in Courtroom 8, 450 Golden Gate Ave. San Francisco, California.

Briefing on the motion for a preliminary injunction is held in abeyance pending further order of the Court.

This Order disposes of Docket No. 27.

**IT IS SO ORDERED.**

Dated: January 12, 2023

JACQUELINE SCOTT CORLEY
United States District Judge