Rakesh N. Kilaru (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
5600 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Fax: (415) 243-1001
valarie.williams@alston.com
tania.rice@alston.com

*Counsel for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS, JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**DEFENDANT MICROSOFT CORPORATION'S NOTICE OF ERRATA REGARDING MOTION TO STAY CASE** |

Microsoft Corporation respectfully submits this Notice of Errata regarding its Memorandum of Points and Authorities in support of its Motion to Stay Case, which was filed on January 11, 2023, at Docket No. 26, to correct a typographical error. At page 6, line 19, the word <dock> was inadvertently inserted in place of the intended text. The word <dock> should be replaced with: <*Int'l, Inc.*, 602 F.3d 237, 250 (3d Cir. 2010) ("[A] trial court faced with an injunction request may">.

- Original sentence: *Cf. Howard Hess Dental Lab'ys Inc. v. Dentsply dock*factor into its equitable analysis the effect of another injunction on the plaintiff's showing of injury.").

- New sentence: *Cf. Howard Hess Dental Lab'ys Inc. v. Dentsply Int'l, Inc.*, 602 F.3d 237, 250 (3d Cir. 2010) ("[A] trial court faced with an injunction request may factor into its equitable analysis the effect of another injunction on the plaintiff's showing of injury.").

Dated:  January 14, 2023

By:  /s/ Rakesh N. Kilaru

Rakesh N. Kilaru (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
5600 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Fax: (415) 243-1001
valarie.williams@alston.com
tania.rice@alston.com

*Counsel for Defendant Microsoft Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2023, I caused a true and correct copy of the foregoing to be filed electronically via the Court's CM/ECF system.

I also certify that I caused the forgoing document to be served via email to:

Joseph M. Alioto (Bar No. 42680)

ALIOTO LAW FIRM

One Sansome Street, 35th Floor

San Francisco, CA 94104

Telephone: (415) 434-8900 Email:

jmalioto@aliotolaw.com

/s/ Rakesh N. Kilaru
Rakesh N. Kilaru (*pro hac vice*)

*Counsel for Defendant Microsoft Corp.*