1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   DANTE DEMARTINI, et al.,                    Case No.  22-cv-08991-JSC

8                      Plaintiffs,

9            v.                                  **ORDER FOLLLOWING JANUARY 19, 2023 HEARING**

10  MICROSOFT CORPORATION,

11                     Defendant.

12

13          This antitrust action seeks to enjoin Microsoft Corporation's proposed acquisition of

14  Activision Blizzard, Inc. as a violation of Section 7 of the Clayton Antitrust Act, 15 U.S.C. § 18.

15  Plaintiffs' complaint was accompanied by a motion for a preliminary injunction seeking to enjoin

16  the merger.  (Dkt. No. 4.)  On January 19, 2023, the Court heard argument regarding Microsoft's

17  motion to stay this action pending resolution of Federal Trade Commission's action, *In re*

18  *Microsoft/Activision Blizzard*, No. 9412.  (Dkt. No. 26.)  The motion to stay is DENIED for the

19  reasons stated on the record.

20          However, in light of Microsoft's stipulation on the record that the merger would not close

21  before March 31, 2023, the Court RESETS the hearing on the pending motion for a preliminary

22  injunction to March 23, 2023 at 10:00 am in Courtroom 8, 450 Golden Gate Ave., San Francisco,

23  California.  The Court sets a further status conference for February 2, 2023 at 1:30 p.m. via Zoom

24  video.  The parties shall file a joint statement by January 31, 2023, which sets forth (1) a proposed

25  briefing schedule for the motion for a preliminary injunction which has the reply brief filed by

26  March 9, 2023, and (2) a discovery plan.

27          //

28          //

1        This Order disposes of Docket No. 26.

2       **IT IS SO ORDERED.**

3   Dated: January 19, 2023

4                                         JACQUELINE SCOTT CORLEY

5                                         United States District Judge

United States District Court
Northern District of California