Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:     (415) 434-8900
Facsimile:      (415) 434-9200
Email:           jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                    swilliams@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    eabuchanan@saverilawfirm.com
                    dseidel@saverilawfirm.com

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, IVAN CALVO-PÉREZ, and TEMUUJIN TURMUNHK,<br><br>              Plaintiffs,<br><br>      v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>              Defendant. | Case No. 22-cv-08991-JSC<br><br>**NOTICE OF APPEARANCE OF LAWRENCE G. PAPALE** |

1

**PLEASE TAKE NOTICE** that Lawrence G. Papale of the LAW OFFICES OF LAWRENCE G. PAPALE, an attorney admitted to practice in the United States District Court for the Northern District of California, hereby appears as counsel for Plaintiffs Dante DeMartini, et al., and respectfully requests that all pleadings, motions, orders, correspondence, and other papers be electronically served on the undersigned as follows:

Lawrence G. Papale (SBN 67068)<br>
LAW OFFICES OF LAWRENCE G. PAPALE<br>
1308 Main Street, Suite 117<br>
St. Helena, CA 94574<br>
Telephone: (707) 963-1704<br>
Email: lgpapale@papalelaw.com

Dated: January 20, 2023,            Respectfully submitted:

**LAW OFFICES OF LAWRENCE G. PAPALE**

/s/ Lawrence G. Papale
Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

*Attorney for Plaintiffs Dante Demartini, et al.*