Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:    (415) 434-8900
Facsimile:    (415) 434-9200
Email:        jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              swilliams@saverilawfirm.com
              czirpoli@saverilawfirm.com
              eabuchanan@saverilawfirm.com
              dseidel@saverilawfirm.com

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, IVAN CALVO-PÉREZ, and TEMUUJIN TURMUNHK, <br><br>Plaintiffs, <br><br>v. <br><br>MICROSOFT CORPORATION, a Washington corporation, <br><br>Defendant. | Case No. 22-cv-08991-JSC <br><br>**ASSOCIATION OF COUNSEL** |

1 | Plaintiffs counsel, the **ALIOTO LAW FIRM** and Joseph M. Alioto hereby associates

Lingel H. Winters of the LAW OFFICES OF LINGEL H. WINTERS, Professional Corporation, an attorney, admitted to practice in the United States District Court for the Northern District of California, Ninth Circuit Court of Appeals and the United States Supreme Court as counsel herein for Plaintiffs Dante DeMartini an individual, et al., and respectfully requests that all pleadings, motions, orders, correspondence, and other papers be electronically served on him as follows:

Lingel H. Winters, Esq (SBN 37759)
LAW OFFICES OF LINGEL H. WINTERS
Professional Corporation
2900 Shasta Rd.
Berkeley, CA 94708
Telephone: (510) 845-5914
Email: sawmill2@aol.com

Dated: January 25, 2023,                Respectfully submitted:

                                          **ALIOTO LAW FIRM**

                                          *s/ Joseph M. Alioto*

                                          *Attorney for Plaintiffs Dante Demartini, et al.*