```
Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Tyler Blake (Bar No. 316623)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com
tyler.blake@alston.com

B. Parker Miller (pro hac vice to be filed)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Rakesh N. Kilaru (pro hac vice)
Anastasia M. Pastan (pro hac vice)
Jenna Pavelec (pro hac vice)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com
```

*Counsel for Defendant Microsoft Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> **Civil L.R. 6-1** <br><br> Hon. Jacqueline Scott Corley <br><br> Prior Response Deadline: January 26, 2023 <br> New Response Deadline: January 31, 2023 |

**STIPULATION**

Whereas, Plaintiffs filed their Complaint on December 20, 2022.

Whereas, the parties previously stipulated to a deadline of January 26, 2023 (a two-week extension) for Defendant to respond to the Complaint (ECF No. 16).

Whereas, Defendant has requested an additional five-day extension to answer or otherwise respond to the Complaint.

Whereas, Defendant's requested extension does not alter any date or deadline already fixed by Court order, so no intervention by the Court is required.

Whereas, Plaintiffs do not oppose Defendant's requested extension.

Therefore, Defendant shall answer or otherwise respond to the Complaint by January 31, 2023.

Dated: January 25, 2023

Respectfully submitted,

By:  /s/ Valarie C. Williams[1]

Valarie C. Williams (Bar No. 335347)
B. Parker Miller (*pro hac vice to be filed*)
Tania Rice (Bar No. 294387)
Tyler Blake (Bar No. 316623)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
parker.miller@alston.com
tania.rice@alston.com
tyler.blake@alston.com

Rakesh N. Kilaru (admitted *pro hac vice*)
Anastasia M. Pastan (admitted *pro hac vice*)
Jenna Pavelec (admitted *pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

---

[1] Ms. Williams attests that each of the other Signatories have concurred in the filing of the document.

By: */s/ David H. Seidel*

Joseph R. Saveri (Bar No. 130064)
Steven N. Williams (Bar No. 175489)
Cadio Zirpoli (Bar No. 179108)
Elissa Buchanan (Bar No. 249996)
David H. Seidel (Bar No. 307135)
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Joseph M. Alioto Jr. (Bar No. 215544)
Alioto Legal
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 398-3800
joseph@aliotolegal.com

*Counsel for Plaintiffs*