Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Tyler Blake (Bar No. 316623)
Alston & Bird LLP
5600 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com
tyler.blake@alston.com

B. Parker Miller (*pro hac vice to be filed*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Rakesh N. Kilaru (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** <br><br> Hon. Jacqueline Scott Corley |

1

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Before the Court is Defendant Microsoft Corporation's Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).  After reviewing the motion and supporting memoranda, Plaintiffs' opposition, and hearing oral argument, the Court finds that Plaintiffs lack subject matter jurisdiction, their claim is unripe, and they have failed to state a claim upon which relief can be granted.

Therefore, it is hereby ORDERED that Defendant Microsoft Corporation's Motion to Dismiss is GRANTED.

Dated: _____

Jacqueline Scott Corley
United States District Judge