1   Valarie C. Williams (Bar No. 335347)
    Tania Rice (Bar No. 294387)
2   Tyler Blake (Bar No. 316623)
    Alston & Bird LLP
3   560 Mission Street, Suite 2100
    San Francisco, CA 94105
4   Telephone: (415) 243-1000
    valarie.williams@alston.com
5   tania.rice@alston.com
    tyler.blake@alston.com
6
    B. Parker Miller (*pro hac vice to be filed*)
7   Alston & Bird LLP
    1201 West Peachtree Street, Suite 4900
8   Atlanta, GA 30309
    Telephone: (404) 881-7000
9   parker.miller@alston.com

10  Rakesh N. Kilaru (*pro hac vice*)
    Anastasia M. Pastan (*pro hac vice*)
11  Jenna Pavelec (*pro hac vice*)
    Wilkinson Stekloff LLP
12  2001 M Street NW, 10th Floor
    Washington, DC 20036
13  Telephone: (202) 847-4000
    rkilaru@wilkinsonstekloff.com
14  apastan@wilkinsonstekloff.com
    jpavelec@wilkinsonstekloff.com
15
    *Counsel for Defendant Microsoft Corporation*
16
                **UNITED STATES DISTRICT COURT**
17
              **NORTHERN DISTRICT OF CALIFORNIA**
18

19  DANTE DEMARTINI, et al.,                     Case No. 22-cv-08991-JSC

20          *Plaintiffs*,                         **CERTIFICATION OF INTERESTED
                                                  ENTITIES OR PERSONS [Fed. R. Civ.
21          v.                                    P. 7.1; Local Civil Rule 3-15]**

22  MICROSOFT CORPORATION,                       Hon. Jacqueline Scott Corley

23          *Defendant.*

24

25

26

27

28

1       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Microsoft Corporation states

2   that no entity owns 10% or more of Microsoft's stock.

3       Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

4   associations of persons, firms, partnerships, corporations (including, but not limited to, parent

5   corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a

6   party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

7   could be substantially affected by the outcome of this proceeding:  Activision Blizzard, Inc.

8

9   DATED:  January 31, 2023          ALSTON & BIRD LLP

10

11                       */s/ Valarie C. Williams*

12                       Valarie C. Williams
                    B. Parker Miller

13                       Tania Rice
                    Tyler Blake

14                       Alston & Bird LLP

15                       Rakesh N. Kilaru
                    Anastasia M. Pastan

16                       Jenna Pavelec
                    Wilkinson Stekloff LLP

17                       *Counsel for Defendant Microsoft Corporation*

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 22-cv-08991