1  Joseph M. Alioto (SBN 42680)
   Tatiana V. Wallace (SBN 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 434-8900
4  Facsimile:    (415) 434-9200
   Email:        jmalioto@aliotolaw.com
5
   Joseph R. Saveri (SBN 130064)
6  Steven N. Williams (SBN 175489)
   Cadio Zirpoli (SBN 179108)
7  Elissa Buchanan (SBN 249996)
   David H. Seidel (SBN 307135)
8  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
9  San Francisco, California 94108
   Telephone:    (415) 500-6800
10 Facsimile:    (415) 395-9940
   Email:        jsaveri@saverilawfirm.com
11               swilliams@saverilawfirm.com
                 czirpoli@saverilawfirm.com
12               eabuchanan@saverilawfirm.com
                 dseidel@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | |
| v. | **DECLARATION OF JOSEPH SAVERI IN SUPPORT OF PLAINTIFFS' MOTION TO ENTER PROTECTIVE ORDER** |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | |

I, Joseph Saveri, declare and state as follows:

1. I am an attorney in good standing with the State Bar of California and admitted to practice in the Northern District of California. I am the Founding and Managing Partner of the Joseph Saveri Law Firm, LLP ("JSLF") and Plaintiffs' counsel of record. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently to them. I make this declaration pursuant to 28 U.S.C. § 1746.

2. Attached as **Exhibit A** is a redline comparing Plaintiffs' [Proposed] Protective Order to the Model Protective Order for Standard Litigation[1].

3. Exhibit A is the Model Protective Order for Standard Litigation with a single substantive modification, shown in redline at page 5. The substantive modification states the following: "For purposes of this Action, if Microsoft produces material already produced to the FTC marked "CONFIDENTIAL – FTC DOCKET No. 9412" without rebranding the document's confidentiality designation, those documents shall be deemed to have been designated by Microsoft as "CONFIDENTIAL" in this action." The purpose of this change is to allow Microsoft, should it choose to do so, to designate documents as confidential in this matter without "rebranding" documents it already produced to the FTC under a confidentiality provision with the FTC. The ability to maintain the confidentiality designations without "rebranding" was at Microsoft's request, and Plaintiffs do not oppose the modification. Other than this single substantive change, the only other changes are case-specific edits.

4. On January 20, 2023, Plaintiffs sent Defendant's counsel the Northern District's Model Protective Order for Standard Litigation for potential use in this action and asked if they had any concerns.

5. During meet and confers with Defendant's counsel, Defendant's counsel expressed its desire that a protective order be put in place, and that the Model Protective Order was insufficient. Defendant's counsel further stated that they would not produce any documents until a Protective Order was entered in this case.

---

[1] Available at https://www.cand.uscourts.gov/forms/model-protective-orders/

1
DECLARATION OF JOSEPH SAVERI IN SUPPORT OF PLAINTIFFS' MOTION TO ENTER A PROTECTIVE ORDER

6. Plaintiffs expressed to Microsoft's counsel that Plaintiffs did not believe a protective order was necessary in this case, given the heavy burden for establishing confidentiality under the Federal Rules.

7. In an effort to speed up production while still protecting Microsoft's asserted rights, Plaintiffs proposed treating all of the Hart-Scott-Rodino documents as confidential or "attorneys' eyes only" until such time as a protective order was entered by the Court. Microsoft's counsel rejected the proposal.

8. On January 27, 2023, Microsoft transmitted to Plaintiffs a proposed protective order with significant modifications to the model protective order.

9. Attached as **Exhibit B** is a true and correct copy of Microsoft's proposed protective order, showing the numerous changes to the Model Protective Order for Standard Litigation in redline.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed January 31, 2023 in San Francisco, California

By: ____/s/ *Joseph R. Saveri*____
Joseph Saveri