UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No.  22-cv-08991-JSC<br><br>**ORDER FOLLOWING FEBRUARY 2, 2023 STATUS CONFERENCE** |

This Order confirms the matters discussed at the February 2, 2023 status conference.

1. In light of Microsoft's stipulation on the record that the acquisition will not close until May 1, 2023, the Court orders that the acquisition shall not close prior to this date.

2. By 4:00 p.m. on February 3, 2023, the parties shall each file a proposed protective order along with a short (no more than 5-page) explanation for any language which differs from the model stipulated protective order.

3. There is no stay on discovery except as to depositions of Microsoft witnesses. Microsoft shall produce all documents produced in the FTC action to the extent it controls the documents.

4. The hearing on Microsoft's motion to dismiss is set for March 16, 2023 at 10:00 a.m. in Courtroom 8, 450 Golden Gate Ave., San Francisco, California.  The briefing schedule remains the same.

5. The Court sets a further status conference for March 16, 2023 following the hearing on the motion to dismiss.  The parties shall file an updated joint status report by March 14, 2023.

6. The Court resets the hearing on Plaintiffs' motion for a preliminary injunction for

April 12, 2023 at 1:00 p.m. in Courtroom 8, 450 Golden Gate Ave., San Francisco, California. The parties shall meet and confer regarding a briefing schedule which has the reply brief filed no later than March 23, 2023, and file a stipulation with the schedule by February 6, 2023. The Court will hold a pre-hearing conference with the parties on April 5, 2023 at 3:00 p.m. via Zoom video.

**IT IS SO ORDERED.**

Dated: February 3, 2023

JACQUELINE SCOTT CORLEY
United States District Judge

2