Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:     (415) 434-8900
Facsimile:     (415) 434-9200
Email:         jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               dseidel@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **PLAINTIFFS' PROPOSED PROTECTIVE ORDER FOLLOWING THE HEARING ON FEBRUARY 2, 2023** |

In Plaintiffs' Counsels' experience, the Northern District of California's Model Protective Order for Standard Litigation has proven sufficient and reasonable. After meeting and conferring with Defendant, including at the Rule 26(f) conference, Defendant has failed to provide good cause for modifying and deviating from the Model Protective Order. Plaintiffs have previously moved for entry of a Protective Order. (ECF No. 44). Defendant has informed Plaintiffs that its biggest concern is the production of the FTC documents, which they believe may contain highly confidential information. To help facilitate discovery going forward, Plaintiffs respectfully move the Court to enter the Model Protective Order attached hereto as **Exhibit A** to govern discovery. Attached as **Exhibit B** is a redline comparison with the Model Stipulated Protective Order from the Northern District's website.

Plaintiffs suggest the addition of a clause detailing that material produced to the FTC shall be deemed highly confidential for thirty days, after which Defendant will designate the material in accordance with the definitions set forth in the protective order. These additions are accommodations to address Defendant's concerns. While Plaintiffs believe that the Model Protective Order for Standard Litigation is sufficient, they are willing to accept these additions to facilitate production of all the documents Microsoft has already provided to the FTC without delay. Plaintiffs have no other modifications besides the inclusion of the case specific information and modifications to incorporate the additional language. The language added concerning "HIGHLY CONFIDENTIAL" designations comes from the Northern District of California's Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets.

| | |
|---|---|
| Dated: February 3, 2023 | By:    */s/ Joseph R. Saveri*<br>      Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
       swilliams@saverilawfirm.com
       czirpoli@saverilawfirm.com
       eabuchanan@saverilawfirm.com
       dseidel@saverilawfirm.com

Joseph M. Alioto Jr. (State Bar No. 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel: (415) 398-3800
Email:   joseph@aliotolegal.com

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:   (415) 434-8900
Facsimile:   (415) 434-9200
Email:   jmalioto@aliotolaw.com

Plaintiffs' Counsel