Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Tyler Blake (Bar No. 316623)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com
tyler.blake@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Rakesh N. Kilaru (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**STIPULATION RE: BRIEFING SCHEDULE**<br><br>Hon. Jacqueline Scott Corley |

1

# STIPULATION

At the February 2, 2023 status conference, the Court set a hearing on Plaintiffs' motion for a preliminary injunction for April 12, 2023, at 1:00 p.m., with the reply brief to be filed no later than March 23, 2023. The Court instructed the parties to file a stipulation with the briefing schedule. Plaintiffs' motion was already filed on December 20, 2022. The parties met and conferred and hereby stipulate to the following briefing schedule:

- Opposition due March 2, 2023;
- Reply due March 23, 2023.

Additionally, the parties stipulate to a three-day extension for Plaintiffs to submit their opposition to Defendant's motion to dismiss. Accordingly, they stipulate to the following briefing schedule on the motion to dismiss:

- Opposition due February 17, 2023;
- Reply due February 24, 2023.

Dated: February 6, 2023                                   Respectfully submitted,

                                                          By:  /s/ Valarie C. Williams[1]

                                                          Valarie C. Williams
                                                          B. Parker Miller
                                                          Tania Rice
                                                          Tyler Blake
                                                          Alston & Bird LLP

                                                          Rakesh N. Kilaru
                                                          Anastasia M. Pastan
                                                          Jenna Pavelec
                                                          Wilkinson Stekloff LLP

                                                          *Counsel for Defendant Microsoft Corporation*

---

[1] Ms. Williams attests that each of the other Signatories have concurred in the filing of this document.

By: /s/ David H. Seidel

Joseph R. Saveri (Bar No. 130064)
Steven N. Williams (Bar No. 175489)
Cadio Zirpoli (Bar No. 179108)
Elissa Buchanan (Bar No. 249996)
David H. Seidel (Bar No. 307135)
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Joseph M. Alioto Jr. (Bar No. 215544)
Alioto Legal
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 398-3800
joseph@aliotolegal.com

*Counsel for Plaintiffs*

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: February 7, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge