Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Tyler Blake (Bar No. 316623)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com
tyler.blake@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Rakesh N. Kilaru (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **DECLARATION OF VALARIE C. WILLIAMS IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Hon. Jacqueline Scott Corley |

I, Valarie C. Williams, declare:

1. I am a Partner with the law firm of Alston & Bird, counsel of record for Defendant, Microsoft Corporation. I have knowledge of the matters set forth in this declaration, and I could and would competently testify thereto if called to do so. I make this declaration in support of Microsoft's Administrative Motion to File Under Seal.

2. Exhibit D to my Declaration in Support of Microsoft Corporation's Opposition to Plaintiffs' Motion for a Preliminary Injunction is an excerpt from a January 2023 IBISWorld Inc. Industry Report, *Video Game Software Publishing in the US*. Alston & Bird retrieved this proprietary report from IBISWorld.com, which stored the report behind a paywall and imposed terms and conditions regarding publishing and distributing the report. I have included only those pages of this propriety information that are necessary to support Microsoft's arguments made within its Opposition to Plaintiffs' Motion for Preliminary Injunction.

I declare under the penalty of perjury that the foregoing is true and correct. Executed March 2, 2023.

_____
Valarie C. Williams