Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Tyler Blake (Bar No. 316623)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com
tyler.blake@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Rakesh N. Kilaru (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br>  Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hon. Jacqueline Scott Corley |

The Court has reviewed Microsoft Corporation's ("Microsoft") Administrative Motion to File Under Seal Portions of Opposition to Motion for Preliminary Injunction and the accompanying Declarations of Cynthia Randall and Valarie C. Williams. The Court rules as follows:

| Documents or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Opposition to Plaintiffs' Motion for Preliminary Injunction ("Opposition"), at 2:11-12 | Randall Decl. in support of Admin. Motion to Seal ("Randall Sealing Decl.") ¶ 5 | |
| Opposition at 2:16 | Randall Sealing Decl. ¶ 5 | |
| Opposition at 2:19 | Randall Sealing Decl. ¶ 5 | |
| Opposition at 9:26-10:11 | Williams Decl. in support of Admin. Motion to Seal ("Williams Sealing Decl.") ¶ 2 | |
| Opposition at 10:19 | Randall Sealing Decl. ¶ 5 | |
| Opposition at n. 3 | Williams Sealing Decl. ¶ 2 | |
| Opposition at 11:2-10 | Randall Sealing Decl. ¶ 5 | |
| Opposition at 12:9-16 | Randall Sealing Decl. ¶ 5 | |
| Opposition at 16:17-19 | Randall Sealing Decl. ¶ 4 | |
| Opposition at 19:11-12 | Randall Sealing Decl. ¶ 5 | |
| Kilaru Decl., Ex. A | Randall Sealing Decl. ¶ 3 | |
| Kilaru Decl., Ex. B | Randall Sealing Decl. ¶ 3 | |
| Kilaru Decl., Ex. C | Randall Sealing Decl. ¶ 4 | |
| Kilaru Decl., Ex. D | Randall Sealing Decl. ¶ 3 | |
| Kilaru Decl., Ex. E | Randall Sealing Decl. ¶ 3 | |
| Kilaru Decl., Ex. F | Randall Sealing Decl. ¶ 4 | |
| Kilaru Decl., Ex. G | Randall Sealing Decl. ¶ 4 | |

| Documents or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Kilaru Decl., Exs. H - M | Randall Sealing Decl. ¶ 5 | |
| Williams Decl., Ex. D | Williams Sealing Decl. ¶ 2 | |

IT IS SO ORDERED.

DATED:

                                              Judge Jacqueline Scott Corley
                                              United States District Court Judge