Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Tyler Blake (Bar No. 316623)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com
tyler.blake@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Rakesh N. Kilaru (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Jacqueline Scott Corley<br><br>Date: April 12, 2023<br>Time: 1:00 p.m.<br>Courtroom: 8 – 19th Floor |

I, Rakesh N. Kilaru, declare as follows:

1. I am an attorney with the law firm of Wilkinson Stekloff LLP. I am counsel of record for Defendant Microsoft Corporation ("Microsoft") in this action. I am also counsel for Microsoft in an investigation (File No. 221-0077) and Adjudicative Proceeding (No. 9412) brought by the Federal Trade Commission. I have knowledge of the matters set forth in this declaration, and I could and would competently testify hereto if called to do so.

2. In conjunction with its Hart-Scott-Rodino Act filing related to its proposed acquisition of Activision Blizzard, Inc., Microsoft collected and submitted to the FTC and Department of Justice certain documents related to the transaction ("HSR Filing"). Microsoft also collected and produced to the FTC documents in response to the FTC's Second Request.

3. Attached as Exhibit A through F are true copies of certain documents that Microsoft produced to the FTC and reproduced to Plaintiffs in this action. They are listed below for reference:

   a. Exhibit A – contract between Microsoft and Nintendo Co., Ltd., dated February 10, 2023.
   b. Exhibit B – contract between Microsoft and NVIDIA Corporation, dated February 20, 2023.
   c. Exhibit C – email exchange dated January 17-20, 2022, which was submitted by Microsoft in its HSR Filing.
   d. Exhibit D – proposed contract between Microsoft and Sony Interactive Entertainment LLC.
   e. Exhibit E – email exchange dated May 26 and August 26, 2022.
   f. Exhibit F – excerpt of December 8, 2021 PowerPoint presentation to Microsoft's Board of Directors.

4. Attached as Exhibit G is a true copy of an excerpt of the transcript of Satya Nadella's investigational hearing with the Federal Trade Commission pursuant to *In re Microsoft/Activision*, File No. 221-0077, held on September 27, 2022.

5. To the extent that Plaintiffs' alleged markets appear to overlap with market shares developed for the FTC investigation and produced to the FTC, that market share information is attached as follows:

a. Exhibit H – global market shares in PC games.
b. Exhibit I – U.S. market shares in PC games.
c. Exhibit J – global market shares in console games.
d. Exhibit K – U.S. market shares in console games.
e. Exhibit L – global market shares in mobile games.
f. Exhibit M – U.S. market shares in mobile games.

6. As explained further in the brief, Microsoft calculated market share and HHI figures for some of Plaintiffs' alleged markets (shown at pages 10 and 12 of Microsoft's Opposition to Plaintiffs' Motion for Preliminary Injunction) using the same underlying data that was produced to the FTC and reproduced to Plaintiffs.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 2, 2023.

_____
Rakesh N. Kilaru