Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Tyler Blake (Bar No. 316623)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com
tyler.blake@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Rakesh N. Kilaru (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF VALARIE C. WILLIAMS IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Jacqueline Scott Corley<br><br>Date: April 12, 2023<br>Time: 1:00 p.m.<br>Courtroom: 8 – 19th Floor |

1

I, Valarie C. Williams, declare as follows:

1.      I am an attorney admitted to practice law in the State of Georgia and before this Court. I am a Partner with the law firm of Alston & Bird, counsel of record for Defendant, Microsoft Corporation.  I have knowledge of the matters set forth in this declaration, and I could and would competently testify thereto if called to do so.  I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction.  Several of the exhibits attached hereto were materials that I printed from websites.  To improve legibility and to avoid filing unnecessary pages on the docket, I have omitted some pages of irrelevant advertisements.

2.      Attached hereto as Exhibit A is a true and correct copy of the following press release: *Microsoft to Acquire Activision Blizzard to Bring the Joy and Community of Gaming to Everyone, Across Every Device*, Microsoft News Center (Jan. 18, 2022), https://news.microsoft.com/2022/01/18/microsoft-to-acquire-activision-blizzard-to-bring-the-joy-and-community-of-gaming-to-everyone-across-every-device/ (last accessed Mar. 1, 2023).

3.      Attached hereto as Exhibit B is a true and correct copy of the following article: Sebastian Herrera, *Xbox Boss Phil Spencer Wants to Sever Apple-Google 'Duopoly' in Mobile Games*, Wall St. J. (Oct. 26, 2022), https://www.wsj.com/articles/xbox-boss-phil-spencer-wants-to-sever-apple-google-duopoly-in-mobile-games-11666817626 (last accessed Mar. 1, 2023).

4.      Attached hereto as Exhibit C is a true and correct copy of the following press release: *Microsoft and NVIDIA Announce Expansive New Gaming Deal*, Microsoft News Center (Feb. 21, 2023), https://news.microsoft.com/2023/02/21/microsoft-and-nvidia-announce-expansive-new-gaming-deal/ (last accessed Mar. 1, 2023).

5.      Attached hereto as Exhibit D is a portion of a true and correct copy of the following industry report: Jonathan Burns, IBISWorld Inc., *Video Game Software Publishing in the US* (Jan. 2023).

6.      Attached hereto as Exhibit E is a true and correct copy of the following article: Eddie Makuch, *Here's How Many Video Games Released in 2021—And How Few Had Physical Editions*, Game Spot (Jan. 4, 2022),  https://www.gamespot.com/articles/heres-how-many-video-games-

1

released-in-2021-and-how-few-had-physical-editions/1100-6499333/ (last accessed Mar. 1, 2023).

7.    Attached hereto as Exhibit F is a true and correct copy of the following interview: *6 Questions with Amazon Games' Global Marketing Chief*, Amazon Games (May 12, 2022), https://www.amazongames.com/en-us/news/articles/sarah-anderson-interview (last accessed Mar. 1, 2023).

8.    Attached hereto as Exhibit G is a true and correct copy of the following article: Amanda Silberling, *Netflix to Expand into Cloud Gaming, Opens New Studio in Southern California*, TechCrunch (Oct. 18, 2022), https://techcrunch.com/2022/10/18/netflix-to-expand-into-cloud-gaming-opens-new-studio-in-southern-california/ (last accessed Mar. 1, 2023).

9.    Attached hereto as Exhibit H is a true and correct copy of the following press release: Chris Charla, *Celebrating Nine Years of ID@Xbox*, Xbox Wire (Mar. 24, 2022), https://news.xbox.com/en-us/2022/03/24/celebrating-nine-years-of-idxbox/ (last accessed Mar. 1, 2023).

10.    Attached hereto as Exhibit I is a true and correct copy of the following press release: Greg Rice, *PlayStation Indies: Development Hardware Loan Program*, SIE.Blog (July 26, 2022), https://www.sie.com/en/blog/playstation-indies-development-hardware-loan-program/ (last accessed Mar. 1, 2023).

11.    Attached hereto as Exhibit J is a true and correct copy of the following article: Tom Huddleston Jr., *From Playing Video Games While Broke on Welfare to Creating Billion-Dollar Game 'PlayerUnknown's Battlegrounds'*, CNBC (Apr. 26, 2019), https://www.cnbc.com/2019/04/26/pubg-creator-went-from-welfare-to-making-a-billion-dollar-video-game.html (last accessed Mar. 1, 2023).

