# EXHIBIT G

Join TechCrunch+   Login

Search

TechCrunch+
Startups
Venture
Security
Crypto
Apps
Events
Advertise
More

# Netflix to expand into cloud gaming, opens in Southern California

**Amanda Silberling**

@asilbwrites  /  5:14 PM EDT • October 18, 2022



**Image Credits:** Netflix

**Watch Session Recordings With An Online Pass - Book To**

At TechCrunch Disrupt, Netflix VP of Gaming Mike Verdu dropped two bits of news about the streamin Verdu said that Netflix is "seriously exploring a cloud gaming offering." The company will also open a Southern California.

"It's a value add. We're not asking you to subscribe as a console replacement," Verdu said on stage. business model. The hope is over time that it just becomes this very natural way to play games where

Google's Stadia and Amazon's Luna have made the same play, attempting to peddle video games tha they don't have an expensive gaming computer or coveted console. But these services have struggle adoption. Google recently said that it will shut down Stadia in January.

**Learn how Adobe is helping businesses accelerate growth and deepen customer relatio**

  **Building a startup or looking for your next deal? We have you covered.**

Case 3:22-cv-08991-JSC Document 64-22 Filed 03/02/23 Page 3 of 4



**Sponsored by Adobe**

Join TechCrunch+   Login

Search

TechCrunch+
Startups
Venture
Security
Crypto
Apps
Events
Advertise
More

"While Stadia's approach to streaming games for consumers was built on a strong technology founda
traction with users that we expected so we've made the difficult decision to begin winding down our S
Stadia VP and GM Phil Harrison wrote in a blog post.

Verdu thinks these products struggled due to their business models, not the technology itself.



*Mike Verdu, VP of Games at Netflix speaks about "whether game streaming can go mainstream" at TechCrunch Disrupt in San Francisco on October 19, 2022.*
**Image Credits:** Haje Kamps / TechCrunch

"Stadia was a technical success. It was fun to play games on Stadia," Verdu said. "It had some issues for sure."

**TC Early Stage**
**Turn your idea into a viable business**

Get the building blocks you need to realize your entrepreneurial potential at TC Early Stage

Register Now

Both Stadia and Luna have dedicated controllers — but Verdu was reticent to say whether we can expect a Netflix controller in the future.

He did reveal, though, that Netflix is stepping up its game development by opening an internal studio in California. This is the company's fifth studio — just last month, Netflix set up shop in Helsinki, Finland with a former Zynga executive at the helm. Others include Boss Fight Entertainment, Night School Studio and Finland's Next Games, which are each developing their own games catering to different tastes.

The new California studio will be led by Chacko Sonny, the former executive producer on "Overwatch." Made at Activision Blizzard Entertainment, "Overwatch" was a massive success, netting billions of dollars. Sonny announced his departure from Activision earlier this year in the wake of an SEC probe regarding sexual harassment and discrimination at the dominant gaming company.

"He could have done anything, but he chose to come here," said Verdu. "You don't get people like that to come and join your organization to build the next big thing in gaming unless there's a sense that we're really in it for the long haul and we're doing it for the right reasons."

Since it announced its foray into gaming, Netflix has 14 games in development in its own studios and 55 games available on its mobile service now. In total, Verdu said it has 55 games "in flight" at present. These games include experiences tied to Netflix shows like "Stranger Things," as well as licensed IP like "Spongebob Squarepants." Netflix is also developing original IP for games.

"We hope over time that the balance is like, 50% Netflix IP," Verdu said.

The company still considers itself in the very early stages of its gaming initiative but hasn't ruled out expanding to other platforms — though we understand it won't be heading to the console or VR at this point.

The news of the gaming studio launch and cloud gaming plans arrives as Netflix is announcing its Q3 2022 earnings today, with the streamer beating expectations with the addition of 2.41 million subscribers, bringing the total to 223.09 million. Netflix had only forecast a net gain of only 1 million subs in the third quarter. The company also reported earning $7.93 billion in revenue in Q3 2022, whereas analysts predicted $7.85 billion.

*Update, 10/18/22, 5:54 pm ET to clarify the 14 titles are "in development," not "developed."*

### Netflix adds 2.41M subscribers, soaring past expectations



Things are looking up for Netflix this quarter. The streamer added 2.41 million subscribers, bringing the total to 223.09 million. Netflix had forecast a net gain of 1 million subs in the third quarter, so today's results far exceed its own expectations and analyst estimates. The company also reported earning $7.93 billion in revenue in Q3 2022, … Continue reading

 TechCrunch