# EXHIBIT I

# SIE.Blog

Company   Culture   Diversity   News   Product

COMPANY  |  PRODUCT  |  JUL 26, 2022

## PlayStation Indies: Development Hardware Loan Program

Helping make PlayStation the best place to publish and play



Greg Rice, Head of PlayStation Creators

It is our continued goal to make PlayStation the best place to publish and play games of all shapes and sizes. Over the past couple of years, we have been thrilled to support our external publishing partners with features in Indie Spotlight events, indie montage videos on our social channels, dedicated space for PlayStation Indies on PlayStation.com, and have been working to reduce the time it takes to get a new developer on-boarded on PlayStation.

As such, we are always striving to lower the barrier of entry and improve the process for publishing on PlayStation. We're pleased to announce a new initiative that will make it easier for new partners to hop in and get started with developing for PlayStation.

Newly licensed PlayStation game publishers and developers will be eligible to receive one PS5 development kit and one PS5 testing kit, compliments of SIE subject to applicable terms and conditions.*

So who is eligible? We want to welcome new voices, new ideas, and new experiences from the game development and publishing industry so sign up with PlayStation today at https://partners.playstation.net/

Please refer to our list of supported countries and regions on the PlayStation Partners registration process  for devtools access.**

Once you have completed registration and onboarding our team will contact you to confirm the terms of loan.***

*   Subject to acceptance of SIE global developer and publisher  license agreement.

**   Direct shipping or indirect shipping.

***  Loan period, security guidelines, shipping & returns.

**RELATED ARTICLES  |  COMPANY | PRODUCT**



**Introducing PlayStation Playmakers™: A Conversation with Eric Lempel (https://www.sie.com/en/blog/introducing-playstation-playmakers-a-conversation-with-eric-lempel/)**