# EXHIBIT M

**Examples of Competing Game Publishers & Developers**

| Studio | Notable Titles | Notable Games with Metacritic Score[1] | Platform |
|---|---|---|---|
| **Sony** | *God of War* | • God of War (2018) - 94<br>• God of War Ragnarök – 94 | PC & PlayStation[2] |
| | *The Last of Us* | • The Last of Us - 95<br>• The Last of Us Part II - 93 | PlayStation (Exclusive)[3] |
| | *Uncharted* | • Uncharted 4: A Thief's End - 93<br>• Uncharted: The Lost Legacy - 84 | PlayStation & PC[4] |
| | *Marvel's Spider-Man* | • Marvel's Spider-Man - 87<br>• Marvel's Spider-Man: Miles Morales - 85 | PlayStation & PC |
| | *Ghost of Tsushima* | • Ghost of Tsushima - 83 | PlayStation (Exclusive) |
| | *Horizon Zero Dawn* | • Horizon Zero Dawn - 89<br>• Horizon Zero Dawn: The Frozen Wilds - 83<br>• Horizon Zero Dawn: Forbidden West - 88 | PlayStation & PC[5] |
| **Nintendo** | *Legend of Zelda* | • The Legend of Zelda: Breath of the Wild - 97 | Nintendo Switch (Exclusive) |
| | *Super Mario* | • Super Mario Odyssey - 97<br>• Mario Kart 8 Deluxe - 92 | Nintendo Switch (Exclusive) |

---

[1] Metacritic Scores may vary between platforms.

[2] God of War Ragnarök—the latest in the series—is currently a PlayStation exclusive.

[3] At the time of drafting this table, the Last of Us series is a PlayStation exclusive but a remake of the original game will release on PC on March 28, 2023. *See* Last of Us, Steam, https://store.steampowered.com/app/1888930/The_Last_of_Us_Part_I/. The sequel to the original game, Last of Us Part II, remains a PlayStation exclusive.

[4] The Uncharted series was a PlayStation exclusive until October of 2022, when Sony released a collection of the series on PC. *See* UNCHARTED: Legacy of Thieves Collection for PC, PlayStation, https://www.playstation.com/en-us/games/uncharted-legacy-of-thieves-collection/pc/.

[5] Horizon Zero Dawn was a PlayStation exclusive until the "Complete Edition" released for PC in August of 2020. *See* Horizon Zero Dawn Complete Edition, Steam, https://store.steampowered.com/app/1151640/Horizon_Zero_Dawn_Complete_Edition/. The latest entry of the series, Horizon Zero Dawn: Forbidden West remains a PlayStation exclusive.

1

| Studio | Notable Titles | Notable Games with Metacritic Score[1] | Platform |
|---|---|---|---|
| **Nintendo** | *Pokémon* | - Pokémon Shield - 80<br>- Pokémon Legends: Arceus - 83<br>- Pokémon Scarlet and Pokémon Violet - 72 | Nintendo Switch (Exclusive) |
| | *Super Smash Bros.* | - Super Smash Bros. Ultimate - 93 | Nintendo Switch (Exclusive) |
| | *Metroid* | - Metroid Dread - 88<br>- Metroid Prime Remastered - 94 | Nintendo Switch (Exclusive) |
| | *Splatoon* | - Splatoon 3 - 83 | Nintendo Switch (Exclusive) |
| **Riot Games** | *League of Legends* | - League of Legends - 78 | Mobile & PC |
| **Electronic Arts (EA)** | *Apex Legends* | - Apex Legends - 89 | Mobile, Nintendo Switch, PC, PlayStation, & Xbox |
| | *Star Wars* | - Star Wars Jedi: Fallen Order - 79<br>- Star Wars: Squadrons - 79<br>- Star Wars: Battlefront II - 68<br>- Star Wars: Battlefront (2015) - 73 | PC, PlayStation, Stadia, & Xbox |
| | *Battlefield* | - Battlefield 2042 - 68<br>- Battlefield V - 81 | PC, PlayStation, & Xbox |
| | *FIFA* | - FIFA 20 - 79 | Nintendo Switch, PC, PlayStation, & Xbox |
| | *Dragon Age* | - Dragon Age: Inquisition - 89 | PC, PlayStation, & Xbox |
| | *Mass Effect* | - Mass Effect Legendary Edition - 87<br>- Mass Effect: Andromeda - 71 | PC, PlayStation, & Xbox |
| **Epic Games** | *Fortnite* | - Fortnite - 85 | Mobile, Nintendo Switch, PC, PlayStation, & Xbox |
| | *Gears of War* | - Gears of War Judgment - 79<br>- Gears of War 3 - 91 | PC & Xbox |
| | *Unreal* | - Unreal Tournament - 93 | PC |
| **Konami** | *Metal Gear* | - Metal Gear Solid V: The Phantom Pain - 93 | PC, PlayStation, Xbox |

