# EXHIBIT O

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/sony-expects-microsoft-to-keep-activision-games-multiplatform-11642665939

NEWSPLUS

# Sony Expects Microsoft to Keep Activision Games Multiplatform

Activision supplies some of the most popular games for Sony's PlayStation game console, including the Call of Duty series



The Sony logo is displayed at the company's headquarters in Tokyo.
PHOTO: YUKI IWAMURA/AGENCE FRANCE-PRESSE/GETTY IMAGES

*By Yang Jie* [Follow]

Jan. 20, 2022 3:05 am ET

TOKYO—Sony Group Corp. said Thursday that it expected Microsoft Corp. to ensure that games from Activision Blizzard Inc. are available on non-Microsoft videogame platforms if Microsoft completes its proposed acquisition of Activision.

"We expect that Microsoft will abide by contractual agreements and continue to ensure Activision games are multiplatform," a Sony spokesman said Thursday.

Activision supplies some of the most popular games for Sony's PlayStation game console, including the Call of Duty series. After Microsoft on Tuesday announced its acquisition plan, some analysts raised the possibility that Activision games might be available exclusively for Microsoft's own Xbox console and its subscription videogame services in the future.

Phil Spencer, head of Microsoft Gaming, mentioned other platforms in a press release Tuesday but didn't give details of Microsoft's plans. "Activision Blizzard games are enjoyed on a variety of platforms and we plan to continue to support those communities moving forward," he said.

Write to Yang Jie at jie.yang@wsj.com