# EXHIBIT P





Menu

MICROSOFT / TECH / XBOX

# Microsoft promises to keep Call of Duty on PlayStation for as long as PlayStation exists / Microsoft Gaming CEO Phil Spencer has been making clearer and clearer comments about Call of Duty in recent interviews

By **TOM WARREN** / **@tomwarren**

Oct 31, 2022, 1:29 PM EDT

💬 11 Comments / 11 New

  



Image: Activision

"We're not taking *Call of Duty* from PlayStation" is the message from Microsoft Gaming CEO Phil Spencer this week. Spencer has recently been discussing the future of *Call of Duty* if the Activision acquisition clears, and he's made his clearest comments yet in a new podcast interview with YouTubers Justine and Jenna Ezarik.

"As long as there's a PlayStation out there to ship to, our intent is that we continue to ship *Call of Duty* on PlayStation," says Spencer on the *Same Brain* podcast. "Similar to what we've done with *Minecraft*,

since we've owned that, we've expanded the places people can play *Minecraft*. We haven't reduced the places, and it's been good for the *Minecraft* community in my opinion, and I want to do the same as we think about where *Call of Duty* can go."



While there's been a public back-and-forth over the future of *Call of Duty* between Sony and Microsoft, Spencer has compared *Call of Duty* to *Minecraft* twice recently. Speaking at The Wall Street Journal's tech conference last week, Spencer also hinted at plans to bring *Call of Duty* to the Nintendo Switch to treat the franchise like *Minecraft* and keep it on rival platforms.

"*Call of Duty* specifically will be available on PlayStation," said Spencer. "I'd love to see it on the Switch, I'd love to see the game playable on many different screens. Our intent is to treat *Call of Duty* like *Minecraft*."

*Call of Duty* fans have been debating whether Microsoft would make the game exclusive to Xbox ever since the news of Microsoft's $68.7 billion Activision acquisition broke earlier this year. Spencer was quick to publicly say Microsoft had a "desire to keep *Call of Duty* on PlayStation," but a written commitment to Sony wasn't enough to prevent concerns from the PlayStation maker.

**Related /**

- **Microsoft will keep Call of Duty on PlayStation for "several more years" beyond existing deal**
- **Sony says Microsoft's Call of Duty offer was "inadequate on many levels"**

After *The Verge* revealed last month that Spencer made a written commitment to PlayStation head Jim Ryan earlier this year to keep *Call of Duty* on PlayStation for "several more years" beyond the

existing marketing deal Sony has with Activision, Sony labeled Microsoft's offer "inadequate on many levels."

Microsoft also says keeping *Call of Duty* on PlayStation is a "commercial imperative for the Xbox business and the economics of the transaction" in filings to the UK competition regulator. Microsoft says it would put revenue at risk if it pulled *Call of Duty* from PlayStation and that "Microsoft has been clear that it is counting on revenues from the distribution of Activision Blizzard games on Sony PlayStation."

💬 11 COMMENTS (11 NEW)

FEATURED VIDEOS FROM THE VERGE

**PSVR 2: future of VR, tethered to the past**



00:05　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11:01