# EXHIBIT Q

3/1/23, 4:43 PM Gaming for everyone, everywhere: our view on the Activision Blizzard acquisition - Microsoft On the Issues

Case 3:22-cv-08991-JSC Document 64-32 Filed 02/02/23 Page 2 of 4



Microsoft On the Issues   Our Company˅    All Microsoft˅

News and Stories˅

Cart 

Search 🔍    Stay Connected

Topics˅

Cloud Principles

# Gaming for everyone, everywhere: our view on the Activision Blizzard acquisition

Press Tools˅

Sep 1, 2022   |   Phil Spencer - CEO, Microsoft Gaming

Have the latest posts sent right to your inbox. Enter your email below.

By providing your email address, you will receive email updates from the Microsoft on the Issues blog.



Email Add|   Subscribe

Game developers around the world are creating innovative and groundbreaking games. We think that we can do more to bring those experiences to the billions of players everywhere. Our announcement in January that we intend to acquire Activision Blizzard was an important milestone in our journey to do so. Since then, regulators, game developers and players have been asking what the acquisition means for the industry and, most importantly, for players.

While we love consoles, we recognize that they are not the only way that people play games. Today, the largest and fastest growing segment of gaming is mobile platforms. To reach the billions of players where they are and no matter what device they play on, we need to embrace choice. Giving players choice in how they play their games makes gaming more accessible and leads to larger, more vibrant communities of players. Choice is equally important to developers. Developers benefit from having a diversity of distribution and business models for their games. Choice unlocks opportunities for innovation and enables the industry to grow.

3/1/23, 4:43 PM    Gaming for everyone, everywhere: our view on the Activision Blizzard acquisition - Microsoft On the Issues

Case 3:22-cv-08991-JSC   Document 64-32   Filed 02/02/23   Page 3 of 4

We are expanding choice in two ways: through the creation of Game Pass, which gives players a subscription option; and by bringing more games to mobile platforms, including through our cloud game streaming technology. Subscription services like Game Pass make gaming more affordable and help players from all over the world find their next favorite game. Game Pass empowers developers to bring more games to more players, not fewer.  We intend to make Activision Blizzard's much-loved library of games – including Overwatch, Diablo and Call of Duty – available in Game Pass and to grow those gaming communities. By delivering even more value to players, we hope to continue growing Game Pass, extending its appeal to mobile phones and any connected device.

Bringing more games to mobile platforms, however, requires new capabilities. The expertise that the teams at Activision Blizzard bring in developing games for mobile platforms will help us understand how to create games that engage players around the world. In addition, we hope that players will be eager to play traditional console games from Activision Blizzard on other platforms via our cloud game streaming technology. This promises to open up mobile gaming, creating new distribution opportunities for game developers outside of mobile app stores while delivering compelling and immersive experiences for players by using the power of the cloud. And we can extend the joy of playing to devices that people already own, including Smart TVs and laptops.

In doing so, we will pursue a principled path. We've heard that this deal might take franchises like Call of Duty away from the places where people currently play them.  That's why, [as we've said before, we are committed to making the same version of Call of Duty available on PlayStation on the same day the game launches elsewhere](.).  We will continue to enable people to play with each other across platforms and across devices. We know players benefit from this approach because we've done it with Minecraft, which continues to be available on multiple platforms and has expanded to even more since Mojang joined Microsoft in 2014.  As we extend our gaming storefront across new devices and platforms, we will make sure [that we do so in a manner that protects the ability of developers to choose how to distribute their games](.).

We will continue to engage with regulators with a spirit of transparency and openness as they review this acquisition. We respect and welcome the hard questions that are being asked. The gaming industry today is robust and dynamic. Industry

3/1/23, 4:43 PM                              Gaming for everyone, everywhere: our view on the Activision Blizzard acquisition - Microsoft On the Issues

Case 3:22-cv-08991-JSC   Document 64-32   Filed 02/02/23   Page 4 of 4

leaders, including Tencent and Sony, continue to expand their deep and extensive libraries of games as well as other entertainment brands and franchises, which are enjoyed by players everywhere. We believe that a thorough review will show that the combination of Microsoft and Activision Blizzard will benefit the industry and players.

For all the players and game developers out there, you remain at the center of everything we do, and we will continue to listen to your feedback and do everything we can to nurture this industry we all love.

*(Editor's Note)* For more information on the deal:

- Microsoft to acquire Activision Blizzard to bring the joy and community of gaming to everyone, across every device – Stories

- Adapting ahead of regulation: a principled approach to app stores – Microsoft On the Issues

- CWA, Microsoft Announce Labor Neutrality Agreement | Communications Workers of America (cwa-union.org)

Tags: Activision Blizzard, gaming

Follow us: 

| What's new | Microsoft Store | Education | Business | Developer & IT | Company |
|---|---|---|---|---|---|
| Surface Pro 9 | Account profile | Microsoft in education | Microsoft Cloud | Azure | Careers |
| Surface Laptop 5 | Download Center | Devices for education | Microsoft Security | Developer Center | About Microsoft |
| Surface Studio 2+ | Microsoft Store support | Microsoft Teams for Education | Dynamics 365 | Documentation | Company news |
| Surface Laptop Go 2 | Returns | Microsoft 365 Education | Microsoft 365 | Microsoft Learn | Privacy at Microsoft |
| Surface Laptop Studio | Order tracking | Education consultation appointment | Microsoft Power Platform | Microsoft Tech Community | Investors |
| Surface Go 3 | Virtual workshops and training | | Microsoft Teams | Azure Marketplace | Diversity and inclusion |
| Microsoft 365 | Microsoft Store | | Microsoft Industry | AppSource | Accessibility |
| Windows 11 apps | | | Small Business | | Sustainability |