# EXHIBIT R



# Microsoft Has Signed 10-Year Deal to Bring Call of Duty to Nintendo

More players, more platforms, says Microsoft.

 



 BY **LUKE REILLY**

UPDATED: FEB 26, 2023 12:30 AM

POSTED: FEB 21, 2023 4:09 AM

Microsoft president Brad Smith has today confirmed the company has locked in a 10-year agreement to bring Call of Duty to Nintendo device owners "the same day as Xbox, with full feature and content parity."

Smith revealed the deal via Twitter, noting this new agreement is "just part of [Microsoft's] commitment to bring Xbox games and Activision titles like Call of Duty to more players on more platforms."



We've now signed a binding 10-year contract to bring Xbox games to Nintendo's gamers. This is just part of our commitment to bring Xbox games and Activision titles like Call of Duty to more players on more platforms. pic.twitter.com/JmO0hzw1BO

— Brad Smith (@BradSmi) February 21, 2023

Under the contract Nintendo owners will be able to "experience Call of Duty just as Xbox and PlayStation gamers enjoy Call of Duty", according to Microsoft.

Microsoft previously announced a 10-year commitment had been struck with Nintendo to bring Call of Duty to Nintendo consoles in December 2022. Today it would appear this deal is now a signed and binding legal agreement. Call of Duty has not been available on Nintendo since 2013's Call of Duty: Ghosts for Wii U.

Microsoft's colossal US$68.7 billion acquisition deal, which it announced in January 2022, has faced mounting resistance in both North America and Europe. In December the US Federal Trade Commission revealed it would be seeking to block the deal citing concerns it would "harm competition in high-performance gaming consoles and subscriptions services by denying or degrading rivals' access to its popular content."

For its part, Microsoft has reiterated it has no plans to remove Call of Duty from PlayStation and will continue to ship Call of Duty to PlayStation "as long as there's a PlayStation out there to ship to."

*Luke is Games Editor at IGN's Sydney office. You can chat to him on Twitter @MrLukeReilly.*

# IGN
## Recommends



**The Mandalorian Xbox Consoles Come With a Special Grogu Controller and Cloak**
41m ago - Score a tiny hoodie for your Grogu-inspired controller.

6