# EXHIBIT S

Join TechCrunch+

Login

Search 🔍

TechCrunch+
Startups
Venture
Security
Crypto
Apps
Events
Advertise
More

# Nintendo says it now has more than 100 million annual playing users

**Aisha Malik**

@aiishamalik1  /  1:29 PM EDT • May 10, 2022



**Image Credits:** wellesenterprises / Getty Images

Nintendo has revealed that it now has more than 100 million annual playing users. The company as part of its fiscal year financial results for the period ending in March 2022. The results show th playing users have been growing steadily over the past few years. Between April 2020 and Marc million annual playing users. The company had 57 million annual playing users between April 20 million between April 2018 and March 2019.

The company's earnings also reveal that Nintendo shipped 4.11 million Switch consoles betweer bringing its total to 23.06 million for the fiscal year. The number represents a 20% decline year o the past year's figure of 28.83 million. Nintendo says the decline was due to shortages in semicc components.

TC+ | **Building a startup or looking for your next deal? We have you covered.**



Join TechCrunch+   Login

Search

TechCrunch+
Startups
Venture
Security
Crypto
Apps
Events
Advertise
More



*Image Credits:* Nintendo

Nintendo has shipped 107.65 million Switch consoles since it was launched in March 2017. The 21 million Switch units in the current fiscal year, which ends in March 2023. Nintendo also warne impact the supply of products.

"If COVID-19 interferes with production or transportation in the future, this might impact the supp company said in its earnings release. "Other unpredictable risks to the development and marketi also continue to exist. In addition, the production of products might be affected by obstacles to th such as the increase in global demand for semiconductor components."

Nintendo is set to release a number of Switch games this year, including Splatoon 3, Xenoblade Scarlet and Pokémon Violet. One of the most anticipated titles, The Legend of Zelda: Breath of t delayed to spring 2023.