# EXHIBIT T

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/microsoft-signs-call-of-duty-pact-with-nintendo-as-activision-deal-faces-scrutiny-77f47443

BUSINESS

# Microsoft Signs 'Call of Duty' Pacts With Nintendo and Nvidia as Activision Deal Faces Scrutiny

Regulators express concern that $75 billion acquisition could harm videogame industry



The deal would give Nintendo access to new 'Call of Duty' games on the same day Microsoft's Xbox system does.
PHOTO: AVALON/ZUMA PRESS

By Sarah E. Needleman [Follow] and Kim Mackrael [Follow]
Updated Feb. 21, 2023 9:28 pm ET

Microsoft Corp. MSFT **-1.26%** ▼ signed pacts to give Nintendo Co. NTDOY **-0.21%** ▼ and Nvidia Corp. NVDA **-2.23%** ▼ access to "Call of Duty" games for a decade if its $75 billion deal to buy the franchise's developer, Activision Blizzard Inc., ATVI **-0.70%** ▼ gets approved, part of the software maker's efforts to relieve regulators' concerns about the transaction.

In a tweet Tuesday, Microsoft Vice Chairman and President Brad Smith said the commitment with Nintendo, first proposed late last year, is now solidified. It means that Nintendo would gain access to new "Call of Duty" games the same day they appear on Microsoft's Xbox system.

"This is just part of our commitment to bring Xbox games and Activision titles like 'Call of Duty' to more players on more platforms," Mr. Smith said.

Nintendo confirmed the agreement and declined further comment.

Also on Tuesday, Mr. Smith said Microsoft signed a 10-year partnership with Nvidia Corp. to put its games on the chip maker's cloud-streaming service for computers, smartphones and other devices called GeForce Now. Mr. Smith said the agreement would extend to Activision games, including "Call of Duty," if the acquisition closes.

Gaining access to Activision's games will be "a breakout moment" for Nvidia, said Phil Eisler, vice president and general manager of GeForce Now, in an interview. "We're going to get into more of a virtuous growth cycle."

Microsoft made a similar pledge last year to Sony Group Corp., one of the loudest critics of the planned Activision deal, but the companies haven't reached a formal agreement.

Mr. Smith said during a press conference in Brussels on Tuesday that he has been carrying around an envelope containing a proposed deal the company sent to Sony late last year. "I'm ready to sign it anytime. And if Sony doesn't like the words, we're ready to sit down and pull out a pen" to change them, he said.

Sony didn't respond to a request for comment.

Nintendo makes Switch consoles, Sony Group makes PlayStation consoles, and Microsoft has the Xbox. All three companies also make and publish their own games.



A U.K. authority has suggested that Activision divest its unit that makes 'Call of Duty' games.
PHOTO: MICHAEL CIAGLO/BLOOMBERG NEWS

Microsoft announced plans to acquire Activision a little over a year ago for roughly $75 billion.

Regulators have since raised concerns that the deal could allow Microsoft to control how consumers beyond users of its own Xbox consoles and subscription services access Activision's games, including new installments of "Call of Duty," one of the industry's most popular franchises.

Ahead of the press conference in Brussels, Mr. Smith and Microsoft Gaming Chief Executive Phil Spencer participated in a closed-door hearing with the European Commission, the bloc's antitrust regulator, to further the company's case for the acquisition.

The commission recently sent a statement of objections to Microsoft outlining its concerns over the acquisition's potential impact on competition in the European videogame market. The regulator launched an investigation into the deal last year and has until April 11 to decide whether to approve it.

Separately, the U.K.'s Competition and Markets Authority recently said it would ask both Microsoft and Activision to propose ways to ease its concerns, and it set a late-April deadline for a final decision about whether to let the deal proceed. The CMA, which started its probe of the transaction in July, itself suggested a number of remedies, including for Activision to divest its unit that makes "Call of Duty" games. Microsoft and Activision could appeal a decision by the CMA if it were to go against the deal, a process that could go on for months or years.

Speaking in Brussels on Tuesday, Mr. Smith said the company isn't interested in divesting part of Activision's business.

"We just don't see a viable path to sell the Activision studio or the 'Call of Duty' game to someone else," Mr. Smith said. He said the CMA would likely have to make a decision to either kill the deal, which he said would cement Sony's dominant position in the videogame market, or allow the company to go ahead with the acquisition with behavior-based commitments.

Mr. Smith said he is more optimistic about regulators' approving the deal after the agreements the company reached with Nintendo and Nvidia.

"The number one concern that people have expressed about this acquisition is that 'Call of Duty' would become less available to people," Mr. Smith said. "What we have shown is that the opposite is now true."

Activision said Microsoft is doing what the company said it would do. "We are confident regulators will find that our proposed merger will enhance competition and create greater

opportunities for workers and better games for our players," the company said.

In December, the Federal Trade Commission sued Microsoft to block the deal, saying that it is illegal and that the software maker could raise prices for people who don't use Microsoft's hardware to access Activision games, or even cut off access entirely. Microsoft has said that it wouldn't do those things and that the deal would increase competition. Company officials have repeatedly expressed confidence in closing the transaction, which Microsoft has valued at $68.7 billion after adjusting for Activision's net cash.

Microsoft Chief Executive Satya Nadella recently defended the deal at the World Economic Forum's annual event in Davos, Switzerland. "If you believe in competition, you should believe in this deal," he said. "I hope the competition authorities get focused more on competition and that would be a good day."

Write to Sarah E. Needleman at Sarah.Needleman@wsj.com and Kim Mackrael at kim.mackrael@wsj.com

Appeared in the February 22, 2023, print edition as 'Microsoft Sets 'Call of Duty' Pacts'.