# EXHIBIT U



# Mobile ecosystems

## Market study final report

**10 June 2022**

© Crown copyright 2022

You may reuse this information (not including logos) free of charge in any format or medium, under the terms of the Open Government Licence.

To view this licence, visit www.nationalarchives.gov.uk/doc/open-government-licence/ or write to the Information Policy Team, The National Archives, Kew, London TW9 4DU, or email: psi@nationalarchives.gsi.gov.uk.

> The Competition and Markets Authority has excluded from this published version of the market study report information which it considers should be excluded having regard to the three considerations set out in section 244 of the Enterprise Act 2002 (specified information: considerations relevant to disclosure). The omissions are indicated by [✂]. [Some numbers have been replaced by a range. These are shown in square brackets.] [Non-sensitive wording is also indicated in square brackets.]

**Contents**

*Page*

1. Introduction ............................................................................................................. 5
   Context .................................................................................................................. 5
   Evidence Gathering ............................................................................................... 5
   Our final report ...................................................................................................... 6
2. Overview of mobile ecosystems .......................................................................... 9
   Introduction ........................................................................................................... 9
   What are mobile ecosystems? ............................................................................ 11
   The business models of Apple and Google ........................................................ 19
   Profitability of Apple's and Google's mobile ecosystems ................................... 24
3. Mobile device and operating system competition ........................................... 28
   Introduction ......................................................................................................... 29
   Overview of the market ....................................................................................... 30
   Market outcomes and features ........................................................................... 32
   Competition assessment ..................................................................................... 49
   Conclusion ........................................................................................................... 79
4. Competition in the distribution of native apps ................................................ 82
   Introduction ......................................................................................................... 83
   Overview of the market ....................................................................................... 83
   Market outcomes ................................................................................................ 90
   Competition assessment ..................................................................................... 98
   Conclusion ......................................................................................................... 139
5. Mobile browser and browser engine competition .......................................... 141
   Introduction ....................................................................................................... 142
   Overview of the market ..................................................................................... 142
   Market outcomes .............................................................................................. 148
   Competition assessment ................................................................................... 153
   Conclusion ......................................................................................................... 179
6. The role of Apple and Google in competition between app developers ........... 181
   Introduction ....................................................................................................... 182
   Overview of concerns ........................................................................................ 184
   How Apple and Google influence app competition ........................................... 186
   Practices with broader competitive implications .............................................. 215
   Conclusion ......................................................................................................... 253
7. Harm to consumers from weak competition ................................................... 255
   Key findings ....................................................................................................... 255
   Introduction ....................................................................................................... 256
   Benefits from Apple's and Google's ecosystem stewardship ........................... 256
   Innovation ......................................................................................................... 258
   User experience ................................................................................................ 265
   Prices ................................................................................................................. 270
   Privacy, security, and safety online ................................................................... 275
   Conclusion ......................................................................................................... 277
8. Potential interventions ..................................................................................... 279
   Introduction ....................................................................................................... 280
   Types of intervention under consideration ....................................................... 281
   Potential benefits and costs from intervention ................................................. 283
   Interventions in mobile operating systems ....................................................... 285
   Interventions in native app distribution ............................................................ 296

Interventions in mobile browsers.................................................................. 308
Interventions in competition between app developers ..................................... 316
The new pro-competitive regime and use of our existing powers ..................... 332
International developments............................................................................. 335
Conclusion ..................................................................................................... 336
9. Proposal for a market investigation reference in mobile browsers and cloud gaming ........................................................................................................ 339
Introduction ................................................................................................... 339
MIR statutory framework............................................................................... 339
Our decision in our interim report.................................................................. 340
Our updated decision to consult on a reference ............................................. 342
Our consultation ............................................................................................ 346
10. Next steps ..................................................................................................... 348
Introduction ................................................................................................... 348
Direct action by the CMA .............................................................................. 348
Supporting the establishment of the new regime for digital markets ................ 350
Working with others at home and abroad ....................................................... 351
Concluding the market study ......................................................................... 355

*Appendices*

Appendix A: the relevant legal framework
Appendix B: market outcomes
Appendix C: financial analysis of Apple's and Google's mobile ecosystems
Appendix D: barriers to switching between mobile operating systems
Appendix E: Google's agreements with device manufacturers and app developers
Appendix F: browser engines
Appendix G: pre-installation, default settings and choice architecture for mobile browsers
Appendix H: Apple's and Google's in-app purchase rules
Appendix I: Apple's restrictions on cloud gaming
Appendix J: Apple's and Google's privacy changes
Appendix K: consumer experiences of app purchases and auto-renewing subscriptions to apps sold through the app stores
Appendix L: assessment of Strategic Market Status
Appendix M: examples of practices that could be addressed by SMS Conduct Requirements
Appendix N: potential interventions to promote competition in native app distribution

## 3. Mobile device and operating system competition

**Key findings**

- Just over half of all mobile devices in the UK are iOS devices made by Apple, with the iPhone accounting for 75% of the £11.7 billion worth of smartphones shipped into the UK in 2021. Practically all other smartphones and many tablets come with Google's Android operating system – creating an effective duopoly in operating systems.

- We have found that Apple and Google have substantial and entrenched market power in mobile operating systems as there is limited effective competition between the two and rivals face significant barriers to entry and expansion.

- Our findings of limited effective competition between Apple and Google are based on:

    - The supply of mobile devices and operating systems has segmented into broadly two groups – higher-priced and lower-priced devices. Apple's iOS devices accounted for 77% of devices sold for over £300 in 2021 whereas Android devices account for 100% of devices sold for £300 or less.

    - Users rarely switch between iOS and Android devices – with material perceived barriers to switching such as losing the ability to connect to other personal smart devices. These concerns are higher among Apple users.

    - Apple has been able to earn a return on capital employed on its devices that is well above any normal benchmark over the last five years. Google uses Android devices to support its highly profitable search advertising business and its increasingly important app store business.

- There are also significant barriers to entry and expansion – many of which would be very difficult to overcome. These include:

    - The need to achieve a critical mass of both users and app developers to succeed (ie indirect network effects). Even a new entrant using their own version of Android would struggle to attract users and app developers as they would not be able to provide access to Google's core apps and APIs, which are important to the functioning of native Android apps.

    - The difficulty in attracting third-party manufacturers to adopt a new operating system. Through its agreements with and payments to third-party manufacturers, Google effectively pays manufacturers to use its operating system and it would be very difficult for new entrants to replicate these payments.

    - The perceived barriers to users switching away from their current mobile ecosystems would substantially limit the chances of a new entrant.