Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:     (415) 434-8900
Facsimile:      (415) 434-9200
Email:            jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      swilliams@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      dseidel@saverilawfirm.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs maintain that Defendant has not properly demonstrated that the motion is narrowly tailored to only seek sealing of properly sealable information under this Circuit's standards. *See Foltz v. State Farm Mut. Auto. Ins. Co.,* 331 F.3d 1122, 1135 (9th Cir. 2003) ("In this circuit, we start with a strong presumption in favor of access to court records."). For that reason, the motion should be denied. *William v. Morrison & Foerster LLP,* No. 18-cv-02542-JSC, 2020 WL 8736128, at *1 (N.D. Cal. August 20, 2020).

Plaintiffs respectfully suggest that, in accordance with Rule 1 of the Federal Rules of Civil Procedure, final determination of what should and should not be sealed in this matter may be deferred until briefing is complete and the Preliminary Injunction hearing is held. At that time the Court will be in a proper position to determine what aspects of Defendant's competitive information are entitled to protection, and what things must give way to the public's right to access the court. After all, "[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.,* 435 U.S. 589, 597 n. 7 (1978).

| | |
|---|---|
| Dated: March 6, 2023 | By:    */s/ Steven N. Williams*<br>      Steven N. Williams |

       Joseph R. Saveri (State Bar No. 130064)
       Steven N. Williams (State Bar No. 175489)
       Cadio Zirpoli (State Bar No. 179108)
       Elissa Buchanan (State Bar No. 249996)
       David H. Seidel (State Bar No. 307135)
       **JOSEPH SAVERI LAW FIRM, LLP**
       601 California Street, Suite 1000
       San Francisco, California 94108
       Telephone:   (415) 500-6800
       Facsimile:    (415) 395-9940
       Email:        jsaveri@saverilawfirm.com
                       swilliams@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       eabuchanan@saverilawfirm.com
                       dseidel@saverilawfirm.com

       Joseph M. Alioto (SBN 42680)
       Tatiana V. Wallace (SBN 233939)
       **ALIOTO LAW FIRM**
       One Sansome Street, 35th Floor
       San Francisco, CA 94104
       Telephone:   (415) 434-8900
       Facsimile:    (415) 434-9200
       Email:        jmalioto@aliotolaw.com

       Joseph M. Alioto Jr. (SBN 215544)
       **ALIOTO LEGAL**
       100 Pine Street, Suite 1250
       San Francisco, California 94111
       Tel: (415) 398-3800
       Email:        joseph@aliotolegal.com

       Plaintiffs' Counsel

Case No. 3:22-cv-08991-JSC        2

PLAINTIFFS' OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION