UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>        Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

Case No. 3:22-cv-08991-JSC

[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

**[PROPOSED] ORDER**

Having reviewed the Parties' submissions, applicable rules, and all other pertinent items, the Court DENIES Defendants' Administrative Motion to File Under Seal Portions of Opposition to Motion

IT IS SO ORDERED.

Dated: March ___, 2023.        By: _____
                                   Judge Jacqueline Scott Corley
                                   United States District Court Judge