Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email:  jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen Jordan McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
            swilliams@saverilawfirm.com
            czirpoli@saverilawfirm.com
            eabuchanan@saverilawfirm.com
            dseidel@saverilawfirm.com
            kmcmahon@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>  Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**NOTICE OF APPEARANCE OF KATHLEEN JORDAN MCMAHON** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Please take notice that Kathleen Jordan McMahon hereby appears as counsel of record

3  for Plaintiffs in this action. Ms. McMahon is registered with the Court's CM/ECF system and

4  may be served notice through that system. Ms. McMahon's contact information is as follows:

Kathleen Jordan McMahon (State Bar No. 340007)
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: 415-500-6800
Facsimile: 415-395-9940
Email: kmcmahon@saverilawfirm.com

| | |
|---|---|
| Dated: March 15, 2023 | By:     */s/ Kathleen Jordan McMahon* <br>          Kathleen Jordan McMahon |

        Joseph R. Saveri (State Bar No. 130064)
        Steven N. Williams (State Bar No. 175489)
        Cadio Zirpoli (State Bar No. 179108)
        Elissa Buchanan (State Bar No. 249996)
        David H. Seidel (State Bar No. 307135)
        Kathleen Jordan McMahon (State Bar No. 340007)
        **JOSEPH SAVERI LAW FIRM, LLP**
        601 California Street, Suite 1000
        San Francisco, California 94108
        Telephone:   (415) 500-6800
        Facsimile:    (415) 395-9940
        Email:        jsaveri@saverilawfirm.com
                      swilliams@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      dseidel@saverilawfirm.com
                      kmcmahon@saverilawfirm.com

        Joseph M. Alioto (SBN 42680)
        Tatiana V. Wallace (SBN 233939)
        **ALIOTO LAW FIRM**
        One Sansome Street, 35th Floor
        San Francisco, CA  94104
        Telephone:   (415) 434-8900
        Facsimile:    (415) 434-9200
        Email:        jmalioto@aliotolaw.com

        Joseph M. Alioto Jr. (SBN 215544)
        **ALIOTO LEGAL**
        100 Pine Street, Suite 1250
        San Francisco, California 94111
        Tel: (415) 398-3800
        Email:        joseph@aliotolegal.com


        Plaintiffs' Counsel