Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:      (415) 434-8900
Facsimile:      (415) 434-9200
Email:          jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:      (415) 500-6800
Facsimile:      (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                swilliams@saverilawfirm.com
                czirpoli@saverilawfirm.com
                eabuchanan@saverilawfirm.com
                dseidel@saverilawfirm.com
                kmcmahon@saverilawfirm.com

(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>     Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**STIPULATION TO AMEND PROTECTIVE ORDER**<br><br>Civ. L.R. 7-12<br><br>Hon. Jacqueline Scott Corley |

**STIPULATION**

Whereas, Plaintiffs filed a motion to enter a protective order on January 1, 2023. (ECF No. 44).

Whereas, the Court ordered the parties file proposed protective orders after the initial status conference. (ECF No. 48).

Whereas, both parties did so on February 3, 2023. (ECF Nos. 52, 53).

Whereas, the Court ordered the parties to file a stipulated protective order. (ECF No. 57).

Whereas, the parties did so on February 7, 2023. (ECF No. 60).

Whereas, Plaintiffs now request that the protective order be amended to include an "Outside Counsel Only" provision, reflected in the attached amended stipulated protective order as section 7.6.

Whereas, Defendants have agreed to the amendment.

Therefore, Plaintiffs respectfully request the Court enter the attached amended stipulated protective order. For the Court's convenience Plaintiffs have also attached the stipulated protective order in redline as Exhibit A.

Dated: March 15, 2023

By:      */s/ Joseph R. Saveri*[1]
         Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9904
Email:    jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com
kmcmahon@saverilawfirm.com

*Plaintiffs' Counsel*

---

[1] Mr. Saveri attests that each of the other Signatories have concurred in the filing of the document.

1

2      Dated: March 15, 2023                          By:   /s/ Valerie C. Williams

3

4                                                      Valarie C. Williams (Bar No. 334347)
                                                       Tania Rice (Bar No. 294387)
5                                                      Tyler Blake (Bar No. 316623)
6                                                      Alston & Bird LLP
                                                       560 Mission Street, Suite 2100
7                                                      San Francisco, CA 94105
                                                       Telephone: (415) 243-1000
8                                                      valarie.williams@alston.com
                                                       parker.miller@alston.com
9                                                      tania.rice@alston.com
                                                       tyler.blake@alston.com
10

11                                                     B. Parker Miller (*pro hac vice*)
                                                       Alston & Bird LLP
12                                                     1201 West Peachtree Street, Suite 4900
                                                       Atlanta, GA 30309
13                                                     Telephone: (404) 881-7000
                                                       parker.miller@alston.com
14

15                                                     Rakesh N. Kilaru (*pro hac vice*)
                                                       Anastasia M. Pastan (*pro hac vice*)
16                                                     Jenna Pavelec (*pro hac vice*)
                                                       Wilkinson Stekloff LLP
17                                                     2001 M Street NW, 10th Floor
                                                       Washington, DC 20036
18                                                     Telephone: (202) 847-4000
                                                       rkilaru@wilkinsonstekloff.com
19                                                     apastan@wilkinsonstekloff.com
                                                       jpavelec@wilkinsonstekloff.com
20

21                                                     *Counsel for Defendant Microsoft Corporation*

22

23

24

25

26

27

28

STIPULATION TO AMEND PROTECTIVE ORDER – CASE NO. 3:22-CV-08991-JSC