# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

# [PROPOSED] ORDER

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 82) and the Declaration by Elissa A. Buchanan submitted in support thereof, the Court finds the following materials are "privileged, protectable as a trade secret or otherwise entitled to protection under the law," Civ. L. R. 79-5(b), and GRANTS the Motion.

The identified portions of the Amended Complaint shall be filed under seal as indicated below:

| Portion of Document Sought to be Sealed | Description of Document | Reason for Sealing |
|---|---|---|
| Amended Complaint ("AC") ¶ 11 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 22 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 40 | Refers to graph produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 41 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 54 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 55 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 57 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 66 | Refers to deposition testimony from FTC litigation. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 71 | Summarizes previously redacted materials in FTC | Summarizes or compiles Protected Material or Commercially Sensitive |

|  |  |  |
|---|---|---|
|  | complaint. | Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 72 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 73 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 76 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 78 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 79 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 80 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 81 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 82 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 83 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 92 | Refers to portion of document produced by Microsoft and deposition testimony from FTC litigation. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 108 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |

| | | |
|---|---|---|
| AC ¶ 109 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 159 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 182 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 192 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 199 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 228 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 252 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 257 | Summarizes previously redacted materials in FTC complaint. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 271 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 275 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 280 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 285 | Refers to, summarizes or quotes information contained in a document produced by | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant |

| | | |
|---|---|---|
| | Microsoft. | as "Highly Confidential." |
| AC ¶ 286 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 288 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 301 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 303 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 303 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 304 | Refers to portion of document produced by Microsoft and deposition testimony from FTC litigation. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 305 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 310 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 313 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 323 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 327 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 332 | Refers to, summarizes or | Summarizes or compiles Protected |

| | quotes information contained in a document produced by Microsoft. | Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
|---|---|---|
| AC ¶ 333 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 334 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 335 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 336 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 337 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 338 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 353 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 362 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 375 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |
| AC ¶ 376 | Refers to, summarizes or quotes information contained in a document produced by Microsoft. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by Defendant as "Highly Confidential." |

1 | IT IS SO ORDERED.

2 | Dated: April ___, 2023.         By: _____
3 |                                      Judge Jacqueline Scott Corley
                                         United States District Court Judge