Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:	(415) 434-8900
Facsimile:	(415) 434-9200
Email:	jmalioto@aliotolaw.com
	twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:	(415) 500-6800
Facsimile:	(415) 395-9940
Email:	jsaveri@saverilawfirm.com
	swilliams@saverilawfirm.com
	czirpoli@saverilawfirm.com
	eabuchanan@saverilawfirm.com
	dseidel@saverilawfirm.com
	kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JAKUPKO, DANIEL LOFTUS, BEOWULF OWEN, and IVAN CALVO-PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF ELISSA BUCHANAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Elissa A. Buchanan, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an associate at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed pursuant to Civil Local Rules 7-11 and 79-5.

2. Plaintiffs seek to file portions of their Amended Complaint under seal because it contains materials designated as "Highly Confidential – Outside Counsel Only" by nonparty Sony Interactive Entertainment, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of April, 2023 at San Francisco, California.

                                                          /s/ *Elissa A. Buchanan*
                                                          Elissa A. Buchanan

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: April 10, 2023  By:   */s/ Joseph R. Saveri*
                              Joseph R. Saveri

Case No. 3:22-cv-08991-JSC    2
DECLARATION OF ELISSA BUCHANAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED