UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>            Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

# [PROPOSED] ORDER

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 83) and the Declaration by Elissa A. Buchanan submitted in support thereof, the Court finds the following materials are "privileged, protectable as a trade secret or otherwise entitled to protection under the law," Civ. L.R. 79-5(b), and GRANTS the Motion.

The identified portions of the Amended Complaint shall be filed under seal as indicated below:

| Portion of Document Sought to be Sealed | Description of Document | Reason for Sealing |
|---|---|---|
| Amended Complaint ("AC") ¶ 66 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 205 | Refers to Deposition Testimony. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 300 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 303 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only" |
| AC ¶ 303 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 308 | Refers to, summarizes, or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 309 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside |

| | | Counsel Only." |
|---|---|---|
| AC ¶ 309 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 310 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 311 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 312 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 312 | Graph produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 312 | Graph produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 312 | Graph produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 316 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 326 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only" |

1  IT IS SO ORDERED.

2

3  Dated: April ___, 2023.                    By: _____
                                                  Judge Jacqueline Scott Corley
4                                                 United States District Court Judge