Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:     (415) 434-8900
Facsimile:     (415) 434-9200
Email:          jmalioto@aliotolaw.com
                twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                swilliams@saverilawfirm.com
                czirpoli@saverilawfirm.com
                eabuchanan@saverilawfirm.com
                dseidel@saverilawfirm.com
                kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DANTE DEMARTINI, et al.,

           Plaintiffs,

    v.

MICROSOFT CORPORATION, a Washington corporation,

           Defendant.

Case No. 3:22-cv-08991-JSC

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

## I.      INTRODUCTION

Plaintiffs bring this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Civil Local Rules Civil Local Rules 7-11 and 79-5(f) to file under seal portions of Plaintiffs' Amended Complaint that include information from documents that nonparty Sony Interactive Entertainment Inc. has designated as "Highly Confidential – Outside Counsel Only." All other portions of the Amended Complaint are being filed unsealed on the public docket as required by this Court's Civil Local Rules. Accompanying this Motion is the Declaration of Elissa A. Buchanan in support hereof and a proposed order.

## II.     LEGAL STANDARD

Civil Local Rule 79-5 requires that "no document shall be filed under seal without request for a court order that is narrowly tailored to cover only [] the particular portion of the document, [] for which good cause exists for filing under seal."

In addition, Civil Local Rule 79-5(f) requires that when the "Filing Party seeks to seal because that document has been designated as confidential by another party, [] ("Designating Party")", the Filing Party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion the Filing Party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in subsection [79-5(f)] (c)(1)." *Id*. Within 7 days of the motion being filed, "the Designating Party must file a statement and/or declaration as described in subsection [79-5(f)] (c)(1)." *Id*.

## III.    ARGUMENT

Plaintiffs seek to file under seal the below-identified portions of their Amended Complaint. Sealing is warranted because the Amended Complaint contains references, summaries, or compilations of information designated as "Highly Confidential – Outside Counsel Only" by nonparty Sony Interactive Entertainment Inc. ("SIE").

## IV.    CONCLUSION

For the reasons stated above, the Plaintiffs request the following documents be filed under seal:

| Portion of Document Sought to be Sealed | Description of Document | Reason for Sealing |
|---|---|---|
| Amended Complaint ("AC") ¶ 66 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 205 | Refers to Deposition Testimony. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 300 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 303 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only" |
| AC ¶ 303 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 308 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 309 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 309 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 310 | Refers to, summarizes or | Summarizes or compiles Protected |

| | quotes information contained in a document produced by SIE. | Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
|---|---|---|
| AC ¶ 311 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 312 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 312 | Graph produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 312 | Graph produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 312 | Graph produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 316 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only." |
| AC ¶ 326 | Refers to, summarizes or quotes information contained in a document produced by SIE. | Summarizes or compiles Protected Material or Commercially Sensitive Information Designated by SIE as "Highly Confidential – Outside Counsel Only" |

Dated: April 10, 2023

By: ___/s/ Joseph R. Saveri_____

Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      swilliams@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      dseidel@saverilawfirm.com
                      kmcmahon@saverilawfirm.com

Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:     (415) 434-8900
Facsimile:      (415) 434-9200
Email:            jmalioto@aliotolaw.com
                      twallace@aliotolaw.com

Joseph M. Alioto Jr. (State Bar No. 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 398-3800
Email:            joseph@aliotolegal.com

*Plaintiffs' Counsel*