1  Joseph M. Alioto (State Bar No 42680)
   Tatiana V. Wallace (State Bar No. 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35th Floor
3  San Francisco, CA  94104
   Telephone:      (415) 434-8900
4  Facsimile:      (415) 434-9200
   Email:          jmalioto@aliotolaw.com
5                  twallace@aliotolaw.com

6  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
7  Cadio Zirpoli (State Bar No. 179108)
   Elissa Buchanan (State Bar No. 249996)
8  David H. Seidel (State Bar No. 307135)
   Kathleen J. McMahon (State Bar No. 340007)
9  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
10 San Francisco, CA 94108
   Telephone:      (415) 500-6800
11 Facsimile:      (415) 395-9940
   Email:          jsaveri@saverilawfirm.com
12                 swilliams@saverilawfirm.com
                   czirpoli@saverilawfirm.com
13                 eabuchanan@saverilawfirm.com
                   dseidel@saverilawfirm.com
14                 kmcmahon@saverilawfirm.com

15 *Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JAKUPKO, DANIEL LOFTUS, BEOWULF OWEN, and IVAN CALVO-PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF ELISSA BUCHANAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Elissa A. Buchanan, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an associate at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed pursuant to Civil Local Rules 7-11 and 79-5.

2. Plaintiffs seek to file portions of their Amended Complaint under seal because it contains materials designated as "Highly Confidential – Outside Counsel Only" by nonparty Sony Interactive Entertainment, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of April, 2023 at San Francisco, California.

/s/ *Elissa A. Buchanan*
Elissa A. Buchanan

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: April 10, 2023    By:   */s/ Joseph R. Saveri*
                               Joseph R. Saveri