| | |
|---|---|
| 1 | Joseph M. Alioto (State Bar No. 42680) |
|   | Tatiana V. Wallace (State Bar No. 233939) |
| 2 | **ALIOTO LAW FIRM** |
|   | One Sansome Street, 35th Floor |
| 3 | San Francisco, CA  94104 |
|   | Telephone:     (415) 434-8900 |
| 4 | Facsimile:      (415) 434-9200 |
|   | Email:           jmalioto@aliotolaw.com |
| 5 |                      twallace@aliotolaw.com |
| 6 | Joseph R. Saveri (State Bar No. 130064) |
|   | Steven N. Williams (State Bar No. 175489) |
| 7 | Cadio Zirpoli (State Bar No. 179108) |
|   | Elissa Buchanan (State Bar No. 249996) |
| 8 | David H. Seidel (State Bar No. 307135) |
|   | Kathleen J. McMahon (State Bar No. 340007) |
| 9 | **JOSEPH SAVERI LAW FIRM, LLP** |
|   | 601 California Street, Suite 1000 |
| 10 | San Francisco, CA 94108 |
|    | Telephone:     (415) 500-6800 |
| 11 | Facsimile:      (415) 395-9940 |
|    | Email:           jsaveri@saverilawfirm.com |
| 12 |                      swilliams@saverilawfirm.com |
|    |                      czirpoli@saverilawfirm.com |
| 13 |                      eabuchanan@saverilawfirm.com |
|    |                      dseidel@saverilawfirm.com |
| 14 |                      kmcmahon@saverilawfirm.com |

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JAKUPKO, DANIEL LOFTUS, BEOWULF OWEN, and IVAN CALVO-PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**REDLINE VERSION OF AMENDED COMPLAINT TO PROHIBIT THE ACQUISITION OF ACTIVISION BLIZZARD BY MICROSOFT CORPORATION IN VIOLATION OF SECTION 7 OF THE CLAYTON ANTITRUST ACT, 15 U.S.C.**<br><br><u>*FILED ENTIRELY UNDER SEAL*</u> |