Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:   (415) 434-8900
Facsimile:   (415) 434-9200
Email:       jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             swilliams@saverilawfirm.com
             czirpoli@saverilawfirm.com
             eabuchanan@saverilawfirm.com
             dseidel@saverilawfirm.com
             kmcmahon@saverilawfirm.com

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JAKUPKO, DANIEL LOFTUS, BEOWULF OWEN, and IVAN CALVO-PÉREZ,<br><br>         Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>         Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On April 11, 2023, I caused the following documents to be served by email upon all persons appearing on the attached Service List:

1. **AMENDED COMPLAINT TO PROHIBIT THE ACQUISITION OF ACTIVISION BLIZZARD BY MICROSOFT CORPORATION IN VIOLATION OF SECTION 7 OF THE CLAYTON ANTITRUST ACT, 15 U.S.C. [ECF No. 88-3 and ECF No. 89-3]**

2. **REDLINE OF AMENDED COMPLAINT TO PROHIBIT THE ACQUISITION OF ACTIVISION BLIZZARD BY MICROSOFT CORPORATION IN VIOLATION OF SECTION 7 OF THE CLAYTON ANTITRUST ACT, 15 U.S.C. [ECF No. 88-4 and ECF No. 89-4]**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 11, 2023, at Brentwood, California.

By:    */s/ Ashleigh Jensen*
        Ashleigh Jensen

## SERVICE LIST

| | |
|---|---|
| Rakesh Kilaru<br>Anastasia McLetchie Pastan<br>Jennifer Pavelec<br>Wilkinson Stekloff LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Email: rkilaru@wilkinsonstekloff.com<br>Email: apastan@wilkinsonstekloff.com<br>Email: jpavelec@wilkinsonstekloff.com<br><br>Valarie Cecile Williams<br>Tania L. Rice<br>Alston & Bird<br>560 Mission Street, Suite 2100<br>San Francisco, CA 94105<br>Email: valarie.williams@alston.com<br>Email: tania.rice@alston.com | Brian Parker Miller<br>Alston & Bird LLP<br>1201 W Peachtree St<br>Atlanta, GA 30309<br>Email: parker.miller@alston.com<br><br>*Counsel for Microsoft* |

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: April 11, 2023          By:     */s/ Joseph R. Saveri*
                                            Joseph R. Saveri