| | |
|---|---|
| 1 | Joseph M. Alioto (State Bar No 42680) |
| | Tatiana V. Wallace (SBN 233939) |
| 2 | **ALIOTO LAW FIRM** |
| | One Sansome Street, 35th Floor |
| 3 | San Francisco, CA  94104 |
| | Telephone:     (415) 434-8900 |
| 4 | Facsimile:      (415) 434-9200 |
| | Email:            jmalioto@aliotolaw.com |
| 5 | |
| 6 | Joseph R. Saveri (State Bar No. 130064) |
| | Steven N. Williams (State Bar No. 175489) |
| 7 | Cadio Zirpoli (State Bar No. 179108) |
| | Elissa Buchanan (State Bar No. 249996) |
| 8 | David H. Seidel (State Bar No. 307135) |
| | Kathleen J. McMahon (State Bar No. 340007) |
| 9 | **JOSEPH SAVERI LAW FIRM, LLP** |
| | 601 California Street, Suite 1000 |
| 10 | San Francisco, California 94108 |
| | Telephone:     (415) 500-6800 |
| 11 | Facsimile:      (415) 395-9940 |
| | Email:            jsaveri@saverilawfirm.com |
| 12 | swilliams@saverilawfirm.com |
| | czirpoli@saverilawfirm.com |
| 13 | eabuchanan@saverilawfirm.com |
| | dseidel@saverilawfirm.com |
| 14 | kmcmahon@saverilawfirm.com |
| 15 | Counsel for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JAKUPKO, DANIEL LOFTUS, BEOWULF OWEN, and IVAN CALVO-PÉREZ, | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | |

Case No. 3:22-cv-08991-JSC       1
CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On April 11, 2023, I caused the following documents to be served by email upon all persons appearing on the attached Service List:

1. **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF No. 89]**

2. **DECLARATION OF ELISSA BUCHANAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF No. 89-1]**

3. **PROPOSED ORDER [ECF No. 89-2]**

4. **AMENDED COMPLAINT TO PROHIBIT THE ACQUISITION OF ACTIVISION BLIZZARD BY MICROSOFT CORPORATION IN VIOLATION OF SECTION 7 OF THE CLAYTON ANTITRUST ACT, 15 U.S.C. [ECF No. 89-3] (Redacted for Sony)**

5. **REDLINE VERSION OF AMENDED COMPLAINT TO PROHIBIT THE ACQUISITION OF ACTIVISION BLIZZARD BY MICROSOFT CORPORATION IN VIOLATION OF SECTION 7 OF THE CLAYTON ANTITRUST ACT, 15 U.S.C. [ECF No. 90]**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 11, 2023, at Brentwood, California.

By: _/s/ Ashleigh Jensen_
Ashleigh Jensen

## SERVICE LIST

| | |
|---|---|
| Larry Malm<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>lmalm@cgsh.com<br><br>*Counsel for Sony* | |

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: April 11, 2023                               By:     */s/ Joseph R. Saveri*
                                                                    Joseph R. Saveri