UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | Case No.  22-cv-08991-JSC<br><br>**ORDER SETTING BRIEFING SCHEDULES ON PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS** |

　　　　As discussed at the further case management conference held on April 12, 2023, the Court orders the briefing schedule below on Plaintiffs' anticipated motion for a preliminary injunction and Defendant's anticipated motion to dismiss.

*Preliminary Injunction Motion*

| | |
|---|---|
| Plaintiffs' Renewed Motion for Preliminary Injunction: | April 21, 2023 |
| Defendant's Opposition on irreparable harm and the bond issue: | May 5, 2023 |
| Plaintiffs' Reply in Support of Preliminary Injunction: | May 8, 2023 |

　　　　Defendant's opposition to the preliminary injunction motion need only address irreparable harm and the bond issue.

*Motion to Dismiss*

| | |
|---|---|
| Defendant's Motion to Dismiss: | April 19, 2023 |
| Plaintiffs' Opposition: | April 28, 2023 |
| Defendant's Reply: | May 3, 2023 |

　　　　The Court will hold oral argument on both motions (with argument on the preliminary injunction motion addressing only irreparable harm and the bond) on May 12, 2023 at 10:00 a.m.

in Courtroom 8, 450 Golden Gate Avenue, San Francisco. The Court will hold a further status conference on April 27, 2023, at 1:00 pm, also in Courtroom 8. The parties shall file a joint status report by April 25, 2023.

**IT IS SO ORDERED.**

Dated: April 13, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge