AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| DEMARTINI et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-08991-JSC |
| MICROSOFT CORPORATION, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sony Interactive Entertainment LLC.

Date: 04/13/2023

/s/ Ye Eun Charlotte Chun
*Attorney's signature*

Ye Eun Charlotte Chun (331459)
*Printed name and bar number*

Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Rd, Suite 250
Palo Alto, CA 94304
*Address*

chchun@cgsh.com
*E-mail address*

(650) 815-4111
*Telephone number*

(650) 815-4199
*FAX number*