Caroline Van Ness (SBN 281675)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

*Attorneys for Non-Party Activision Blizzard, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **DECLARATION OF CAROLINE VAN NESS IN SUPPORT OF [PROPOSED] STIPULATED PROTECTIVE ORDER WITH RESPECT TO NON-PARTY ACTIVISION BLIZZARD, INC.** <br><br> Hon. Jacqueline Scott Corley <br> Complaint Filed: December 20, 2022 |

## DECLARATION OF CAROLINE VAN NESS

I, Caroline Van Ness, hereby declare as follows:

1. I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for non-party Activision Blizzard, Inc. ("Activision") in connection with the above-captioned action. I submit this declaration in support of the [Proposed] Stipulated Protective Order with Respect to Non-Party Activision Blizzard, Inc. I make this declaration on personal knowledge and, if called as a witness, could and would testify competently to such facts under oath.

2. A copy of the [Proposed] Stipulated Protective Order with Respect to Non-Party Activision Blizzard, Inc. is attached hereto as Exhibit A.

3. The following paragraphs describe changes to the Amended Stipulated Protective Order entered in this action (Dkt. No. 71) that would apply with respect only to non-party Activision. The parties have discussed these changes and have agreed to incorporate them into the [Proposed] Stipulated Protective Order with Respect to Non-Party Activision Blizzard, Inc.

4. First, the parties and non-party Activision have agreed that, with respect only to non-party Activision, Section 7.4(k) would be replaced with: "Such other persons as Activision may agree or may be ordered by the Court."

5. Second, the parties and non-party Activision have agreed that, with respect only to non-party Activision, Section 7.6 would be replaced with: ""OUTSIDE COUNSEL ONLY" Designations. A Designating Party may add a designation of "OUTSIDE COUNSEL ONLY" to any material designated HIGHLY CONFIDENTIAL. Protected Material marked "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" shall be governed in all respects as HIGHLY CONFIDENTIAL material, except that sections 7.4(b) and 7.4(n) shall not apply to such materials."

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 14, 2023 in Palo Alto, California

DATED: April 14, 2023                    By: /s/ *Caroline Van Ness*
                                              Caroline Van Ness