# Exhibit A

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | **Case No. 3:22-cv-8991-JSC**<br><br>**[PROPOSED] STIPULATED PROTECTIVE ORDER WITH RESPECT TO NON-PARTY ACTIVISION BLIZZARD, INC.** |

All provisions of the Amended Stipulated Protective Order (Dkt. No. 71) shall apply to information produced or otherwise disclosed by non-party Activision Blizzard, Inc. ("Activision") in this action, except as follows:

1. Section 7.4(k) shall be replaced with: "Such other persons as Activision may agree or may be ordered by the Court;"

2. Section 7.6 shall be replaced with: ""OUTSIDE COUNSEL ONLY" Designations.  A Designating Party may add a designation of "OUTSIDE COUNSEL ONLY" to any material designated HIGHLY CONFIDENTIAL.  Protected Material marked "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" shall be governed in all respects as HIGHLY CONFIDENTIAL material, except that sections 7.4(b) and 7.4(n) shall not apply to such materials."

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

**STIPULATED PROTECTIVE ORDER WITH RESPECT TO NON-PARTY ACTIVISION BLIZZARD, INC.**

Dated: March 31, 2023

By: _____/s/ Joseph M. Alioto_____
Joseph M. Alioto

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:      (415) 434-8900
Facsimile:       (415) 434-9200
Email:            jmalioto@aliotolaw.com

Dated: March 31, 2023

By: _____/s/ Joseph R. Saveri_____
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:      (415) 500-6800
Facsimile:       (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                     swilliams@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     eabuchanan@saverilawfirm.com
                     dseidel@saverilawfirm.com
                     kmcmahon@saverilawfirm.com

Dated: April 4, 2023

By: _/s/ Valarie C. Williams_

Valarie C. Williams
B. Parker Miller
Tania Rice
Tyler Blake
**Alston & Bird LLP**
560 Mission Street, Suite 2100
San Francisco, California 94105
Telephone:      (415) 243-1000
Email:            valarie.williams@alston.com
                     parker.miller@alston.com
                     tania.rice@alston.com
                     tyler.blake@alston.com

*Counsel for Defendant Microsoft Corporation*

-2-

**STIPULATED PROTECTIVE ORDER WITH RESPECT TO NON-PARTY ACTIVISION BLIZZARD, INC.**

Dated: April 12, 2023

By:     */s/ Caroline Van Ness*

Caroline Van Ness (SBN 281675)
**SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP**
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

*Attorneys for Non-Party Activision Blizzard, Inc.*

**Filer's Attestation**

Each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

By:  */s/ Caroline Van Ness*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  April __, 2023

Honorable Jacqueline Scott Corley
United States District Judge

**STIPULATED PROTECTIVE ORDER WITH RESPECT TO NON-PARTY ACTIVISION BLIZZARD, INC.**