UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMARTINI, et al.                    ,

          Plaintiff(s),

    v.

MICROSOFT CORPORATION   ,

          Defendant(s).

Case No. 3:22-cv-08991-JSC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Anthony P. Ferrara , an active member in good standing of the bar of D.C. Court of Appeals , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Microsoft Corporation in the above-entitled action. My local co-counsel in this case is Valarie C. Williams , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 294387 .

Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036

MY ADDRESS OF RECORD

Alston and Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105-0912

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 847-4000

MY TELEPHONE # OF RECORD

(415) 243-1058

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

aferrara@wilkinsonstekloff.com

MY EMAIL ADDRESS OF RECORD

valarie.williams@alston.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1741620 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 4/14/2023 _____                    Anthony P. Ferrara _____

5                                                  APPLICANT

6    ═══════════════════════════════════════════════════

7

8                        ORDER GRANTING APPLICATION

9                 FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of  Anthony P. Ferrara _____  is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17                         _____

18                         UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Anthony Ferrara*

was duly qualified and admitted on April 11, 2022 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 29, 2022.*

*JULIO A. CASTILLO
Clerk of the Court*

Issued By:

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*