# EXHIBIT 1

CLEARY GOTTLIEB STEEN & HAMILTON LLP
C. Lawrence Malm (admitted *pro hac vice*)
lmalm@cgsh.com
2112 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone: 202-974-1959

Ye Eun Chun (Bar No. 331459)
chchun@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: 650-815-4111

*Counsel for Non-Party Sony Interactive Entertainment LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF CHRISTIAN SVENSSON IN SUPPORT OF NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S STATEMENT IN SUPPORT OF SEALING PORTIONS OF PLAINTIFFS' AMENDED COMPLAINT** |

I, Christian Svensson, declare as follows:

1. I am Head of Global Third Party Relations at Sony Interactive Entertainment LLC ("SIE"). I am more than eighteen years of age. Based on my experience with SIE, I am familiar with SIE's protection of its trade secrets and other confidential and proprietary business information discussed below. I make this declaration based on personal knowledge, and I could testify competently to the matters set forth herein.

2. I understand that Plaintiffs Dante DeMartini, Curtis Burns Jr., Nicholas Elden, Jessie Galvan, Christopher Giddings-Lafaye, Steve Herrera, Hunter Jakupko, Daniel Loftus, Beowulf Owen, and Ivan Calvo-Perez ("Plaintiffs") filed an Amended Complaint on April 10, 2023 ("Amended Complaint") (ECF No. 84), which contains allegations that reference certain highly confidential SIE information. I also understand that SIE intends to file a statement in support of sealing portions of the Amended Complaint to protect SIE's confidential information. I make this declaration in support of that statement.

3. SIE seeks to seal the following categories of information in Plaintiffs' Amended Complaint:

| Category of Information | Paragraph(s) of Amended Complaint to Maintain Under Seal |
|---|---|
| Non-public SIE data on SIE's multigame subscription and cloud gaming services | ¶ 66 |
| A non-public analysis of Microsoft's foreclosure incentives with respect to Call of Duty if it acquires Activision Blizzard King and the potential effects, which are based on non-public internal SIE data | ¶¶ 300, 316, 326 |
| Non-public SIE data, analysis, and survey results relating to SIE platform users' behavior on SIE's platform, specifically user engagement, gameplay, spend, and likelihood of switching | ¶¶ 303, 308, 309, 310, 311, 312, 316 |

4. The information SIE seeks to keep confidential is all non-public information

1
DECLARATION ISO SONY INTERACTIVE ENTERTAINMENT LLC'S STATEMENT ISO SEALING
CASE NO. 3:22-cv-08991-JSC

1. internal to SIE. The information relates to confidential, internal SIE data, including platform user data that is not publicly accessible outside SIE. This data includes franchise performance comparisons, user preferences, player spending amounts, and other categories of data. SIE's access to and use of this data is a competitive advantage that it relies upon for strategic planning, including competitive, marketing, and business strategies. If this information were to become public, it could be used to cause competitive harm to SIE.

6. SIE strictly restricts dissemination of this type of data and competitive and business strategy analyses. SIE takes steps to preserve the confidentiality of this type of information to protect SIE's competitive position. SIE does not share this information with the public.

7. Disclosure of SIE's highly confidential information contained in the aforementioned paragraphs could unfairly enable SIE's competitors to gain insight into SIE's strategic thinking and business strategy, providing an unwarranted advantage to competitors and causing competitive harm to SIE.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on Monday, April 17, 2023, in Union City, California.

By 

Christian Svensson

2
DECLARATION ISO SONY INTERACTIVE ENTERTAINMENT LLC'S STATEMENT ISO SEALING
CASE NO. 3:22-cv-08991-JSC