1   Valarie C. Williams (Bar No. 335347)
    Tania Rice (Bar No. 294387)
2   Tyler Blake (Bar No. 316623)
    Alston & Bird LLP
3   560 Mission Street, Suite 2100
    San Francisco, CA 94105
4   Telephone: (415) 243-1000
    valarie.williams@alston.com
5   tania.rice@alston.com
    tyler.blake@alston.com
6

7   B. Parker Miller (*pro hac vice*)
    Alston & Bird LLP
8   1201 West Peachtree Street, Suite 4900
    Atlanta, GA 30309
9   Telephone: (404) 881-7000
    parker.miller@alston.com
10

11  Rakesh N. Kilaru (*pro hac vice*)
    Anastasia M. Pastan (*pro hac vice*)
12  Jenna Pavelec (*pro hac vice*)
    Wilkinson Stekloff LLP
13  2001 M Street NW, 10th Floor
    Washington, DC 20036
14  Telephone: (202) 847-4000
    rkilaru@wilkinsonstekloff.com
15  apastan@wilkinsonstekloff.com
    jpavelec@wilkinsonstekloff.com
16

17  *Counsel for Defendant Microsoft Corporation*

18              **UNITED STATES DISTRICT COURT**
19              **NORTHERN DISTRICT OF CALIFORNIA**

20
    DANTE DEMARTINI, *et al.*,            Case No. 3:22-cv-08991-JSC
21
                    Plaintiffs,           **DECLARATION OF SANDRA PAILCA**
22                                        **IN SUPPORT OF DEFENDANT**
                                          **MICROSOFT CORPORATION'S**
23  v.                                    **STATEMENT IN SUPPORT OF**
                                          **SEALING PORTIONS OF AMENDED**
24  MICROSOFT CORPORATION,                **COMPLAINT**

25                  Defendant.            Hon. Jacqueline Scott Corley

26

27

28

I, Sandra Pailca, declare as follows:

1.    I am Associate General Counsel at Microsoft Corporation.  I have knowledge of the matters set forth in this declaration, and I could and would competently testify thereto if called to do so.

2.    I make this declaration in support of Microsoft's request to seal portions of the Amended Complaint.  From the course of my duties and responsibilities, I have knowledge of Microsoft's business practices and its treatment of certain types of documents and information as confidential, including the types of documents and information at issue here.  I have reviewed the materials that are summarized in the Appendix A to Microsoft's Statement in Support of Sealing Portions of Amended Complaint.

3.    I am familiar with the material described in Appendix A as "Confidential Contracts." These paragraphs discuss the terms of agreements and draft agreements that contain confidentiality provisions requiring Microsoft to keep their terms confidential.  It could cause competitive harm to Microsoft if these documents were publicly disclosed.  For example, Microsoft negotiates agreements with other video game developers, and it could harm Microsoft's negotiating position if those developers could compare the terms of these agreements (or offered agreement).  Competitors could copy the agreements or use them to obtain a competitive advantage.  Microsoft takes reasonable steps to maintain the confidentiality of these documents, including producing them to the FTC and in this action as Highly Confidential.

4.    I am familiar with the material described in Appendix A as "Business Strategy." These paragraphs discuss confidential, internal communications that discuss business strategy and planning. It could cause competitive harm to Microsoft if these documents were publicly disclosed.  For example, competitors could copy Microsoft's business strategies or use them to obtain a competitive advantage.  Microsoft takes reasonable steps to maintain the confidentiality of these documents, including producing them to the FTC and in this action as Highly Confidential.

5.    I am familiar with the material described in Appendix A as "Competitive Analysis." These paragraphs reference internal and confidential competitive analyses and market data collected by Microsoft.  It could cause competitive harm to Microsoft if these documents were publicly

2

disclosed.  For example, competitors could use this information to obtain a competitive advantage or to avoid the burden of developing or obtaining the analyses and data themselves.  Microsoft takes reasonable steps to maintain the confidentiality of this information, including producing it to the FTC and in this action as Highly Confidential.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on April 17, 2023.

*Sandra Pailca*

Sandra Pailca

3