Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **DECLARATION OF CYNTHIA RANDALL IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Hon. Jacqueline Scott Corley |

I, Cynthia Randall, declare as follows:

1. I am Associate General Counsel at Microsoft Corporation. I have knowledge of the matters set forth in this declaration, and I could and would competently testify thereto if called to do so.

2. I make this declaration in support of Microsoft's Administrative Motion to File Under Seal, which relates to materials attached to the Declaration of Rakesh Kilaru in Support of Microsoft's Motion to Dismiss. From the course of my duties and responsibilities, I have knowledge of Microsoft's business practices and its treatment of certain types of documents and information as confidential—including the types of documents and information that are at issue in the Administrative Motion to File Under Seal and discussed in greater detail below.

3. I am familiar with Exhibits A to E to the Declaration of Rakesh Kilaru, which are contracts that contain confidentiality provisions and testimony describing those contracts. It could cause competitive harm to Microsoft if these documents were publicly disclosed. For example, Microsoft negotiates agreements with other video game developers, and it could harm Microsoft's negotiating position if those developers could compare the terms of these agreements (or offered agreement). Competitors could copy the agreements or use them to obtain a competitive advantage. Microsoft takes reasonable steps to maintain the confidentiality of these documents. It produced them to the FTC and in this action as Highly Confidential. The transcripts of deposition and investigational hearing testimony were also designated as Highly Confidential.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 19, 2023.

*Cynthia Randall*