Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI *et al.*, | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | **DECLARATION OF RAKESH KILARU IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MOTION TO DISMISS AMENDED COMPLAINT** |
| v. | |
| MICROSOFT CORPORATION, | Hon. Jacqueline Scott Corley |
| Defendant. | Date: May 12, 2023<br>Time: 10:00 a.m.<br>Courtroom: 8 – 19th Floor |

I, Rakesh Kilaru, declare as follows:

1.  I am an attorney with the law firm of Wilkinson Stekloff LLP. I am counsel of record for Defendant Microsoft Corporation ("Microsoft") in this action. I am also counsel for Microsoft in an investigation (File No. 221-0077) and Adjudicative Proceeding (No. 9412) brought by the Federal Trade Commission. I have knowledge of the matters set forth in this declaration, and I could and would competently testify hereto if called to do so.

2.  On October 11 and 12, 2022, the sworn Investigational Hearing testimony of Phil Spencer was taken by the FTC. Exhibit A is a true copy of a portion of the transcript of Mr. Spencer's testimony. It was marked as Highly Confidential in that proceeding.

3.  On March 24, 2023, the deposition of Sarah Bond was taken by the FTC as part of the Adjudicative Proceeding. Exhibit B is a true copy of a portion of the transcript of Ms. Bond's testimony. It was marked as Highly Confidential in that proceeding. Exhibit C is a true copy of a document introduced as Exhibit PX1779 at Ms. Bond's deposition. Exhibit D is a true copy of a document introduced as Exhibit PX1781 at Ms. Bond's deposition.

4.  On April 7, 2023, the deposition of Lori Wright was taken by the FTC as part of the Adjudicative Proceeding. Exhibit E is a true copy of a portion of the transcript of Ms. Wright's testimony. It was marked as Highly Confidential in that proceeding.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 19, 2023.

_____
Rakesh Kilaru