Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Hon. Jacqueline Scott Corley |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Before the Court is Defendant Microsoft Corporation's Motion to Dismiss Plaintiffs' Amended Complaint, brought pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). After reviewing the motion and supporting memoranda, Plaintiffs' opposition, Defendant's reply, and hearing oral argument, the Court finds that it lack subject matter jurisdiction because Plaintiffs do not have standing, and Plaintiffs have failed to state a claim upon which relief can be granted.

Therefore, it is hereby ORDERED that Defendant Microsoft Corporation's Motion to Dismiss is GRANTED.

Date:

                                                    Jacqueline Scott Corley
                                                    United States District Judge