Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:	(415) 434-8900
Facsimile:	(415) 434-9200
Email:	jmalioto@aliotolaw.com
	twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:	(415) 500-6800
Facsimile:	(415) 395-9940
Email:	jsaveri@saverilawfirm.com
	swilliams@saverilawfirm.com
	czirpoli@saverilawfirm.com
	eabuchanan@saverilawfirm.com
	dseidel@saverilawfirm.com
	kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JAKUPKO, DANIEL LOFTUS, BEOWULF OWEN, and IVAN CALVO-PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**[PROPOSED] STIPULATION TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY INJUNCTION** |

## **[PROPOSED] STIPULATION**

Plaintiffs and Microsoft have agreed to a short extension of Plaintiffs' Motion for Preliminary Injunction, which is currently due on Friday, April 21, 2023. The Parties have agreed that the deadline to file Plaintiff's Motion for Preliminary Injunction shall be extended to Monday, April 24, in order to provide Plaintiffs with sufficient time to redact confidential material from Microsoft and third-parties. The parties have therefore agreed that Plaintiffs will serve on Microsoft an unredacted version of its Motion for Preliminary Injunction by the current deadline of Friday, April 21, 2023, and will file the Motion by Monday, April 24, 2023.

This short extension will not impact any other case deadlines.

Pursuant to Stipulation, IT IS SO ORDERED. Plaintiffs' Motion for Preliminary Injunction shall be filed by Monday, April 24, 2023.

Dated: April ___, 2023.                    By: _____
                                                Judge Jacqueline Scott Corley
                                                United States District Court Judge

| | |
|---|---|
| Dated: April 20, 2023 | Respectfully submitted, |
| | By:  /s/ Joseph R. Saveri |
| | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           czirpoli@saverilawfirm.com
           eabuchanan@saverilawfirm.com
           dseidel@saverilawfirm.com
           kmcmahon@saverilawfirm.com

Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
           twallace@aliotolaw.com

Joseph M. Alioto Jr. (State Bar No. 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 398-3800
Email: joseph@aliotolegal.com

*Plaintiffs' Counsel*

| | |
|---|---|
| Dated: April 20, 2023 | By:    /s/ *Valarie C. Williams*    <br>           Valarie C. Williams |

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Tyler Blake (Bar No. 316623)
**Alston & Bird LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Email: valarie.williams@alston.com
          tania.rice@alston.com
          tyler.blake@alston.com

B. Parker Miller (pro hac vice)
**Alston & Bird LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Email: parker.miller@alston.com

Rakesh N. Kilaru (pro hac vice)
Anastasia M. Pastan (pro hac vice)
Jenna Pavelec (pro hac vice)
**Wilkinson Stekloff LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Email: rkilaru@wilkinsonstekloff.com
          apastan@wilkinsonstekloff.com
          jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*