Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:	(415) 434-8900
Facsimile:	(415) 434-9200
Email:	jmalioto@aliotolaw.com
	twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:	(415) 500-6800
Facsimile:	(415) 395-9940
Email:	jsaveri@saverilawfirm.com
	swilliams@saverilawfirm.com
	czirpoli@saverilawfirm.com
	eabuchanan@saverilawfirm.com
	dseidel@saverilawfirm.com
	kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JAKUPKO, DANIEL LOFTUS, BEOWULF OWEN, and IVAN CALVO-PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**[PROPOSED] STIPULATION FOR LEAVE TO FILE OVERSIZED MOTION FOR PRELIMINARY INJUNCTION** |

**[PROPOSED] STIPULATION**

The parties have agreed that Plaintiffs may have an additional 10 pages for their brief in support of Motion for Preliminary Injunction, for a total of no more than 35 pages. Although Local Rule 7-2 provides a default limit of 25 pages for motions, Plaintiffs anticipate that they will need the additional pages to sufficiently address the issues, and to provide the court with factual material supporting the motion.

Pursuant to Stipulation, IT IS SO ORDERED. Plaintiffs' Brief in Support of their Motion For Preliminary Injunction may use up to 35 pages.

Dated: April ___, 2023.                    By: _____
                                                Judge Jacqueline Scott Corley
                                                United States District Court Judge

| | |
|---|---|
| Dated: April 20, 2023 | By:     /s/ Joseph R. Saveri    <br>           Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                     swilliams@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     eabuchanan@saverilawfirm.com
                     dseidel@saverilawfirm.com
                     kmcmahon@saverilawfirm.com

Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:     (415) 434-8900
Facsimile:      (415) 434-9200
Email:            jmalioto@aliotolaw.com
                     twallace@aliotolaw.com

Joseph M. Alioto Jr. (State Bar No. 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 398-3800
Email:            joseph@aliotolegal.com

*Plaintiffs' Counsel*

| | | |
|---|---|---|
| Dated: April 20, 2023 | By: | /s/ *Valarie C. Williams* |
| | | Valarie C. Williams |

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Tyler Blake (Bar No. 316623)
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Email: valarie.williams@alston.com
   tania.rice@alston.com
   tyler.blake@alston.com

B. Parker Miller (pro hac vice)
**Alston & Bird LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Email: parker.miller@alston.com

Rakesh N. Kilaru (pro hac vice)
Anastasia M. Pastan (pro hac vice)
Jenna Pavelec (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Email: rkilaru@wilkinsonstekloff.com
   apastan@wilkinsonstekloff.com
   jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*