Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:     (415) 434-8900
Facsimile:      (415) 434-9200
Email:            jmalioto@aliotolaw.com
                      twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      swilliams@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      dseidel@saverilawfirm.com
                      kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE FOR MOTION TO COMPEL DEPOSITIONS OF (1) ROBERT A. KOTICK AND (2) ACTIVISION** |

Plaintiffs bring this motion to shorten time to have the Court to hear their motion to compel the depositions of (1) Robert A. Kotick and (2) Activision. On April 21, 2023 Plaintiffs served their motion for a Preliminary Injunction, and intend to continue their discovery by taking limited deposition testimony of Activision, the party to be acquired, by way of its CEO, Robert A. Kotick, and a Rule 30(b)(6) deposition. The parties previously briefed these issues pursuant to Central District of California Local Rules, and after briefing was complete, the files were transferred to this Court. There is no need for further briefing; rather, it is important to have this issue resolved promptly to avoid wasting the Court's resources in addressing a motion with an incomplete record. For that reason, Plaintiffs respectfully move the Court for an order requiring that Activision file any opposition to this motion within seven days of its filing. Plaintiffs waive reply and request that the Court rule on the papers or with oral argument as the Court deems appropriate.

| | |
|---|---|
| Dated: April 21, 2023 | Respectfully Submitted, |
| | By:    */s/ Steven N. Williams* <br>       Steven N. Williams |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
       swilliams@saverilawfirm.com
       czirpoli@saverilawfirm.com
       eabuchanan@saverilawfirm.com
       dseidel@saverilawfirm.com
       kmcmahon@saverilawfirm.com

Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:   (415) 434-8900
Facsimile:   (415) 434-9200
Email:   jmalioto@aliotolaw.com
       twallace@aliotolaw.com

Joseph M. Alioto Jr. (State Bar No. 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 398-3800
Email:   joseph@aliotolegal.com

*Plaintiffs' Counsel*