Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:    (415) 434-8900
Facsimile:     (415) 434-9200
Email:          jmalioto@aliotolaw.com
                    twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:    (415) 500-6800
Facsimile:     (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                    swilliams@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    eabuchanan@saverilawfirm.com
                    dseidel@saverilawfirm.com
                    kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>          Movants,<br><br>     v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>          Respondents. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF KATHLEEN J. MCMAHON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE FOR MOTION TO COMPEL DEPOSITIONS OF (1) ROBERT A. KOTICK AND (2) ACTIVISION** |

I, Kathleen J. McMahon, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an associate at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Administrative Motion to Shorten Briefing Schedule for Motion to Compel Depositions of (1) Robert A. Kotick and (2) Activision.

2. The Plaintiffs seek to shorten the briefing schedule for their motion to compel depositions of (1) Robert A. Kotick and (2) Activision because the parties have already fully briefed this issue after repeated meat-and-confer sessions. There is little need for additional briefing and the legal issues are neither unique nor difficult. The issue calls out for a ruling.

3. Plaintiffs sought the consent of Activision to a stipulation seeking the relief sought in this motion, but were unable to secure agreement from Activision.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of April, 2023 in San Francisco, California.

                                              /s/ *Kathleen J. McMahon*
                                              Kathleen J. McMahon

Case No. 3:22-cv-08991-JSC         1

DECLARATION OF KATHLEEN J. MCMAHON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE FOR MOTION TO COMPEL DEPOSITIONS OF (1) ROBERT A. KOTICK AND (2) ACTIVISION

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: April 21, 2023

By:    */s/ Steven N. Williams*
      Steven N. Williams