1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DANTE DEMARTINI, et al.,

          Plaintiffs,

    v.

MICROSOFT CORPORATION, a Washington corporation,

          Defendant.

Case No. 3:22-cv-08991-JSC

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE FOR MOTION TO COMPEL DEPOSITIONS OF (1) ROBERT A. KOTICK AND (2) ACTIVISION**

Case No. 3:22-cv-08991-JSC

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE FOR MOTION TO COMPEL DEPOSITIONS OF (1) ROBERT A. KOTICK AND (2) ACTIVISION

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion to Shorten Briefing Schedule for Motion to Compel Depositions of (1) Robert A. Kotick and (2) Activision, the Court orders that Activision shall file a response to Plaintiff's motion, if any, on or before April 28, 2023.


IT IS SO ORDERED.

Dated: April ___, 2023.                    By: _____

                                                            Judge Jacqueline Scott Corley
                                                            United States District Court Judge