Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:     (415) 434-8900
Facsimile:      (415) 434-9200
Email:            jmalioto@aliotolaw.com
                     twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                     swilliams@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     eabuchanan@saverilawfirm.com
                     dseidel@saverilawfirm.com
                     kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>                Movants,<br><br>     v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>                Respondents. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITIONS OF (1) ROBERT A. KOTICK AND (2) ACTIVISION** |

I, Steven N. Williams, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am admitted to practice in the Northern District of California. I am a partner in the law firm of Joseph Saveri Law Firm, counsel for Dante DeMartini, et al. ("Plaintiffs") in connection with the above-captioned action, *DeMartini v. Microsoft Corp.*, No. 3:22-cv-08991-JSC (N.D. Cal.) I submit this declaration in support of Plaintiffs' Notice of Motion and Motion to Compel Deposition Testimony. Unless otherwise stated, the matters set forth below are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto. I make this declaration pursuant to 28 U.S.C. § 1746.

2. On January 30, 2023, Plaintiffs served Activision Blizzard's registered agent with a subpoena requesting a corporate deposition under Federal Rule of Civil Procedure 30(b)(6) and related document requests. On January 31, 2023, Plaintiffs served Activision Blizzard CEO, Robert A. Kotick, a deposition subpoena pursuant to Federal Rule of Civil Procedure 30(b)(1). Counsel for Activision voluntarily accepted service of the subpoena.

3. Activision Blizzard, Inc. objected to all document requests and request for deposition testimony pursuant to subpoena.

4. Plaintiffs and Activision subsequently have met and conferred on at least five occasions concerning the issues raised in the subpoenas. While issues concerning documents have been resolved, issues concerning depositions have not been resolved. After meeting and conferring, on February 24, 2023 Activision filed a Motion to Quash Third Party Subpoenas on Plaintiffs which included a Joint Stipulation pursuant to Central District Local Rule 37-2.1. Activision required that the Plaintiffs go through this procedure even though it had already agreed that the Northern District of California, and specifically the Hon. Jacqueline Scott Corley, would resolve any dispute relating to the subpoenas.

5. Attached as **Exhibit 1** is a true and correct copy of Activision Blizzard, Inc.'s Notice of Motion to Quash Third-Party Subpoenas filed on February 24, 2023.

6. Attached as **Exhibit 2** is a true and correct copy of Joint Stipulation Regarding Activision Blizzard, Inc.'s Motion to Quash Third-Party Subpoenas filed on February 24, 2023.

7. Attached as **Exhibit 3** is a true and correct copy of the Declaration of Julia K. York in Support of Activision Blizzard, Inc.'s Motion to Quash Third-Party Subpoenas filed on February 24, 2023.

8. Attached as **Exhibit 4** is a true and correct copy of the Declaration of Steven N. Williams in Opposition to Activision Blizzard, Inc.'s Motion to Quash Third-Party Subpoenas filed on February 24, 2023.

9. Attached as **Exhibit 5** is a true and correct copy of Activision Blizzard, Inc.'s Supplemental Memorandum in Support of its Motion to Quash filed on February 28, 2023.

10. Attached as **Exhibit 6** is a true and correct copy of the Supplemental Declaration of Julia K. York in Support of Activision Blizzard, Inc.'s Motion to Quash Third-Party Subpoenas filed on February 28, 2023.

11. Attached as **Exhibit 7** is a true and correct copy of the Responding Parties' Supplemental Memorandum of Law in Opposition to Activision Blizzard, Inc.'s Motion to Quash filed on February 28, 2023.

12. Attached as **Exhibit 8** is a true and correct copy of the Supplemental Declaration of Steven N. Williams in Support of Responding Parties' Supplemental Memorandum of Law in Opposition to Activision Blizzard, Inc.'s Motion to Quash filed on February 28, 2023.

13. Attached as **Exhibit 9** is a true and correct copy of Exhibit B to the Supplemental Declaration of Steven N. Williams in Support of Responding Parties' Supplemental Memorandum of Law in Opposition to Activision Blizzard, Inc.'s Motion to Quash filed on February 28, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2023.

By: */s/ Steven N. Williams*
      Steven N. Williams