# EXHIBIT 1

Caroline Van Ness (SBN 281675)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice* forthcoming)
Julia K. York (*pro hac vice* forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

*Attorneys for Activision Blizzard, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION BLIZZARD, INC.,<br><br>Moving Party,<br><br>v.<br><br>DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PEREZ,<br><br>Responding Parties. | **Misc. Case No.**<br><br>Underlying action in United States District Court for the Northern District of California, No. 3:22-cv-08991-JSC<br><br>**ACTIVISION BLIZZARD, INC.'S NOTICE OF MOTION TO QUASH THIRD-PARTY SUBPOENAS**<br><br>Fact Discovery Cutoff: TBD<br>Expert Discovery Cutoff: TBD<br>Pretrial Conference and Trial Date: TBD<br>Hearing Date: TBD |

**ACTIVISION BLIZZARD, INC.'S NOTICE OF MOTION TO QUASH**

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Moving Party Activision Blizzard, Inc. ("Activision") files this miscellaneous action to quash Responding Parties Dante DeMartini, et al.'s (the "*DeMartini* Plaintiffs") Non-Party Subpoenas served on January 30, 2023 (the "Subpoenas"). The Subpoenas are part of ongoing discovery in a pending action filed by the *DeMartini* Plaintiffs against Microsoft Corp. ("Microsoft") in the United States District Court for the Northern District of California. *See DeMartini, et. al v. Microsoft Corp.*, No. 3:22-cv-08991-JSC (N.D. Cal.). Activision respectfully requests that the Court quash the *DeMartini* Plaintiffs' Subpoenas.

Activision's Motion To Quash the *DeMartini* Plaintiffs' Third-Party Subpoenas is based on this Notice of Motion, Activision's portion of the Joint Stipulation, the Declaration of Julia K. York in Support of Activision's Motion to Quash and accompanying Exhibits 1 through 9, any supplemental memorandum to be filed in connection with this Motion, and such other additional information or argument as may be presented at or before the hearing on the Motion.

This Motion is made following meet and confers between counsel pursuant to Civil Local Rule 37-1, which took place on February 3, 2023 and February 10, 2023, and written correspondence on February 8, 2023. During the meet and confers between counsel, the parties were unable to resolve the issues.

A Proposed Order granting this Motion is being filed contemporaneously herewith.

-1-
**ACTIVISION BLIZZARD, INC.'S NOTICE OF MOTION TO QUASH**

| | |
|---|---|
| DATED: February 24, 2023 | By: /s/ *Caroline Van Ness* |
| | Caroline Van Ness (SBN 281675)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, California 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br>Email: caroline.vanness@skadden.com |
| | Steven C. Sunshine (*pro hac vice* forthcoming)<br>Julia K. York (*pro hac vice* forthcoming)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC 20005-2111<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br>Email: steven.sunshine@skadden.com<br>Email: julia.york@skadden.com |
| | *Attorneys for Activision Blizzard, Inc.* |

**ACTIVISION BLIZZARD, INC.'S NOTICE OF MOTION TO QUASH**