# EXHIBIT 4

Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
Cadio R. Zirpoli (SBN 179108)
Elissa Buchanan (SBN 249996)
David H. Seidel (SBN 307135)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: swilliams@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: dseidel@saverilawfirm.com

*Attorneys for Dante DeMartini, et al.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACTIVISION BLIZZARD, INC., <br><br> Moving Party, <br><br> v. <br><br> DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PEREZ, <br><br> Responding Parties. | **Misc. Case No.** <br><br> Underlying action in United States District Court for the Northern District of California, No. 3:22-cv-08991-JSC <br><br> **DECLARATION OF STEVEN N. WILLIAMS IN OPPOSITION TO ACTIVISION BLIZZARD, INC.'S MOTION TO QUASH THIRD-PARTY SUBPOENAS** <br><br> Fact Discovery Cutoff: TBD <br> Expert Discovery Cutoff: TBD <br> Pretrial Conference and Trial Date: TBD <br> Hearing Date: TBD |

**WILLIAMS DECL. ISO RESPONDING PARTIES' OPPOSITION TO ACTIVISION BLIZZARD, INC.'S MOTION TO QUASH**

# DECLARATION OF STEVEN N. WILLIAMS

I, Steven N. Williams, hereby declare as follows:

1. I am an attorney in good standing with the State Bar of California and admitted to practice in the Central District of California. I am a partner at the Joseph Saveri Law Firm, LLP ("JSLF"), Plaintiffs' counsel of record. Unless otherwise indicated, I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently to them. I make this declaration pursuant to 28 U.S.C. § 1746.

2. In pursuing the above captioned action, Plaintiffs subpoenaed Activision Blizzard with two subpoenas pursuant to Federal Rule of Civil Procedure 45. While Activision Blizzard is not a party in the action, they are the company being acquired, and thus Plaintiffs believe hold relevant information that Plaintiffs will be unable to obtain elsewhere.

3. On January 30, 2023, Plaintiffs served Activision Blizzard's registered agent with a subpoena requesting a corporate deposition under Federal Rule of Civil Procedure 30(b)(6) and related document requests. On January 31, 2023, Plaintiffs served Activision Blizzard CEO, Robert A. Kotick, a deposition subpoena pursuant to Federal Rule of Civil Procedure 30(b)(1). Counsel for Activision has voluntarily accepted service of the subpoena.

4. Plaintiffs have met and conferred with Activision Blizzard on several occasions to attempt to facilitate discovery while minimizing the burden to Activision Blizzard. The parties were unable to come to an agreement.

5. During a meet and confer on February 10, 2023, counsel for Activision Blizzard stated that they would consent to transferring the discovery dispute to the Northern District of California, but only after they filed their motion to quash in the Central District.

6. In an email on February 10, 2023, Activision Blizzard's counsel informed Plaintiffs that as they stated during the meet and confer, "we remain

-1-
**WILLIAMS DECL. ISO RESPONDING PARTIES' OPPOSITION TO ACTIVISION BLIZZARD, INC.'S MOTION TO QUASH**

amenable to transferring consideration of Activision's Motion to Quash in the Northern District of California (and to Judge Corley, specifically) once this motion has been appropriately filed in the Central District of California." Email from Michael A. Lanci, Feb. 10, 2023 7:05 p.m. Attached as **Exhibit A** is a true and correct copy of the correspondence between counsel, dated February 10, 2023.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on February 22, 2023.

By: */s/ Steven N. Williams*
Steven N. Williams