# EXHIBIT 6

Caroline Van Ness (SBN 281675)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*
pending)
Julia K. York (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

*Attorneys for Activision Blizzard, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION BLIZZARD, INC., <br><br> Moving Party, <br><br> v. <br><br> DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PÉREZ, <br><br> Responding Parties. | **Misc. Case No. 2:23-mc-00031** <br><br> Underlying action in United States District Court for the Northern District of California, No. 3:22-cv-08991-JSC <br><br> **SUPPLEMENTAL DECLARATION OF JULIA K. YORK IN SUPPORT OF ACTIVISION BLIZZARD, INC.'S MOTION TO QUASH THIRD-PARTY SUBPOENAS** <br><br> Fact Discovery Cutoff: TBD <br> Expert Discovery Cutoff: TBD <br> Pretrial Conference and Trial Date: TBD <br> Hearing Date: TBD |

**<u>DECLARATION OF JULIA K. YORK</u>**

I, Julia K. York, hereby declare as follows:

1.     I am an attorney duly licensed to practice law in the District of Columbia. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Activision Blizzard, Inc. ("Activision") in connection with the above-captioned miscellaneous action and the underlying action, *DeMartini v. Microsoft Corp.*, No. 3:22-cv-08991-JSC (N.D. Cal.).  I submit this supplemental declaration in support of Activision's Motion to Quash Plaintiffs' Third-Party Subpoenas pursuant to Federal Rule of Civil Procedure 45.  Unless otherwise stated, the matters set forth below are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.     On December 20, 2023, Plaintiffs Dante DeMartini, Curtis Burns, Jr., Nicholas Elden, Jessie Galvan, Christopher Joseph Giddings-Lafaye, Steve Herrera, Hunter Joseph Jakupko, Daniel Dermot Alfred Loftus, Beowulf Edward Owen, and Ivan Calvo-Pérez ("Plaintiffs") filed a Complaint and a Motion for a Preliminary Injunction in the action captioned *DeMartini v. Microsoft Corp.*, No. 3:22-cv-08991-JSC (N.D. Cal.) (the "*DeMartini* Action") seeking to enjoin a proposed acquisition by Microsoft Corp. ("Microsoft") of Activision (the "Proposed Transaction").  Plaintiffs have served non-party Activision with two subpoenas pursuant to Federal Rule of Civil Procedure 45 in connection with the *DeMartini* Action (the "Subpoenas").

3.     On February 10, 2023, after two meet-and-confers with Plaintiffs' counsel, counsel for Activision sent to Plaintiffs' counsel (i) Activision's portion of a joint stipulation setting out the instant discovery dispute pursuant to Central District of California Local Rule 37-2 and (ii) a declaration and all accompanying exhibits.

4.     On February 14, 2023, counsel for Plaintiffs requested a further meet-and-confer with counsel for Activision to discuss Plaintiffs' third-party discovery of Activision, which was held on February 15, 2023.  During this February 15 meet-and-confer, counsel for Plaintiffs—this time a different attorney from the attorney who led

1  Plaintiffs' previous meet-and-confers with Activision—stated that Plaintiffs would
2  like to "reset" their third-party discovery of Activision.  Among other things, counsel
3  for Plaintiffs suggested that Plaintiffs: (1) would like to discuss the possibility of
4  withdrawing the Subpoenas and reissuing new subpoenas with places of compliance
5  in the Northern District of California; (2) may be amenable to removing or narrowing
6  some categories of requests; (3) did not need an immediate deposition of Activision's
7  CEO; (4) did not need both a 30(b)(1) deposition of Activision's CEO and a 30(b)(6)
8  deposition; and (5) that they could wait until after the preliminary injunction hearing
9  to take any depositions.  Counsel for Plaintiffs did not commit to any of these positions
10 and did not provide any concrete proposal as to how Plaintiffs would narrow the
11 Subpoenas.  He stated, however, that he recognized that Plaintiffs' new positions were
12 a divergence from the posture Plaintiffs took in previous meet-and-confers.

13        5.      On February 16, 2023, I participated in an additional meet-and-confer
14 with counsel for Plaintiffs regarding the Subpoenas.  Counsel for Plaintiffs offered
15 further conceptual ideas for how the parties might approach the Subpoenas, but did
16 not commit to any positions and did not provide a concrete proposal as to how
17 Plaintiffs would narrow the Subpoenas.  Referencing Activision's FTC production,
18 counsel for Plaintiffs stated that Plaintiffs "did not need" millions more documents in
19 addition to what Microsoft had already agreed to produce.  Activision asked Plaintiffs
20 whether they would defer their discovery of Activision until after the preliminary
21 injunction hearing in the underlying action if it agreed to produce transcripts of
22 Activision's investigative hearings ("IH") taken by the FTC during the FTC's
23 investigation into the Proposed Transaction.  Plaintiffs' counsel suggested that
24 Plaintiffs might consider deferring the depositions and their other discovery requests
25 past the preliminary injunction hearing if Activision would agree to produce the FTC
26 IH transcripts.  He stated, however, that he would need to confirm with his colleagues
27 whether this was a firm offer.

