# EXHIBIT 8

Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION BLIZZARD, INC.,<br><br>    Moving Party,<br><br>v.<br><br>DANTE DEMARTINI, CURTIS BURNS JR, NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PEREZ,<br><br>    Responding Parties. | **Misc. Case No. 2:23-mc-00031**<br><br>Underlying action in United States District Court for the Northern District of California, No. 3:22-cv-08991-JSC<br><br>**SUPPLEMENTAL DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF RESPONDING PARTIES' SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO ACTIVISION BLIZZARD, INC.'S MOTION TO QUASH**<br><br>Fact Discovery Cutoff: TBD<br>Expert Discovery Cutoff: TBD<br>Pretrial Conference and Trial Date: TBD<br>Hearing Date: TBD |

# SUPPLEMENTAL DECLARATION OF STEVEN N. WILLIAMS

I, Steven N. Williams, hereby declare as follows:

1. I am an attorney in good standing with the State Bar of California and admitted to practice in the Central District of California. I am a partner at the Joseph Saveri Law Firm, LLP, Plaintiffs' counsel of record. Unless otherwise indicated, I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently to them. I make this declaration pursuant to 28 U.S.C. § 1746.

2. Activision's joint statement and supplemental memorandum misrepresent what I said to Activision's counsel during the meet and confer process. To the extent there is any dispute about the meet and confer process that is material to the discovery issues before the Court I am available to testify under oath.

3. Attached as **Exhibit B** is a true and correct copy of a letter from Activision, dated February 8, 2023, stating that "Activision will not make its CEO or a corporate representative available for the noticed deposition dates or produce documents from its submissions to the FTC and intends to seek to quash both subpoenas."

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2023.

By: */s/ Steven N. Williams*
      Steven N. Williams