UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Demartini et al,<br><br>Plaintiff(s),<br><br>v.<br><br>Microsoft Corporation,<br><br>Defendant(s). | Case No. 3:22-cv-08991-JSC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Robert B. Niles-Weed, an active member in good standing of the bar of New York, Court of Appeals, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Microsoft Corporation in the above-entitled action. My local co-counsel in this case is Valarie Cecile Williams, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 335347.

Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  
MY ADDRESS OF RECORD

Alston & Bird LLP  
560 Mission Street, Suite 2100  
San Francisco, CA 94105  
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

+1 (212) 310-8651  
MY TELEPHONE # OF RECORD

+1 (415) 243-1000  
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Robert.Niles-Weed@weil.com  
MY EMAIL ADDRESS OF RECORD

valarie.williams@alston.com  
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5565569.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2023

Robert B. Niles-Weed
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert B. Niles-Weed is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE