# Court of Appeals

STATE OF NEW YORK
CLERK'S OFFICE

I, HEATHER DAVIS, Deputy Clerk of the Court of Appeals of the State of New York, CERTIFY that

## ROBERT BRIAN NILES-WEED

was admitted to practice law in all the courts of the State of New York at the Appellate Division of the Supreme Court, held at Albany, New York, on **December 6, 2017**, and that that name has been entered and appears in the Official Register of Attorneys and Counselors at Law in the State of New York.



**As Witness**,

I have signed this certificate and affixed the seal of the Court of Appeals at the City of Albany in the State of New York this 3rd day of November, 2022.

Heather Davis
Deputy Clerk of the Court

I, ANTHONY CANNATARO, Acting Chief Judge of the Court of Appeals of the State of New York, CERTIFY that the certification of HEATHER DAVIS, Deputy Clerk of the Court of Appeals, is in proper form and that it is entitled to full faith and credit.

Dated at Albany, New York
November 3, 2022

Anthony Cannataro
Acting Chief Judge