1   Joseph M. Alioto (State Bar No. 42680)
    Tatiana V. Wallace (State Bar No. 233939)
2   **ALIOTO LAW FIRM**
    One Sansome Street, 35th Floor
3   San Francisco, CA 94104
    Telephone:    (415) 434-8900
4   Facsimile:    (415) 434-9200
    Email:        jmalioto@aliotolaw.com
5                 twallace@aliotolaw.com

6   Joseph R. Saveri (State Bar No. 130064)
    Steven N. Williams (State Bar No. 175489)
7   Cadio Zirpoli (State Bar No. 179108)
    Elissa Buchanan (State Bar No. 249996)
8   David H. Seidel (State Bar No. 307135)
    Kathleen J. McMahon (State Bar No. 340007)
9   **JOSEPH SAVERI LAW FIRM, LLP**
    601 California Street, Suite 1000
10  San Francisco, CA 94108
    Telephone:    (415) 500-6800
11  Facsimile:    (415) 395-9940
    Email:        jsaveri@saverilawfirm.com
12                swilliams@saverilawfirm.com
                  czirpoli@saverilawfirm.com
13                eabuchanan@saverilawfirm.com
                  dseidel@saverilawfirm.com
14                kmcmahon@saverilawfirm.com

15  *Counsel for Plaintiffs*

16

17              **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19                 **SAN FRANCISCO DIVISION**

20

21  DANTE DEMARTINI, et al.,                    Case No. 3:22-cv-08991-JSC

22              Plaintiffs,

23       v.                                     **PLAINTIFFS' ADMINISTRATIVE
                                                MOTION TO CONSIDER WHETHER
24                                              ANOTHER PARTY'S MATERIAL SHOULD
                                                BE SEALED**
    MICROSOFT CORPORATION, a Washington
25  corporation,

26              Defendant.

27

28

---

## I.    INTRODUCTION

Plaintiffs bring this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Civil Local Rules Civil Local Rules 7-11 and 79-5(f) to file under seal portions of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause that include information from documents that Microsoft Corporation has designated as "Highly Confidential." All other portions of the Motion for Preliminary Injunction and Order to Show Cause are being filed unsealed on the public docket as required by this Court's Civil Local Rules. Accompanying this Motion is the Declaration of Elissa A. Buchanan in support hereof and a proposed order.

## II.    LEGAL STANDARD

Civil Local Rule 79-5 requires that "no document shall be filed under seal without request for a court order that is narrowly tailored to cover only [] the particular portion of the document, [] for which good cause exists for filing under seal."

In addition, Civil Local Rule 79-5(f) requires that when the "Filing Party seeks to seal because that document has been designated as confidential by another party, [] ("Designating Party")", the Filing Party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion the Filing Party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in subsection [79-5(f)] (c)(1)." *Id.* Within 7 days of the motion being filed, "the Designating Party must file a statement and/or declaration as described in subsection [79-5(f)] (c)(1)." *Id.*

## III.    ARGUMENT

Plaintiffs seek to file under seal the below-identified portions of their Motion for Preliminary Injunction and Order to Show Cause. Sealing is warranted because the Motion for Preliminary Injunction and Order to Show Cause contains references, summaries, or compilations of information designated as "Highly Confidential" by Defendant Microsoft Corporation ("Microsoft").

## IV.    CONCLUSION

For the reasons stated above, the Plaintiffs request the following documents be filed under seal:

| Portion of Document Sought to be Sealed | Reason for Sealing |
|---|---|
| Motion for Preliminary Injunction and Order to Show Cause, 2:8-10 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 2:26-3:8 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 12:11-17 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 12:26-28 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 16:6-7 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 16:10 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 16:12-21 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 17:20-26 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 18:5-7 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 18:24-28 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 19:21-23 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 19:27-20:1 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 20:4-7 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 20:21-22 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 20:24 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 21:7-9 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 21:14 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 21:21-23 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 22:16-25 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 22:27-28 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 23:13-14 | References material designated as "Highly Confidential" by Defendant Microsoft |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Motion for Preliminary Injunction and Order to Show Cause, 23:24 | References material designated as "Highly Confidential" by Defendant Microsoft |
|---|---|
| Motion for Preliminary Injunction and Order to Show Cause, 23:25-24:5 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 24:9 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 24:12-14 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 27:25-26 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. A | References material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. I | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. J | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. K | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. M | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. Q | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. R | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. S | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. T | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. U | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. W | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. X | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. Y | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. CC | Material designated as "Highly Confidential" by Defendant Microsoft |

Dated: April 24, 2023

By:      */s/ Joseph R. Saveri*
                 Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                  swilliams@saverilawfirm.com
                  czirpoli@saverilawfirm.com
                  eabuchanan@saverilawfirm.com
                  dseidel@saverilawfirm.com
                  kmcmahon@saverilawfirm.com

Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:     (415) 434-8900
Facsimile:     (415) 434-9200
Email:          jmalioto@aliotolaw.com
                  twallace@aliotolaw.com

Joseph M. Alioto Jr. (State Bar No. 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 398-3800
Email:          joseph@aliotolegal.com

*Plaintiffs' Counsel*