## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

# [PROPOSED] ORDER

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. __) and the Declaration by Elissa A. Buchanan submitted in support thereof, the Court finds the following materials are "privileged, protectable as a trade secret or otherwise entitled to protection under the law," Civ. L. R. 79-5(b), and GRANTS the Motion.

The identified portions of the Motion for Preliminary Injunction and Order to Show Cause shall be filed under seal as indicated below:

| Portion of Document Sought to be Sealed | Reason for Sealing |
|---|---|
| Motion for Preliminary Injunction and Order to Show Cause, 2:8-10 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 2:26-3:8 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 12:11-17 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 12:26-28 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 16:6-7 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 16:10 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 16:12-21 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 17:20-26 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 18:5-7 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 18:24-28 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 19:21-23 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 19:27-20:1 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 20:4-7 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 20:21-22 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 20:24 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 21:7-9 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order | References material designated as "Highly |

Case No. 3:22-cv-08991-JSC                                   1
[PROPOSED] ORDER

| | |
|---|---|
| to Show Cause, 21:14 | Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 21:21-23 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 22:16-25 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 22:27-28 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 23:13-14 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 23:24 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 23:25-24:5 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 24:9 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 24:12-14 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Motion for Preliminary Injunction and Order to Show Cause, 27:25-26 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. A | References material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. I | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. J | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. K | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. M | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. Q | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. R | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. S | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. T | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. U | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. W | Material designated as "Highly Confidential" by Defendant Microsoft |
| Seidel Declaration – Ex. X | Material designated as "Highly Confidential" by Defendant Microsoft |

| Seidel Declaration – Ex. Y | Material designated as "Highly Confidential" by Defendant Microsoft |
|---|---|
| Seidel Declaration – Ex. CC | Material designated as "Highly Confidential" by Defendant Microsoft |

IT IS SO ORDERED.

Dated: April ___, 2023.    By: _____
　　　　　　　　　　　　　　　Judge Jacqueline Scott Corley
　　　　　　　　　　　　　　　United States District Court Judge