Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:	(415) 434-8900
Facsimile:	(415) 434-9200
Email:	jmalioto@aliotolaw.com
	twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:	(415) 500-6800
Facsimile:	(415) 395-9940
Email:	jsaveri@saverilawfirm.com
	swilliams@saverilawfirm.com
	czirpoli@saverilawfirm.com
	eabuchanan@saverilawfirm.com
	dseidel@saverilawfirm.com
	kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## I. INTRODUCTION

Plaintiffs bring this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Civil Local Rules Civil Local Rules 7-11 and 79-5(f) to file under seal portions of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause that include information from documents that nonparty Sony Interactive Entertainment Inc. has designated as "Highly Confidential – Outside Counsel Only." All other portions of the Motion for Preliminary Injunction and Order to Show Cause are being filed unsealed on the public docket as required by this Court's Civil Local Rules. Accompanying this Motion is the Declaration of Elissa A. Buchanan in support hereof and a proposed order.

## II. LEGAL STANDARD

Civil Local Rule 79-5 requires that "no document shall be filed under seal without request for a court order that is narrowly tailored to cover only [] the particular portion of the document, [] for which good cause exists for filing under seal."

In addition, Civil Local Rule 79-5(f) requires that when the "Filing Party seeks to seal because that document has been designated as confidential by another party, [] ("Designating Party")", the Filing Party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion the Filing Party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in subsection [79-5(f)] (c)(1)." *Id*. Within 7 days of the motion being filed, "the Designating Party must file a statement and/or declaration as described in subsection [79-5(f)] (c)(1)." *Id*.

## III. ARGUMENT

Plaintiffs seek to file under seal the below-identified portions of their Motion for Preliminary Injunction and Order to Show Cause. Sealing is warranted because the Motion for Preliminary Injunction and Order to Show Cause contains references, summaries, or compilations of information designated as "Highly Confidential – Outside Counsel Only" by nonparty Sony Interactive Entertainment Inc. ("SIE").

## IV. CONCLUSION

For the reasons stated above, the Plaintiffs request the following documents be filed under seal:

Case No. 3:22-cv-08991-JSC   1
PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Portion of Document Sought to be Sealed | Reason for Sealing |
|---|---|
| Motion for Preliminary Injunction and Order to Show Cause, 4:21-21 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 15:5 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 15:10-12 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 16:23-26 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 17:9 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 18:1-3 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 19:23-25 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 20:1-4 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 20:12-15 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 20:25-21:6 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 21:9-13 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 21:17-19 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 22:6-8 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 23:10-11 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 23:14 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 27:27-28:3 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. A | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. B | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. C | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. D | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. E | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. F | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |

| Seidel Declaration – Ex. G | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |
|---|---|
| Seidel Declaration – Ex. L | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |

Dated: April 24, 2023　　　　　　　　　By:　　  /s/ *Joseph R. Saveri*
　　　　　　　　　　　　　　　　　　　　　　Joseph R. Saveri

　　　　　　　　　　　　　　　　　　Joseph R. Saveri (State Bar No. 130064)
　　　　　　　　　　　　　　　　　　Steven N. Williams (State Bar No. 175489)
　　　　　　　　　　　　　　　　　　Cadio Zirpoli (State Bar No. 179108)
　　　　　　　　　　　　　　　　　　Elissa Buchanan (State Bar No. 249996)
　　　　　　　　　　　　　　　　　　David H. Seidel (State Bar No. 307135)
　　　　　　　　　　　　　　　　　　Kathleen J. McMahon (State Bar No. 340007)
　　　　　　　　　　　　　　　　　　**JOSEPH SAVERI LAW FIRM, LLP**
　　　　　　　　　　　　　　　　　　601 California Street, Suite 1000
　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　Telephone:　(415) 500-6800
　　　　　　　　　　　　　　　　　　Facsimile:　(415) 395-9940
　　　　　　　　　　　　　　　　　　Email:　　　jsaveri@saverilawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　swilliams@saverilawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　czirpoli@saverilawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　eabuchanan@saverilawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　dseidel@saverilawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　kmcmahon@saverilawfirm.com

　　　　　　　　　　　　　　　　　　Joseph M. Alioto (State Bar No. 42680)
　　　　　　　　　　　　　　　　　　Tatiana V. Wallace (State Bar No. 233939)
　　　　　　　　　　　　　　　　　　**ALIOTO LAW FIRM**
　　　　　　　　　　　　　　　　　　One Sansome Street, 35th Floor
　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　Telephone:　(415) 434-8900
　　　　　　　　　　　　　　　　　　Facsimile:　(415) 434-9200
　　　　　　　　　　　　　　　　　　Email:　　　jmalioto@aliotolaw.com
　　　　　　　　　　　　　　　　　　　　　　　　twallace@aliotolaw.com

　　　　　　　　　　　　　　　　　　Joseph M. Alioto Jr. (State Bar No. 215544)
　　　　　　　　　　　　　　　　　　**ALIOTO LEGAL**
　　　　　　　　　　　　　　　　　　100 Pine Street, Suite 1250
　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　Tel: (415) 398-3800
　　　　　　　　　　　　　　　　　　Email:　　　joseph@aliotolegal.com

　　　　　　　　　　　　　　　　　　*Plaintiffs' Counsel*