1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | |

Case No. 3:22-cv-08991-JSC

# [PROPOSED] ORDER

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. __) and the Declaration by Elissa A. Buchanan submitted in support thereof, the Court finds the following materials are "privileged, protectable as a trade secret or otherwise entitled to protection under the law," Civ. L.R. 79-5(b), and GRANTS the Motion.

The identified portions of the Motion for Preliminary Injunction and Order to Show Cause shall be filed under seal as indicated below:

| Portion of Document Sought to be Sealed | Reason for Sealing |
|---|---|
| Motion for Preliminary Injunction and Order to Show Cause, 4:21-21 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 15:5 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 15:10-12 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 16:23-26 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 17:9 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 18:1-3 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 19:23-25 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 20:1-4 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 20:12-15 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 20:25-21:6 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 21:9-13 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 21:17-19 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 22:6-8 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 23:10-11 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 23:14 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Motion for Preliminary Injunction and Order to Show Cause, 27:27-28:3 | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |

| | |
|---|---|
| Seidel Declaration – Ex. A | References material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. B | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. C | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. D | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. E | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. F | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. G | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |
| Seidel Declaration – Ex. L | Material designated as "Highly Confidential – Outside Counsel Only" by SIE |

IT IS SO ORDERED.

Dated: April ___, 2023.   By: _____
                               Judge Jacqueline Scott Corley
                               United States District Court Judge