1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
|---|---|
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER RE: APPLICATION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE** |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | |

**[PROPOSED] ORDER**

This matter comes before me on Plaintiffs' Motion for Preliminary Injunction and for an Order to Show Cause Regarding Preliminary Injunction, Memorandum of Points and Authorities and supporting papers.

MICROSOFT IS HEREBY ORDERED TO SHOW CAUSE on _____ , 2023, or as soon as the matter may be heard, in Courtroom 8 of the Honorable Judge Jacqueline Scott Corley at the United States District Court for the Northern District of California, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, why you, your officers, agents, employees and attorneys and any other persons who may be acting in concert or participation with you, should not be temporarily enjoined and restrained from completing the proposed acquisition of Activision Blizzard, Inc. pending a trial on the merits.

IT IS SO ORDERED.

Dated: April ___, 2023.          By: _____
                                      Judge Jacqueline Scott Corley
                                      United States District Court Judge