1  Joseph M. Alioto (State Bar No 42680)
   Tatiana V. Wallace (SBN 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 434-8900
4  Facsimile:     (415) 434-9200
   Email:         jmalioto@aliotolaw.com

5  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
6  Cadio Zirpoli (State Bar No. 179108)
7  Elissa Buchanan (State Bar No. 249996)
   David H. Seidel (State Bar No. 307135)
8  Kathleen J. McMahon (State Bar No. 340007)
   **JOSEPH SAVERI LAW FIRM, LLP**
9  601 California Street, Suite 1000
   San Francisco, California 94108
10 Telephone:     (415) 500-6800
11 Facsimile:     (415) 395-9940
   Email:         jsaveri@saverilawfirm.com
12                swilliams@saverilawfirm.com
                  czirpoli@saverilawfirm.com
13                eabuchanan@saverilawfirm.com
                  dseidel@saverilawfirm.com
14                kmcmahon@saverilawfirm.com

15                       **UNITED STATES DISTRICT COURT**

16                       **NORTHERN DISTRICT OF CALIFORNI**A

17

18 | DANTE DEMARTINI, CURTIS BURNS JR., | Case No. |
   | NICHOLAS ELDEN, JESSIE GALVAN, | |
19 | CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, | **DECLARATION OF JESSIE GALVAN IN** |
   | STEVE HERRERA, HUNTER JOSEPH | **SUPPORT OF PLAINTIFFS' MOTION FOR** |
20 | JAKUPKO, DANIEL DERMOT ALFRED | **PRELIMINARY INJUNCTION** |
   | LOFTUS, BEOWULF EDWARD OWEN, and | |
21 | IVAN CALVO-PÉREZ, | |
22 |             Plaintiffs, | |
23 | v. | |
24 | | |
25 | MICROSOFT CORPORATION, a Washington corporation, | |
26 |             Defendants. | |

27

28

DECLARATION OF JESSIE GALVAN IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

I, Jessie Galvan, declare and state as follows:

1. I am making this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the statements, and if called as a witness, I would completely testify about them.

2. I am a resident of San Diego, California

3. I have been an avid gamer for many years and have played and purchased numerous games on different platforms. I have also purchased several games from Activision Blizzard, including *Call of Duty*.

4. I primarily play games on PlayStation. I am currently subscribed to PlayStation Plus, PlayStation's multi-game library subscription service. I also use PlayStation's cloud-based gaming service.

5. Gaming is very important to my life. Gaming is one of the principal ways I keep in touch and stay connected with my friends, family, and loved ones. Playing videogames is my primary method of keeping in regular contact with many of my loved ones and is part of my daily routine.

6. I currently play several multiplayer games, such as those mentioned above and others, with friends. I sometimes play with friends across different gaming platforms. The ability to play with my friends is very important and a big part of why I enjoy playing video games. Principally, the game I play most with my friends is *Call of Duty*. Most of my friends play *Call of Duty* so it is important to maintaining our relationships.

7. In the past, one of the biggest factors affecting my decision-making with respect to which gaming platform to purchase is what game titles are available on that platform. What games my friends are playing or anticipate playing also affected my decision-making.

8. The availability of games is still one of the biggest factors that affects my decision-making about which platform to purchase.

9. The availability of games will affect my future decisions about which gaming platforms to purchase.

10. Oftentimes, videogames are the only way I regularly communicate with some of my friends.

11. The availability of Activision Blizzard games in particular is very important to which gaming platform I buy.

12. I presently subscribe to PlayStation Plus, Sony's multi-game library subscription service. I made the decision to subscribe to PlayStation Plus in part because of the available games.

13. If online multiplayer capability for *Call of Duty* or other Activision Blizzard games were withdrawn from PlayStation such that I would not be able to play Activision Blizzard games with my friends on the PlayStation, I would no longer play Activision Blizzard games on PlayStation

14. I do not currently own an Xbox.

15. If the merger between Microsoft and Activision Blizzard were to occur and Activision Blizzard games were made exclusive to Xbox, I would likely purchase an Xbox in order to access Activision Blizzard games such as *Call of Duty* to continue playing with my friends.

16. If the merger between Microsoft and Activision Blizzard were to occur and Activision Blizzard games were made exclusive to Xbox GamePass, Microsoft's multi-game library subscription service, I would likely subscribe to Xbox GamePass in order to access Activision Blizzard games such as *Call of Duty*.

17. If the merger between Microsoft and Activision Blizzard were to occur and Xbox GamePass was required in order to play Activision Blizzard games online, I would likely subscribe to Xbox GamePass in order to do so.

18. It is unlikely that I would buy a gaming platform in the future that did not have access to Activision Blizzard games such as *Call of Duty*.

19. If the prices of important gaming content such as Activision Blizzard titles were to increase, I would be harmed as I would need to purchase titles at inflated prices. I declare under

3
DECLARATION OF JESSIE GALVAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1  penalty of perjury and the laws of the United States that the foregoing is true and correct, and
2  this Declaration is executed on April 21, 2023.

3
4  By: *Jessie Galvan* (DocuSigned by: 7A9B8C3CB0434D5...)
   Jessie Galvan

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
DECLARATION OF JESSIE GALVAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION