Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com
kmcmahon@saverilawfirm.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNI**A

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF HUNTER JAKUPKO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF HUNTER JOSEPH JAKUPKO IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

I, Hunter Jakupko, declare and state as follows:

1. I am making this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the statements made in this declaration, and if called as a witness, I would completely testify about them.

2. I am a resident of Los Angeles, California.

3. I currently play games predominantly on PlayStation but have previously played on Xbox and PC. I used to play *World of Warcraft* on computer, and when I did, I used the Apple operating system. While I do not currently use a cloud-based gaming service, I anticipate doing so in the future.

4. I have been an avid gamer for many years and have played and purchased numerous games from Activision Blizzard, including *Call of Duty: Modern Warfare 2, Call of Duty: Warzone 2.0, World of Warcraft*, as well as *Overwatch*, and *Overwatch 2*.

5. Gaming is very important to my life. Gaming is one of the principal ways I keep in touch and stay connected with my friends.

6. I currently play several multiplayer games, such as those mentioned above and others with friends. I sometimes play with friends across different gaming platforms. The ability to play with my friends is very important and a big part of why I enjoy playing video games.

7. In the past, one of the biggest factors affecting my decision-making with respect to which gaming platform to purchase is what game titles are available on that platform. What games my friends are playing or anticipate playing also affected my decision-making.

8. The availability of games is still one of the biggest factors that affects my decision-making about which platform to purchase.

9. What games are available will affect my future decisions about which gaming platforms to purchase.

10. Oftentimes, videogames are the only way I regularly communicate with some of my friends.

2
DECLARATION OF HUNTER JAKUPKO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

11. The availability of Activision Blizzard games in particular is very important to which gaming platform I buy.

12. Of all Activision Blizzard games, *Call of Duty* is the most important to me. Most of my friends play *Call of Duty*. I estimate that presently most of my time playing video games is spent playing *Call of Duty*, and almost all of that time is playing with friends.

13. I presently subscribe to PlayStation Plus, Sony's multi-game subscription service. I made the decision to subscribe to PlayStation Plus in part because of the games available on it.

14. I own an Xbox but do not play it currently.

15. If Activision Blizzard games were made exclusive to Xbox and Windows, I would likely purchase Activision Blizzard titles to play on Xbox and/or Windows, and would likely purchase future Xbox consoles to have access to Activision Blizzard titles, particularly if *Call of Duty* were made exclusive to Xbox.

16. If online multiplayer capability for Activision Blizzard games were withdrawn from PlayStation such that I would not be able to play Activision Blizzard games with my friends, I would be far less interested in playing Activision Blizzard games on PlayStation.

17. If Activision Blizzard games such as *Call of Duty* were made only available on Xbox GamePass, Microsoft's multi-game subscription service, I would likely subscribe to Xbox GamePass in order to access Activision Blizzard titles.

18. In the future, if Activision Blizzard games were exclusive to Microsoft gaming platforms, I would likely purchase Microsoft gaming platforms in order to retain access to Activision Blizzard titles.

19. If the prices of important gaming content such as Activision Blizzard titles were to increase, I would be harmed as I would need to purchase titles at inflated prices.

3
DECLARATION OF HUNTER JAKUPKO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1    I declare under penalty of perjury and the laws of the United States that the foregoing is
2    true and correct, and this Declaration is executed on April 21, 2023.

By: *Hunter Jakupko*
    Hunter Jakupko

4
DECLARATION OF HUNTER JAKUPKO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION