1  Joseph M. Alioto (State Bar No 42680)
   Tatiana V. Wallace (SBN 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35th Floor
3  San Francisco, CA 94104
   Telephone:     (415) 434-8900
4  Facsimile:     (415) 434-9200
   Email:         jmalioto@aliotolaw.com
5  
   Joseph R. Saveri (State Bar No. 130064)
6  Steven N. Williams (State Bar No. 175489)
   Cadio Zirpoli (State Bar No. 179108)
7  Elissa Buchanan (State Bar No. 249996)
   David H. Seidel (State Bar No. 307135)
8  Kathleen J. McMahon (State Bar No. 340007)
   **JOSEPH SAVERI LAW FIRM, LLP**
9  601 California Street, Suite 1000
   San Francisco, California 94108
10 Telephone:     (415) 500-6800
   Facsimile:     (415) 395-9940
11 Email:         jsaveri@saverilawfirm.com
12                swilliams@saverilawfirm.com
                  czirpoli@saverilawfirm.com
13                eabuchanan@saverilawfirm.com
                  dseidel@saverilawfirm.com
14                kmcmahon@saverilawfirm.com

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNI**A

17

18 DANTE DEMARTINI, CURTIS BURNS JR.,        Case No. 3:22-cv-08991-JSC
   NICHOLAS ELDEN, JESSIE GALVAN,
19 CHRISTOPHER JOSEPH GIDDINGS-LAFAYE,       **DECLARATION OF DANIEL LOFTUS IN**
   STEVE HERRERA, HUNTER JOSEPH              **SUPPORT OF PLAINTIFFS' MOTION FOR**
20 JAKUPKO, DANIEL LOFTUS, BEOWULF           **PRELIMINARY INJUNCTION**
   EDWARD OWEN, and IVAN CALVO-PÉREZ,
21
                  Plaintiffs,
22
           v.
23

24 MICROSOFT CORPORATION, a Washington
   corporation,
25
                  Defendants.
26

27

28 Case No. 3:22-cv-08991-JSC                1
   DECLARATION OF DANIEL LOFTUS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
                                      INJUNCTION

I, Daniel Loftus, declare and state as follows:

1. I am making this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the statements made in this declaration, and if called as a witness, I would completely testify about them.

2. I am a resident of San Francisco, California.

3. I have been an avid gamer for many years and have played and purchased games from Activision Blizzard, including multiple versions of *Call of Duty*, and *Overwatch*.

4. I play games primarily on PlayStation. I am currently subscribed to PlayStation Plus, PlayStation's multi-game library subscription service. While I do not currently use a cloud-based gaming service, I anticipate doing so in the future.

5. I currently play multiplayer games, such as those mentioned above and others with friends. I sometimes play with friends across different gaming platforms. The ability to play with my friends is very important and a big part of why I enjoy playing video games. Principally, the game I play most with my friends is *Call of Duty*. Most of my friends play *Call of Duty* so it is important to maintain our relationships.

6. In the past, one of the biggest factors affecting my decision-making with respect to which gaming platform to purchase is what game titles are available on that platform. What games my friends are playing or anticipate playing also affected my decision-making.

7. The availability of games is still one of the biggest factors that affects my decision-making about which platform to purchase.

8. What games are available will affect my future decisions about which gaming platforms to purchase.

9. Oftentimes, videogames are the only way I regularly communicate with some of my friends and family.

10. The availability of Activision Blizzard games in particular is very important to which gaming platforms I buy.

11. Of all Activision Blizzard games, *Call of Duty* is the most important to me. I have played *Call of Duty* games since about when I started playing videogames. Most of my friends play *Call of Duty*. I estimate that presently most of my time playing video games is spent playing *Call of Duty*, and almost all of that time is playing with friends.

12. I presently subscribe to PlayStation Plus, Sony's multi-game subscription service. I made the decision to subscribe to PlayStation Plus in part because of the games available on it.

13. If online multiplayer capability for *Call of Duty* or other Activision Blizzard games were withdrawn from PlayStation such that I would not be able to play Activision Blizzard games with my friends on the PlayStation, I would no longer play Activision Blizzard games on PlayStation.

14. I do not currently own an Xbox Series X|S.

15. If the merger between Microsoft and Activision Blizzard were to occur and Activision Blizzard games were made exclusive to Xbox, I would likely purchase an Xbox in order to access Activision Blizzard games such as *Call of Duty*.

16. If Activision Blizzard games were made accessible only on Xbox GamePass, Microsoft's multi-game library subscription service, once I had purchased an Xbox, I would likely subscribe to GamePass in order to access Activision Blizzard games such as *Call of Duty*.

17. If the prices of important gaming content such as Activision Blizzard titles were to increase, I would be harmed as I would need to purchase titles at inflated prices.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Executed in on April 21, 2023.

By: *Daniel Loftus*
FBEE3273D90B4F8...

Daniel Loftus

Case No. 3:22-cv-08991-JSC     3
DECLARATION OF DANIEL LOFTUS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION