Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:      (415) 434-8900
Facsimile:       (415) 434-9200
Email:             jmalioto@aliotolaw.com
                      twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:      (415) 500-6800
Facsimile:       (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                      swilliams@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      dseidel@saverilawfirm.com
                      kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANTE DEMARTINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br>                    Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **DECLARATION OF DAVID H. SEIDEL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE** |

I, David H. Seidel, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an associate at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause.

2. Attached as **Exhibit A** is a true and correct copy of the Expert Report of Professor Luis Cabral Ph.D, dated April 21, 2023 prepared for this action.

3. Attached as **Exhibit B** is a true and correct copy of a document produced in this action.

4. Attached as **Exhibit C** is a true and correct copy of a document produced in this action.

5. Attached as **Exhibit D** is a true and correct copy of a document produced in this action.

6. Attached as **Exhibit E** is a true and correct copy of a document produced in this action.

7. Attached as **Exhibit F** is a true and correct copy of a document produced in this action.

8. Attached as **Exhibit G** is a true and correct copy of a document produced in this action.

9. Attached as **Exhibit H** is a true and correct copy of a document titled "Anticipated acquisition by Microsoft of Activision Blizzard, Inc, Provisional findings report", from the Competition & Markets Authority, dated February 8, 2023.

10. Attached as **Exhibit I** is a true and correct copy of a document produced in this action.

11. Attached as **Exhibit J** is a true and correct copy of a document produced in this action.

12. Attached as **Exhibit K** is a true and correct copy of a document produced in this action.

13. Attached as **Exhibit L** is a true and correct copy of a document produced in this action.

14. Attached as **Exhibit M** is a true and correct excerpted portion of a document produced in this action.

15. Attached as **Exhibit N** is a true and correct copy of the Agreement and Plan of Merger previously filed in this case.

16. Attached as **Exhibit O** is a true and correct copy of an article titled "Every game and studio Microsoft now owns" from PC Gamer, dated January 18, 2022.

17. Attached as **Exhibit P** is a true and correct copy of an article titled "Activision Blizzard Mergers and Acquisitions Summary" from Mergr, downloaded April 20, 2023.

18. Attached as **Exhibit Q** is a true and correct copy of a document produced in this action.

19. Attached as **Exhibit R** is a true and correct copy of a document produced in this action.

20. Attached as **Exhibit S** is a true and correct copy of a document produced in this action.

21. Attached as **Exhibit T** is a true and correct copy of a document produced in this action.

22. Attached as **Exhibit U** is a true and correct copy of excerpts of a document produced in this action.

23. Attached as **Exhibit V** is a true and correct copy of an article titled "Microsoft Scrapped a PS5 Version of Redfall, Say Arkane Director" from IGN, date March 23, 2023.

24. Attached as **Exhibit W** is a true and correct copy of a document produced in this action.

25. Attached as **Exhibit X** is a true and correct copy of a document produced in this action.

26. Attached as **Exhibit Y** is a true and correct excerpted portion of a document produced in this action.

27. Attached as **Exhibit Z** is a true and correct copy of a webpage titled "Steam Hardware & Software " from Steam downloaded April 21, 2023.

28. Attached as **Exhibit AA** is a true and correct copy of a screenshot of a portion of a conversation I had with Microsoft's "Bing" AI.

29. Attached as **Exhibit BB** is a true and correct copy of a screenshot of a portion of a conversation I had with Microsoft's "Bing" AI.

30. Attached as **Exhibit CC** is a true and correct copy of a document produced in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of April, 2023 at San Francisco, California.

                                                                       /s/ *David H. Seidel*
                                                                        David H. Seidel

# **ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: April 24, 2023          By:      */s/ Joseph R. Saveri*
                                             Joseph R. Saveri