# **EXHIBIT O**

SUBSCRIBE 




POPULAR    CS2    Jedi: Survivor    Diablo 4    Resident Evil 4    Starfield    PC Gaming Show 2023

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.

# Every game and studio Microsoft now owns

By Tyler Colp published January 18, 2022

With the acquisition of Activision Blizzard, Microsoft's list of games grows ever longer.

    



(Image credit: Activision-Blizzard)

Jump to:  **Publishers**   Developers   Tried to buy

Two years after buying ZeniMax Media and scooping up games like The Elder Scrolls and Doom, Microsoft announced its plans to purchase Activision Blizzard for $68.7 billion. The acquisition, which is set to finalize in July 2023, will be one of the biggest buyouts in gaming. Microsoft will own developers behind even more of the most popular games, including Call of Duty, World of Warcraft, Diablo, and Candy Crush.

https://www.pcgamer.com/every-game-and-studio-microsoft-now-owns/                                                                                    1/15

Case 3:22-cv-08991-JSC   Document 142-15   Filed 04/24/23   Page 3 of 7

mmoth corporation owns. To make it a little

SUBSCRIBE

Although this list is hefty, it's not the ultimate reflection of Microsoft's influence. The company also has plenty of other distribution deals with a variety of developers that are not listed here because it does not directly own them, like Ori and the Blind Forest developer Moon Studios.

Sponsored Links

**If you own a mouse, you will never turn off your computer again.**
CombatSiege

PUBLISHERS

# ZeniMax Media

**Price:** $7.5 billion

The Last Of Us Part 1 PC …

PLAY SOUND

4/20/23, 2:50 PM                Case 3:22-cv-08991-JSC     Document 142-15   Filed 04/24/23   Page 4 of 7
                                                 Every game and studio Microsoft now owns | PC Gamer

                                                                                       SUBSCRIBE

**Studios:** Bethesda Game Studios, ZeniMax Online Studios, id Software, Arkane Studios, Machine Games, Tango Gameworks, Alpha Dog Games, and Roundhouse Studios

**Best-known games and franchises:** The Elder Scrolls, Fallout, Wolfenstein, Doom.

**Upcoming games:** Ghostwire: Tokyo, Redfall, and Starfield

## Activision Blizzard

The Last Of Us Part 1 PC …

**Price:** $68.7 billion

PLAY SOUND

**Studios:** Blizzard, Treyarch, Infinity Ward, High Moon Studios, Toys for Bob, Raven, Radical Entertainment, and Vicarious Visions (now merged with Blizzard)

**Best-known games and franchises:** Call of Duty, World of Warcraft, Diablo, Hearthstone, Overwatch, StarCraft, Candy Crush, Tony Hawk's Pro Skater, Guitar Hero, Skylanders, and Spyro the Dragon

**Upcoming games:** Diablo 4, Overwatch 2, and Call of Duty (2022)

## Rare

**Price:** $375 million

**Best-known games and franchises:** GoldenEye 007, Perfect Dark, Banjo Kazooie, Viva Piñata, Sea of Thieves, and Battletoads

**Upcoming games:** Everwild

## 343 Industries (Halo)

**Price:** Unknown

**Best-known games and franchises:** Halo

**Upcoming games:** Unknown

## The Coalition (Gears of War)

**Price:** Unknown

**Best-known games and franchises:** Gears of War

**Upcoming games:** Unknown

## Mojang

**Price:** $2.5 billion

**Best-known games and franchises:** Minecraft and Minecraft Dungeons

**Upcoming games:** Unknown

## Ninja Theory

**Price:** Unknown

**Best-known games and franchises:** Heavenly Sword, DmC: Devil May Cry, Disney Infinity, and Hellblade: Senua's Sacrifice

**Upcoming games:** Senua's Saga: Hellblade 2 and Project: Mara

## Playground Games

**Price:** Unknown

**Best-known games and franchises:** Forza Horizon, Forza Motorsport

**Upcoming games:** Fable

## Undead Labs

**Price:** Unknown

**Best-known games and franchises:** State of Decay

**Upcoming games:** State of Decay 3

The Last Of Us Part 1 PC …

PLAY SOUND

## Compulsion Games

**Price:** Unknown

**Best-known** games and franchises: Contrast and We Happy Few

**Upcoming games:** Unknown

**Price:** Unknown

**Best-known games and franchises:** Star Wars Knights of the Old Republic 2: The Sith Lords, Neverwinter Nights 2, Fallout: New Vegas, South Park: The Stick of Truth, Pillars of Eternity, The Outer Worlds, and Grounded

**Upcoming games:** Avowed and The Outer Worlds 2

## InXile Entertainment

**Price:** Unknown

**Best-known games and franchises:** Wasteland 2, Torment: Tides of Numenera, and Wasteland 3

**Upcoming games:** Unknown

## Double Fine

**Price:** Unknown

**Best-known games and franchises:** Psychonauts, Broken Age, Brütal Legend, Costume Quest, and Grim Fandango Remastered

**Upcoming games:** Unknown

---

**TRIED TO BUY**

## Discord

**Price:** $12 billion

**Why it didn't happen:** Discord rejected the bid, according to Bloomberg.

## Square Enix

**Price:** Unknown

**Why it didn't happen:** Square Enix refuted the report, claiming that it's not selling off the company or any part of its businesses.



### PC Gamer Newsletter

Sign up to get the best content of the week, and great

Your Email Address

☐ Contact me with news and offers from other Future brands
☐ Receive email from us on behalf of our trusted partners or sponsors

SIGN ME UP

The Last Of Us Part 1 PC …

PLAY SOUND

re aged 16 or over.

SUBSCRIBE 

## Tyler Colp
Associate Editor



Tyler has covered games, games culture, and hardware for over a decade before joining PC Gamer as Associate Editor. He's done in-depth reporting on communities and games as well as criticism for sites like Polygon, Wired, and Waypoint. He's interested in the weird and the fascinating when it comes to games, spending time probing for stories and talking to the people involved. Tyler loves sinking into games like Final Fantasy 14, Overwatch, and Dark Souls to see what makes them tick and pluck out the parts worth talking about. His goal is to talk about games the way they are: broken, beautiful, and bizarre.

**MORE FEATURES**                                                                                    **LATEST**



**Where to find the Lock On Pistol in Fortnite ▶**



**Where to find Attack on Titan's ODM gear in Fortnite ▶**

**Big update this week on future of The Division, including Heartland and Resurgence ▶**

SEE MORE LATEST ▶

SEE COMMENTS ⇃

**Asus ROG Strix Scar 16**
I've been testing the Asus ROG Strix Scar 16's 2023 G634 model. Available in the UK for £3,400, and with essentially the same model in the US priced at $2,750, there's an expectati
PC Gamer

**If you own a mouse, you will never turn off your computer again**
Play this game for 1 minute and see why everyone is addicted.
CombatSiege | Sponsored

The Last Of Us Part 1 PC …

PLAY SOUND

**Play this game for 1 minute and see why everyone is addicted.**
Raid Shadow Legends | Sponsored