# **EXHIBIT P**

# Activision Blizzard Mergers and Acquisitions Summary

## Digital Media Company



Activision Blizzard has acquired 22 companies of its own, including 1 in the last 5 years. A total of 2 acquisitions came from private equity firms. It has also divested 3 assets.

Activision Blizzard's largest acquisition to date was in 2015, when it acquired King Digital Entertainment for $5.9B . Activision Blizzard has acquired in 4 different US states, and 5 countries. The Company's most targeted sectors include digital media (81%) and software (15%) .

 Join Mergr  and gain access to Activision Blizzard's M&A summary, the M&A summaries of companies just like it, as well as recent M&A activity in the digital media sector.

### M&A SUMMARY

| | |
|---|---|
| M&A Total Activity | 24 |
| ○ M&A Buy Activity | 21 |
| ○ M&A Sell Activity | 3 |
| Total Sectors Invested | 3 |
| Total Countries Invested | 5 |
| M&A Buy/Sell Connections | 4 |

Acquired by Microsoft Corp. (Company) on 2022-01-18

## Activision Blizzard

Activision Blizzard, Inc.

3100 Ocean Park Boulevard,
Santa Monica, California 90405
United States,

(310) 255-2000
www.activisionblizzard.com

**Activision Blizzard is a developer, publisher and distributor of interactive entertainment and video game products. The Company was originally established in 1979 and is headquartered in Santa Monica, California.**



🔒 Subscribe to unlock this and **190,086** investor and company profiles

**Sign-up today to get full access**

✓ **Unlimited Searches**
✓ **Unlimited Profile Views**
✓ **Build and Export Lists of**
  - PE Backed Companies
  - Direct Investors & Acquirers
  - Advisors
  - Deals
  - & More



### What's Mergr?

We built Mergr to save people the arduous and time-consuming process of tracking when companies are bought, sold, and who currently owns them.

Every day, new opportunities emerge around M&A and we help professionals of all types comb through transactions, investors, and corporate acquirers via an easy-to-use web database that is accessible to anyone.

**Try us for 1 week free today!**