# **<u>EXHIBIT Q</u>**

# **FILED UNDER SEAL**