# **EXHIBIT V**

 

**REDFALL**

# Microsoft Scrapped a PS5 Version of Redfall, Says Arkane Director

Redfall was revealed publicly as a Microsoft exclusive.

 BY **GEORGE YANG**

UPDATED: MAR 23, 2023 12:10 PM

POSTED: MAR 22, 2023 12:59 PM

Redfall was also in development for PlayStation 5 before Microsoft acquired Bethesda, according to the game's director. This version was ultimately canceled and the game became exclusive to Microsoft platforms.



In an interview with IGN France, Arkane's Harvey Smith explained, "We got bought by Microsoft and that was a huge sea change. They said, 'no PlayStation 5. Now we're gonna do Game Pass, Xbox, and PC.'"

Originally, Redfall was meant to release on all platforms. Smith said that the studio didn't mind that decision, however. He continued, "Support from Game Pass and have to worry about one less platform, one less complexity. And Game Pass has a ton of people that can play. It could be our biggest game ever because of the 30 million Game Pass [members] or whatever that number is."

Since Microsoft acquired Bethesda, both Starfield and Redfall were confirmed to be Microsoft exclusives while Microsoft still honored Deathloop and Ghostwire: Tokyo's timed console exclusivity periods on PlayStation 5. Redfall's now-canceled PlayStation 5 version is also an interesting revelation considering Microsoft's pending acquisition of Activision Blizzard.

**Microsoft Acquires Activision Blizzard: The Story So Far**



In a statement in IGN, Microsoft didn't specifically deny Smith's statements about the development, but note that "we haven't pulled any games from PlayStation."

"In fact, we've expanded our footprint of games that we've shipped on Sony's PlayStation since our acquisition of ZeniMax, and the first two games we shipped after closing were PlayStation 5 exclusives," the statement went on. "We did the same thing since our closing of Minecraft as we extended the reach of that franchise. All of the games that were available on PlayStation when we acquired ZeniMax in March 2021 are still available on PlayStation, and we have continued to do content updates on PlayStation and PC. We have always said that future decisions on whether to distribute ZeniMax games for other consoles will be made on a case-by-case basis."

4/21/23, 12:42 PM
Case 3:22-cv-08991-JSC   Document 142-22   Filed 04/24/23   Page 5 of 19
Microsoft Scrapped a PS5 Version of Redfall, Says Arkane Director - IGN

The Competition and Markets Authority previously noted Microsoft's decisions to make games exclusive to Xbox when buying studios in the past, and Redfall certainly falls into that category. Thus, the CMA concluded that the merger could potentially reduce competition between Xbox and PlayStation in the UK. However, Redfall was officially revealed in June 2021, well after the initial Microsoft and Bethesda merger announcement in September 2020, and was finalized in March 2021. A PlayStation version was never publicly announced.

Still, Microsoft has reiterated that it will keep franchises such as Call of Duty on multiple platforms in order to reach as many players as possible. Microsoft has even signed 10-year deals with Nintendo and other cloud gaming service companies.

Redfall launches on May 2 for PC and Xbox Series X|S. Arkane is also currently working on a fix to reverse the game's always-online requirement.

In IGN's Redfall preview, we said, "If Arkane Austin can bring its own version of the kind of innovation [Far Cry 2 and STALKER] did back in the late 2000s, then Redfall could well inject a static genre with some long-overdue excitement."



*Update, March 23, 2023: Updated with a statement from Microsoft.*

*George Yang is a freelance writer for IGN. He's been writing about the industry since 2019 and has worked with other publications such as Insider, Kotaku, NPR, and Variety.*

*When not writing about video games, George is playing video games. What a surprise! You can follow him on Twitter @Yinyangfooey*



## In This Article



### IGN Recommends

4/21/23, 12:42 PM
Microsoft Scrapped a PS5 Version of Redfall, Says Arkane Director - IGN
Case 3:22-cv-08991-JSC   Document 142-22   Filed 04/24/23   Page 7 of 19



**Ghosted Review**

49m ago - An outlandish action rom-com that can't shoot straight enough to hit a bullseye.

11



**Don't Forget to Play These Cool Breath of the Wild Side Quests**

1h ago - Which was your favorite side quest or activity in Breath of the Wild?

14



**Dredge Review**

2h ago - The Lovecraft Boat.

15



**Elon Musk Is Paying for Some Celebrities' Twitter Blue Verification**

3h ago - He probably didn't want to tick them off.

296



**Is Yellowjackets Going Full Lost?**

4h ago - We're having flashbacks of our own...

11



**Why Picard's Story Had to End This Way**

23h ago - Plus, showrunner Terry Matalas on the many cameos and storylines that he also wanted to include in Season 3.

141



### Dead Island 2 Review

3d ago - This hilarious gore-fest is a competent zombie-slaying adventure, but all the creativity has oozed out.

