# **<u>EXHIBIT Z</u>**



Install Steam   login  |  language

STORE    COMMUNITY    ABOUT    SUPPORT

Your Store    New & Noteworthy    Categories    Points Shop    News    Labs    *search*

# Steam Hardware & Software Survey: March 2023

Steam conducts a monthly survey to collect data about what kinds of computer hardware and software our customers are using. Participation in the survey is optional, and anonymous. The information gathered is incredibly helpful to us as we make decisions about what kinds of technology investments to make and products to offer.



PC VIDEO CARD USAGE BY MFG

OCTOBER 2021 - MARCH 2023

0.22%
6.33%
10.82%
82.63%

OTHER    INTEL    AMD    NVIDIA

CLICK FOR MORE INFO

DX10/11/12 SYSTEMS

OCTOBER 2021 - MARCH 2023

76.15%
16.73%
3.29%
2.04%
0.26%
1.53%

DX12GPU & WIN10      DX12GPU & PRE-WIN10
DX11GPU & VISTA+     DX10GPU & VISTA+
DX10/11/12GPU & XP   OTHER

CLICK FOR MORE INFO

PC PROCESSOR USAGE BY MANUFACTURER

OCTOBER 2021 - MARCH 2023

25.54%
74.46%

AMD    INTEL

CLICK FOR MORE INFO

PC NUMBER OF CPUS PER COMPUTER

OCTOBER 2021 - MARCH 2023

9.36%
18.19%
42.58%
23.22%
6.66%

OTHER    8 CPUS    6 CPUS    4 CPUS
2 CPUS

CLICK FOR MORE INFO

MAC HARDWARE OWNERSHIP

OCTOBER 2021 - MARCH 2023

0.43%
0.52%
3.01%
10.78%
29.10%
45.00%

MACPRO      MACBOOK      MACMINI
IMAC        MACBOOKAIR   MACBOOKPRO

VR HEADSETS

OCTOBER 2021 - MARCH    MACBOOKAIR 31.1

9.75%
5.26%
5.46%
6.04%
11.71%
17.35%
44.41%

OTHER            WINDOWS MIXED REALITY
OCULUS RIFT      HTC VIVE
OCULUS RIFT S    VALVE INDEX HMD
OCULUS QUEST 2

Windows, Mac and Linux    Use the dropdown to filter by platform or view combined stats.

## March 2023 (click line item to see more detail)

| ITEM | MOST POPULAR | PERCENTAGE | CHANGE |
|---|---|---|---|
| OS Version | | | |
| | Windows | 97.75% | +1.38% |
| | Windows 10 64 bit | 73.95% | +11.62% |
| | Windows 11 64 bit | 22.41% | -9.65% |
| | Windows 7 64 bit | 1.06% | -0.37% |
| | Windows 8.1 64 bit | 0.20% | -0.14% |
| | Windows 7 | 0.05% | -0.04% |
| | | | |
| | OSX | 1.41% | -0.96% |
| | MacOS 13.2.1 64 bit | 0.40% | +0.27% |
| | MacOS 13.1.0 64 bit | 0.12% | -0.30% |
| | MacOS 12.6.3 64 bit | 0.09% | -0.02% |
| | MacOS 10.15.7 64 bit | 0.08% | -0.05% |

| | | | |
|---|---|---|---|
| | MacOS 13.0.1 64 bit | 0.07% | -0.10% |
| | MacOS 12.6.0 64 bit | 0.06% | -0.07% |
| | MacOS 13.2.0 64 bit | 0.05% | -0.21% |
| | Linux | 0.84% | -0.43% |
| | "Arch Linux" 64 bit | 0.09% | -0.04% |
| | Ubuntu 22.04.2 LTS 64 bit | 0.08% | +0.08% |
| | "Manjaro Linux" 64 bit | 0.06% | -0.02% |
| System RAM | 16 GB | 56.92% | +4.21% |
| Intel CPU Speeds | 2.7 Ghz to 2.99 Ghz | 25.13% | +11.96% |
| Physical CPUs | 6 cpus | 45.78% | +12.36% |
| Video Card Description |  NVIDIA GeForce RTX 3060 | 10.44% | +6.23% |
| VRAM | 8 GB | 32.16% | +4.12% |
| Primary Display Resolution | 1920 x 1080 | 64.28% | -0.32% |
| Multi-Monitor Desktop Resolution | 3840 x 1080 | 65.14% | -0.60% |
| Language | Simplified Chinese | 51.63% | +25.35% |
| Free Hard Drive Space | 100 GB to 249 GB | 19.39% | -6.22% |
| Total Hard Drive Space | Above 1 TB | 67.93% | +18.96% |
| VR Headsets | Oculus Quest 2 | 44.41% | -0.23% |
| Other Settings | LAHF / SAHF | 100.00% | 0.00% |

VALVE    © 2023 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable.    Privacy Policy    |    Legal    |    Steam Subscriber Agreement    |    Refunds    |    Cookies    STEAM

About Valve    |    Jobs    |    Steamworks    |    Steam Distribution    |    Support    |    Recycling    |    Gift Cards    |    Steam    |    @steam