# **EXHIBIT AA**

> Are triple-A video games crucial inputs to gaming platforms?

✓ Searching for: **Are triple-A video games crucial inputs to gaming platforms**

✓ Generating answers for you…

Triple-A video games are to the gaming world what blockbusters are for the film industry. They usually involve huge teams working for months to years to make a finished product, employed by a major studio [1]. These games are often part of popular franchises and have thousands of hours of content and open maps that emphasize exploration. They also frequently have boundary-pushing graphical quality and animation [1]. Triple-A games can be considered crucial inputs to gaming platforms as they attract a large audience and can generate significant revenue for the platform.

**Learn more:**  **2 of 20**

1. howtogeek.com   2. journals.sagepub.com   3. venturebeat.com