# **EXHIBIT BB**

Why has Microsoft been buying so many Triple-A game developers and publishers?

✓ Searching for: **Why has Microsoft been buying so many Triple-A game developers and publishers**

✓ Generating answers for you…

Microsoft has been buying up game developers and publishers in order to acquire more video game brands and make them exclusive to its platforms. With more exclusives, Microsoft may move more consoles [1]. The company's goal is to keep building out the content that it can offer on Xbox and PC through additional internal studios making even more games [2]. By purchasing developers, Microsoft can also expand its library of games and attract a larger audience to its gaming platforms.

Learn more:                                                                                     5 of 20

1. royalexaminer.com    2. pcgamesn.com    3. indianexpress.com    +2 more