| | |
|---|---|
| 1 | Joseph M. Alioto (State Bar No 42680) |
| | Tatiana V. Wallace (SBN 233939) |
| 2 | **ALIOTO LAW FIRM** |
| | One Sansome Street, 35th Floor |
| 3 | San Francisco, CA  94104 |
| | Telephone:      (415) 434-8900 |
| 4 | Facsimile:       (415) 434-9200 |
| | Email:              jmalioto@aliotolaw.com |
| 5 | |
| 6 | Joseph R. Saveri (State Bar No. 130064) |
| | Steven N. Williams (State Bar No. 175489) |
| 7 | Cadio Zirpoli (State Bar No. 179108) |
| | Elissa Buchanan (State Bar No. 249996) |
| 8 | David H. Seidel (State Bar No. 307135) |
| | Kathleen J. McMahon (State Bar No. 340007) |
| 9 | **JOSEPH SAVERI LAW FIRM, LLP** |
| | 601 California Street, Suite 1000 |
| 10 | San Francisco, CA 94108 |
| | Telephone:      (415) 500-6800 |
| 11 | Facsimile:       (415) 395-9940 |
| | Email:              jsaveri@saverilawfirm.com |
| 12 | swilliams@saverilawfirm.com |
| | czirpoli@saverilawfirm.com |
| 13 | eabuchanan@saverilawfirm.com |
| | dseidel@saverilawfirm.com |
| 14 | kmcmahon@saverilawfirm.com |
| 15 | Counsel for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | |

Case No. 3:22-cv-08991-JSC                    1
CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On April 21, 2023, I caused the following documents to be served by email upon all persons appearing on the attached Service List:

1. **MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE**
2. **DECLARATION OF CURTIS BURNS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
3. **DECLARATION OF DANTE DEMARTINI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
4. **DECLARATION OF JESSE GALVAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
5. **DECLARATION OF HUNTER JAKUPKO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
6. **DECLARATION OF DANIEL LOFTUS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
7. **DECLARATION OF BEOWULF OWEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
8. **DECLARATION OF DAVID H. SEIDEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXHIBITS A-CC**
9. **[PROPOSED] ORDER RE: APPLICATION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE**

On April 24, 2023, I caused the following documents to be served by email upon all persons appearing on the attached Service List:

1. **MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE (SEALED)**
2. **EXHIBITS A-G; I-M; Q-U; W-Y and CC TO THE DECLARATION OF DAVID H. SEIDEL (SEALED)**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 24, 2023, at San Francisco, California.

By:    */s/ Ashleigh Jensen*
       Ashleigh Jensen

**SERVICE LIST**

| | |
|---|---|
| Rakesh Kilaru<br>Anastasia McLetchie Pastan<br>Jennifer Pavelec<br>Beth A. Wilkinson<br>Anthony Patrick Ferrara<br>Grace Lee Hill<br>Kieran Gavin Gostin<br>Wilkinson Stekloff LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Email: rkilaru@wilkinsonstekloff.com<br>Email: apastan@wilkinsonstekloff.com<br>Email: jpavelec@wilkinsonstekloff.com<br>Email: bwilkinson@wilkinsonstekloff.com<br>Email: aferrara@wilkinsonstekloff.com<br>Email: ghill@wilkinsonstekloff.com<br><br>Valarie Cecile Williams<br>Tania L. Rice<br>Alston & Bird<br>560 Mission Street, Suite 2100<br>San Francisco, CA 94105<br>Email: valarie.williams@alston.com<br>Email: tania.rice@alston.com | Brian Parker Miller<br>Alston & Bird LLP<br>1201 W Peachtree St<br>Atlanta, GA 30309<br>Email: parker.miller@alston.com<br><br>Drew Kenneth Cypher<br>Michael Moiseyev<br>Weil, Gotshal & Manges LLP<br>District of Columbia<br>2001 M Street, NW, Suite 600<br>Washington, DC 20036<br>Email: drew.cypher@weil.com<br>Email: michael.moiseyev@weil.com<br><br>Robert Niles-Weed<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>Email: robert.niles-weed@weil.com<br><br>*Counsel for Microsoft* |

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: April 24, 2023                    By:    */s/ Joseph R. Saveri*
                                                       Joseph R. Saveri