1  Joseph M. Alioto (State Bar No 42680)
   Tatiana V. Wallace (SBN 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35th Floor
3  San Francisco, CA  94104
   Telephone:      (415) 434-8900
4  Facsimile:      (415) 434-9200
   Email:          jmalioto@aliotolaw.com
5

6  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
7  Cadio Zirpoli (State Bar No. 179108)
   Elissa Buchanan (State Bar No. 249996)
8  David H. Seidel (State Bar No. 307135)
   Kathleen J. McMahon (State Bar No. 340007)
9  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
10 San Francisco, CA 94108
   Telephone:      (415) 500-6800
11 Facsimile:      (415) 395-9940
   Email:          jsaveri@saverilawfirm.com
12                 swilliams@saverilawfirm.com
                   czirpoli@saverilawfirm.com
13                 eabuchanan@saverilawfirm.com
                   dseidel@saverilawfirm.com
14                 kmcmahon@saverilawfirm.com

15 Counsel for Plaintiffs

16

17                   **UNITED STATES DISTRICT COURT**

18                   **NORTHERN DISTRICT OF CALIFORNIA**

19                   **SAN FRANCISCO DIVISION**

20 DANTE DEMARTINI, et al.,                Case No. 3:22-cv-08991-JSC

21 Plaintiffs,                             **CERTIFICATE OF SERVICE**

22 v.

23

24 MICROSOFT CORPORATION, a Washington
   corporation,

25 Defendant.

26

27

28

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On April 24, 2023, I caused the following documents to be served by email upon all persons appearing on the attached Service List:

1. **MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE (SEALED) REDACTED FOR SERVICE ON NONPARTY SIE**
2. **EXHIBIT A TO THE DECLARATION OF DAVID H. SEIDEL (SEALED) REDACTED FOR SERVICE ON NONPARTY SIE**
3. **EXHIBIT B TO THE DECLARATION OF DAVID H. SEIDEL (SEALED)**
4. **EXHIBIT C TO THE DECLARATION OF DAVID H. SEIDEL (SEALED)**
5. **EXHIBIT D TO THE DECLARATION OF DAVID H. SEIDEL (SEALED)**
6. **EXHIBIT E TO THE DECLARATION OF DAVID H. SEIDEL (SEALED)**
7. **EXHIBIT F TO THE DECLARATION OF DAVID H. SEIDEL (SEALED)**
8. **EXHIBIT G TO THE DECLARATION OF DAVID H. SEIDEL (SEALED)**
9. **EXHIBIT L TO THE DECLARATION OF DAVID H. SEIDEL (SEALED)**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 24, 2023, at San Francisco, California.

By: _/s/ Ashleigh Jensen_
Ashleigh Jensen

1

**SERVICE LIST**

2

3

4

5

Carl Lawrence Malm
Cleary Gottlieb Steen and Hamilton LLP
2112 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20037
Email: ejdavis@cgsh.com

6

7

8

Ye Eun Chun
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road
Palo Alto, CA 94304-1254
Email: chchun@cgsh.com

9

*Counsel for Sony Interactive Entertainment LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION**

2

I hereby attest that I have on file all holographic signatures corresponding to any signatures

3

indicated by a conformed signature (/S/) within this e-filed document.

4

5

Dated: April 24, 2023                                  By:      _/s/ Joseph R. Saveri_
                                                                          Joseph R. Saveri

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28