1  Joseph M. Alioto (State Bar No 42680)
   Tatiana V. Wallace (SBN 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 434-8900
4  Facsimile:     (415) 434-9200
   Email:         jmalioto@aliotolaw.com

5  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
6  Cadio Zirpoli (State Bar No. 179108)
7  Elissa Buchanan (State Bar No. 249996)
   David H. Seidel (State Bar No. 307135)
8  Kathleen J. McMahon (State Bar No. 340007)
   **JOSEPH SAVERI LAW FIRM, LLP**
9  601 California Street, Suite 1000
   San Francisco, California 94108
10 Telephone:     (415) 500-6800
11 Facsimile:     (415) 395-9940
   Email:         jsaveri@saverilawfirm.com
12                swilliams@saverilawfirm.com
                  czirpoli@saverilawfirm.com
13                eabuchanan@saverilawfirm.com
                  dseidel@saverilawfirm.com
14                kmcmahon@saverilawfirm.com

15                     **UNITED STATES DISTRICT COURT**

16                     **NORTHERN DISTRICT OF CALIFORNI**A

17

| | |
|---|---|
| 18  DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendants. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF CURTIS BURNS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF CURTIS BURNS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

I, Curtis Burns, Jr., declare and state as follows:

1. I am making this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the statements made in this declaration, and if called as a witness, I would completely testify about them.

2. I am a resident of Oakland, California.

3. I have been an avid gamer for many years and have played and purchased multiple versions of *Call of Duty* from Activision Blizzard.

4. Of all Activision Blizzard games, *Call of Duty* is the most important to me. I have played *Call of Duty* games since about when I started playing videogames. I have been playing *Call of Duty* games since *Call of Duty 4* which was released in or about 2007. I estimate that presently most of my time playing video games is spent playing *Call of Duty*, and almost all of that time is playing with friends.

5. I play games primarily on PlayStation. I am currently subscribed to PlayStation Plus, PlayStation's multi-game library subscription service. I do not currently play on a cloud-based gaming service. While I do not currently use a cloud-based gaming service, I anticipate doing so in the future.

6. I currently play multiplayer games such as *Call of Duty* with friends. I sometimes play with friends across different gaming platforms. The ability to play with my friends is very important and a big part of why I enjoy playing video games.

7. *Call of Duty* is one of my favorite videogame franchises. Most of my friends play *Call of Duty*. *Call of Duty* is the video game I play most often, including with my friends.

8. I prefer to play video games on PlayStation. I have been playing on PlayStations for many years. I prefer the experience of gaming on PlayStation much more than playing games on other platforms.

9. If Activision Blizzard games were withdrawn from PlayStation, I would be harmed because I could no longer access Activision Blizzard games on my favorite videogame platform. If *Call of Duty* were withdrawn or foreclosed from PlayStation, I would be harmed

because I could no longer play my favorite game on my favorite video game console. I also would be harmed because I would no longer be able to play my favorite game online with my friends.

10. If the price of *Call of Duty* were to increase on PlayStation, I would be harmed as I would be paying inflated prices for access to my favorite video game.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Executed on April 21, 2023.

By: _____
Curtis Burns, Jr.

---

3
DECLARATION OF CURTIS BURNS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION