DocuSign Envelope ID: 372348F2-8730-42EB-BC45-0266DAB1DEC6

Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:	(415) 434-8900
Facsimile:	(415) 434-9200
Email:	jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:	(415) 500-6800
Facsimile:	(415) 395-9940
Email:	jsaveri@saverilawfirm.com
	swilliams@saverilawfirm.com
	czirpoli@saverilawfirm.com
	eabuchanan@saverilawfirm.com
	dseidel@saverilawfirm.com
	kmcmahon@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendants. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF DANTE DEMARTINI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1

DECLARATION OF DANTE DEMARTINI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Dante DeMartini, declare and state as follows:

1. I am making this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the statements, and if called as a witness, I would completely testify about them.

2. I am a resident of San Francisco, California.

3. I play games primarily on PlayStation and PC, but I have also owned an Xbox in the past. When I play on PC, I use the Microsoft Windows operating system. I have subscribed in the past to PlayStation Plus, PlayStation's multi-game library subscription service. While I do not currently use a cloud-based gaming service, I anticipate doing so in the future.

4. I have been an avid gamer for many years and have played and purchased numerous games on different platforms. I have also purchased several games from Activision Blizzard, including *Call of Duty*, *World of Warcraft*, *Starcraft II*, *Overwatch* and *Overwatch 2*, *Diablo III*, and *Hearthstone*.

5. Gaming is very important to my life. Gaming is one of the principal ways I keep in touch and stay connected with my friends.

6. I currently play several multiplayer games, such as those mentioned above and others, with friends. I sometimes play with friends across different gaming platforms. The ability to play with my friends is very important and a big part of why I enjoy playing video games.

7. In the past, one of the biggest factors affecting my decision-making with respect to which gaming platform to purchase is what game titles are available on that platform. What games my friends are playing or anticipate playing also affected my decision-making .

8. The availability of games is still one of the biggest factors that affects my decision-making about which platform to purchase.

9. The availability of games will affect my future decisions about which gaming platforms to purchase.

10. Presently, I primarily use my Windows PC to game. In the past, I used a Mac to play videogames. I stopped using Mac partly because fewer games were available.

1

DECLARATION OF DANTE DEMARTINI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

11. The availability of Activision Blizzard games in particular is a major factor in deciding which gaming platform to purchase and use. I would consider *Call of Duty* to be the most important game to me because most of my friends play *Call of Duty*. The fact that *Call of Duty* is available on Windows is one of the primary reasons I chose to game on Windows.

12. If Activision Blizzard games such as *Call of Duty* were made exclusive to Microsoft platforms, it is unlikely that I would purchase or switch to another gaming platform because I do not want to lose access to Activision Blizzard titles such as *Call of Duty*.

13. In the future, if Activision Blizzard games were exclusive to Microsoft gaming platforms, I would likely purchase Microsoft gaming platforms in order to retain access to Activision Blizzard titles. It is unlikely that I would purchase another gaming platform if it did not have Activision Blizzard titles such as *Call of Duty*.

14. I play videogames daily, and almost always with my friends. I play Activision Blizzard games frequently, especially *Call of Duty*. Many of my friends that I play games with I do not see regularly. The only way I maintain contact with many of my friends is through videogames and *Call of Duty* specifically.

15. If the prices of important gaming content such as Activision Blizzard titles were to increase, I would be harmed as I would need to purchase titles at inflated prices.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Executed on April 21, 2023.

By: _____
Dante DeMartini