```
 1  Joseph M. Alioto (State Bar No 42680)
    Tatiana V. Wallace (SBN 233939)
 2  ALIOTO LAW FIRM
    One Sansome Street, 35th Floor
 3  San Francisco, CA  94104
    Telephone:     (415) 434-8900
 4  Facsimile:     (415) 434-9200
    Email:         jmalioto@aliotolaw.com
 5
    Joseph R. Saveri (State Bar No. 130064)
 6  Steven N. Williams (State Bar No. 175489)
    Cadio Zirpoli (State Bar No. 179108)
 7  Elissa Buchanan (State Bar No. 249996)
    David H. Seidel (State Bar No. 307135)
 8  Kathleen J. McMahon (State Bar No. 340007)
 9  JOSEPH SAVERI LAW FIRM, LLP
    601 California Street, Suite 1000
10  San Francisco, California 94108
    Telephone:     (415) 500-6800
11  Facsimile:     (415) 395-9940
    Email:         jsaveri@saverilawfirm.com
12                 swilliams@saverilawfirm.com
13                 czirpoli@saverilawfirm.com
                   eabuchanan@saverilawfirm.com
14                 dseidel@saverilawfirm.com
                   kmcmahon@saverilawfirm.com
15
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendants. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF BEOWULF OWEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF BEOWULF OWEN IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

I, Beowulf Owen, declare and state as follows:

1. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the statements made in this declaration, and if called as a witness, I would completely testify about them.

2. I am a resident of Las Cruces, New Mexico.

3. I have played video games for many years. I have played and purchased numerous video games on different platforms. I have also purchased several games from Activision Blizzard, including *Call of Duty*, *Call of Duty: Warzone*, and *Overwatch*.

4. I presently play games primarily on Xbox and PC. When I play on PC, I primarily use the Microsoft Windows operating system, and occasionally Linux's Ubuntu operating system. I also own a Nintendo Switch and a Steamdeck (a portable gaming device) although I play on those platforms less frequently than on Xbox and PC.

5. I currently subscribe to Game Pass Ultimate, Microsoft's multi-game library subscription service, which includes games for Xbox and Windows.

6. I currently play multiplayer games daily, including those mentioned above and others. I rely on videogames to socialize and stay connected with my friends. The ability to play with my friends is very important and a big part of why I enjoy playing video games.

7. The availability of games is a major factor that goes into my purchasing decision when considering which gaming platform to purchase. The availability of Activision Blizzard titles such as *Call of Duty* is a major factor when I decide which gaming platform to purchase. I regularly purchase Activision Blizzard titles to play on PC and Xbox.

8. While I do play video games on PC using both Windows OS and Linux's Ubuntu, I prefer using Linux's Ubuntu rather than Windows. I use Windows to play games, however, because more games are compatible with Windows. Only a handful of games can be played on Linux, but if more games were available on Linux, I would switch to playing on Linux exclusively.

9. Activision Blizzard games, in particular, comprise a large proportion of my gaming.

10. Of all Activision Blizzard titles, *Call of Duty* games are particularly important to me. If *Call of Duty* was compatible for Linux, I would switch exclusively to Linux to play *Call of Duty* when gaming on PC. Most of my friends with whom I play games with play *Call of Duty*.

11. If *Call of Duty* or other Activision Blizzard titles were made exclusive to a platform, I would strongly consider purchasing that platform in order to access *Call of Duty* or Activision Blizzard titles.

12. If another competing cloud service or game subscription service (other than Microsoft's GamePass) were to emerge with important gaming content such as Activision Blizzard titles, I would likely subscribe to it.

13. If the prices of important gaming content such as Activision Blizzard titles were to increase, I would be harmed as I would need to purchase titles at inflated prices.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct, and this Declaration is executed in San Francisco, California, on April 21, 2023.

By: 
Beowulf Owen

2
DECLARATION OF BEOWULF OWEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION