Caroline Van Ness (SBN 281675)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

*Attorneys for Non-Party Activision Blizzard, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **DECLARATION OF JULIA K. YORK IN SUPPORT OF NON-PARTY ACTIVISION BLIZZARD, INC.'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE FOR MOTION TO COMPEL DEPOSITIONS OF (1) ROBERT A. KOTICK AND (2) ACTIVISION** <br><br> Hon. Jacqueline Scott Corley <br> Complaint Filed: December 20, 2022 |

## DECLARATION OF JULIA K. YORK

I, Julia K. York, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the District of Columbia. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for non-party Activision Blizzard, Inc. ("Activision") in connection with the above-captioned action. I submit this declaration in support of Activision's Opposition to Plaintiffs' Administrative Motion to Shorten the Briefing Schedule for their Motion to Compel Depositions of (1) Robert A. Kotick and (2) Activision (the "Administrative Motion"). Unless otherwise stated, the matters set forth below are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Plaintiffs Dante DeMartini, Curtis Burns, Jr., Nicholas Elden, Jessie Galvan, Christopher Joseph Giddings-Lafaye, Steve Herrera, Hunter Joseph Jakupko, Daniel Dermot Alfred Loftus, Beowulf Edward Owen, and Ivan Calvo-Pérez ("Plaintiffs") have served non-party Activision with two subpoenas pursuant to Federal Rule of Civil Procedure 45 in connection with this Action (the "Subpoenas"), including: (1) a subpoena that contains both a demand for a Federal Rule of Civil Procedure 30(b)(6) deposition of Activision and a series of requests for production of documents; and (2) a subpoena that demands a deposition of Activision CEO Robert A. Kotick.

3. On February 24, 2023, after numerous meet-and-confers with Plaintiffs' counsel, Activision filed a Joint Stipulation encompassing a Motion to Quash the Subpoenas in the Central District of California. On March 3, 2023, pursuant to agreement by Activision and Plaintiffs, the court presiding over the subpoena-related action in the Central District of California transferred consideration of Activision's Motion to Quash the Subpoenas to this Court.

4. On March 29, 2023, Plaintiffs and Activision appeared before this Court for an Informal Discovery Hearing regarding Activision's Motion to Quash the Subpoenas. On April 3, 2023, Activision informed the Court that Plaintiffs and Activision had no pending matter for the Court to resolve and that each side had reserved all their rights in relation to the noticed depositions of Activision and Mr. Kotick.

-1-

5. On April 14, 2023, Activision produced to Plaintiffs (1) Activision's five investigational hearing transcripts and all accompanying exhibits from the FTC's investigation into the transaction at issue in this action; and (2) Activision's six deposition transcripts and all accompanying exhibits from the FTC's litigation related to the transaction at issue in this action.

6. On April 18, 2023, Activision produced to Plaintiffs the more than one million documents that Activision previously produced to the FTC in connection with the FTC's investigation into, and litigation concerning, the transaction at issue in this action.

7. I participated in a meet-and-confer with Plaintiffs' counsel on April 17, 2023 regarding Plaintiffs' subpoena to depose Mr. Kotick. During the meet-and-confer, Plaintiffs did not mention any intention to move to compel a corporate deposition of Activision. On the contrary, Plaintiffs' counsel noted at the beginning of the discussion that they wanted to discuss Plaintiffs' subpoena to depose Mr. Kotick and later stated that Plaintiffs sought only one deposition. Counsel for Activision asked Plaintiffs' counsel whether Plaintiffs would consider deferring their request to depose Mr. Kotick until after the preliminary injunction hearing in this action, given that the hearing would address only the issues of irreparable harm and bond and that Defendant Microsoft Corp. ("Microsoft") would be filing another Motion to Dismiss. Plaintiffs' counsel responded that Plaintiffs were not inclined to agree to a stay and asked how Activision would prefer to resolve the dispute before this Court. Counsel for Activision responded that Activision would consider the issue and revert promptly.

8. I thereafter participated in another meet-and-confer with Plaintiffs' counsel regarding Plaintiffs' subpoena to depose Mr. Kotick on April 19, 2023. During the meet-and-confer, Plaintiffs again did not mention any intention to move to compel a corporate deposition of Activision. Counsel for Activision informed Plaintiffs' counsel that Activision believed it would be most efficient to brief the dispute by presenting updated positions to the Court in a five-page joint statement, consistent with the Court's individual rules. Plaintiffs' counsel suggested that Plaintiffs would be amenable to briefing the dispute in a joint statement, and counsel for Activision responded that Activision would follow up with a proposed briefing schedule.

