**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | **[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE FOR MOTION TO COMPEL DEPOSITIONS OF (1) ROBERT A. KOTICK AND (2) ACTIVISION** |
| v. | |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | Hon. Jacqueline Scott Corley<br>Complaint Filed: December 20, 2022 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Administrative Motion to Shorten the Briefing Schedule for their Motion to Compel Depositions of (1) Robert A. Kotick and (2) Activision (ECF No. 125) (the "Administrative Motion"), the Court hereby **DENIES** Plaintiffs' Administrative Motion. Consistent with Northern District of California Local Rule 7-3(a), Activision's Opposition to Plaintiffs' Motion to Compel Depositions of (1) Robert A. Kotick and (2) Activision (ECF No. 126) is due on or before May 5, 2023.

**IT IS SO ORDERED**

DATED: April ___, 2023          By: _____

                                Judge Jacqueline Scott Corley
                                United States District Court Judge