Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:    (415) 434-8900
Facsimile:     (415) 434-9200
Email:          jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:     (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                    swilliams@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    eabuchanan@saverilawfirm.com
                    dseidel@saverilawfirm.com
                    kmcmahon@saverilawfirm.com

(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>   Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Status Conference Date: April 27, 2023<br>Time: 1:00 PM<br>Location: Courtroom 8<br>Judge: Hon. Jacqueline Scott Corley |

Pursuant to the Court's Order following the April 12, 2023 Status Conference, the parties through their undersigned counsel submit the following joint status report.

## I.   Currently Pending Motions

On April 19, 2023, Defendant Microsoft Corporation filed a Motion to Dismiss Plaintiffs' First Amended Complaint.  On April 21, 2023, Plaintiffs filed a motion for a Preliminary Injunction.  The same day, Plaintiffs filed (a) a motion to compel against Activision, the party to be acquired, seeking the depositions of (1) Robert A. Kotick and (2) a corporate designee pursuant to Federal Rule of Civil Procedure 30(b)(6) and (b) a motion to have the motion to compel against Activision heard on an abbreviated briefing schedule.

## II.   Party Discovery

Microsoft is continuing to make productions to Plaintiffs in accordance with the Parties' agreements and the Court's orders. Plaintiffs seek depositions of Microsoft witnesses. Pursuant to the parties' meet and confer discussions, Plaintiffs served deposition notices on Microsoft for six witnesses they intend to depose. Microsoft has agreed to provide written responses and objections by tomorrow, April 26, 2023. The parties will submit a joint letter to the Court setting forth any unresolved issues. Microsoft has also noticed the Plaintiffs' depositions, to take place after May 12 (Microsoft does not believe any depositions are necessary prior to the May 12 hearing).

Microsoft has served written discovery on Plaintiffs.

## III.   Non-Party Discovery

**Plaintiffs' Non-Party Discovery Update:**

Plaintiffs have served the following non-party subpoenas:

(1) 30(b)(1) and 30(b)(6) subpoenas and document requests on Activision Blizzard, Inc. ("Activision");

(2) 30(b)(1) and 30(b)(6) subpoenas and document requests on Nintendo of America, Inc., ("Nintendo");

(3) A 30(b)(6) subpoena and document request on Sony Interactive Entertainment LLC ("Sony"); and

(4) a 30(b)(6) subpoena and document request on Nvidia Corporation ("Nvidia").

1. *Activision*

On April 21, 2023, Plaintiffs filed a motion to compel deposition testimony from Activision and its CEO Robert A. Kotick.

2. *Nintendo*

On January 27, 2023, Plaintiffs issued a subpoena to Nintendo and its CEO, Mr. Bowser. Plaintiffs and Nintendo had agreed to a deposition date of March 22, 2023, and Plaintiffs were prepared to take the deposition. However, after the Court dismissed the complaint with leave to amend, Nintendo refused to produce a witness on the scheduled deposition date. On April 14, 2023, following the filing of an Amended Complaint, Plaintiffs served a deposition subpoena on Nintendo's CEO, Mr. Bowser for April 25, 2023. On April 24, 2023, the day before the deposition was to occur in Seattle, counsel for Mr. Bowser informed Plaintiffs that they did not know if Mr. Bowser would appear for his deposition and did not have authority to inform Plaintiffs if he would. Considering required travel, and Nintendo's inability to confirm the deposition would proceed, Plaintiffs were forced to reschedule the Bowser deposition for a future date. On April 24, 2023, Nintendo of America, Inc. filed a motion to quash the subpoena of Doug Bowser in the Western District of Washington.

3. *Sony*

On January 27, 2023, Plaintiffs issued a subpoena to Sony Interactive Entertainment, LLC ("Sony") and its CEO Jim Ryan. In lieu of a deposition at this time, Sony agreed to make certain documents available to Plaintiffs. Sony made a production of documents to Plaintiffs on March 9, 2023. Plaintiffs issued a second deposition subpoena to Sony with a request for production of documents on March 10, 2023. After the entry of a Supplemental Protective Order with an "Outside Counsel Only" provision, Sony made a second production of material to Plaintiffs on March 17, 2023. Plaintiffs continue to discuss appropriate dates for the deposition of Sony employees. Plaintiffs are meeting and conferring with Sony counsel to obtain the recent depositions from the FTC matter. Sony is producing all documents that it produces to Plaintiffs to Defendants as well.

4. *Nvidia*

On March 3, 2023, Plaintiffs served a document production subpoena on Nvidia with a return date of March 14, 2023. On March 15, 2023, Nvidia served Objections and Responses to Plaintiffs'

Subpoena. On April 17, 2023, Plaintiffs and Nvidia counsel had a meet and confer regarding the request for production of documents to the FTC and the deposition of certain Nvidia employees. Counsel for Nvidia informed Plaintiffs on the meet and confer call that they would respond to Plaintiffs' request. At the time of this filing, Nvidia has yet to respond to Plaintiffs regarding their request for documents, or available dates for deposition.

**Defendant's Third-Party Discovery Update:**

Microsoft plans to cross-notice depositions of Nintendo and Sony witnesses.

### IV.   Alternative Dispute Resolution

**Plaintiffs' Position:**

Plaintiffs do not believe ADR is appropriate in this case.

**Defendant's Position:**

Microsoft is open to ADR at an appropriate time.


Dated: April 25, 2023                    By:    */s/ Joseph R. Saveri*
                                                Joseph R. Saveri

                                         Joseph R. Saveri (State Bar No. 130064)
                                         Steven N. Williams (State Bar No. 175489)
                                         Cadio Zirpoli (State Bar No. 179108)
                                         Elissa Buchanan (State Bar No. 249996)
                                         David H. Seidel (State Bar No. 307135)
                                         Kathleen J. McMahon (State Bar No. 340007)
                                         **JOSEPH SAVERI LAW FIRM, LLP**
                                         601 California Street, Suite 1000
                                         San Francisco, California 94108
                                         Telephone:    (415) 500-6800
                                         Facsimile:    (415) 395-9940
                                         Email:        jsaveri@saverilawfirm.com
                                         swilliams@saverilawfirm.com
                                         czirpoli@saverilawfirm.com
                                         eabuchanan@saverilawfirm.com
                                         dseidel@saverilawfirm.com
                                         kmcmahon@saverilawfirm.com

                                         Plaintiffs' Counsel

| | | |
|---|---|---|
| Dated: April 25, 2023 | By: | /s/ Valarie C. Williams |

                                          Valarie C. Williams
                                          B. Parker Miller
                                          Tania Rice
                                          Alston & Bird LLP

                                          Beth A. Wilkinson
                                          Rakesh N. Kilaru
                                          Kieran G. Gostin
                                          Anastasia M. Pastan
                                          Jenna Pavelec
                                          Wilkinson Stekloff LLP

                                          *Counsel for Defendant Microsoft Corporation*

**Filer's Attestation**

      Each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

                                                              By: */s/ Valarie C. Williams*
                                                                    Valarie C. Williams