UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 22-cv-08991-JSC <br><br> **ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL** <br><br> Re: Dkt. No. 125 |

Plaintiffs move to shorten time for Activision Blizzard, Inc. ("Activision") to file an opposition to Plaintiffs' Motion to Compel Depositions of (1) Robert A. Kotick and (2) Activision. (Dkt. No. 125.) Plaintiffs argue no further briefing is required regarding Plaintiffs' Motion to Compel because the Court may resolve the issue on previous briefing by the parties. (Dkt. No. 125; *see* Dkt. No. 126-3.)

Activision requests the Court deny Plaintiffs' motion to shorten the briefing schedule because Plaintiffs have failed to identify substantial harm or prejudice to Plaintiffs under Civil Local Rule 6-3(a)(3). (Dkt. No. 150.) Activision further states additional briefing would help the Court resolve the issue because "since Activision and Plaintiffs last appeared before this Court, Activision has produced over one million documents and 11 transcripts of investigational hearings and depositions, including two examinations of Activision's CEO, Robert A. Kotick." (Dkt. No. 150 at 2.)

Activision's argument is well taken. Plaintiff's motion is DENIED. Activision's deadline to file an opposition remains May 5, 2023.

**IT IS SO ORDERED.**

Dated: April 27, 2023

JACQUELINE SCOTT CORLEY
United States District Judge