Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran G. Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF CYNTHIA RANDALL IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S STATEMENT IN SUPPORT OF SEALING PORTIONS OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Jacqueline Scott Corley |

I, Cynthia Randall, declare as follows:

1. I am Associate General Counsel at Microsoft Corporation. I have knowledge of the matters set forth in this declaration, and I could and would competently testify thereto if called to do so.

2. I make this declaration in support of Microsoft's Statement in Support of Sealing Portions of Plaintiffs' Motion for Preliminary Injunction. From the course of my duties and responsibilities, I have knowledge of Microsoft's business practices and its treatment of certain types of documents and information as confidential—including the types of documents and information that are at issue here.

3. I have reviewed and am familiar with the portions of Plaintiffs' Motion for Preliminary Injunction and accompanying exhibits that Plaintiffs filed under seal because they contained information designated by Microsoft as Highly Confidential. Those portions are listed in Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [Dkt. 133]. That material contains Microsoft's internal business strategy and analysis. For example, it attaches and quotes from internal strategy presentations, discussions, and analysis used in Microsoft's decision-making.

4. It could cause competitive harm to Microsoft if this material were publicly disclosed. For example, competitors could copy Microsoft's business strategies or use them to obtain a competitive advantage. This material is not disseminated beyond limited Microsoft employees. Microsoft takes reasonable steps to maintain the confidentiality of these documents. It produced them to the FTC and in this action as Highly Confidential.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 27, 2023.

*Cynthia Randall*