1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF (1) ROBERT A. KOTICK AND (2) ACTIVISION** |
| v. | |
| MICROSOFT CORPORATION, a Washington corporation, | Date: June 1, 2023<br>Time: 10:00 a.m.<br>Location: Courtroom 8—19th Floor<br>Judge: Hon. Jacqueline Scott Corley |
| Defendant. | |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Compel Depositions of (1) Robert A. Kotick and (2) Activision (ECF No. 126) (the "Motion"), the Court hereby **DENIES** Plaintiffs' Motion.

**IT IS SO ORDERED**

DATED: May __, 2023                                   By: _____

                                                                                            Judge Jacqueline Scott Corley
                                                                                           United States District Court Judge