1 | Valarie C. Williams (Bar No. 335347)
2 | Tania Rice (Bar No. 294387)
  | Alston & Bird LLP
3 | 560 Mission Street, Suite 2100
  | San Francisco, CA 94105
4 | Telephone: (415) 243-1000
  | valarie.williams@alston.com
5 | tania.rice@alston.com

6 | B. Parker Miller (*pro hac vice*)
  | Alston & Bird LLP
7 | 1201 West Peachtree Street, Suite 4900
  | Atlanta, GA 30309
8 | Telephone: (404) 881-7000
  | parker.miller@alston.com
9 |

10 | Beth Wilkinson (*pro hac vice*)
   | Rakesh N. Kilaru (*pro hac vice*)
11 | Kieran Gostin (*pro hac vice*)
   | Anastasia M. Pastan (*pro hac vice*)
12 | Jenna Pavelec (*pro hac vice*)
   | Wilkinson Stekloff LLP
13 | 2001 M Street NW, 10th Floor
   | Washington, DC 20036
14 | Telephone: (202) 847-4000
15 | bwilkinson@wilkinsonstekloff.com
   | rkilaru@wilkinsonstekloff.com
16 | kgostin@wilkinsonstekloff.com
   | apastan@wilkinsonstekloff.com
17 | jpavelec@wilkinsonstekloff.com

18 | *Counsel for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, *et al.*, | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | **DECLARATION OF CYNTHIA RANDALL IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | Hon. Jacqueline Scott Corley |

I, Cynthia Randall, declare as follows:

1. I am Associate General Counsel at Microsoft Corporation. I have knowledge of the matters set forth in this declaration, and I could and would competently testify thereto if called to do so.

2. I make this declaration in support of Microsoft's Administrative Motion to File Under Seal, which relates to materials attached to Microsoft's Opposition to Plaintiffs' Motion for a Preliminary Injunction. From the course of my duties and responsibilities, I have knowledge of Microsoft's business practices and its treatment of certain types of documents and information as confidential—including the types of documents and information that are at issue in the Administrative Motion to File Under Seal and discussed in greater detail below.

3. The materials labeled as Confidential Contracts (Opp. at 15:9-15 & n.12; Kilaru Decl., Exs. C, D, E; Stuart Decl. ¶¶ 15, 16; Stuart Decl., Ex. C) are agreements that contain confidential terms, and testimony discussing those agreements, negotiations, and related business strategy. Each agreement contains a confidentiality provision that prohibits Microsoft from disclosing its terms. Additionally, Exhibit C to the Stuart Declaration contains sensitive and confidential disclosures and business information. It would cause competitive harm to Microsoft and third parties if these documents were publicly disclosed. For example, Microsoft negotiates agreements with other video game developers, and it could harm Microsoft's negotiating position if those developers could compare the terms of these agreements (or offered agreement). The terms of the agreements and related testimony also divulge Microsoft's strategy in the market, which could be copied or used by its competitors to obtain a competitive advantage. Microsoft takes reasonable steps to maintain the confidentiality of these documents. It produced them to the FTC and in this action as Highly Confidential.

4. The materials labeled Business Strategy (Opp. at 15:3, 15:19, 15:20, 16:17-18; Stuart Decl. ¶¶ 8, 17-21; Stuart Decl., Ex. B) contain and discuss internal, confidential business strategies and analyses. They relate to an internal strategy presentation to Microsoft's board of directors, used in Microsoft's decision-making. It contains detailed internal analysis of, for example, the expected value of the merger, communications strategies, and diligence findings. It would cause competitive

harm to Microsoft if these documents were publicly disclosed. For example, competitors could capitalize on this insight to exploit Microsoft's internal strategies. Microsoft takes reasonable steps to maintain the confidentiality of this information and does not disseminate it beyond limited internal employees. It produced the underlying documents to the FTC and in this action as Highly Confidential.

      I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 5, 2023.

_Cynthia Randall_