1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>     Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Jacqueline Scott Corley |

The Court has reviewed Microsoft Corporation's ("Microsoft") Administrative Motion to File Under Seal Portions of Opposition to Motion for Preliminary Injunction.  The Court rules as follows:

| Documents or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Microsoft's Opposition to Plaintiffs' Motion for Preliminary Injunction (Irreparable Harm and Bond) ("Opp."), at 15:3, 15:19, 15:20, 16:17-18 | Randall Decl. in support of Admin. Motion to Seal ("Randall Sealing Decl.") ¶ 4 | |
| Opp. at 15:9-15 & n.12 | Randall Sealing Decl. ¶ 3 | |
| Kilaru Decl., Ex. C | Randall Sealing Decl. ¶ 3 | |
| Kilaru Decl., Ex. D | Randall Sealing Decl. ¶ 3 | |
| Kilaru Decl., Ex. E | Randall Sealing Decl. ¶ 3 | |
| Stuart Decl.  ¶¶ 8, 17-21 | Randall Sealing Decl. ¶ 4 | |
| Stuart Decl.  ¶¶ 15, 16 | Randall Sealing Decl. ¶ 3 | |
| Stuart Decl., Ex. B | Randall Sealing Decl. ¶ 4 | |
| Stuart Decl., Ex. C | Randall Sealing Decl. ¶ 3 | |

IT IS SO ORDERED.


DATED:

_____
Judge Jacqueline Scott Corley
United States District Court Judge

1