|   |   |
|---|---|
| 1 | Valarie C. Williams (Bar No. 335347) |
|   | Tania Rice (Bar No. 294387) |
| 2 | Alston & Bird LLP |
|   | 560 Mission Street, Suite 2100 |
| 3 | San Francisco, CA 94105 |
|   | Telephone: (415) 243-1000 |
| 4 | valarie.williams@alston.com |
|   | tania.rice@alston.com |

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran G. Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 22-cv-08991-JSC |
| *Plaintiffs*, | **PROOF OF SERVICE** |
| v. | Hon. Jacqueline Scott Corley |
| MICROSOFT CORPORATION, | |
| *Defendant.* | |

# PROOF OF SERVICE

I, Valarie Williams, declare:

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Alston & Bird LLP, 560 Mission Street, Suite 2100, San Francisco, CA  94105.

On May 5, 2023, I served MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION, along with all attachments, on the interested parties in this action by emailing it to the recipients listed below:

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
David H. Seidel (State Bar No. 307135)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Email: jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
dseidel@saverilawfirm.com

Joseph M. Alioto (SBN 42680)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 5, 2023, at San Francisco, California.

*/s/ Valarie C. Williams*
Valarie C. Williams