Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, *et al.*, <br><br>                              Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br>                              Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Hon. Jacqueline Scott Corley |

Defendant Microsoft Corporation ("Microsoft") hereby moves the Court, pursuant to Civil Local Rules 7-11 and 79-5(f), for an administrative order to file under seal the following documents belonging to non-party Activision Blizzard, Inc., which has designated the materials as "Highly Confidential – Outside Counsel Only":

- Microsoft's Opposition to Plaintiffs' Motion for Preliminary Injunction (Irreparable Harm and Bond) ("Opp."), at 8:25-26;
- Declaration of Rakesh Kilaru in Support of Microsoft Corporations' Motion to Dismiss Amended Complaint ("Kilaru Decl."), Ex. B – portion of the transcript of the deposition testimony of Bobby Kotick in the FTC Adjudicative Proceeding;
- Kilaru Decl., Ex. F – portion of the transcript of an FTC investigational hearing of Christopher Schnakenberg; and
- Kilaru Decl., Ex. G – portion of the transcript of an FTC investigational hearing of Christopher Schnakenberg.

Local Rule 79-5(f) states that, "[f]or any document a party . . . seeks to seal because that document has been designated as confidential by another party or non-party" the filing party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed."  That motion "must identify each document or portions thereof for which sealing is sought," but does not need to include the showing required in subsection (c)(1) of Local Rule 79-5, which would otherwise require "a specific statement of the applicable legal standard and the reasons for keeping a document under seal."  L.R. 79-5(f)(1).

Pursuant to Local Rule 79-5(d), unredacted versions of these materials are attached hereto.

Dated: May 5, 2023                                          Respectfully submitted,


                                                            By:  /s/ Valarie C. Williams

                                                            Valarie C. Williams
                                                            B. Parker Miller
                                                            Tania Rice
                                                            Alston & Bird LLP

|   |   |
|---|---|
| 1 | Beth A. Wilkinson |
| 2 | Rakesh N. Kilaru |
|   | Kieran Gostin |
| 3 | Anastasia M. Pastan |
|   | Jenna Pavelec |
| 4 | Wilkinson Stekloff LLP |
| 5 | *Counsel for Defendant Microsoft Corporation* |