Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DANTE DEMARTINI, *et al.*,

                    Plaintiffs,

v.

MICROSOFT CORPORATION,

                    Defendant.

Case No. 3:22-cv-08991-JSC

**DECLARATION OF VALARIE C. WILLIAMS IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Hon. Jacqueline Scott Corley

I, Valarie C. Williams, do hereby declare and state as follows:

1.      I am an attorney admitted to practice law in the State of Georgia and before this Court. I am a Partner with the law firm of Alston & Bird, counsel of record for Defendant, Microsoft Corporation.  I have knowledge of the matters set forth in this declaration, and I could and would competently testify thereto if called to do so.  I make this declaration in support of Microsoft's Motion to Consider Whether Another Party's Material Should Be Sealed.

2.      Microsoft Corporation seeks to file documents produced by non-party Activision Blizzard, Inc. under seal because they have been marked as "Highly Confidential" and "Outside Counsel Only."

Dated: May 5, 2023                                    Respectfully submitted,


By:   */s/ Valarie C. Williams*_____

Valarie C. Williams

1