Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran G. Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Jacqueline Scott Corley<br>Date: May 12, 2023<br>Time: 10:00 a.m.<br>Courtroom: 8 – 19th Floor |

I, Rakesh N. Kilaru, declare as follows:

1. I am an attorney with the law firm of Wilkinson Stekloff LLP. I am counsel of record for Defendant Microsoft Corporation ("Microsoft") in this action. I am also counsel for Microsoft in an investigation (File No. 221-0077) and Adjudicative Proceeding (No. 9412) brought by the Federal Trade Commission. I have knowledge of the matters set forth in this declaration, and I could and would competently testify hereto if called to do so.

2. Attached as Exhibit A is a true copy of the Declaration of Peter Leipzig used in support of the plaintiffs' motion for preliminary injunction in the case *Boardman et. al. v. Pacific Seafood Group, et. al.* as seen on Docket No. 1:15-cv-108-MC, ECF No. 26.

3. On March 17, 2023, the deposition of Bobby Kotick was taken by the FTC as part of the Adjudicative Proceeding. Exhibit B is a true copy of a portion of the transcript of Mr. Kotick's testimony. It was marked as Highly Confidential in that proceeding and when reproduced in this action.

4. On March 24, 2023, the deposition of Sarah Bond was taken by the FTC as part of the Adjudicative Proceeding. Exhibit C is a true copy of a portion of the transcript of Ms. Bond's testimony. It was marked as Highly Confidential in that proceeding and when reproduced in this action.

   a. Exhibit D is a true copy of a document introduced as Exhibit PX1779 at Ms. Bond's deposition. It is a true and accurate copy of the contract between Microsoft and Nintendo Co., Ltd. dated February 10, 2023. It has been marked Highly Confidential.

   b. Exhibit E is a true copy of a document introduced as Exhibit PX1781 at Ms. Bond's deposition. It is a true and accurate copy of the contract between Microsoft and NVIDIA Corporation, dated February 20, 2023. It has been marked Highly Confidential.

5. On September 23, 2022, the sworn investigational hearing testimony of Christopher Schnakenberg was taken by the FTC. Exhibit F is a true copy of a portion of the transcript of Mr. Schnakenberg's testimony. It was marked as Highly Confidential in that proceeding and when reproduced in this action. Exhibit G is a true copy of a separate portion of the transcript of Mr. Schnakenberg's testimony. It was marked as Highly Confidential in that proceeding and when

reproduced in this action.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2023.

_____
Rakesh N. Kilaru