# EXHIBIT A
# TO KILARU DECLARATION

**Michael E. Haglund,** OSB No. 772030
email: mhaglund@hk-law.com
**Michael K. Kelley,** OSB No. 853782
email: mkelley@hk-law.com
**Shay S. Scott,** OSB No. 934214
email: sscott@hk-law.com
**Sara Ghafouri**, OSB No. 111021
sghafouri@hk-law.com
**HAGLUND KELLEY LLP**
200 SW Market Street, Suite 1777
Portland, OR 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Medford Division)

| | |
|---|---|
| JEFF BOARDMAN, DENNIS RANKIN, ROBERT SEITZ, TODD L. WHALEY, LLOYD D. WHALEY, SOUTH BAY WILD, INC., MISS SARAH, LLC, and MY FISHERIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC SEAFOOD GROUP, OCEAN GOLD HOLDING CO., INC., DULCICH, INC., FRANK DULCICH, PACIFIC SEAFOOD GROUP ACQUISITION COMPANY, INC., PACIFIC SEAFOOD WASHINGTON ACQUISITION CO., INC., BANDON PACIFIC, INC., BIO-OREGON PROTEIN, INC., PACIFIC CHOICE SEAFOOD COMPANY, PACIFIC COAST SEAFOODS COMPANY, PACIFIC GARIBALDI, INC., PACIFIC GOLD SEAFOOD COMPANY, PACIFIC PRIDE SEA FOOD COMPANY, PACIFIC SEA FOOD CO., PACIFIC SURIMI CO., INC., PACIFIC TUNA | Case No.: 1:15-cv-00108-CL <br><br> **DECLARATION OF PETER LEIPZIG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

PAGE 1 – **DECLARATION OF PETER LEIPZIG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

COMPANY, LLC, WASHINGTON CRAB
PRODUCERS, INC., PACIFIC ALASKA
SHELLFISH, INC., SEA LEVEL
SEAFOODS, LLC, ISLAND FISH CO.,
LLC, PACIFIC RESURRECTION BAY,
PACIFIC CONQUEST, INC.,
CALAMARI, LLC, JO MARIE LLC,
LESLIE LEE, LLC, MISS PACIFIC, LLC,
PACIFIC FUTURE, LLC, PACIFIC
GRUMPY J, LLC, PACIFIC HOOKER,
LLC, PACIFIC HORIZON, LLC,
PACIFIC KNIGHT, LLC, PRIVATEER
LLC, SEA PRINCESS, LLC, TRIPLE
STAR, LLC, PACIFIC FISHING, LLC,
PACIFIC SEA FOOD OF ARIZONA,
INC., STARFISH INVESTMENTS, INC.,
DULCICH SURIMI, LLC, BIO-OREGON
PROPERTIES, LLC, PACIFIC GROUP
TRANSPORT CO., PACIFIC
MARKETING GROUP, INC., PACIFIC
RUSSIA, INC., PACIFIC RUSSIA
VENTURES, LLC, PACIFIC TUNA
HOLDING COMPANY, INC., POWELL
STREET MARKET LLC, PACIFIC
FRESH SEA FOOD COMPANY,
SEACLIFF SEAFOODS, INC., COPPER
RIVER RESOURCE HOLDING CO.,
INC., PACIFIC COPPER RIVER
ACQUISITION CO., INC., SEA LEVEL
SEAFOODS ACQUISITION, INC.,
ISLAND COHO, LLC, S & S SEAFOOD
CO., INC., PACIFIC SEAFOOD DISC,
INC., DULCICH REALTY, LLC,
DULCICH REALTY ACQUISITION,
LLC, and DULCICH JET, LLC,

Defendants.

I, Peter Leipzig, being sworn, say:

1.      I have worked for the Fishermen's Marketing Association since 1978 and have

served as the executive director for the last 34 years.  I make this declaration based upon my own

personal knowledge.

PAGE 2 – **DECLARATION OF PETER LEIPZIG IN
SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

Haglund Kelley LLP
200 SW Market Street, Suite 1777
Portland, OR  97201
Tel: (503) 225-0777 / Fax:  (503) 225-1257
*0000031209H073PL13*

2.      The Fishermen's Market Association (FMA) was founded in 1952 in order to promote stable prices and an orderly flow of seafood products to the consumer.  The FMA membership is composed of trawl vessel owners, skippers and deckhands.  At present, FMA members supply groundfish and shrimp to West Coast seafood processors from Bellingham, Washington to Monterey, California.

3.      Our Association is divided into districts with each district electing members to the FMA board of directors.  Our headquarters and the office where I work is located in McKinleyville, California.

4.      Part of my job as executive director is to closely follow developments within the West Coast fishing industry and to advocate for the interests of the FMA before the U.S. Congress, state legislatures in Washington, Oregon and California and the Pacific Fisheries Management Council.

