# EXHIBIT B
# TO KILARU DECLARATION
# FILED UNDER SEAL