# EXHIBIT C
# TO KILARU DECLARATION
# FILED UNDER SEAL