# EXHIBIT D
# TO KILARU DECLARATION
# FILED UNDER SEAL