# EXHIBIT E
# TO KILARU DECLARATION
# FILED UNDER SEAL