# EXHIBIT F
# TO KILARU DECLARATION
# FILED UNDER SEAL