# EXHIBIT G
# TO KILARU DECLARATION
# FILED UNDER SEAL