# EXHIBIT B
# TO STUART DECLARATION
# FILED UNDER SEAL