# EXHIBIT C
# TO STUART DECLARATION
# FILED UNDER SEAL