# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME** |

1 | Having considered Non-Party Sony Interactive Entertainment LLC's May 8, 2023 Unopposed Motion for Leave to File Out of Time, the Court hereby grants the Motion.

IT IS HEREBY ORDERED THAT Sony Interactive Entertainment's Unopposed Motion for Leave to File Out of Time is granted and any statement and/or declaration by Non-Party SIE shall be filed by May 11, 2023.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
The Honorable Jacqueline Scott Corley
UNITED STATES DISTRICT JUDGE