1  Joseph M. Alioto (State Bar No. 42680)
   Tatiana V. Wallace (State Bar No. 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 434-8900
4  Facsimile:     (415) 434-9200
   Email:         jmalioto@aliotolaw.com
5                 twallace@aliotolaw.com

6  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
7  Cadio Zirpoli (State Bar No. 179108)
   Elissa Buchanan (State Bar No. 249996)
8  David H. Seidel (State Bar No. 307135)
   Kathleen J. McMahon (State Bar No. 340007)
9  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
10 San Francisco, CA 94108
   Telephone:     (415) 500-6800
11 Facsimile:     (415) 395-9940
   Email:         jsaveri@saverilawfirm.com
12                swilliams@saverilawfirm.com
                  czirpoli@saverilawfirm.com
13                eabuchanan@saverilawfirm.com
                  dseidel@saverilawfirm.com
14                kmcmahon@saverilawfirm.com

15 *Counsel for Plaintiffs*

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20

21 | DANTE DEMARTINI, et al.,                  | Case No. 3:22-cv-08991-JSC |
22 | Plaintiffs,                               |                            |
23 | v.                                        | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
24 | MICROSOFT CORPORATION, a Washington corporation, | |
25 | Defendant.                                |                            |

## I. INTRODUCTION

Plaintiffs bring this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Civil Local Rules Civil Local Rules 7-11 and 79-5(f) to file under seal portions of Reply in Support of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause that include information from documents that Microsoft Corporation has designated as "Highly Confidential." Accompanying this Motion is the Declaration of Elissa A. Buchanan in support.

## II. LEGAL STANDARD

Civil Local Rule 79-5 requires that "no document shall be filed under seal without request for a court order that is narrowly tailored to cover only [] the particular portion of the document, [] for which good cause exists for filing under seal." In addition, Civil Local Rule 79-5(f) requires that when the "Filing Party seeks to seal because that document has been designated as confidential by another party, [] ("Designating Party")", the Filing Party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion, the Filing Party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in subsection [79-5(f)] (c)(1)." *Id.* Within 7 days of the motion being filed, "the Designating Party must file a statement and/or declaration as described in subsection [79-5(f)] (c)(1)." *Id.*

## III. ARGUMENT

Plaintiffs seek to file under seal the below-identified portions of their Reply in Support of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause. Sealing is warranted because the Reply in Support of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause references information designated as "Highly Confidential" by Defendant Microsoft Corporation.

## IV. CONCLUSION

For the reasons stated above, the Plaintiffs request the following documents be filed under seal:

| Portion of Document Sought to be Sealed | Reason for Sealing |
|---|---|
| Reply In Support of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause, 11:16 | References material designated as "Highly Confidential" by Defendant Microsoft |

| Reply In Support of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause, 11:23 | References material designated as "Highly Confidential" by Defendant Microsoft |
|---|---|
| Reply In Support of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause, 12:25 | References material designated as "Highly Confidential" by Defendant Microsoft |

Dated: May 8, 2023     By:     */s/ Joseph R. Saveri*
                                    Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                     swilliams@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     eabuchanan@saverilawfirm.com
                     dseidel@saverilawfirm.com
                     kmcmahon@saverilawfirm.com

Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:   (415) 434-8900
Facsimile:    (415) 434-9200
Email:          jmalioto@aliotolaw.com
                     twallace@aliotolaw.com

Joseph M. Alioto Jr. (State Bar No. 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 398-3800
Email:          joseph@aliotolegal.com

*Plaintiffs' Counsel*