Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com
kmcmahon@saverilawfirm.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DANTE DEMARTINI, et al.,

Movants,

v.

ACTIVISION BLIZZARD, INC.,

Respondents.

Case No. 3:22-cv-08991-JSC

**SUPPLEMENTAL DECLARATION OF DANTE DEMARTINI**

I, Dante DeMartini, hereby declare as follows:

1. I am making this Supplemental Declaration in support of Plaintiffs' Reply in Support of Motion for Preliminary Injunction and Order to Show Cause. I have personal knowledge of the statements, and if called as a witness, I would competently testify about them.

2. I am a resident of San Francisco.

3. I have played at least 21 different unique titles from the *Call of Duty* Franchise, including all of the most recent *Call of Duty* games since 2019.

4. I have played *Call of Duty* titles for well over 5000 hours in total.

5. I have purchased every single *Call of Duty* title released since 2019 (*Call of Duty: Modern Warfare II* (2022); *Call of Duty: Warzone 2.0* (2022); *Call of Duty: Vanguard* (2021); *Call of Duty: Black Ops Cold War* (2020); *Call of Duty: Modern Warfare* (2019).

6. I have owned over 18 different video game platforms, including consoles by Xbox, PlayStation, and Nintendo.

7. I will be purchasing the next *Call of Duty* title that is released.

8. I purchase approximately 4-5 new video games every year.

9. I play video games with friends approximately 1000+ hours per year.

10. Playing video games is an outlet that enhances the quality of my life personally, socially, and mentally.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2023.

DocuSigned by:
By: ______________________
1AFBA2B34340483...
Dante DeMartini