DocuSign Envelope ID: 21A22201-9C7F-45D5-B23B-F59EBCC57327

Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com
kmcmahon@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>　　　　Movants,<br><br>　　v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>　　　　Respondents. | Case No. 3:22-cv-08991-JSC<br><br>**SUPPLEMENTAL DECLARATION OF BEOWULF OWEN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE** |

I, Beowulf Owen, hereby declare as follows:

1. I am making this declaration in support of Plaintiffs' Reply in Support of Motion for Preliminary Injunction and Order to Show Cause. I have personal knowledge of the statements, and if called as a witness, I would competently testify about them.

2. I am a resident of Las Cruces, New Mexico.

3. I have played at least eleven different unique titles from the *Call of Duty* Franchise, including all of the most recent *Call of Duty* games since 2019.

4. I have played *Call of Duty* titles for well over 2000 hours in total.

5. I have purchased every single *Call of Duty* title since the release of *Modern Warfare 3* in 2011, with the exception of *Call of Duty WW2*, which includes all of the following titles: *Call of Duty Black Ops 4* (2018); *Call of Duty Infinite Warfare* (2016); *Call of Duty Black Ops 3* (2015); *Call of Duty Advanced Warfare* (2014); *Call of Duty Ghosts* (2013) and; *Call of Duty Black Ops 2* (2012).

6. I have owned over nine different video game platforms, including consoles by Xbox, PlayStation, and Nintendo.

7. I will be purchasing the next *Call of Duty* title that is released (and intend on purchasing the next *Call of Duty* on prerelease).

8. I purchase approximately eight new video games every year.

9. I play video games with friends approximately 625 hours per year.

10. Playing video games is an outlet that enhances the quality of my life personally, socially, and mentally.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8th, 2023.

By: 
Beowulf Owen

Case No. 3:22-cv-08991-JSC   1
SUPPLEMENTAL DECLARATION OF BEOWULF OWEN IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE