# **EXHIBIT B**



← **Lulu Cheng Meservey** ✓
2,032 Tweets

- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Twitter Blue
- Profile
- More



**Lulu Cheng Meservey** ✓
@lulumeservey

EVP Corporate Affairs and CCO, Activision Blizzard; personal account. Substack advisor, TrailRunner cofounder. @JMeservey fangirl. Writes FLACK: getflack.com

📍 Washington, DC   🔗 getflack.com   📅 Joined June 2015

**1,847** Following   **56.2K** Followers

Followed by Ben Rhodes

Tweets | Replies | Media | Likes



- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks

← Tweet



**Lulu Cheng Meservey** ✓
@lulumeservey

The CMA's report today is a major setback for the UK's ambitions to be a tech hub, and we will work with Microsoft to reverse it on appeal.

This report is also a disservice to UK citizens, who face increasingly dire economic prospects, and we will need to reassess our growth strategy in the UK.

Global innovators large and small will take note that – despite all its rhetoric – the UK is closed for business.

4:07 AM · Apr 26, 2023 · **812.5K** Views

**803** Retweets   **345** Quotes   **5,268** Likes   **145** Bookmarks