Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:       (415) 434-8900
Facsimile:        (415) 434-9200
Email:            jmalioto@aliotolaw.com
                  twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:       (415) 500-6800
Facsimile:        (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                  swilliams@saverilawfirm.com
                  czirpoli@saverilawfirm.com
                  eabuchanan@saverilawfirm.com
                  dseidel@saverilawfirm.com
                  kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br><br>**DECLARATION OF ELISSA A. BUCHANAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Elissa A. Buchanan, declare as follows:

1.       I am an attorney duly licensed to practice in the State of California. I am an attorney at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed pursuant to Civil Local Rules 7-11 and 79-5.

2.       The Plaintiffs seek to file portions of their Corrected Reply in Support of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause under seal because it contains materials designated as "Highly Confidential" by Defendant Microsoft Corporation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2023 at San Francisco, California.

        /s/ Elissa A. Buchanan        
        Elissa A. Buchanan

DECLARATION OF ELISSA A. BUCHANAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

### <u>ATTESTATION</u>

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: May 9, 2023

By:     <u>*/s/ Joseph R. Saveri*</u>
            Joseph R. Saveri

DECLARATION OF ELISSA A. BUCHANAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED