UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

# [PROPOSED] ORDER

The Court has considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Civil Local Rules Civil Local Rules 7-11 and 79-5(f) to file under seal portions of Plaintiffs' Corrected Reply in Support of Motion for Preliminary Injunction and Order to Show Cause (the "Motion") and the Declaration of Elissa A. Buchanan in support thereof. Plaintiffs seek to file under seal references to information that Defendant Microsoft Corporation has designated as "Highly Confidential." Accordingly, the Motion is GRANTED, and Plaintiffs may file the following material designated as "Highly Confidential" by Microsoft under seal until such time as the propriety of the designation is determined:

| Portion of Document Sought to be Sealed | Reason for Sealing |
|---|---|
| Corrected Reply In Support of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause, 11:16 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Corrected Reply In Support of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause, 11:23 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Corrected Reply In Support of Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause, 12:25 | References material designated as "Highly Confidential" by Defendant Microsoft |

IT IS SO ORDERED.

Dated: May ___, 2023.              By: _____
                                        Judge Jacqueline Scott Corley
                                        United States District Court Judge