Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:      (415) 434-8900
Facsimile:      (415) 434-9200
Email:          jmalioto@aliotolaw.com
                twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:      (415) 500-6800
Facsimile:      (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                swilliams@saverilawfirm.com
                czirpoli@saverilawfirm.com
                eabuchanan@saverilawfirm.com
                dseidel@saverilawfirm.com
                kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **ERRATA TO REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE** <br><br> Hon: Jacqueline Scott Corley <br><br> Date: May 12, 2023 <br> Time: 10:00 am <br> Courtroom: 8 - 19th Floor |

Plaintiffs' respectfully submit this Notice of Errata regarding its Reply in support of Motion for Preliminary Injunction and Order to Show Cause, which was filed on May 8, 2023 at Docket No. 168 to correct typographical errors as follows:

| Page:line | Original Text | Corrected Text |
|---|---|---|
| 1:8 | post-consummation signifincantly more | post-consummation significantly more |
| 2:12 | *See* Defs' Opp. at 8 | *See* Def's Opp. at 8 |
| 3:3 | *Boardman* at 1023 | *Boardman*, 822 F.3d at 1023 |
| 3:20 | *Boardman v. Pac. Seafood Grp.* | *Boardman v. Pacific Seafood Group* |
| 5:1 | attach the declarations | attach the declaration |
| 5:8 | May 22, 20223 | May 22, 2023 |
| 6:13 | *Call of Duty: Modern Warfare* (2019). | *Call of Duty: Modern Warfare* (2019)). |
| 6:25 | because once the emerger | because once the merger |
| 8:12 | injuries is suitable | injuries are suitable |
| 8:28 | if it goes | if Sony goes |
| 10:4 | **Plaintiffs' are threatened** | **Plaintiffs are threatened** |
| 11:3 | *See. e.g., Minpeco* | *See, e.g., Minpeco* |
| 11:5 | "private attorney generals" "infused with the public | "private attorney generals" are "infused with the public |
| 11:7 | (2) the Plaintiffs' financial means | (2) Plaintiffs' financial means |
| 12:26 | that Plaintiff should | that Plaintiffs should |
| 14:1 | U.K. | UK |
| 15:13 | CMA Tribunal | Competition Appeal Tribunal |
| 15:16-17 | nacent game-subscription and cloud-gamig | nascent game-subscription and cloud-gaming |
| 15:21 | *United States v. Philadelphia Nat. Bank* | *United States v. Phila. Nat. Bank* |
| 15:22 | *soceriegn* | *sovereign* |
| 15:23-24 | The policy of Congress must be followed. | The antitrust policies established by Congress must be followed. |

Plaintiffs are attaching the Corrected Reply in support of Motion for Preliminary Injunction and Order to Show Cause to this Errata as Attachment A.

| 1 | Dated: May 9, 2023 | By: ___/s/ Joseph R. Saveri___ |
| 2 | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:       (415) 500-6800
Facsimile:       (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                 swilliams@saverilawfirm.com
                 czirpoli@saverilawfirm.com
                 eabuchanan@saverilawfirm.com
                 dseidel@saverilawfirm.com
                 kmcmahon@saverilawfirm.com

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:       (415) 434-8900
Facsimile:       (415) 434-9200
Email:           jmalioto@aliotolaw.com

Joseph M. Alioto Jr. (SBN 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel: (415) 398-3800
Email:           joseph@aliotolegal.com

*Plaintiffs' Counsel*