Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:   (415) 434-8900
Facsimile:    (415) 434-9200
Email:         jmalioto@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:         jsaveri@saverilawfirm.com
                swilliams@saverilawfirm.com
                czirpoli@saverilawfirm.com
                eabuchanan@saverilawfirm.com
                dseidel@saverilawfirm.com
                kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | |

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On May 9, 2023, I caused the following documents to be served by email upon all persons appearing on the attached Service List:

1. **CORRECTED REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE**

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2023, at San Francisco, California.

By: _/s/ Ashleigh Jensen_
Ashleigh Jensen

**SERVICE LIST**

| Rakesh Kilaru<br>Anastasia McLetchie Pastan<br>Jennifer Pavelec<br>Beth A. Wilkinson<br>Anthony Patrick Ferrara<br>Grace Lee Hill<br>Kieran Gavin Gostin<br>Wilkinson Stekloff LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Email: rkilaru@wilkinsonstekloff.com<br>Email: apastan@wilkinsonstekloff.com<br>Email: jpavelec@wilkinsonstekloff.com<br>Email: bwilkinson@wilkinsonstekloff.com<br>Email: aferrara@wilkinsonstekloff.com<br>Email: ghill@wilkinsonstekloff.com<br>Email: kgostin@wilkinsonstekloff.com<br><br>Valarie Cecile Williams<br>Tania L. Rice<br>Alston & Bird<br>560 Mission Street, Suite 2100<br>San Francisco, CA 94105<br>Email: valarie.williams@alston.com<br>Email: tania.rice@alston.com | Brian Parker Miller<br>Alston & Bird LLP<br>1201 W Peachtree St<br>Atlanta, GA 30309<br>Email: parker.miller@alston.com<br><br>Drew Kenneth Cypher<br>Michael Moiseyev<br>Weil, Gotshal & Manges LLP<br>District of Columbia<br>2001 M Street, NW, Suite 600<br>Washington, DC 20036<br>Email: drew.cypher@weil.com<br>Email: michael.moiseyev@weil.com<br><br>Robert Niles-Weed<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>Email: robert.niles-weed@weil.com<br><br>*Counsel for Microsoft* |

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: May 9, 2023       By:       */s/ Joseph R. Saveri*
                                         Joseph R. Saveri