1  Joseph M. Alioto (State Bar No. 42680)
   Tatiana V. Wallace (State Bar No. 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35th Floor
3  San Francisco, CA 94104
   Telephone:   (415) 434-8900
4  Facsimile:    (415) 434-9200
   Email:        jmalioto@aliotolaw.com
5                twallace@aliotolaw.com

6  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
7  Cadio Zirpoli (State Bar No. 179108)
   Elissa Buchanan (State Bar No. 249996)
8  David H. Seidel (State Bar No. 307135)
   Kathleen J. McMahon (State Bar No. 340007)
9  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
10 San Francisco, CA 94108
   Telephone:   (415) 500-6800
11 Facsimile:    (415) 395-9940
   Email:        jsaveri@saverilawfirm.com
12               swilliams@saverilawfirm.com
                 czirpoli@saverilawfirm.com
13               eabuchanan@saverilawfirm.com
                 dseidel@saverilawfirm.com
14               kmcmahon@saverilawfirm.com

15 *Counsel for Plaintiffs*

16

17                    **UNITED STATES DISTRICT COURT**

18                   **NORTHERN DISTRICT OF CALIFORNIA**

19                          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| 21             Plaintiffs, | |
| 22      v. | **PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION [Dkt. 161]** |
| 23  MICROSOFT CORPORATION, a Washington corporation, | |
| 24 | |
| 25             Defendant. | |
| 26 | Hon: Jacqueline Scott Corley |

27

28

1  Microsoft again seeks to seal every single document it has designated as "Highly Confidential"
2  filed with the Court, but this time with its Opposition to Plaintiffs' Motion for Preliminary Injunction.
3  ECF No. 161. As Plaintiffs have previously set forth, Microsoft has again failed to meet its burden to
4  set forth "compelling reasons" why these documents should be kept under seal pursuant to governing
5  Ninth Circuit authority. *See*, *e.g.*, ECF No. 164 (citing, *inter alia*, *Kamakana v. City & Cnty. of*
6  *Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) & *A.B. v. Pac. Fertility Ctr.*, 441 F. Supp. 3d 902,
7  906 (N.D. Cal. 2020)). Microsoft's motion to seal is deficient; and Plaintiffs therefore reserve all rights
8  to challenge the propriety of the "Highly Confidential" at such time the Court deems appropriate.

| | |
|---|---|
| Dated: May 9, 2023 | By:    */s/ Joseph R. Saveri*<br>       Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:	(415) 500-6800
Facsimile:	(415) 395-9940
Email:	jsaveri@saverilawfirm.com
	swilliams@saverilawfirm.com
	czirpoli@saverilawfirm.com
	eabuchanan@saverilawfirm.com
	dseidel@saverilawfirm.com
	kmcmahon@saverilawfirm.com

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:	(415) 434-8900
Facsimile:	(415) 434-9200
Email:	jmalioto@aliotolaw.com

Joseph M. Alioto Jr. (SBN 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel: (415) 398-3800
Email:	joseph@aliotolegal.com

*Plaintiffs' Counsel*

Case No. 3:22-cv-08991-JSC     2

PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION [Dkt. 161]