UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　　Defendant. | Case No. 3:22-cv-08991-JSC<br><br>[~~PROPOSED~~] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME |

1  Having considered Non-Party Sony Interactive Entertainment LLC's May 8, 2023
2  Unopposed Motion for Leave to File Out of Time, the Court hereby grants the Motion.
3  IT IS HEREBY ORDERED THAT Sony Interactive Entertainment's Unopposed Motion
4  for Leave to File Out of Time is granted and any statement and/or declaration by Non-Party SIE
5  shall be filed by May 11, 2023.

**IT IS SO ORDERED.**

Dated: __May 10__, 2023

_____
The Honorable Jacqueline Scott Corley
UNITED STATES DISTRICT JUDGE

---

1

[Proposed] Order Granting Non-Party SIE's Unopposed Motion for Leave to File Out of Time
(Case No. 3:22-cv-08991-JSC)