# EXHIBIT 1

1    CLEARY GOTTLIEB STEEN & HAMILTON LLP
     C. Lawrence Malm (admitted *pro hac vice*)
2    lmalm@cgsh.com
     2112 Pennsylvania Ave, N.W.
3    Washington, DC 20037
     Telephone: 202-974-1959
4
     Zachary G. Tschida (Bar No. 344994)
5    Ye Eun Chun (Bar No. 331459)
     ztschida@cgsh.com
6    chchun@cgsh.com
     1841 Page Mill Road, Suite 250
7    Palo Alto, CA 94304
     Telephone: 650-815-4100
8

9    *Counsel for Non-Party Sony Interactive*
     *Entertainment LLC*
10

11

12

13
                 UNITED STATES DISTRICT COURT
14
              NORTHERN DISTRICT OF CALIFORNIA
15
                   SAN FRANCISCO DIVISION
16

17

18   DANTE DEMARTINI, et al.,                    Case No. 3:22-cv-08991-JSC

19                      Plaintiffs,

20          v.                                   **DECLARATION OF CHRISTIAN
                                                 SVENSSON IN SUPPORT OF NON-
21   MICROSOFT CORPORATION, a                    PARTY SONY INTERACTIVE
     Washington Corporation,                     ENTERTAINMENT LLC'S
22                                               STATEMENT IN SUPPORT OF
                        Defendant.               SEALING PORTIONS OF
23                                               PLAINTIFFS' MOTION FOR
                                                 PRELIMINARY INJUNCTION AND
24                                               ORDER TO SHOW CAUSE

25

26

27

28
         DECLARATION IN SUPPORT OF SONY INTERACTIVE ENTERTAINMENT LLC'S
                   STATEMENT IN SUPPORT OF SEALING
                      CASE NO. 3:22-cv-08991-JSC

I, Christian Svensson, declare as follows:

1.      I am Head of Global Third Party Relations at Sony Interactive Entertainment LLC ("SIE"). I am more than eighteen years of age. Based on my experience with SIE, I am familiar with SIE's protection of its trade secrets and other confidential and proprietary business information discussed below. I make this declaration based on personal knowledge, and I could testify competently to the matters set forth herein.

2.      I understand that Plaintiffs Dante DeMartini, Curtis Burns Jr., Nicholas Elden, Jessie Galvan, Christopher Giddings-Lafaye, Steve Herrera, Hunter Jakupko, Daniel Loftus, Beowulf Owen, and Ivan Calvo-Perez ("Plaintiffs") filed a Motion for Preliminary Injunction and Order to Show Cause on April 24, 2023 ("Motion") (ECF No. 135), which contains allegations and exhibits that reference or contain certain highly confidential SIE information. I also understand that SIE intends to file a statement in support of sealing portions of the Motion to protect SIE's confidential information. I make this declaration in support of that statement.

3.      SIE seeks to seal the following categories of information in Plaintiffs' Motion:

| Category of Information | Section of Motion filing to Maintain Under Seal (Pages: Lines or Exhibit) |
|---|---|
| Non-public economic analysis of its competitor's business strategy relating to Activision content, relying on SIE non-public data | Motion 15:10-12; Motion 16:23-26; Exhibit E |
| Non-public commercial analysis of upstream competitive inputs to SIE's business | Motion 19:23-25; Motion 20:1-4; Motion 20:12-15; Motion 20:25-21:6; Motion 27-28:27-3 |
| Non-public SIE data, analysis, and survey results relating to SIE platform users' behavior on SIE's platform, specifically user engagement, gameplay, spend, and likelihood of switching | Motion 21:9-13; Motion 21:17-19; Motion 22:6-8; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit F; Exhibit G; Exhibit L |

1

DECLARATION IN SUPPORT OF SONY INTERACTIVE ENTERTAINMENT LLC'S
STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:22-cv-08991-JSC

DocuSign Envelope ID: 29368135-F531-496D-A362-11685ECF38DE

| | |
|---|---|
| Non-public analysis by senior executive regarding anticompetitive effects of the proposed Microsoft-Activision merger based on non-public SIE information and analysis | Motion 23:14; Exhibit F |
| Non-public SIE business analysis of competitor behavior | Motion 18:1-3 |

4.      The information SIE seeks to keep confidential is non-public information internal to SIE.  The information includes confidential, internal SIE data, including platform user and franchise data, and economic and commercial analyses that are not publicly accessible outside SIE.  These data and analyses include franchise performance comparisons, user preferences, player spending amounts, and other categories of data.  SIE's access to and use of these data and analyses is a competitive advantage that it relies upon for strategic planning, including competitive, marketing, and business strategies.  This information also includes internal business strategy and analysis by senior executives at SIE.

5.      SIE strictly restricts dissemination of this type of data and competitive and business strategy analyses.  SIE takes steps to preserve the confidentiality of this type of information to protect SIE's competitive position, such as providing insight into its strategic plans or preventing information asymmetries during commercial negotiations.  SIE does not share this information with the public.

6.      Disclosure of SIE's highly confidential information contained in the aforementioned paragraphs could unfairly enable SIE's competitors to gain insight into SIE's strategic thinking and business strategy, providing an unwarranted advantage to competitors and business partners, which could cause competitive harm to SIE.  Such information would be immensely valuable to competitors in developing their own strategy against SIE, and to prospective and current business partners in negotiating with SIE.

2

DECLARATION IN SUPPORT OF SONY INTERACTIVE ENTERTAINMENT LLC'S
STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:22-cv-08991-JSC

DocuSign Envelope ID: 29368135-F531-496D-A362-11685ECF38DE

7.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on Thursday, May 11, 2023, in Union City, California.

By _Christian Svensson_ _____

Christian Svensson

3

DECLARATION IN SUPPORT OF SONY INTERACTIVE ENTERTAINMENT LLC'S
STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:22-cv-08991-JSC