| | |
|---|---|
| 1 | Valarie C. Williams (Bar No. 335347) |
| | Tania Rice (Bar No. 294387) |
| 2 | Alston & Bird LLP |
| | 560 Mission Street, Suite 2100 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 243-1000 |
| 4 | valarie.williams@alston.com |
| | tania.rice@alston.com |
| 5 | |
| 6 | B. Parker Miller (*pro hac vice*) |
| | Alston & Bird LLP |
| 7 | 1201 West Peachtree Street, Suite 4900 |
| | Atlanta, GA 30309 |
| 8 | Telephone: (404) 881-7000 |
| | parker.miller@alston.com |
| 9 | |
| 10 | Beth Wilkinson (*pro hac vice*) |
| | Rakesh N. Kilaru (*pro hac vice*) |
| 11 | Kieran Gostin (*pro hac vice*) |
| | Anastasia M. Pastan (*pro hac vice*) |
| 12 | Jenna Pavelec (*pro hac vice*) |
| | Wilkinson Stekloff LLP |
| 13 | 2001 M Street NW, 10th Floor |
| | Washington, DC 20036 |
| 14 | Telephone: (202) 847-4000 |
| 15 | bwilkinson@wilkinsonstekloff.com |
| | rkilaru@wilkinsonstekloff.com |
| 16 | kgostin@wilkinsonstekloff.com |
| | apastan@wilkinsonstekloff.com |
| 17 | jpavelec@wilkinsonstekloff.com |
| 18 | |
| | *Counsel for Defendant Microsoft Corporation* |
| 19 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 21 | | |
| 22 | DANTE DEMARTINI, *et al.*, | Case No. 3:22-cv-08991-JSC |
| 23 | Plaintiffs, | **DECLARATION OF CYNTHIA RANDALL IN SUPPORT OF SEALING PORTIONS OF PLAINTIFFS' REPLY TO MOTION FOR PRELIMINARY INJUNCTION** |
| 24 | v. | |
| 25 | MICROSOFT CORPORATION, | |
| 26 | Defendant. | Hon. Jacqueline Scott Corley |
| 27 | | |
| 28 | | |

I, Cynthia Randall, declare as follows:

1.  I am Associate General Counsel at Microsoft Corporation. I have knowledge of the matters set forth in this declaration, and I could and would competently testify thereto if called to do so.

2.  From the course of my duties and responsibilities, I have knowledge of Microsoft's business practices and its treatment of certain types of documents and information as confidential—including the types of documents and information that are at issue here and discussed in greater detail below.

3.  I have reviewed Plaintiffs' Reply in Support of Motion for Preliminary Injunction. The portions of the Reply that were filed under seal (located at page 11:16, 11:23, and 12:25) reference a figure arising out of a confidential business analysis found in an internal strategy presentation to Microsoft's board of directors and a confidential contract. The business analysis relates to the expected value of the merger and related strategy. It could cause competitive harm to Microsoft if this material were publicly disclosed. For example, competitors could capitalize on this insight to exploit Microsoft's internal strategies. Microsoft takes reasonable steps to maintain the confidentiality of this information and does not disseminate it beyond limited internal employees. It produced the underlying documents to the FTC and in this action as Highly Confidential.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 12, 2023.

_Cynthia Randall_
Cynthia Randall