Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:     (415) 434-8900
Facsimile:     (415) 434-9200
Email:         jmalioto@aliotolaw.com
               twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               dseidel@saverilawfirm.com
               kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**REPLY TO NON-PARTY ACTIVISION BLIZZARD, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF (1) ROBERT A. KOTICK AND (2) ACTIVISION BLIZZARD, INC.** |

Plaintiffs respectfully submit the following response to Activision Blizzard, Inc.'s ("Activision") opposition brief.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs seek limited deposition testimony from Activision in support of their claims: (1) the deposition of Robert A. Kotick and (2) the deposition of Activision pursuant to Federal Rule of Civil Procedure 30(b)(6). The parties have fully briefed these issues in the brief filed in the United States District Court for the Central District of California and submitted to the Court in Plaintiff's Motion. There is no need to further brief arguments that both parties have already briefed.

Activision's Opposition to Plaintiffs' Motion to Compel does not state any "relevant milestone" of which the Court, the parties, and the world are not already aware. There is nothing new to respond to in Activision's opposition, and Plaintiffs request that the Court rule on the motion.

## CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that the Court grant their Motion to Compel the Deposition of Robert A. Kotick and Activision.

| | |
|---|---|
| Dated: May 12, 2023 | Respectfully Submitted, |
| | By:   */s/ Steven N. Williams*  |
| | Steven N. Williams |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com
kmcmahon@saverilawfirm.com
Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:     (415) 434-8900
Facsimile:     (415) 434-9200
Email:         jmalioto@aliotolaw.com
twallace@aliotolaw.com

Joseph M. Alioto Jr. (State Bar No. 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 398-3800
Email:         joseph@aliotolegal.com


*Plaintiffs' Counsel*