1  .

2

3

4

5

6

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12  DANTE DEMARTINI, et al.,                 Case No. 3:22-cv-08991-JSC

13          Plaintiffs,                       **[PROPOSED] ORDER GRANTING
                                              DEFENDANT MICROSOFT**
14          v.                                **CORPORATION'S ADMINISTRATIVE
                                              MOTION TO CONSIDER WHETHER**
15  MICROSOFT CORPORATION, a                  **ANOTHER PARTY'S MATERIAL
    Washington corporation,                   SHOULD BE SEALED [ECF NO. 162]**
16
            Defendant.
17                                            Judge: Hon. Jacqueline Scott Corley

18

19

20

21

22

23

24

25

26

27

28

1    This matter came before the Court on Defendant Microsoft Corp.'s ("Microsoft")

2  Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No.

3  162).  Having considered Microsoft's Motion and the Declaration of Valarie C. Williams, the Court

4  hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Microsoft's Opposition to Plaintiffs' Motion for Preliminary Injunction ("Opp.") | Page 8, lines 25–26 | |
| Declaration of Rakesh Kilaru ("Kilaru Decl.") ISO Opp., Ex. B . | Page 187, line 1 through page 190, line 25 | |
| Kilaru Decl. ISO Opp., Ex. F | Page 49, line 1 through page 53, line 25; Page 64, line 1 through page 65, line 25; and Page 77, line 1 through page 78, line 23 | |
| Kilaru Decl. ISO Opp., Ex. G | Page 112, line 2 through page 113, line 24 | |

16    IT IS SO ORDERED.

18  DATED: _____, 2023

19                                                                    _____
                                                                     Honorable Jacqueline Scott Corley
                                                                     United States District Judge