Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:     (415) 434-8900
Facsimile:      (415) 434-9200
Email:            jmalioto@aliotolaw.com
                     twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                     swilliams@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     eabuchanan@saverilawfirm.com
                     dseidel@saverilawfirm.com
                     kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT MICROSOFT CORPORATION'S STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [Dkt. 180]**<br><br>Hon: Jacqueline Scott Corley |

1  Microsoft seeks to seal information referenced in Plaintiff's Reply in support of Motion for
2  Preliminary Injunction. ECF No. 180. The information Microsoft seeks to seal is the amount of the
3  bond it asserts Plaintiffs must post in order to secure a preliminary injunction. The amount of the bond
4  Microsoft argues Plaintiffs must post is "more than tangentially related to the merits of the case." *Ctr.*
5  *for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101-02 (9th Cir. 2016). Indeed, the amount of
6  the bond goes directly towards the "'public interest in understanding' the judicial process" and the
7  possible "'bases or explanations for a court's decision'" the common law presumption towards access
8  promotes. *Id.* (internal citations omitted). Microsoft has only set forth *ipse dixit* reasons for maintaining
9  the seal—a cursory examination of the information indicates it is neither a trade secret nor confidential
10 commercially sensitive information. It has thus failed to meet its burden to maintain the seal. Therefore,
11 there are no "compelling reasons" why the amount of the bond Microsoft argues need be posted in
12 order to secure an injunction should be kept under seal. *See Kamakana v. City & Cnty. of Honolulu*, 447
13 F.3d 1172, 1178-79 (9th Cir. 2006); *A.B. v. Pac. Fertility Ctr.*, 441 F. Supp. 3d 902, 906 (N.D. Cal.
14 2020). The seal over the amount of the bond sought should not be maintained.

| | |
|---|---|
| Dated: May 16, 2023 | By:     */s/ Joseph R. Saveri*<br>       Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               dseidel@saverilawfirm.com
               kmcmahon@saverilawfirm.com

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:   (415) 434-8900
Facsimile:    (415) 434-9200
Email:        jmalioto@aliotolaw.com

Joseph M. Alioto Jr. (SBN 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel: (415) 398-3800
Email:        joseph@aliotolegal.com

*Plaintiffs' Counsel*