Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:	(415) 434-8900
Facsimile:	(415) 434-9200
Email:	jmalioto@aliotolaw.com
	twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:	(415) 500-6800
Facsimile:	(415) 395-9940
Email:	jsaveri@saverilawfirm.com
	swilliams@saverilawfirm.com
	czirpoli@saverilawfirm.com
	eabuchanan@saverilawfirm.com
	dseidel@saverilawfirm.com
	kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## I. INTRODUCTION

Plaintiffs bring this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Civil Local Rules Civil Local Rules 7-11 and 79-5(f) to file under seal portions of the Joint Letter Brief that include information from documents that Microsoft Corporation has designated as "Highly Confidential." Accompanying this Motion is the Declaration of Elissa A. Buchanan in support.

## II. LEGAL STANDARD

Civil Local Rule 79-5 requires that "no document shall be filed under seal without request for a court order that is narrowly tailored to cover only [] the particular portion of the document, [] for which good cause exists for filing under seal." In addition, Civil Local Rule 79-5(f) requires that when the "Filing Party seeks to seal because that document has been designated as confidential by another party, [] ("Designating Party")", the Filing Party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion, the Filing Party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in subsection [79-5(f)] (c)(1)." *Id.* Within 7 days of the motion being filed, "the Designating Party must file a statement and/or declaration as described in subsection [79-5(f)] (c)(1)." *Id.*

## III. ARGUMENT

Plaintiffs seek to file under seal the below-identified portions of the Joint Letter Brief. Sealing is warranted because the Joint Letter Brief references information designated as "Highly Confidential" by Defendant Microsoft Corporation.

## IV. CONCLUSION

For the reasons stated above, the Plaintiffs request the following documents be filed under seal:

| Portion of Document Sought to be Sealed | Reason for Sealing |
|---|---|
| Joint Letter Brief ¶ 3 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Ex. 1 to the Declaration of Steven N. Williams | References material designated as "Highly Confidential" by Defendant Microsoft |

| | | |
|---|---|---|
| Dated: May 17, 2023 | By: | /s/ Steven N. Williams |
| | | Steven N. Williams |

        Joseph R. Saveri (State Bar No. 130064)
        Steven N. Williams (State Bar No. 175489)
        Cadio Zirpoli (State Bar No. 179108)
        Elissa Buchanan (State Bar No. 249996)
        David H. Seidel (State Bar No. 307135)
        Kathleen J. McMahon (State Bar No. 340007)
        **JOSEPH SAVERI LAW FIRM, LLP**
        601 California Street, Suite 1000
        San Francisco, CA 94108
        Telephone:   (415) 500-6800
        Facsimile:    (415) 395-9940
        Email:          jsaveri@saverilawfirm.com
                        swilliams@saverilawfirm.com
                        czirpoli@saverilawfirm.com
                        eabuchanan@saverilawfirm.com
                        dseidel@saverilawfirm.com
                        kmcmahon@saverilawfirm.com

        Joseph M. Alioto (State Bar No. 42680)
        Tatiana V. Wallace (State Bar No. 233939)
        **ALIOTO LAW FIRM**
        One Sansome Street, 35th Floor
        San Francisco, CA 94104
        Telephone:   (415) 434-8900
        Facsimile:    (415) 434-9200
        Email:          jmalioto@aliotolaw.com
                        twallace@aliotolaw.com

        Joseph M. Alioto Jr. (State Bar No. 215544)
        **ALIOTO LEGAL**
        100 Pine Street, Suite 1250
        San Francisco, CA 94111
        Tel: (415) 398-3800
        Email:          joseph@aliotolegal.com

        *Plaintiffs' Counsel*