1 | Joseph M. Alioto (State Bar No 42680)
  | Tatiana V. Wallace (State Bar No. 233939)
2 | **ALIOTO LAW FIRM**
  | One Sansome Street, 35th Floor
3 | San Francisco, CA  94104
  | Telephone:     (415) 434-8900
4 | Facsimile:      (415) 434-9200
  | Email:           jmalioto@aliotolaw.com
5 |                       twallace@aliotolaw.com

6 | Joseph R. Saveri (State Bar No. 130064)
  | Steven N. Williams (State Bar No. 175489)
7 | Cadio Zirpoli (State Bar No. 179108)
  | Elissa Buchanan (State Bar No. 249996)
8 | David H. Seidel (State Bar No. 307135)
  | Kathleen J. McMahon (State Bar No. 340007)
9 | **JOSEPH SAVERI LAW FIRM, LLP**
  | 601 California Street, Suite 1000
10 | San Francisco, CA 94108
   | Telephone:     (415) 500-6800
11 | Facsimile:      (415) 395-9940
   | Email:           jsaveri@saverilawfirm.com
12 |                       swilliams@saverilawfirm.com
   |                       czirpoli@saverilawfirm.com
13 |                       eabuchanan@saverilawfirm.com
   |                       dseidel@saverilawfirm.com
14 |                       kmcmahon@saverilawfirm.com

15 | *Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | |
| v. | **DECLARATION OF ELISSA A. BUCHANAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | |

I, Elissa A. Buchanan, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an attorney at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed pursuant to Civil Local Rules 7-11 and 79-5.

2. The Plaintiffs seek to file portions of the Joint Letter Brief under seal because it contains materials designated as "Highly Confidential" by Defendant Microsoft Corporation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of May, 2023 at San Francisco, California.

/s/ *Elissa A. Buchanan*
Elissa A. Buchanan

## ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: May 17, 2023            By:     */s/ Steven N. Williams*
                                                       Steven N. Williams

Case No. 3:22-cv-08991-JSC      2

DECLARATION OF ELISSA A. BUCHANAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED