1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Case No. 3:22-cv-08991-JSC

[PROPOSED] ORDER

**[PROPOSED] ORDER**

The Court has considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Civil Local Rules Civil Local Rules 7-11 and 79-5(f) to file under seal portions of the Joint Letter Brief and the Declaration of Elissa A. Buchanan in support thereof. Plaintiffs seek to file under seal references to information that Defendant Microsoft Corporation has designated as "Highly Confidential." Accordingly, the Motion is GRANTED, and Plaintiffs may file the following material designated as "Highly Confidential" by Microsoft under seal until such time as the propriety of the designation is determined:

| Portion of Document Sought to be Sealed | Reason for Sealing |
|---|---|
| Joint Letter Brief ¶ 3 | References material designated as "Highly Confidential" by Defendant Microsoft |
| Ex. 1 to the Declaration of Steven N. Williams | References material designated as "Highly Confidential" by Defendant Microsoft |

IT IS SO ORDERED.

Dated: May ___, 2023.          By: _____
                                    Judge Jacqueline Scott Corley
                                    United States District Court Judge

Case No. 3:22-cv-08991-JSC                    1
[PROPOSED] ORDER