1  Joseph M. Alioto (State Bar No 42680)
   Tatiana V. Wallace (State Bar No. 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35th Floor
3  San Francisco, CA  94104
   Telephone:      (415) 434-8900
4  Facsimile:      (415) 434-9200
   Email:          jmalioto@aliotolaw.com
5                  twallace@aliotolaw.com

6  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
7  Cadio Zirpoli (State Bar No. 179108)
   Elissa Buchanan (State Bar No. 249996)
8  David H. Seidel (State Bar No. 307135)
   Kathleen J. McMahon (State Bar No. 340007)
9  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
10 San Francisco, CA 94108
   Telephone:      (415) 500-6800
11 Facsimile:      (415) 395-9940
   Email:          jsaveri@saverilawfirm.com
12                 swilliams@saverilawfirm.com
                   czirpoli@saverilawfirm.com
13                 eabuchanan@saverilawfirm.com
                   dseidel@saverilawfirm.com
14                 kmcmahon@saverilawfirm.com

15 *Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | |
| v. | **DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF JOINT LETTER BRIEF** |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | |

I, Steven N. Williams, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of the parties Joint Letter Brief.

2. On April 26, 2023, David Seidel sent an email to Defense Counsel and copied me. In that email, Mr. Seidel, on behalf of Plaintiffs, advised Defendant of Plaintiff's challenge to their highly confidential designation of Exhibit K to Plaintiffs' Motion for Preliminary Injunction and Order to Show Cause. ECF No. 142-11.

3. Attached as Exhibit 1 is a true and correct copy of Exhibit K. ECF No. 142-11.

4. Later on April 26, 2023, the parties met and conferred on several topics including the issue described in paragraph 2 above. Plaintiffs reiterated that nothing in Exhibit K met the standards for sealing in this District and Circuit, and asked Microsoft for an explanation. Microsoft did not provide a further explanation. Microsoft stated that it would follow up within fourteen days on this issue, but it never did.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of May, 2023 at San Francisco, California.

                                                          /s/ *Steven N. Williams*
                                                          Steven N. Williams

# EXHIBIT 1

# FILED UNDER SEAL