Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran G. Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF VALARIE WILLIAMS REGARDING CONFIDENTIALITY DESIGNATION**<br><br>Hon. Jacqueline Scott Corley |

I, Valarie Williams, declare as follows:

1. I am counsel for Microsoft Corporation in this action. I have knowledge of the matters set forth in this declaration, and I could and would competently testify thereto if called to do so.

2. Attached as Exhibit A is a true copy of an email exchange that I had with Plaintiffs' counsel on April 26, 2023. I spoke with Plaintiffs' counsel over the phone on April 26, but we did not discuss the reasoning for Microsoft's confidentiality designation of "Exhibit K," nor determine that an informal resolution could not be reached. As noted in the email exchange, we conferred about other matters. I reiterated over the phone that Microsoft was not prepared to meet and confer regarding the confidentiality designation that day but was willing to do so at a later date.

3. Neither party reached out again to request a meet and confer until May 15, 2023, at which time I emailed Plaintiffs' counsel to request a meeting. On May 16, 2023, the parties discussed the substance of the confidentiality designation.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 17, 2023.

          */s/ Valarie Williams*
          Valarie Williams

# Exhibit A

| | |
|---|---|
| **From:** | David Seidel |
| **Sent:** | Wednesday, April 26, 2023 5:14 PM |
| **To:** | Williams, Valarie; Miller, Parker; Rice, Tania |
| **Cc:** | Steve Williams; Joseph Saveri; Cadio Zirpoli; Kathleen McMahon; Rakesh Kilaru; Anastasia Pastan |
| **Subject:** | RE: DeMartini Meet and Confer Today |

**EXTERNAL SENDER – Proceed with caution**

Hi Valarie,

The basis is that the document does not comply with the requirements for designating Confidential or Highly Confidential under the protective order.

Best,
David

**David Seidel**
Associate

_____

601 California Street, Suite 1000
San Francisco, CA 94108
T 415.500.6800 x906
F 415.395.9940

**From:** Williams, Valarie <Valarie.Williams@alston.com>
**Sent:** Wednesday, April 26, 2023 2:12 PM
**To:** David Seidel <dseidel@saverilawfirm.com>; Miller, Parker <Parker.Miller@alston.com>; Rice, Tania <Tania.Rice@alston.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Kathleen McMahon <KMcMahon@saverilawfirm.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Anastasia Pastan <apastan@wilkinsonstekloff.com>
**Subject:** RE: DeMartini Meet and Confer Today

David,

Per section 6.2 of the protective order, please provide an description of the basis for the challenge.  Also per section 6.2, we will set up a meet and confer on this issue within the next 14 days.  The meet and confer at 3 pm today is the meet and confer you requested to discuss the CMA decision.

Best,
Valarie

6

**Valarie Williams | Partner | ALSTON & BIRD**

560 Mission Street, Suite 2100 | San Francisco, CA 94105
office: 415.243.1058
cell: 404.918.5465

---

**From:** David Seidel <dseidel@saverilawfirm.com>
**Sent:** Wednesday, April 26, 2023 12:35 PM
**To:** Williams, Valarie <Valarie.Williams@alston.com>; Miller, Parker <Parker.Miller@alston.com>; Rice, Tania <Tania.Rice@alston.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Kathleen McMahon <KMcMahon@saverilawfirm.com>
**Subject:** DeMartini Meet and Confer Today

**EXTERNAL SENDER – Proceed with caution**

---

Counsel,

Pursuant to section 6.2 of the Protective Order, we ask that you un-designate the following document. We will be prepared to discuss at our 3:00 p.m. call today.

- MSFT-2R-06975651 (Ex. K to Plaintiff's Motion for Preliminary Injunction and Exhibit PX4352 to the FTC deposition of M. Booty)

Thank you,
David

**David Seidel**
Associate

_____

**JOSEPH SAVERI**
LAW FIRM

601 California Street, Suite 1000
San Francisco, CA 94108
T 415.500.6800 x906
F 415.395.9940

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.