1  Joseph M. Alioto (State Bar No 42680)
   Tatiana V. Wallace (SBN 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 434-8900
4  Facsimile:     (415) 434-9200
   Email:         jmalioto@aliotolaw.com
5                 twallace@aliotolaw.com

6  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
7  Cadio Zirpoli (State Bar No. 179108)
   Elissa Buchanan (State Bar No. 249996)
8  David H. Seidel (State Bar No. 307135)
   Kathleen J. McMahon (State Bar No. 340007)
9  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
10 San Francisco, CA 94108
   Telephone:     (415) 500-6800
11 Facsimile:     (415) 395-9940
   Email:         jsaveri@saverilawfirm.com
12                swilliams@saverilawfirm.com
                  czirpoli@saverilawfirm.com
13                eabuchanan@saverilawfirm.com
                  dseidel@saverilawfirm.com
14                kmcmahon@saverilawfirm.com

15 *Counsel for Plaintiffs*

16

17                    **UNITED STATES DISTRICT COURT**

18                   **NORTHERN DISTRICT OF CALIFORNIA**

19                          **SAN FRANCISCO DIVISION**

20  DANTE DEMARTINI, et al.,                  Case No. 3:22-cv-08991-JSC

21  Plaintiffs,                               **CERTIFICATE OF SERVICE**

22  v.

23
    MICROSOFT CORPORATION, a Washington
24  corporation,

25  Defendant.

26

27

28

    Case No. 3:22-cv-08991-JSC                1
                              CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On May 17, 2023, I caused the following documents to be served by email upon all persons appearing on the attached Service List:

1. **JOINT LETTER BRIEF**
2. **EXHIBIT 1 TO THE DECLARATION OF STEVEN N. WILLIAMS**

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 17, 2023, at San Francisco, California.

By: _/s/ Ashleigh Jensen_
Ashleigh Jensen

**SERVICE LIST**

| | |
|---|---|
| Rakesh Kilaru<br>Anastasia McLetchie Pastan<br>Jennifer Pavelec<br>Beth A. Wilkinson<br>Anthony Patrick Ferrara<br>Grace Lee Hill<br>Kieran Gavin Gostin<br>Wilkinson Stekloff LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Email: rkilaru@wilkinsonstekloff.com<br>Email: apastan@wilkinsonstekloff.com<br>Email: jpavelec@wilkinsonstekloff.com<br>Email: bwilkinson@wilkinsonstekloff.com<br>Email: aferrara@wilkinsonstekloff.com<br>Email: ghill@wilkinsonstekloff.com<br>Email: kgostin@wilkinsonstekloff.com<br><br>Valarie Cecile Williams<br>Tania L. Rice<br>Alston & Bird<br>560 Mission Street, Suite 2100<br>San Francisco, CA 94105<br>Email: valarie.williams@alston.com<br>Email: tania.rice@alston.com | Brian Parker Miller<br>Alston & Bird LLP<br>1201 W Peachtree St<br>Atlanta, GA 30309<br>Email: parker.miller@alston.com<br><br>Drew Kenneth Cypher<br>Michael Moiseyev<br>Weil, Gotshal & Manges LLP<br>District of Columbia<br>2001 M Street, NW, Suite 600<br>Washington, DC 20036<br>Email: drew.cypher@weil.com<br>Email: michael.moiseyev@weil.com<br><br>Robert Niles-Weed<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>Email: robert.niles-weed@weil.com<br><br>*Counsel for Microsoft* |

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: May 17, 2023          By:     /s/ Steven N. Williams
                                       Steven N. Williams