Caroline Van Ness (SBN 281675)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

*Attorneys for Non-Party Activision Blizzard, Inc.*

Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
Cadio R. Zirpoli (SBN 179108)
Elissa Buchanan (SBN 249996)
David H. Seidel (SBN 307135)
Kathleen J. McMahon (SBN 340007)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: swilliams@saverilawfirm.com
Email: czirpoli@saverilawfirm.com
Email: eabuchanan@saverilawfirm.com
Email: dseidel@saverilawfirm.com
Email: kmcmahon@saverilawfirm.com

*(additional counsel listed on signature page)*

*Attorneys for Dante DeMartini, et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**JOINT STIPULATED REQUEST FOR JUNE 1, 2023 HEARING ON PLAINTIFFS' MOTION TO COMPEL TO PROCEED BY VIDEOCONFERENCE**<br><br>Date: June 1, 2023<br>Time: 10:00 a.m.<br>Location: Courtroom 8—19th Floor<br>Judge: Hon. Jacqueline Scott Corley |

1

**JOINT STIPULATION**

2      Pursuant to Section A of this Court's Civil Standing Order, Plaintiffs Dante DeMartini, Curtis

3  Burns, Jr., Nicholas Elden, Jessie Galvan, Christopher Joseph Giddings-Lafaye, Steve Herrera,

4  Hunter Joseph Jakupko, Daniel Dermot Alfred Loftus, Beowulf Edward Owen, and Ivan Calvo-Pérez

5  ("Plaintiffs") and Non-Party Activision Blizzard, Inc. ("Activision") hereby enter into this Joint

6  Stipulation requesting that the Court hear the June 1, 2023 oral argument on Plaintiffs' Motion to

7  Compel Depositions of (1) Robert A. Kotick and (2) Activision by videoconference.

8      WHEREAS, on January 30, 2023, pursuant to Federal Rule of Civil Procedure 45, Plaintiffs

9  served Activision with a subpoena requesting documents and deposition testimony in connection

10  with the above-captioned action.

11      WHEREAS, on January 31, 2023, pursuant to Federal Rule of Civil Procedure 45, Plaintiffs

12  served Activision CEO Robert A. Kotick, with a subpoena requesting deposition testimony in

13  connection with the above-captioned action.

14      WHEREAS, on April 21, 2023, Plaintiffs filed a Motion to Compel the Depositions of (1)

15  Robert A. Kotick and (2) Activision (ECF No. 126) (the "Motion to Compel") and set a

16  corresponding motion hearing before this Court for June 1, 2023, at 10:00 a.m. Pacific Time in

17  Courtroom 8 of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

18      WHEREAS, on May 5, 2023, Activision filed its Opposition to Plaintiffs' Motion to Compel

19  (ECF No. 160).

20      WHEREAS, on May 12, 2023, Plaintiffs filed a Reply in Support of their Motion to Compel

21  (ECF No. 182).

22      WHEREAS, Section A of this Court's Civil Standing Order permits those who appear before

23  the Court to "stipulate/request to have a hearing by Zoom video . . . at least one week in advance of

24  the hearing."

25      WHEREAS, the attorney who will be appearing on behalf of Activision is located on the east

26  coast in Washington, D.C., and a hearing by videoconference would minimize burden and costs to

27  non-party Activision.

28

-1-

1    NOW THEREFORE, THE PARTIES HEREBY STIPULATE and request that the June 1,

2    2023, hearing on Plaintiffs' Motion to Compel proceed by videoconference via Zoom video.

3    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

4    DATED:  May 23, 2023                    By: /s/ *Caroline Van Ness*

5                                            Caroline Van Ness (SBN 281675)
6                                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM
                                             LLP
7                                            525 University Avenue
                                             Palo Alto, California 94301
8                                            Telephone: (650) 470-4500
                                             Facsimile: (650) 470-4570
9                                            Email: caroline.vanness@skadden.com

10                                           Steven C. Sunshine (*pro hac vice*)
                                             Julia K. York (*pro hac vice*)
11                                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM
                                             LLP
12                                           1440 New York Avenue, N.W.
                                             Washington, DC 20005-2111
13                                           Telephone: (202) 371-7000
                                             Facsimile: (202) 393-5760
14                                           Email: steven.sunshine@skadden.com
                                             Email: julia.york@skadden.com

15

16                                           *Attorneys for Activision Blizzard, Inc.*

17   DATED:  May 23, 2023                    By: /s/ *Steven N. Williams*

18                                           Joseph R. Saveri  (SBN 130064)
                                             Steven N. Williams (SBN 175489)
19                                           Cadio R. Zirpoli (SBN 179108)
                                             Elissa Buchanan (SBN 249996)
20                                           David H. Seidel (SBN 307135)
                                             Kathleen J. McMahon (SBN 340007)
21                                           JOSEPH SAVERI LAW FIRM, LLP
                                             601 California Street, Suite 1000
22                                           San Francisco, CA 94108
                                             Telephone: (415) 500-6800
23                                           Facsimile: (415) 395-9940
                                             Email: jsaveri@saverilawfirm.com
24                                           Email: czirpoli@saverilawfirm.com
                                             Email: swilliams@saverilawfirm.com
25                                           Email: eabuchanan@saverilawfirm.com
                                             Email: dseidel@saverilawfirm.com
26                                           Email: kmcmahon@saverilawfirm.com

27                                           Joseph M. Alioto, Sr.
                                             Tatiana V. Wallace
28                                           ALIOTO LAW FIRM

-2-

1   One Sansome Street, 35th Floor
    San Francisco, California 94104
2   Telephone: (415) 434-8900
    Facsimile: (415) 434-5029
3   Email: jmalioto@aliotolaw.com
    Email: twallace@aliotolaw.com
4
    Joseph Michelangelo Alioto, Jr.
5   ALIOTO LEGAL
    100 Pine Street, Suite 1250
6   San Francisco, CA 94111
    Telephone: (415) 398-3800
7   Email: joseph@aliotolegal.com

8   Lingel Hart Winters
    LAW OFFICES OF LINGEL H. WINTERS
9   388 Market Street, Suite 900
    San Francisco, CA 94111
10  Telephone: (415) 398-2941
    Facsimile: (415) 393-9887
11  Email: sawmill2@aol.com

12  Lawrence Genaro Papale
    LAW OFFICES OF LAWRENCE G. PAPALE
13  The Cornerstone Building
    1308 Main Street, Suite 117
14  St. Helena, CA 94574
    Telephone: (707) 963-1704
15  Email: lgpapale@papalelaw.com

16  *Attorneys for Dante DeMartini, et al.*

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I, Caroline Van Ness, am the ECF user whose identification and password are being used to file this Joint Stipulation.  Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document, and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

DATED:  May 23, 2023                            By: /s/ *Caroline Van Ness*_____