1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING JOINT STIPULATED**
**REQUEST TO PROCEED BY VIDEOCONFERENCE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST FOR JUNE 1, 2023 HEARING ON PLAINTIFFS' MOTION TO COMPEL TO PROCEED BY VIDEOCONFERENCE** |
| v. | |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | Date: June 1, 2023<br>Time: 10:00 a.m.<br>Location: Courtroom 8—19th Floor<br>Judge: Hon. Jacqueline Scott Corley |

**CASE NO. 3:22-cv-08991-JSC**

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' and Non-Party Activision Blizzard, Inc.'s Joint Stipulated Request for the June 1, 2023 Hearing on Plaintiffs' Motion to Compel to Proceed by Videoconference, and pursuant to Section A of this Court's Civil Standing Order, IT IS HEREBY ORDERED that the June 1, 2023 hearing on Plaintiffs' Motion to Compel shall proceed by videoconference via Zoom video.

**IT IS SO ORDERED**

DATED: May __, 2023          By: _____

Judge Jacqueline Scott Corley
United States District Court Judge