# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>    Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST FOR JUNE 1, 2023 HEARING ON PLAINTIFFS' MOTION TO COMPEL TO PROCEED BY VIDEOCONFERENCE**<br><br>Date: June 1, 2023<br>Time: 10:00 a.m.<br>Location: Courtroom 8—19th Floor<br>Judge: Hon. Jacqueline Scott Corley |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' and Non-Party Activision Blizzard, Inc.'s Joint Stipulated Request for the June 1, 2023 Hearing on Plaintiffs' Motion to Compel to Proceed by Videoconference, and pursuant to Section A of this Court's Civil Standing Order, IT IS HEREBY ORDERED that the June 1, 2023 hearing on Plaintiffs' Motion to Compel shall proceed by videoconference via Zoom video.

The hearing will will commence at 9:00 a.m. by Zoom videoconference.

**IT IS SO ORDERED**

DATED: May 23, 2023            By: _____



IT IS SO ORDERED AS MODIFIED
Judge Jacqueline Scott Corley

-1-

**[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST TO PROCEED BY VIDEOCONFERENCE**      **CASE NO. 3:22-cv-08991-JSC**