12.    Attached hereto as Exhibit K is a true and correct copy of the following article: Matt Purslow, *After Blizzard: The Big New AAA-to-Indie Exodus Is in Full Swing*, IGN (Dec. 26, 2022), https://www.ign.com/articles/after-blizzard-the-big-new-aaa-to-indie-exodus-is-in-full-swing    (last accessed Mar. 1, 2023).

13.    Attached hereto as Exhibit L is a true and correct copy of the following article: Dean Takahashi, *Games One: Here's the Top 15 Venture Capital Funds that Invest in Games*, VentureBeat

(Feb. 17, 2021), https://venturebeat.com/games/games-one-heres-the-top-15-venture-capital-funds-that-invest-in-games/ (last accessed Mar. 1, 2023).

14.     My team prepared a table that is a true and correct representation of Metacritic rankings of certain console and PC video games.  The table is attached hereto as Exhibit M.

15.     Attached hereto as Exhibit N is a true and correct copy of the following tweet: Brad Smith (@BradSmi), Twitter (Feb. 24, 2023, 1:04 PM), https://twitter.com/BradSmi/status/1629180356359495680 (last accessed Mar. 1, 2023).

16.     Attached hereto as Exhibit O is a true and correct copy of the following article: Yang Jie, *Sony Expects Microsoft to Keep Activision Games Multiplatform*, Wall St. J. (Jan. 20, 2022), https://www.wsj.com/articles/sony-expects-microsoft-to-keep-activision-games-multiplatform-11642665939 (last accessed Mar. 1, 2023).

17.     Attached hereto as Exhibit P is a true and correct copy of the following article: Tom Warren, *Microsoft Promises to Keep Call of Duty on PlayStation for as Long as PlayStation Exists*, The Verge (Oct. 31, 2022), https://www.theverge.com/2022/10/31/23433114/microsoft-call-of-duty-playstation-phil-spencer-comments (last accessed Mar. 1, 2023).

18.     Attached hereto as Exhibit Q is a true and correct copy of the following article: Phil Spencer, *Gaming for Everyone, Everywhere: Our View on the Activision Blizzard Acquisition*, Microsoft (Sept. 1, 2022), https://blogs.microsoft.com/on-the-issues/2022/09/01/gaming-everyone-everywhere/ (last accessed Mar. 1, 2023).

19.     Attached hereto as Exhibit R is a true and correct copy of the following article: Luke Reilly, *Microsoft Has Signed 10-Year Deal to Bring Call of Duty to Nintendo*, IGN (Feb. 26, 2023), https://www.ign.com/articles/microsoft-has-signed-10-year-deal-to-bring-call-of-duty-to-nintendo (last accessed Mar. 1, 2023).

20.     Attached hereto as Exhibit S is a true and correct copy of the following article: Aisha Malik, *Nintendo Says It Now Has More Than 100 Million Annual Playing Users*, TechCrunch (May 10, 2022), https://techcrunch.com/2022/05/10/nintendo-100-million-annual-playing-users/ (last accessed Mar. 1, 2023).

21.     Attached hereto as Exhibit T is a true and correct copy of the following article: Sarah E. Needleman & Kim Mackrael, *Microsoft Signs 'Call of Duty' Pacts With Nintendo and Nvidia as Activision Deal Faces Scrutiny*, Wall St. J. (Feb. 21, 2023), https://www.wsj.com/articles/microsoft-signs-call-of-duty-pact-with-nintendo-as-activision-deal-faces-scrutiny-77f47443 (last accessed Mar. 1, 2023).

22.     Attached hereto as Exhibit U is a portion of a true and correct copy of the following report: Competition & Markets Authority, *Mobile Ecosystems: Market Study Final Report* (2022), https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/1138104/Mobile_Ecosystems_Final_Report_amended_2.pdf (last accessed Mar. 1, 2023).

23.     Attached hereto as Exhibit V is a true and correct copy of the following press release: *Get the Facts: How Microsoft is Committed to Growing Gaming Communities*, Microsoft, https://news.microsoft.com/wp-content/uploads/prod/sites/642/2022/12/Get-the-facts-ZeniMax-.pdf (last accessed Mar. 2, 2023).

24.     Attached hereto as Exhibit W is a true and correct copy of the following article: Salman Haider Zaidi, *Microsoft President Brad Smith Reveals Sony-Activision COD Deal Will Expire in 2024*, MP1st (Feb. 23, 2023), https://mp1st.com/news/microsoft-president-brad-smith-reveals-sony-activision-cod-deal-will-expire-in-2024 (last accessed Mar. 2, 2023).

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on March 2, 2023.

_____

Valarie C. Williams