2

| Studio | Notable Titles | Notable Games with Metacritic Score[1] | Platform |
|---|---|---|---|
| **Konami** | *Silent Hill* | • Silent Hill Downpour - 68<br>• Silent Hill: Homecoming - 71<br>• Silent Hill 3 – 85 | PlayStation & Xbox |
| **Rockstar Games** | *Grand Theft Auto* | • Grand Theft Auto V - 97 | PC, PlayStation, & Xbox |
| | *Red Dead Redemption* | • Red Dead Redemption 2 - 97 | PC, PlayStation, Stadia, & Xbox |
| **Ubisoft** | *Far Cry* | • Far Cry 6 - 79<br>• Far Cry 5 - 82 | PC, PlayStation, Stadia, & Xbox |
| | *Assassin's Creed* | • Assassin's Creed Valhalla - 84 | PC, PlayStation, Stadia, & Xbox |
| | *Tom Clancy's Rainbow Six* | • Tom Clancy's Rainbow Six Siege - 79<br>• Tom Clancy's The Division - 80 | PC, PlayStation, Stadia, & Xbox |
| **Sega Games** | *Bayonetta* | • Bayonetta - 90 | Nintendo Switch & Wii U |
| | *Sonic the Hedgehog* | • Sonic Colors Ultimate – 74<br>• Sonic Frontiers - 75 | Nintendo Switch, PC, PlayStation, & Xbox |
| **Square Enix** | *Final Fantasy* | • Final Fantasy VII (2020) – 87<br>• Final Fantasy XV - 83 | PlayStation & Xbox |
| | *Life is Strange* | • Life is Strange: Before the Storm - 82 | PC, PlayStation, and Xbox |
| **Capcom** | *Resident Evil* | • Resident Evil Village - 84<br>• Resident Evil 7: Biohazard - 86 | Nintendo Switch, PC, PlayStation, Stadia, & Xbox |
| | *Monster Hunter* | • Monster Hunter: World - 90<br>• Monster Hunter Rise - 88 | Nintendo Switch, PC, PlayStation, & Xbox |
| | *Street Fighter* | • Street Fighter 30th Anniversary Collection – 83<br>• Street Fighter V: Arcade Edition – 87 [6] | Nintendo Switch, PC, PlayStation, & Xbox |
| **Bandai Namco** | *Elden Rings* | • Elden Ring - 96 | PC, PlayStation, & Xbox |

---

[6] Street Fighter V is exclusive to PlayStation and PC.

| Studio | Notable Titles | Notable Games with Metacritic Score[1] | Platform |
|---|---|---|---|
| | Dragon Ball Z | • Dragon Ball Z: Kakarot – 78<br>• Dragon Ball Z FighterZ - 87 | Nintendo Switch, PC, PlayStation, Stadia, & Xbox |
| **Deep Silver** | Dead Island | • Dead Island - 80 | PC, PlayStation, & Xbox |
| | Saints Row | • Saints Row (2022) - 65<br>• Saints Row IV - 86 | PC, PlayStation, Stadia, & Xbox |
| **Warner Bros. Interactive** | Harry Potter | • Hogwarts Legacy - 84 | PC, PlayStation, & Xbox[7] |
| | Batman | • Gotham Knights - 66<br>• Batman: Arkham Knight - 87 | PC, PlayStation, & Xbox |
| | Mortal Kombat | • Mortal Kombat 11 Ultimate - 88 | Nintendo Switch, PC, PlayStation, Stadia, & Xbox |
| **Koei Tecmo** | Attack on Titan | • Attack on Titan 2 - 75 | Nintendo Switch, PC, PlayStation, Xbox |
| | Dynasty Warriors | • Dynasty Warriors 9 - 65 | PC, PlayStation, & Xbox |
| **CD Projekt RED** | The Witcher | • Witcher 3: Wild Hunt - 92 | Nintendo Switch, PC, PlayStation, & Xbox |
| | Cyberpunk 2077 | • Cyberpunk 2077 - 86 | PC, PlayStation, Stadia, & Xbox |
| **Remedy Entertainment** | Control | • Control - 82 | PC, PlayStation, & Xbox |
| **Valve Corporation** | Dota | • Dota 2 - 90 | PC |
| | Left 4 Dead | • Left 4 Dead 2: 89 | PC & Xbox |
| | Counter-Strike | • Counter-Strike: Global Offensive - 83 | PC |
| | Half-Life | • Half-Life: Alyx - 93<br>• Half-Life 2 - 96 | PC |

---

[7] Hogwarts Legacy is set to release on the Nintendo Switch later this year. *See When does Hogwarts Legacy come out on Switch, PS4, and Xbox One?*, Polygon (Feb. 10, 2023), https://www.polygon.com/23552621/hogwarts-legacy-release-date-play-early-access-versions-deluxe-collectors.

4