28

6. On February 17, 2023, I participated in another meet-and-confer with counsel for Plaintiffs regarding the Subpoenas. During this meet-and-confer, I understood Plaintiffs to offer the following proposal: (1) Plaintiffs would agree to withdraw the Subpoenas and issue new, narrowed subpoenas with the Northern District of California as the place of compliance, with dates of compliance set for after the preliminary injunction hearing in the underlying action, if (2) Activision would agree to accept service of the new subpoenas in the Northern District of California (reserving any and all objections) and to produce Activision's FTC IH transcripts. Plaintiffs also suggested they would ultimately be amenable to seeking specific documents from Activision's FTC production rather than the full FTC file. That same day, counsel for Activision agreed to extend Plaintiffs' deadline to respond with its portion of the instant joint stipulation to February 22, 2023.

7. On February 21, 2023, I sent counsel for Plaintiffs an email agreeing to what I understood Plaintiffs' offer to be and proposed a March 28, 2023 production date for the IH transcripts. I also asked Plaintiffs if they would like to discuss further. Counsel for Plaintiffs responded by disputing Activision's understanding of Plaintiffs' offer and stated that Plaintiffs would provide their position of the instant joint stipulation by the end of the day. I then asked counsel for Plaintiffs to correct our understanding of Plaintiffs' proposal if Activision had misunderstood that proposal and noted again that I would be willing to discuss. Counsel for Plaintiffs did not correct my understanding of Plaintiffs' proposal and stated that we should proceed to brief the instant dispute. Plaintiffs thereafter provided their portion of the instant joint stipulation on February 22, 2023 (Pacific Time).

8. On February 23, 2023, Activision added to its portion of the Joint Stipulation three paragraphs of procedural history detailing these meet-and-confers, and counsel for Activision sent Plaintiffs the revised version with the changes highlighted. Plaintiffs' counsel objected, and suggested that Plaintiffs would not consent to the filing of a Joint Stipulation that included these additional facts. When

counsel for Activision queried whether Plaintiffs would withhold their consent to file the Joint Stipulation such that Activision would have to file its Motion to Quash separately pursuant to Central District of California Local Rule 37-2.4, Plaintiffs threatened to construe Activision's Motion as withdrawn and to seek sanctions.

9. Plaintiffs continued the 30(b)(6) deposition of Activision noticed in one of the Subpoenas indefinitely on February 13, 2023 via email and Notice of Continuation and continued the deposition of Activision's CEO indefinitely on February 24, 2023 via email.

10. Attached as **Exhibit 1** is a true and correct copy of email correspondence between Plaintiffs' counsel and counsel for Activision from February 8, 2023 to February 25, 2023, omitting any attachments.

11. Attached as **Exhibit 2** is a true and correct copy of the Notice of Continuation of Plaintiffs' 30(b)(6) deposition that Plaintiffs transmitted to Activision on February 13, 2023.

12. Attached as **Exhibit 3** is a true and correct copy of email correspondence between Plaintiffs' counsel, counsel for Activision, and counsel for Microsoft advising that the deposition of Activision's CEO had been taken off the calendar and would be rescheduled.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2022 in Washington, D.C.

DATED:  February 28, 2023          By: /s/ *Julia K. York*

Julia K. York (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: julia.york@skadden.com

-4-

# Exhibit 1

## York, Julia K (WAS)

| | |
|---|---|
| **From:** | David Seidel <dseidel@saverilawfirm.com> |
| **Sent:** | Saturday, February 25, 2023 12:09 AM |
| **To:** | Lanci, Michael A (NYC); Steve Williams; Cadio Zirpoli; Joseph Saveri; Amara Getzell |
| **Cc:** | York, Julia K (WAS); Van Ness, Caroline (PAL); Kreiner, Evan R (NYC) |
| **Subject:** | [Ext] Re: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc. |

Thank you, Michael. Have a nice weekend.

**David Seidel**
Associate

_____



601 California Street, Suite 1000
San Francisco, CA 94108
**T** 415.500.6800 x906
**F** 415.395.9940

---

**From:** Lanci, Michael A <Michael.Lanci@skadden.com>
**Sent:** Friday, February 24, 2023 8:03 PM
**To:** David Seidel <dseidel@saverilawfirm.com>; Steve Williams <SWilliams@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Amara Getzell <Agetzell@saverilawfirm.com>
**Cc:** York, Julia K <Julia.York@skadden.com>; Van Ness, Caroline <Caroline.VanNess@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Counsel,

Thank you.  As you likely saw from our email under separate cover, we've filed the joint stipulation and declarations.  Please see that email attached, which includes all the documents we filed.

Best,
Michael

**Michael A. Lanci**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
**T: +1.212.7353423** | **F: +1.917.777.3423**
**michael.lanci@skadden.com**

---

**From:** David Seidel <dseidel@saverilawfirm.com>
**Sent:** Friday, February 24, 2023 4:35 PM
**To:** Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>; Steve Williams <SWilliams@saverilawfirm.com>
**Cc:** Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; York, Julia K (WAS) <Julia.York@skadden.com>; Van Ness, Caroline (PAL) <Caroline.VanNess@skadden.com>; Kreiner, Evan R (NYC)

<Evan.Kreiner@skadden.com>; Amara Getzell <Agetzell@saverilawfirm.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Counsel,

We approve your filing of the joint stipulation motion to quash, along with the attached declaration of Steven Williams and Exhibit A to his declaration (the same as we sent you on Wednesday).  Please add the signature of Steven Williams to the joint stipulation.

As soon as you finish filing, please send us the filed copies for our records and so that we know it has been filed.

Please let us know if you need anything further from us or would like to discuss.