776



### Evil Dead Rise Review

Mar 16, 2023 - Dead on.

331

## My Topics

Follow topics to stay updated with your favorite content

    



 Games

## Popular in the Community



AdChoices  Sponsored

**Conversation**  1.3K Comments          2 Viewing

Have fun. Don't be mean. Feel free to criticize ideas, not people. Report bad behavior.

**Read our community guidelines.**

What do you think?   

Sort by **Best** ˅

 **shortster111**                                                    ···
22 March, 2023

I don't get why this is relevant. When Microsoft acquired Bethesda they were pretty transparent in saying that certain games they would make exclusive. They never lied about anything.

Reply  ·  27 · Share

**theSpectre622**                                                                ···

22 March, 2023

No, they said existing deals would be honored. We know that they lied about that when they internally cancelled the PS5 versions of Starfield and Redfall. That's the lie and its why Sony is refusing to sign any deal with MS. They've proven themselves untrustworthy.

Reply • 👍 21 • Share

↳ 6 replies

 **TahtIsDamned**

22 March, 2023

November 2020 - "Stuart revealed that while Bethesda won't be forced to abandon PlayStation, Switch, or other platforms, they are likely expected to give Microsoft prioritization in titles, whether it comes to getting them first, or getting the best versions of games." Literally a lie brother. Phil...**See more**

Reply • 👍 16 • Share

↳ 1 reply

↳ Show 3 more replies

 **RealSimple**

22 March, 2023

Of course it was going to come to PS5. Arkane had an amazing relationship with Sony. They even partly funded Deathloop and the devs thanked Sony for its success many times and never Xbox or MS. They've always been a multiplat developer. Starfield was also supposed to be on PlayStation until MS said...

**See more**

Reply • 👍 11 • Share

 **TheNeutralGamer**

22 March, 2023

Translation: "I'm sad that Xbox is finally competing again, as I'd prefer a Sony dominated industry as it helps me win online console war arguments".

Reply • 👍 3 • Share

↳ 2 replies

 **Jagdedge123**

22 March, 2023

Given all that, better buy an Xbox.

Reply • 👍 3 • Share

↳ 3 replies

↳ Show 1 more reply

 **Mickey1211**

22 March, 2023



Microsoft bought Bethesda. Why must they be crucified for it?
The acquisition completely fits in to what XBOX wants to be; which is an industry leading digital/streaming platform.

They don't care about console wars, that's for Sony to worry about.

Reply  •  👍 15  •  Share

 **Doctor_MG**
22 March, 2023

"Microsoft bought Bethesda. Why must they be crucified for it?"

Because they are continuing to purchase large publishers, so their actions with previous purchases provide indications of what they will do with future purchases.

Reply  •  👍 23  •  Share

↳ 2 replies

 **PCNintendio**
22 March, 2023

Lol buying 2 massive 3rd party publishers is not caring? Wow okay

Reply  •  👍 4  •  Share

↳ 1 reply

↳ Show 6 more replies

 **MrJihad**
22 March, 2023

Regulators (and gamers) are stoopid if they don't think this will happen again with ABK. Corporations cannot be trusted, especially not Microsoft. They are telling regulators they have 58 games on PlayStation and are showing that as a sign of good intentions while Sony has just two on Xbox. Of cour...
**See more**

Reply  •  👍 12  •  Share

 **Chantallen**
22 March, 2023

Nope. MS has already made legally binding contracts and even offered to hire and pay for an independent 3rd party to make sure they are complying with any concessions made to the regulatory bodies. Not even remotely the same as the Bethesda acquisition, in which no promises or contracts were made.
  (Edited)

Reply  •  👍 12  •  Share

 **vVrathhSS**



22 March, 2023

See, this is exactly why Sony are concerned and it proves their concerns are genuine.

Reply · 👍 25 · Share


**AHarmlessTroll**
22 March, 2023

No it doesn't lol. Microsoft bought Bethesda to strengthen their position in the market. They were working on the PS5 version prior to being acquired so logically Microsoft put an end to the PS5 version to immediately reap the benefits of the acquisition.

Reply · 👍 10 · Share

↳ 3 replies


**sethwg**
22 March, 2023

Exclusivity depends on the game. Single player games offer the most benefit as a platform exclusive to lure people into the ecosystem, so those will be exclusive.

Games like CoD, Minecraft, and Elder Scrolls Online are multiplayer service games that depend on extremely large userbases to really work...

**See more**

Reply · 👍 · Share

↳ Show 5 more replies


**Mikey_Like1**
22 March, 2023

Good.

Sony would have done the exact same thing

Reply · 👍 34 · Share


**vVrathhSS**
22 March, 2023

Which is why neither company should be allowed to buy massive publishers that have published on all platforms for decades.