-2-

YORK DECL. ISO ACTIVISION BLIZZARD, INC.'S OPPOSITION TO PLAINTIFFS'   CASE NO. 3:22-cv-08991-JSC
ADMINISTRATIVE MOT. TO SHORTEN BRIEFING SCHEDULE

9. After the April 19, 2023 meet-and-confer, counsel for Activision sent the following scheduling proposal to Plaintiffs' counsel by email: (1) by April 24, 2023, Activision would provide Plaintiffs with its portion of the joint statement; (2) by April 27, 2023, Plaintiffs would provide Activision with its portion of the joint statement; (3) by May 2, 2023, Activision would provide reply edits to its portion, if any, and send the final version of the joint statement to Plaintiffs for final signoff; and (4) by May 3, 2023, Activision would file the joint statement. Plaintiffs' counsel replied that Activision's proposal was not acceptable to Plaintiffs and that Plaintiffs preferred to exchange sections of a joint brief by the next day (April 20, 2023) at 5:00 pm, with any revisions to follow the day thereafter (April 21, 2023) at 5:00 pm. Given the developments since the original motion to quash had been filed, I responded that Plaintiffs' proposal for an initial 24-hour turnaround on Activision's portion of the joint statement was not reasonable, and offered to confer further about a more reasonable schedule than the 48-hour schedule Plaintiffs had proposed.

10. On April 20, 2023, Plaintiffs' counsel responded that Plaintiffs intended to proceed with filing a motion and asked whether Activision would consent to shorten time to brief the motion. I responded that, consistent with the Court's stated preference, Activision remained willing to meet and confer about a schedule for a joint statement and that Activision did not agree to Plaintiffs' request to shorten time. Plaintiffs' counsel thereafter filed the instant Administrative Motion, as well as their Motion to Compel on April 21, 2023.

11. Counsel for Defendant Microsoft has informed me that Plaintiffs have noticed depositions of Microsoft's employees for dates in late May, after the preliminary injunction hearing is scheduled to take place on May 12, 2023.

12. Attached as **Exhibit A** is a true and correct copy of excerpted email correspondence between counsel for Activision and Plaintiffs' counsel regarding the briefing of Activision's and Plaintiffs' discovery dispute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 25, 2022 in Washington, D.C.

-3-

**YORK DECL. ISO ACTIVISION BLIZZARD, INC.'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOT. TO SHORTEN BRIEFING SCHEDULE**   CASE NO. 3:22-cv-08991-JSC

| | | |
|---|---|---|
| 1 | DATED: April 25, 2023 | By: /s/ *Julia K. York* |
| 2 | | Julia K. York (*pro hac vice*) |
| 3 | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 4 | | 1440 New York Avenue, N.W.<br>Washington, DC 20005-2111 |
| 5 | | Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760 |
| 6 | | Email: julia.york@skadden.com |

-4-

**YORK DECL. ISO ACTIVISION BLIZZARD, INC.'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOT. TO SHORTEN BRIEFING SCHEDULE**     **CASE NO. 3:22-cv-08991-JSC**

# Exhibit A

## Lanci, Michael A (NYC)

| | |
|---|---|
| **From:** | Steve Williams <SWilliams@saverilawfirm.com> |
| **Sent:** | Thursday, April 20, 2023 1:30 PM |
| **To:** | York, Julia K (WAS); Lanci, Michael A (NYC); Kathleen McMahon; David Seidel; Joseph Saveri; Cadio Zirpoli; Amara Getzell; Ruby Ponce |
| **Cc:** | Van Ness, Caroline (PAL); Sunshine, Steven C (WAS); Kreiner, Evan R (NYC) |
| **Subject:** | [Ext] RE: Today's Meet and Confer. |

Thanks Julia.  I have engaged in good faith negotiations with your team from the start.  Honestly, I do not feel it has been reciprocated.  We have seen various forms of stalling from Activision since this began.  We will proceed accordingly.

**From:** York, Julia K <Julia.York@skadden.com>
**Sent:** Thursday, April 20, 2023 10:27 AM
**To:** Steve Williams <SWilliams@saverilawfirm.com>; Lanci, Michael A <Michael.Lanci@skadden.com>; Kathleen McMahon <KMcMahon@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Amara Getzell <Agetzell@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Cc:** Van Ness, Caroline <Caroline.VanNess@skadden.com>; Sunshine, Steven C <Steve.Sunshine@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Subject:** RE: Today's Meet and Confer.

Steve,

We find it surprising that you would rather proceed with the full motion, when Judge Corley's standing order "strongly encourages" the parties to prepare a joint statement.  It appears that you are unwilling to engage in further good-faith discussions about the joint statement (as we indicated, your take-it-or-leave-it proposal of a 48-hour turnaround is not reasonable), and we do not agree to shorten your time for the full motion.  We remain willing to meet and confer about the joint statement.

Kind regards,
Julia

**Julia K. York**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7146 | F: +1.202.661.9126 | M: +1.202.361.2404
julia.york@skadden.com

Skadden

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Thursday, April 20, 2023 10:54 AM
**To:** York, Julia K (WAS) <Julia.York@skadden.com>; Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>; Kathleen McMahon <KMcMahon@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Amara Getzell <Agetzell@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Cc:** Van Ness, Caroline (PAL) <Caroline.VanNess@skadden.com>; Sunshine, Steven C (WAS) <Steve.Sunshine@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>
**Subject:** [Ext] RE: Today's Meet and Confer.