5.      West Coast fishermen depend upon healthy competition within the processor sector to establish prices for the fish that they sell to earn their livelihood.  During the last 20 years, the FMA's single greatest concern has been the growth of Pacific Seafood Group and its acquisition of so much market power in the groundfish, whiting, shrimp and crab fisheries on the West Coast.  I believe that Pacific Seafood Group has used that power to set prices below those that would prevail in a competitive market and it has disciplined its competition into followings its lead.  As a result, in 2009, for example, West Coast fishermen were being paid prices for shrimp, crab, whiting and groundfish that were no better than or less than those paid 15 years earlier in 1995.  From what I observed during this period, this occurred even though the prices paid by the consumer over the same period were substantially higher and fishermen were

PAGE 3 –  **DECLARATION OF PETER LEIPZIG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Haglund Kelley LLP
200 SW Market Street, Suite 1777
Portland, OR  97201
Tel: (503) 225-0777 / Fax: (503) 225-1257
0000031209H073PL13

experiencing significantly higher operating costs, especially fuel, which is the single largest cost of operating a fishing vessel.

6.      During my years with the FMA, we have tracked the significant reduction in the number of fish processors over the last 30 years. At the request of plaintiffs' counsel, I reviewed FMA records and consulted with knowledgeable FMA members and other industry sources to document the number of processors on the West Coast that existed in 1980 (75), 1990 (63), 2000 (26) and 2010 (18). In the 20 years between 1980 and 2010, our industry suffered a 76% drop in the number of seafood processors on the West Coast. The details of this data are attached as Exhibit A.

7.      Market conditions along the West Coast continued the same pattern in 2010. Pacific Seafood Group was the first to set its price and the other major processors followed with that price or prices that were very close to those established by Pacific Seafood Group. As a result, West Coast fishermen struggled financially during the period of 2006-10. One of the best indicators of this was the state of fishing vessel maintenance up and down the West Coast. In the more than three decades that I have spent working for the FMA and visiting our Association's members in every port every year, I had never seen the overall state of maintenance at a lower level than what existed throughout 2010. At the prices that were paid during the years 2005 through 2010, most fishermen were forced to defer maintenance expenses that otherwise would have been a routine part of their yearly operations.

8.      Beginning in 2011, while an antitrust case against Pacific Seafood Group was pending, we started to see some change in the ex vessel markets. The larger processors who competed with Pacific Seafood Group were more active, and appeared not to be as fearful of Pacific Seafood Group. A good example was the new pricing for groundfish species as of

PAGE 4 – **DECLARATION OF PETER LEIPZIG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

January 2011. In 2010, Pacific Seafood Group set the prices for Dover sole at 30 cents per pound and for Petrale sole at 75 cents per pound. For Dover, there was also a 10,000 pound limit on the 30-cent price. Any volume above that limit was priced at only 10 cents per pound. Once Pacific Seafood Group established these prices, they prevailed throughout 2010 and were largely followed by competitor processors. In January of 2011, Bornstein Seafoods was the first to offer groundfish pricing and did so at significantly higher levels: 42 cents per pound for Dover sole without a poundage limit and $1.50 to $2.00 per pound for Petrale sole depending on quality. Unblemished Petrale sole fetched a $2.00 per pound price from Bornstein Seafoods. Pacific Seafood then matched the Dover sole price and began offering $1.50 per pound for Petrale sole.

9.      From my perspective, the changes that we observed in the Dover and Petrale sole ex vessel prices in 2011 were encouraging signs of more healthy competition for groundfish. I believed then those developments were attributable to two major factors: the *Whaley* antitrust case and the rationalization of the groundfish and whiting fisheries through the implementation of an IFQ (individual fish quota) system that became effective on January 1, 2011.

10.     I understand that Pacific Seafood Group negotiated a deal in 2014 to acquire Ocean Gold Seafoods, Inc. and its affiliated companies. If this transaction were to close, it would only enhance the already dominant market power positions of Pacific Seafood Group in the groundfish, whiting and shrimp markets on the West Coast. Our markets would suffer yet another loss of a potential competitor to aggressive consolidation by Pacific Seafood Group. It would be far better for our industry and the competitiveness that is critical to fair ex vessel pricing if Ocean Gold Seafoods were to become completely independent of Pacific Seafood Group either on its own or through a sale to one of Pacific Seafood Group's existing competitors or a new entrant into the market.

PAGE 5 – **DECLARATION OF PETER LEIPZIG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Haglund Kelley LLP
200 SW Market Street, Suite 1777
Portland, OR 97201
Tel: (503) 225-0777 / Fax: (503) 225-1257
*0000031209H073PL13*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 28th day of January, 2015.