Best,
David

---

**From:** David Seidel
**Sent:** Friday, February 24, 2023 9:58 AM
**To:** Lanci, Michael A <Michael.Lanci@skadden.com>; Steve Williams <SWilliams@saverilawfirm.com>
**Cc:** Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; York, Julia K <Julia.York@skadden.com>; Van Ness, Caroline <Caroline.VanNess@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Julia, Evan, Michael,

Yesterday, you sent us newly drafted portions of your side of the joint stipulation. Evan stated: "You are welcome to make additional edits that address our additions.  To that end, the rules contemplate your having seven days to do so, and we have no objection to that timeline.  *See* L.R. 37-2.2.  To the extent you will not do so and intend to withhold your consent to our filing the joint stipulation, please advise by COB tomorrow, February 24 so that we can proceed to file the motion separately pursuant to L.R. 37-2.4."

Although we think we are well within our rights to accept your position and "make additional edits that address [your] additions" within seven days, especially seeing as how you have "no objection to that timeline," (despite the fact that it would mean the filing of the motion to quash after the Kotick deposition was already concluded), in the interest of moving this dispute forward, we will approve and sign the joint stipulation today.  We will send it back to you today with our signature after reviewing to confirm its accuracy.

We continue to reserve all of our rights, including that the motion to quash is untimely. We will also continue to evaluate whether we need to make any additional filings, either in the Northern District or in the Central District, and reserve all of our rights to do so.

Best,
David

---

**From:** Lanci, Michael A <Michael.Lanci@skadden.com>
**Sent:** Friday, February 24, 2023 7:56 AM
**To:** Steve Williams <SWilliams@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>
**Cc:** Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; York, Julia K <Julia.York@skadden.com>; Van Ness, Caroline <Caroline.VanNess@skadden.com>; Kreiner, Evan R

<Evan.Kreiner@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Steve and David,

Please let us know whether and by when you intend to authorize us to file the Joint Stipulation we transmitted to you last night that includes both Activision's original portion of the brief from February 10 and Plaintiffs' portion of the brief from February 22.  Per L.R. 37-2.2, you have until close of business to send your authorization.

Best,
Michael

**Michael A. Lanci**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | NY | 10001
**T: +1.212.7353423** | **F: +1.917.777.3423**
**michael.lanci@skadden.com**

**From:** York, Julia K (WAS) <Julia.York@skadden.com>
**Sent:** Thursday, February 23, 2023 9:30 PM
**To:** 'David Seidel' <dseidel@saverilawfirm.com>; Steve Williams <SWilliams@saverilawfirm.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>; Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Van Ness, Caroline (PAL) <Caroline.VanNess@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Steve and David,

We clearly disagree as to whether the Local Rules preclude us from responding to the material you added about meet and confers that post-dated the stipulation, and we believe that your interpretation of the Local Rules is incorrect.  Nevertheless, in the interest of moving this dispute forward, we attach a version of the joint stipulation that includes our portion as originally written.  Attached are: (1) a version of the joint stipulation that includes our portion as originally written; (2) a redline of the joint stipulation against the version you provided last night; and (3) my original February 10 declaration.  Please let us know if we are authorized to file these documents so that we may do so promptly.

We believe you are misleading the Court.  To that end, after we file the joint stipulation, we will file a supplemental memorandum providing all of the detail of our discussions with you that you have omitted from your portion, as the Local Rules enable us to do.  *See* L.R. 37-2.3.


Regards,
Julia York

**Julia K. York**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
**T: +1.202.371.7146** | **F: +1.202.661.9126** | **M: +1.202.361.2404**
**julia.york@skadden.com**

Skadden

**From:** David Seidel <dseidel@saverilawfirm.com>
**Sent:** Thursday, February 23, 2023 9:08 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>; York, Julia K (WAS) <Julia.York@skadden.com>; Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Van Ness, Caroline (PAL) <Caroline.VanNess@skadden.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Evan,

We refrained from saying this previously, but much of your motion completely mischaracterizes the parties' meet and confers, including your new substantive additions, which you improperly added on the eve of filing, in clear violation of the rules. Threatening us that you will file the motion without our consent, or that we are withholding our consent to add our position when we have already provided you with our position is frivolous, contrary to the rules, and shows that the only side playing games here is you.

The rules are clear. You are not allowed to add new portions to your side of the joint stipulation motion to quash after we've already provided you with our side. *See* L.R. 37-2.2. Given the clear rules, it appears that you are withdrawing your prior motion, and are serving us with a new joint stipulation pursuant to Local Rule 37. In that case, as you point out, we would then have 7 days in which to send you our position. Please confirm if you are taking this route. If so, we will not comment on the propriety of such an approach under the local rules, and reserve all of our rights, including that the motion to quash is untimely. We further note that in that case, the motion to quash would be filed *after* Mr. Kotick's deposition is already concluded.

Please let us know what you are doing.  We are available to discuss until 9:00 p.m. Pacific time tonight.


Best,
David


**David Seidel**
Associate

_____

[ ]

601 California Street, Suite 1000
San Francisco, CA 94108
**T** 415.500.6800 x906
**F** 415.395.9940

---

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Thursday, February 23, 2023 4:11 PM
**To:** Kreiner, Evan R <Evan.Kreiner@skadden.com>; David Seidel <dseidel@saverilawfirm.com>; York, Julia K <Julia.York@skadden.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Cc:** Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Van Ness, Caroline <Caroline.VanNess@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Evan

You are not following the rules. I confirmed the procedure with you last Friday. You did not object. You are simply wrong.