Reply · 👍 13 · Share

↳ 5 replies


**kirbyYOshi**
22 March, 2023

"Sony would have done the same" doesn't make MS doing this "good". It's good for Microsoft, but how exactly is it benefitting you? Would be just as wrong if Sony did it. Or Nintendo.

The levels people buy into gaming brand loyalty will never cease to astound and depress me.

Reply · 👍 3 · Share

↪ Show 4 more replies



This comment violated our policy.



**Mikey_Like1**
22 March, 2023

They failed so much that sony had to copy every innovation that microsoft brought to the table. Xbox live, Achievements, Gamepass. and wow, they're still worth.. what.. 10X more than sony? yea... super fail

Reply · 👍 21 · Share



**Xilitu**
22 March, 2023

Xbox Live? You mean the Online service that Sony had for Free on for a few games on PS2 and then later PS3? and the paid service that you got Free games for? that Xbox then had to copy to their service? Achievements sure. Gamepass? Sony had a service like it before Gamepass it just didnt get Day 1 ...

**See more**  (Edited)

Reply · 👍 10 · Share

↪ 1 reply



**Semperfighter**
22 March, 2023

Xbox is not worth more than PlayStation. Microsoft is worth more than Sony. But PlayStation makes more than Nintendo and Xbox combined. Nice try though.

Reply · 👍 9 · Share

↪ Show 7 more replies



**Tripletriptocaine**
22 March, 2023

It really is. Microsoft has shown its creatively dead.

Reply · 👍 15 · Share

↪ 1 reply

↪ Show 13 more replies



**1track**
22 March, 2023

my favorite commenters are the people that say sony is doomed if the deal goes through while simultaneously saying regulators should allow the deal to go through..



Reply · 👍 7 · Share


**Chantallen**
22 March, 2023

Even if COD went exclusive, I don't think it would have a huge negative impact on Sony. The brand is synonymous with gaming and has been the flagship console to own for console gaming since the PSOne.

Reply · 👍 1 · Share

↳ 2 replies


**CollusionWorks**
22 March, 2023

I'm of the opinion that Sony is doomed regardless. They didn't adapt fast enough and didn't put enough of their weight behind their projects.

Sony had PSNow for years and couldn't get it right. Sony could have put PSNow on more than Sony TVs. Sony should have had PSNow on every phone, tablet, conso...
**See more**

Reply · 👍 · Share

↳ 2 replies

↳ Show 2 more replies


**Tripletriptocaine**
22 March, 2023

Honestly the Bethesda deal should never have been allowed either.

Reply · 👍 13 · Share


**Mikey_Like1**
22 March, 2023



Reply · 👍 15 · Share

↳ 1 reply

↳ Show 1 more reply




**Kenkuma**
22 March, 2023

So it was ok for Deathloop and Ghostwire Tokyo to be PS5 exclusive and that was ok, but MS buys Bethesda and makes Redfall and Starfield exclusive (another game Sony tried to make exclusive) and suddenly its the end of the world? Hypocrisy at its finest as usual.

Reply  •  👍 12  •  Share


**PCNintendio**
22 March, 2023

A timed exclusive is the same as full exclusivity? Lol k

Reply  •  👍 14  •  Share

↳ 2 replies


**PhatTuna**
22 March, 2023

Can you explain how timed exclusivity is at all comparable to this? Deathloop's been on Xbox for 6 months now, and Ghoswire Tokyo will be on Xbox in 2 weeks. So neither of those games are exclusive.
  (Edited)

Reply  •  👍 2  •  Share

↳ 1 reply

↳ Show 4 more replies

**Show More Comments**

Powered by OpenWeb      Terms  |  Privacy  |  Feedback



**10 Things We Noticed in Zelda Tears of the Kingdom - Video Feature**

In this Legend of Zelda Tears of the Kingdom trailer breakdown, Logan Plant highlights Link's four new powers, along with bringing...

Resident Evil 4 Clockwork Castellan Locations • Resident Evil 4 Walkthrough • Last of Us Part 1 Safe Codes • GTA 5 Cheats • Pokemon Scarlet and Violet Pokedex • Zelda BoTW Shrines • Hogwarts Legacy

## Why Doesn't IGN Review Everything X Times and Average the Scores?

DEALS     Best Deals • Best Lego Sets • Cheap Gaming Laptops • Best Cheap TVs • Zelda: Tears of the Kingdom Preorders • Best Board Games

SITES     IGN • Map Genie • HowLongToBeat • IGN Boards

## Which Headset Is Right For You?



**Barney: I Love You, You Hate Me - Official Trailer**

I Love You, You Hate Me is a limited doc series chronicling the rise and fall of Barney the Dinosaur's furious backlash — and what it...

4/21/23, 12:42 PM
Case 3:22-cv-08991-JSC   Document 142-23   Filed 04/24/23   Page 18 of 19
Microsoft Scrapped a PS5 version of Redfall, Says Arkane Director - IGN