Thank you for your response Julia.  We respectfully disagree.

We will proceed with a motion.  Please advise whether you consent to shorten time on the motion so that we may advise the Court pursuant to our local rules.  We will be filing tomorrow and will ask the Court to order that your response be due a week from tomorrow.

**From:** York, Julia K <Julia.York@skadden.com>
**Sent:** Wednesday, April 19, 2023 6:47 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>; Lanci, Michael A <Michael.Lanci@skadden.com>; Kathleen McMahon <KMcMahon@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Amara Getzell <Agetzell@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Cc:** Van Ness, Caroline <Caroline.VanNess@skadden.com>; Sunshine, Steven C <Steve.Sunshine@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Subject:** RE: Today's Meet and Confer.

Steve,

Your proposal for a 24-hour turnaround for our portion of the letter brief is not reasonable and we cannot agree to it.  Our understanding is that if the parties are unable to agree on the joint letter brief, the default is a fully-briefed motion on a longer timeline.  We do think the letter-brief route is more efficient and are happy to provide you with our portion on April 24—three business days from now—as we proposed.  All that remains is for us to work out a reasonable exchange and filing timeline.  We cannot stop you from complaining to the Court in your joint statement on April 25 as you've indicated you plan to do, but given that the PI hearing will focus on the issues of irreparable harm and a bond, we fail to see any prejudice to Plaintiffs from working out a more reasonable schedule for the letter brief than the 48 hours you've proposed.

Kind regards,
Julia

**Julia K. York**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7146 | F: +1.202.661.9126 | M: +1.202.361.2404
julia.york@skadden.com

Skadden

**From:** Steve Williams <SWilliams@saverilawfirm.com>
**Sent:** Wednesday, April 19, 2023 4:53 PM
**To:** Lanci, Michael A (NYC) <Michael.Lanci@skadden.com>; Kathleen McMahon <KMcMahon@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Amara Getzell <Agetzell@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Cc:** Van Ness, Caroline (PAL) <Caroline.VanNess@skadden.com>; Sunshine, Steven C (WAS) <Steve.Sunshine@skadden.com>; York, Julia K (WAS) <Julia.York@skadden.com>; Kreiner, Evan R (NYC) <Evan.Kreiner@skadden.com>
**Subject:** [Ext] RE: Today's Meet and Confer.

Thank you Michael

Let's get on the phone again.  This is not at all what we contemplated, nor how we do it here.  I was expecting we provide each other our sections tomorrow by 5, with revisions on Friday by 5.  We can then file the final.  The proposal below is not acceptable to us.

**From:** Lanci, Michael A <Michael.Lanci@skadden.com>
**Sent:** Wednesday, April 19, 2023 1:46 PM
**To:** Steve Williams <SWilliams@saverilawfirm.com>; Kathleen McMahon <KMcMahon@saverilawfirm.com>; David Seidel <dseidel@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Amara Getzell <Agetzell@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Cc:** Van Ness, Caroline <Caroline.VanNess@skadden.com>; Sunshine, Steven C <Steve.Sunshine@skadden.com>; York, Julia K <Julia.York@skadden.com>; Kreiner, Evan R <Evan.Kreiner@skadden.com>
**Subject:** RE: Today's Meet and Confer.

Counsel,

Thank you for the discussion earlier this afternoon.  As we had noted during the discussion, given various developments in the case, we think it makes sense to brief our dispute by presenting our updated positions to the Court in a 5-page joint statement, as is permitted by Judge Corley's Standing Order.  You suggested that Plaintiffs would be amenable to briefing the dispute in a joint statement, and we noted we would follow up with a proposed briefing schedule.  Please see below a proposed briefing schedule, which affords Activision and Plaintiffs 3 business days for each portion of the briefing:

- April 24, 2023: Activision to provide Plaintiffs with its portion of the joint statement

- April 27, 2023: Plaintiffs to insert their portion of the joint statement

- May 2, 2023: Activision to provide reply edits to its portion, if any, and to send final version of the joint statement to Plaintiffs for sign off

- May 3, 2023: Activision to file the joint statement

We believe this proposal adheres to Judge Corley's guidance in her Standing Order that those briefing a discovery dispute "are expected to plan for and cooperate in preparing the joint statement so that each side has adequate time to address the arguments."  We also note that this proposal will permit briefing on a schedule that is considerably expedited as compared to a duly noticed motion.  Please let us know if Plaintiffs are amenable to this proposal.

Thank you again, and please let us know if you'd like to discuss further.

Best,
Michael

**Michael A. Lanci**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
T: +1.212.7353423 | F: +1.917.777.3423
michael.lanci@skadden.com

**From:** Lanci, Michael A (NYC)
**Sent:** Wednesday, April 19, 2023 12:07 AM