_____
Peter Leipzig

PAGE 6 –  **DECLARATION OF PETER LEIPZIG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Haglund Kelley LLP
200 SW Market Street, Suite 1777
Portland, OR 97201
Tel: (503) 225-0777 / Fax: (503) 225-1257
0000031209H073PL13

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2015, I served the foregoing

**DECLARATION OF PETER LEIPZIG IN SUPPORT OF PLAINTIFFS' MOTION FOR**

**PRELIMINARY INJUNCTION**, the following by the following indicated method(s):

> Michael J. Esler
> John W. Stephens
> Kim T. Buckley
> Esler Stephens & Buckley, LLP
> 121 SW Morrison St., Ste. 700
> Portland, OR 97204-2021
> esler@eslerstephens.com
> stephens@eslerstephens.com
> buckley@eslerstephens.com

☐     by **mailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorneys at their last known office address, and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐     by **emailing** a full, true and correct copy thereof to the foregoing attorneys at their last known email addresses on the date set forth above.

☐     by causing a full, true and correct copy thereof to be **hand delivered** to the attorneys at their last known address listed above on the date set forth above.

☐     by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorneys as shown above on the date set forth above.

☐     by **faxing** a full, true and correct copy thereof to the attorneys at the fax number shown above, which is the last-known fax number for the attorneys' office on the date set forth above.

☒     by transmitting full, true and correct copies thereof to the attorneys through the court's Cm/ECF system on the date set forth above.

/s/Michael E. Haglund                   

**PAGE 1 -- CERTIFICATE OF SERVICE**

# DECLARATION OF PETER LEIPZIG

# Exhibit A

## WEST COAST SEAFOOD PROCESSORS
### (1980-2010)

| Company | 1980 | 1990 | 2000 | 2010 |
|---|---|---|---|---|
| Caito Fisheries | | | | |
|     Caito Fisheries | x | x | x | x |
|     Western California Fish Co. | x | | | |
|     Del Monte Fish Co. | x | | | |
| | | | | |
| California Shellfish Co. | | | | |
|     California Shellfish Co. | x | x | x | x |
|     Point St.George | x | x | | |
|     Alaska Packers | x | | | |
|     The Tides | x | x | | |
|     Hallmark Fisheries | x | x | x | x |
|     Humboldt Seafoods | x | | | |
|     Pt Adams Packing | x | x | x | x |
| | | | | |
| Ocean Beauty | | | | |
|     Ocean Beauty | | | | x |
|     Ocean Foods | x | x | | |
|     Kaskco Seafoods | x | | | |
|     Chinook Packing | x | x | | |
|     South Coast Seafoods | | x | | |
|     Oregon Coast Seafoods | x | | | |
| | | | | |
| Pacific Seafood Group | | | | |
|     Pacific Choice Seafoods | | x | x | x |
|     Pacific Coast Seafoods | | x | x | x |
|     Pacific Shrimp | | | x | x |
|     Bandon Pacific | | | x | x |
|     Washington Crab Producers | | | x | x |
|     Pacific Seafoods | | x | x | x |
| | | | | |
| Peterson Seafoods | | | | |
|     Peterson Seafoods | x | | | |
|     Tap Fisheries | x | | | |
| | | | | |
| Albers Seafood | | | x | x |
| Anchor Seafoods | x | | | |
| Astoria Dock Co. | | x | | |
| Astoria Fish Factors | x | | | |
| Astoria Seafoods | x | x | | |
| Bandon Fisheries | x | x | | |
| Barbey Packing | x | | | |
| Bayside Seafoods | x | | | |
| Bob Morrell Enterprises | | x | | |
| Bornstein Seafoods | x | x | x | x |
| Brandon King Seafoods | | x | | |
| Bumble Bee Seafoods | x | | | |
| Cape Mendocino Fisheries | | x | | |
| Castle Rock Seafood | x | x | | |
| Central Coast Seafoods | | x | | |
| Central Pacific Seafoods | | x | | |