If you do not follow cd cal rules and file as you suggest, we will move for sanctions.

Please confirm that you will send us a draft that complies with the rules.

---

**From:** Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Sent:** Thursday, February 23, 2023 3:56 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>; York, Julia K <Julia.York@skadden.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Cc:** Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Van Ness, Caroline <Caroline.VanNess@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Steve,

You sent us an insert that mischaracterizes meet and confers and compromise proposals that occurred after we sent the statement on February 10. The rules are not intended to facilitate that type of game playing. Under the rules, the joint stipulation "must contain all issues in dispute" and "how [the parties] proposed to resolve the dispute over that issue *at the conference of counsel*." L.R. 37-2.1 (emphasis added). Our edits accomplish that and ensure that the Court has an accurate and complete record of the instant discovery dispute and the parties' attempts to resolve it.

You are welcome to make additional edits that address our additions. To that end, the rules contemplate your having seven days to do so, and we have no objection to that timeline. *See* L.R. 37-2.2. To the extent you will not do so and intend to withhold your consent to our filing the joint stipulation, please advise by COB tomorrow, February 24 so that we can proceed to file the motion separately pursuant to L.R. 37-2.4. We are hopeful that we don't have to go that route and that we can present the court with a single joint stipulation that will facilitate a timely and efficient resolution of this dispute.

Thanks,
Evan

**Evan Kreiner**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | New York | 10001
**T: +1.212.735.2491** | **F: +1.917.777.2491**
**evan.kreiner@skadden.com**

---

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Thursday, February 23, 2023 5:38 PM
**To:** Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>; David Seidel <dseidel@saverilawfirm.com>; York, Julia K (WAS) <Julia.York@skadden.com>; Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Van Ness, Caroline (PAL) <Caroline.VanNess@skadden.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Evan

You do not get to do that. You have to file what you sent us. Please read the rules.

**From:** Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Sent:** Thursday, February 23, 2023 2:35 PM
**To:** David Seidel <dseidel@saverilawfirm.com>; York, Julia K <Julia.York@skadden.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Van Ness, Caroline <Caroline.VanNess@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Counsel,

Please see the attached documents, which (other than the attached redline) we plan to file this evening. In light of representations made in Plaintiffs' insert about events that post-date when we sent the joint stipulation, we have added three paragraphs of procedural history to our portion of the joint stipulation and included a supplemental declaration. The added paragraphs are reflected in the attached PDF redline. Please let us know once we have your authorization to file.

Thanks,
Evan

**Evan Kreiner**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | New York | 10001
T: +1.212.735.2491 | F: +1.917.777.2491
evan.kreiner@skadden.com

**From:** David Seidel <dseidel@saverilawfirm.com>
**Sent:** Thursday, February 23, 2023 1:48 AM
**To:** York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>; Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Hi Ms. York,

Attached is the joint statement with Plaintiffs' portions, along with our supporting declaration and exhibit.

The document had significant formatting issues when you sent it to us. We understand you will fix the formatting and then send back to us for final approval before filing tomorrow.

Thank you,
David

**From:** David Seidel
**Sent:** Wednesday, February 22, 2023 1:03 PM
**To:** York, Julia K <Julia.York@skadden.com>; Steve Williams <SWilliams@saverilawfirm.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Hi Ms. York,

Attached is the Protective Order entered in *DeMartini v. Microsoft*.  Please review and send us back an executed version of Attachment A, in the event that we need to disclose items to you designed highly confidential.

We will send you our portion of the joint statement concerning Activision's Motion to Quash by the end of the day today.

Best,
David

---

**From:** York, Julia K <Julia.York@skadden.com>
**Sent:** Tuesday, February 21, 2023 6:45 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Cc:** David Seidel <dseidel@saverilawfirm.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Steve,

We included my declaration and exhibits in the email transmitting our portion of the joint brief on February 10 – I've reattached that email here for your reference.

We are disappointed to hear that you are refusing to put the offer you provided orally into writing, particularly after telling us that our summary of what you had offered was incorrect.  Activision went to the burden and expense of preparing a motion to quash based on positions Plaintiffs took during our first two meet and confers, from which you quickly retreated during subsequent meet-and-confers held after we had sent Plaintiffs our portion of the joint stipulation.  During those later meet and confers, we had to press you to provide an actual compromise proposal.  And if our summary of your offer is incorrect and you won't memorialize your offer in writing, we are unsure exactly what you now intend to tell the Court your position is.  We continue to be willing to discuss, but if you believe there is no compromise to be had, we will expect your portion of the joint stipulation later this evening, along with any declarations and exhibits, so that we can prepare the combined document for filing.

Kind regards,
Julia

**Julia K. York**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
**T: +1.202.371.7146** | **F: +1.202.661.9126** | **M: +1.202.361.2404**
**julia.york@skadden.com**

Skadden

---

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Tuesday, February 21, 2023 6:58 PM
**To:** York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>; Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** David Seidel <dseidel@saverilawfirm.com>

**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Thanks Julia. I think at this point we should proceed. Your client has yet to comply with CD Cal Local rules as we have not received your declaration and exhibits. See L.R. 37-2.2: "Preparation of Joint Stipulation. Following the conference of counsel, counsel for the moving party must personally deliver, e-mail, or fax to counsel for the opposing party the moving party's portion of the stipulation, together with all declarations and exhibits to be offered in support of the moving party's position."

Please get any other materials to us as soon as you can so that we may proceed with filing.