Page 1 of 3

**WEST COAST SEAFOOD PROCESSORS**
**(1980-2010)**

| Company | 1980 | 1990 | 2000 | 2010 |
|---|---|---|---|---|
| Charter Ocean Products | x | | | |
| Chuck's Seafood | x | | | |
| Colontino Rose | x | | | |
| Cordero/Winston & Co. | | x | | |
| Crescent City Fresh Crab | | x | | |
| Crescent Fisheries | x | | | |
| Del Mar Seafoods | | x | x | x |
| Depoe Bay Fisheries | x | x | x | |
| Estero Bay Fish Co. | | x | | |
| Eureka Fisheries | x | x | x | |
| F. Alioto Fish Co. | x | x | x | |
| Fish Hawk Seafoods | | x | x | x |
| Grader Fish Co. | x | | | |
| Harbor Fisheries | x | | | |
| Hoy Brothers | x | x | | |
| Inner Tidal Seafoods | x | | | |
| J. Griffin & Co. | x | | | |
| Jessie's Ilwaco Fish Co. | x | x | x | x |
| Josphson's Smokehouse | x | | | |
| L. Martin & Sons | x | | | |
| Lucas Wharf | x | x | | |
| Marine Reef Fisheries | x | | | |
| Mark I Seafoods | | x | | |
| Mendocino Fisheries | | x | | |
| Meredith Fish Co. | x | x | | |
| Monterey Fish Co. | x | x | x | |
| Morro Bay Seafoods | | x | | |
| Moss Landing Seafoods | | | x | |
| New England Fish Co. | x | | | |
| Newport Seafoods | x | | | |
| Newport Shrimp | x | x | | |
| North Beach Star | x | | | |
| North Coast Fisheries | | x | x | x |
| North End Seafoods | | x | | |
| Noyo Pride Seafoods | x | x | | |
| Ocean Fresh | x | | | |
| Olde Port Fish Co. | x | x | x | |
| Pacific Shrimp of Warrenton | x | | | |
| Pacific Whiting Inc. | x | | | |
| Paladini Fish Co. | x | | | |
| Producers Seafoods | | x | | |
| Raymond Seafoods | | x | | |
| Regal Seafoods | x | x | | |
| San Francisco Fresh Crab | | x | | |
| San Pedro Trawlers Inc. | | x | | |
| Schnaubelt Fisheries | x | | | |
| Sea Pal's | | x | | |
| Sea Products | x | x | | |
| Sea Rock Fisheries | x | | | |
| Seafood Masters | x | | | |

**WEST COAST SEAFOOD PROCESSORS**
**(1980-2010)**

| Company | 1980 | 1990 | 2000 | 2010 |
|---|---|---|---|---|
| Smith's Pacific Seafoods | x | x | x | |
| Spencer and Sons | | x | | |
| Standard Fisheries | x | x | | |
| Tarantino Fish Co. | x | | | |
| Tom Lazio | x | | | |
| United Fisheries | x | | | |
| Washington Crab Producers | x | x | | |
| Westport Fish Co. | | x | | |
| Arrowac Fisheries | x | x | x | |
| Boundary Bay Seafoods | x | x | x | x |
| C K Fish | x | x | x | |
| Dakota Fisheries | x | x | | |
| Kelliher Seafoods | x | x | | |
| Shanks Seafoods | x | | | |
| Shannon Point Seafoods | x | x | | |
| Shell Dahl Seafoods | x | x | | |
| Steward Seafoods | x | | | |
| Zarana Fish (Seafoods) | x | x | | |
| **TOTAL PROCESSORS** | **75** | **63** | **26** | **18** |

## WEST COAST SHRIMP PROCESSORS
### (1980-2010)

| Company | 1980 | 1990 | 2000 | 2010 |
|---|---|---|---|---|
| California Shellfish Co. | | | | |
|     Point St.George | x | x | | |
|     Hallmark Fisheries | x | x | x | x |
|     Pt Adams Packing | x | x | | |
| | | | | |
| Ocean Beauty | | | | |
|     Ocean Foods | x | x | | |
|     South Coast Seafoods | | x | | |
|     Oregon Coast Seafoods | x | | | |
| | | | | |
| Pacific Seafood Group | | | | |
|     Pacific Choice Seafoods | | x | x | x |
|     Pacific Coast Seafoods | | x | x | x |
|     Pacific Shrimp | | | x | x |
|     Bandon Pacific | | | x | x |
|     Washington Crab Producers | | | x | x |
| | | | | |
| Peterson Seafoods | | | | |
|     Peterson Seafoods | x | | | |
|     Tap Fisheries | x | | | |
| | | | | |
| Astoria Seafoods | x | x | | |
| Bandon Fisheries | x | x | | |
| Bornstein Seafoods | x | x | x | x |
| Bumble Bee Seafoods | x | | | |
| Castle Rock Seafood | x | x | | |
| Crescent Fisheries | x | | | |
| Del Mar Seafoods | | x | x | |
| Depoe Bay Fisheries | x | x | x | |
| Eureka Fisheries | x | x | x | |
| Fish Hawk Seafoods | | x | x | |
| Hoy Brothers | x | x | | |
| Jessie's Ilwaco Fish Co. | x | x | x | |
| Meredith Fish Co. | x | x | | |
| New England Fish Co. | x | | | |
| Newport Seafoods | x | | | |
| Newport Shrimp | x | x | | |
| Pacific Shrimp of Warrenton | x | | | |
| Sea Products | x | x | | |
| Smith's Pacific Seafoods | x | x | x | |
| Tom Lazio | x | | | |
| Washington Crab Producers | x | x | | |
| | | | | |
| **TOTAL PROCESSORS** | **26** | **22** | **13** | **7** |