**From:** York, Julia K <Julia.York@skadden.com>
**Sent:** Tuesday, February 21, 2023 12:20 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Cc:** David Seidel <dseidel@saverilawfirm.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Steve,

We had several calls with you last week and listened carefully to your proposals, and discussed what we understood was your proposal with our client over a holiday weekend. My e-mail outlined our understanding of that proposal, and took account of your preference not to have a "squishy" deadline for production. If we have misunderstood your proposal in some way, and there is something in my e-mail that you do not believe accurately captures what you offered (or that you disagree with), please tell us. We are willing to discuss these issues but would ask that you please provide us with your proposal in writing so there is no confusion as to what is on the table.

Kind regards,
Julia

**Julia K. York**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7146 | F: +1.202.661.9126 | M: +1.202.361.2404
julia.york@skadden.com

Skadden

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Tuesday, February 21, 2023 3:04 PM
**To:** York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>; Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** David Seidel <dseidel@saverilawfirm.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Hi Julia

Thank you for your response. It is not what I proposed. In fact, I already told you it was not acceptable.

I am trying to feel like you have not been wasting my time tactically. I hope we do better next time.

We will send you our portion by the end of the day.  Please send us your declaration.

Thank you

---

**From:** York, Julia K <Julia.York@skadden.com>
**Sent:** Tuesday, February 21, 2023 11:32 AM
**To:** Steve Williams <SWilliams@saverilawfirm.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Cc:** David Seidel <dseidel@saverilawfirm.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Steve,

We have conferred with our client about Plaintiffs' proposal.  From our last meet and confer on Thursday, February 16, we understand Plaintiffs' proposal as follows: (1) Plaintiffs will agree to withdraw their Central District of California subpoenas and issue new, narrowed subpoenas with the Northern District of California as the place of compliance, with dates of compliance set for after the Preliminary Injunction hearing, if (2) Activision will agree to accept service of the new subpoenas in the Northern District of California (reserving any and all objections) and to produce transcripts of its investigative hearings before the FTC during the FTC's investigation into the proposed acquisition ("FTC IH Transcripts").  We understand that under this proposal, all parties reserve all rights and objections with respect to the new subpoenas—except that Activision would waive any objection to the Northern District of California being the place of compliance for the new subpoenas.

Activision will agree to accept service of new subpoenas with a place of compliance in the Northern District of California and dates of compliance set after the Preliminary Injunction hearing in the *DeMartini* action and will produce its FTC IH Transcripts and all supporting exhibits to Plaintiffs on or before March 28, 2023.  Please note that Activision reserves all rights and objections with respect to the new subpoenas that Plaintiffs will issue, except Activision waives any objection to the Northern District of California being the place of compliance for those subpoenas.

Please let us know if this is acceptable to you or if you would like to discuss further.  We hope this obviates the need to continue to brief the C.D. Cal. motion to quash but please let us know if you still need a copy of my declaration.


Kind regards,
Julia York


**Julia K. York**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7146 | F: +1.202.661.9126 | M: +1.202.361.2404
julia.york@skadden.com

Skadden

---

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Tuesday, February 21, 2023 11:59 AM
**To:** Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>; Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** York, Julia K (WAS) <Julia.York@skadden.com>; David Seidel <dseidel@saverilawfirm.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Hi

Would you please send me Ms. York's declaration?

Thanks

---

**From:** Steve Williams
**Sent:** Tuesday, February 21, 2023 6:55 AM
**To:** Kreiner, Evan R <Evan.Kreiner@skadden.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Cc:** York, Julia K <Julia.York@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Thanks Evan.

I appreciate the message but its not sufficient.   I don't need the time, and we don't need to argue about the breadth of the subpoenas, nor do I not need you to tell me about your expense and burden.  That is what the Court is for.   Your client is sophisticated and represented by sophisticated counsel.  Your client has had ample time to consider my proposals.  If your client is still unable to respond, then it would appear to me that we should simply go forward with the motion.  I will provide you with my sections today, and you can file tomorrow after I review the final.

If your client would like to reconsider please let me know.

Thank you

---

**From:** Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Sent:** Tuesday, February 21, 2023 6:40 AM
**To:** Steve Williams <SWilliams@saverilawfirm.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Cc:** York, Julia K <Julia.York@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Hi Steve,

We're conferring with our client about a response to plaintiffs' proposed modifications to the subpoenas.  While we understand that plaintiffs wish to avoid drafting their half of the briefing, we'd note that plaintiffs' overbroad subpoenas and initial refusal to modify them forced Activision, a non-party, to undergo the expense and burden of drafting these papers.  Nevertheless, in order to give you enough time to draft plaintiffs' responsive insert should one become necessary, we're willing to defer plaintiffs' deadline until 48 hours after you receive Activision's counterproposal.  Please let us know if that's acceptable.

Thanks,
Evan

**Evan Kreiner**
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West | New York | New York | 10001
T: +1.212.735.2491 | F: +1.917.777.2491
evan.kreiner@skadden.com

---

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Monday, February 20, 2023 2:19 PM

**To:** Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Good afternoon

Again, I would have thought I would have heard back from you by now. There is not time tomorrow to continue meeting and conferring. I believe I have made myself available to you on three separate occasions and discussed ways to address our issues at length. Absent agreement, I will need to devote the time that I have tomorrow to responding to the separate statement you sent me.

Please let me know how you would like to proceed.

Thanks

---

**From:** Lanci, Michael A <Michael.Lanci@skadden.com>
**Sent:** Friday, February 17, 2023 12:29 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>
**Cc:** York, Julia K <Julia.York@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Hi Steve,

To provide an update, we are continuing to confer with our client regarding Plaintiffs' proposal and would like to continue our discussions with Plaintiffs into next week. To that end, we would agree to give Plaintiffs an extension on the deadline for responding to Activision's portion of the joint brief to next Wednesday, February 22. Thanks.

Best,
Michael

**Michael A. Lanci**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.3423 | F: +1.917.777.3423**
michael.lanci@skadden.com

---

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Friday, February 17, 2023 3:28 PM
**To:** Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Hi everyone

I am surprised not to have a response from you yet. If I do not have one by 2 pm my time I will assume that my proposals have been rejected. I appreciate your consideration.

Also, per cd cal practice, once you receive my inserts no further edits will be made by you other than formatting.  You may then file the document.

Thanks

---

**From:** Lanci, Michael A <Michael.Lanci@skadden.com>
**Sent:** Thursday, February 16, 2023 4:36 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>
**Cc:** York, Julia K <Julia.York@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Thank you, Steve.  We've just circulated a dial-in for 12:00 Noon ET tomorrow.


Best,
Michael

**Michael A. Lanci**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.7353423 | F: +1.917.777.3423**
**michael.lanci@skadden.com**

---

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Thursday, February 16, 2023 5:43 PM
**To:** Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Hi, thanks.  12 eastern works for me.

---

**From:** Lanci, Michael A <Michael.Lanci@skadden.com>
**Sent:** Thursday, February 16, 2023 2:38 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>
**Cc:** York, Julia K <Julia.York@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Hi Steve,

We are available to discuss tomorrow between 12:00 pm ET and 1:00 pm ET and between 2:00 pm ET and 3:00 pm ET.  Please let us know if there is a time in one of those windows that works for you, and we can circulate a dial-in.

Thanks,
Michael

**Michael A. Lanci**
*Associate*
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.7353423 | F: +1.917.777.3423**
**michael.lanci@skadden.com**

---

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Thursday, February 16, 2023 3:31 PM
**To:** Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Good afternoon

Do some of you have a few minutes to catch up?

thanks

---

**From:** Lanci, Michael A <Michael.Lanci@skadden.com>
**Sent:** Thursday, February 16, 2023 7:53 AM
**To:** Steve Williams <SWilliams@saverilawfirm.com>
**Cc:** York, Julia K <Julia.York@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Hi Steve,

1:30 pm Eastern still works for us.  I've just circulated a dial-in for that time.

Thanks,
Michael

**Michael A. Lanci**
*Associate*
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.7353423 | F: +1.917.777.3423**
**michael.lanci@skadden.com**

---

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Thursday, February 16, 2023 10:18 AM
**To:** Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>; Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** York, Julia K (WAS) <Julia.York@skadden.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Thank you.  How about 130 eastern?

**From:** Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Sent:** Wednesday, February 15, 2023 7:59 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>; Lanci, Michael A <Michael.Lanci@skadden.com>
**Cc:** York, Julia K <Julia.York@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Hi Steve,

We're available tomorrow from 1:30 to 3:30 eastern.

Thanks,
Evan

**Evan Kreiner**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | New York | 10001**
**T: +1.212.735.2491 | F: +1.917.777.2491**
**evan.kreiner@skadden.com**

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Wednesday, February 15, 2023 5:19 PM
**To:** Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Hi

Do some or all of you have a few minutes to catch up again?

thanks

**From:** Lanci, Michael A <Michael.Lanci@skadden.com>
**Sent:** Tuesday, February 14, 2023 12:25 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>
**Cc:** York, Julia K <Julia.York@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Thanks, 1 eastern tomorrow works well for us. Please circulate a dial-in for that time at your convenience.

Best,
Michael

**Michael A. Lanci**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**

**One Manhattan West | New York | NY | 10001**
**T: +1.212.7353423** | **F: +1.917.777.3423**
michael.lanci@skadden.com

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Tuesday, February 14, 2023 3:22 PM
**To:** Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Thanks. How about 1 eastern tomorrow?

---

**From:** Lanci, Michael A <Michael.Lanci@skadden.com>
**Sent:** Tuesday, February 14, 2023 12:20 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>
**Cc:** York, Julia K <Julia.York@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Hi Steve,

Thanks for your message.  We are available to discuss in the following windows: (1) tomorrow, February 15 between 1:00 pm ET – 2:00 pm ET or (2) Thursday, February 16 between (i) 12:00 pm ET – 12:30 pm ET, (ii) 1:00 pm ET – 3:30 pm ET, or (iii) 4:30 pm ET – 5:00 pm ET.  Please feel free to select a time that works best for you to discuss and circulate a dial-in at your convenience.

Thanks again,
Michael

**Michael A. Lanci**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.7353423** | **F: +1.917.777.3423**
michael.lanci@skadden.com

---

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Tuesday, February 14, 2023 2:43 PM
**To:** Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>
**Cc:** York, Julia K (WAS) <Julia.York@skadden.com>
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Hi Michael and Julia

Do you have a few minutes to discuss where we are with discovery to your client?

Thanks

**From:** Lanci, Michael A <Michael.Lanci@skadden.com>
**Sent:** Friday, February 10, 2023 7:05 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>; 'Joseph M. Alioto' <jmalioto@aliotolaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; 'Tatiana Wallace' <twallace@aliotolaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>; 'joseph@aliotolegal.com' <joseph@aliotolegal.com>; 'sawmill2@aol.com' <sawmill2@aol.com>; 'lgpapale@papalelaw.com' <lgpapale@papalelaw.com>
**Cc:** York, Julia K <Julia.York@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Subject:** RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.


Counsel,

Please find attached Activision Blizzard, Inc.'s Responses & Objections to Plaintiffs' Subpoena, served on January 30, 2023, for which you agreed to accept service by email during our meet and confer today.  We noted on our previous meet and confer that we would be open to discussing a more reasonable request than Plaintiffs' request for all of the documents Activision has produced to the FTC.  But you declined.  However, we remain open to such a discussion.

As also discussed on our meet and confer this afternoon, and pursuant to Central District of California Local Rules 37-1 and 45-1, we have prepared our portion of a joint stipulation encompassing Activision's Motion to Quash Plaintiffs' subpoenas.  As we noted during the meet and confer, pursuant to Federal Rule of Civil Procedure 45, Activision *must* file this Motion to Quash in "the court for the district *where compliance is required*," Fed. R. Civ. P. 45(d)(3)(A) (emphasis added), which, in this instance, is the Central District of California.  Under Central District of California Local Rules 37-1 and 45-1, to present a discovery dispute to the Court, parties that have a discovery dispute must jointly "formulate a written stipulation."  Civ. L.R. 37-2.  Once the moving party sends its portion of the stipulation, the opposing party must then provide their portion of the stipulation "within seven days of receipt . . . , together with all declarations and exhibits to be offered in support of the opposing party's position."  Civ. L.R. 37-2.2.

Please find attached: (1) Activision's portion of the joint stipulation encompassing Activision's Motion to Quash Plaintiffs' subpoenas; and (2) a PDF that contains both (a) a declaration in support of Activision's Motion to Quash and (b) all exhibits attached thereto.  Under the above-referenced rules, we expect that Plaintiffs will provide us with their portion of the joint stipulation on or before next Friday, February 17, 2023.

As we stressed this afternoon, we remain amenable to transferring consideration of Activision's Motion to Quash to the Northern District of California (and to Judge Corley, specifically) once this motion has been appropriately filed in the Central District of California.

Thank you,
Michael


**Michael A. Lanci**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
T: +1.212.7353423 | F: +1.917.777.3423
michael.lanci@skadden.com

---

**From:** Lanci, Michael A (NYC)
**Sent:** Friday, February 10, 2023 1:08 PM
**To:** 'Steve Williams' <SWilliams@saverilawfirm.com>; 'Joseph M. Alioto' <jmalioto@aliotolaw.com>; 'Cadio Zirpoli' <czirpoli@saverilawfirm.com>

**Cc:** York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>; 'Tatiana Wallace' <twallace@aliotolaw.com>; 'Joseph Saveri' <jsaveri@saverilawfirm.com>; 'Elissa A. Buchanan' <EABuchanan@saverilawfirm.com>; 'David Seidel' <dseidel@saverilawfirm.com>; 'joseph@aliotolegal.com' <joseph@aliotolegal.com>; 'sawmill2@aol.com' <sawmill2@aol.com>; 'lgpapale@papalelaw.com' <lgpapale@papalelaw.com>
**Subject:** RE: [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

All,

I received a call from Cadio earlier asking to move our meet and confer to 4:00 pm ET / 1:00 pm PT. That call time works for us, and I will revise the calendar invite to reflect the new call time.

Thanks,
Michael

**Michael A. Lanci**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.7353423 | F: +1.917.777.3423**
**michael.lanci@skadden.com**

---

**From:** Lanci, Michael A (NYC)
**Sent:** Thursday, February 9, 2023 8:34 PM
**To:** 'Steve Williams' <SWilliams@saverilawfirm.com>; Joseph M. Alioto <jmalioto@aliotolaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>; Tatiana Wallace <twallace@aliotolaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>; 'joseph@aliotolegal.com' <joseph@aliotolegal.com>; sawmill2@aol.com; lgpapale@papalelaw.com
**Subject:** RE: [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Hi Steve,

Thank you for your message. We are available at 3:00 pm ET / 12:00 pm PT and will circulate an invite to this group with dial-in details for that time shortly.

Best,
Michael

**Michael A. Lanci**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.7353423 | F: +1.917.777.3423**
**michael.lanci@skadden.com**

---

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Thursday, February 9, 2023 8:14 PM
**To:** Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>; Joseph M. Alioto <jmalioto@aliotolaw.com>; Cadio Zirpoli

<czirpoli@saverilawfirm.com>
**Cc:** York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>; Tatiana Wallace <twallace@aliotolaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>; 'joseph@aliotolegal.com' <joseph@aliotolegal.com>; sawmill2@aol.com; lgpapale@papalelaw.com
**Subject:** [Ext] RE: DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Hi Michael

I would be happy to meet and confer with your team. Would you please pick a time within your window?

thanks

**From:** Lanci, Michael A <Michael.Lanci@skadden.com>
**Sent:** Wednesday, February 8, 2023 5:29 PM
**To:** Joseph M. Alioto <jmalioto@aliotolaw.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>
**Cc:** York, Julia K <Julia.York@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>; Tatiana Wallace <twallace@aliotolaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Steve Williams <SWilliams@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>; 'joseph@aliotolegal.com' <joseph@aliotolegal.com>; sawmill2@aol.com; lgpapale@papalelaw.com
**Subject:** DeMartini, et al. v. Microsoft Corp., No. 3:22-cv-08991-JSC (N.D. Cal.) - Plaintiffs' Third-Party Subpoenas to Activision Blizzard, Inc.

Counsel,

On behalf of Julia York, please see the attached letter regarding Plaintiffs' third-party subpoenas to Activision Blizzard, Inc. in the *DeMartini* action.

Best,
Michael

**Michael A. Lanci**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.3423 | F: +1.917.777.3423**
michael.lanci@skadden.com

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please notify me immediately at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===========================================================================


-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===========================================================================


-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===========================================================================


-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===========================================================================


-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited.

If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

----------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

----------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

----------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================

----------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon

request.

===============================================================================

-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===============================================================================

-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===============================================================================

-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===============================================================================

# Exhibit 2

1  Joseph M. Alioto (State Bar No 42680)
   Tatiana V. Wallace (SBN 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35ᵗʰ Floor
3  San Francisco, CA  94104
   Telephone:    (415) 434-8900
4  Facsimile:    (415) 434-9200
   Email:        jmalioto@aliotolaw.com
5
6  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
7  Cadio Zirpoli (State Bar No. 179108)
   Elissa Buchanan (State Bar No. 249996)
8  David H. Seidel (State Bar No. 307135)
   **JOSEPH SAVERI LAW FIRM, LLP**
9  601 California Street, Suite 1000
   San Francisco, California 94108
10 Telephone:    (415) 500-6800
   Facsimile:    (415) 395-9940
11 Email:        jsaveri@saverilawfirm.com
                 swilliams@saverilawfirm.com
12               czirpoli@saverilawfirm.com
                 eabuchanan@saverilawfirm.com
13               dseidel@saverilawfirm.com

14                 **UNITED STATES DISTRICT COURT**

15               **NORTHERN DISTRICT OF CALIFORNI**A

16

17
   DANTE DEMARTINI, et al.,                  Case No. 3:22-cv-08991-JSC
18
                   Plaintiffs,
19                                           **PLAINTIFFS' NOTICE OF CONTINUATION
           v.                                OF DEPOSITION OF ACTIVISION
20                                           BLIZZARD, INC.**

21 MICROSOFT CORPORATION, a Washington
   corporation,
22
                   Defendant.
23

24

25

26

27

28

PLEASE TAKE NOTICE that the deposition of third-party Activision Blizzard, Inc. will no longer take place on February 14, 2023, and will be rescheduled to a different date.

Dated:  February 13, 2023

By: _____/s/ Joseph R. Saveri_____
          Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:     jsaveri@saverilawfirm.com
         swilliams@saverilawfirm.com
         czirpoli@saverilawfirm.com
         eabuchanan@saverilawfirm.com
         dseidel@saverilawfirm.com

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:   (415) 434-8900
Facsimile:   (415) 434-9200
Email:     jmalioto@aliotolaw.com

Joseph M. Alioto Jr. (SBN 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel: (415) 398-3800
Email:     joseph@aliotolegal.com

Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On February 13, 2023, I served the following documents to be served by email to the addresses below.

- **PLAINTIFFS' NOTICE OF CONTINUATION OF DEPOSITION OF ACTIVISION BLIZZARD, INC.**

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2023, at San Francisco, California.

By: _/s/ Amara Getzell_
Amara Getzell

## SERVICE LIST

Valarie Williams
Tania L. Rice
**Alston & Bird LLP**
560 Mission Street
Suite 2100
San Francisco, CA 94105-0912
Tel.: (415) 243-1000
Fax: (415) 243-1001
valarie.williams@alston.com
tania.rice@alston.com

Brian Parker Miller
**Alston & Bird LLP**
1201 W Peachtree St
Atlanta, GA 30309
Tel.: (404) 881-4970
parker.miller@alston.com

_Counsel for Defendant Microsoft Corporation_

Rakesh Kilaru
Anastasia McLetchie Pastan
Jennifer Pavelec
**Wilkinson Stekloff LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4046
(202) 847-4005 (fax)
rkilaru@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

_Counsel for Defendant Microsoft Corporation_

# Exhibit 3

## York, Julia K (WAS)

| | |
|---|---|
| **From:** | David Seidel <dseidel@saverilawfirm.com> |
| **Sent:** | Friday, February 24, 2023 7:56 PM |
| **To:** | valarie.williams@alston.com; tania.rice@alston.com; rkilaru@wilkinsonstekloff.com; apastan@wilkinsonstekloff.com; jpavelec@wilkinsonstekloff.com |
| **Cc:** | York, Julia K (WAS); Lanci, Michael A (NYC); Joseph Saveri; Steve Williams; Cadio Zirpoli; Amara Getzell |
| **Subject:** | [Ext] Deposition of Mr. Kotick |

Counsel,

This email is to provide notice that the deposition of Mr. Kotick, which was noticed for February 27, 2023 at 9:00 a.m. at Veritext Legal Solutions, 2049 Century Park E, Suite 2480, Century City, CA 90067, has been taken off calendar and will be rescheduled.

Counsel for Activision Blizzard intends to file a motion to quash and has informed us in writing that Mr. Kotick will not appear for the deposition as noticed.

Thank you,
David


**David Seidel**
Associate
_____



JOSEPH SAVERI
L A W   F I R M

601 California Street, Suite 1000
San Francisco, CA 94108
**T** 415.500.6800 x906
**F** 415.395.9940

1