Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran G. Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **DECLARATION OF CYNTHIA RANDALL IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S STATEMENT IN SUPPORT OF SEALING** <br><br> Hon. Jacqueline Scott Corley |

I, Cynthia Randall, declare as follows:

1. I am Associate General Counsel at Microsoft Corporation. I have knowledge of the matters set forth in this declaration, and I could and would competently testify thereto if called to do so.

2. I make this declaration in support of Microsoft's statement in support of sealing Exhibit 1 to the Declaration of Steven N. Williams in Support of Joint Letter Brief (also previously filed under seal as Exhibit K to Plaintiffs' Motion for a Preliminary Injunction). From the course of my duties and responsibilities, I have knowledge of Microsoft's business practices and its treatment of certain types of documents and information as confidential, including this document.

3. Exhibit K contains an internal exchange between Microsoft executives discussing the financial performance of certain products and business lines, approach to profitability goals and product decisions, and possible business direction. It has not been disclosed to anyone beyond a limited group of internal employees (other than regulatory agencies and in this action under protective orders). Disclosure could cause Microsoft harm, as competitors could adjust their own strategies to capitalize on the information regarding financial performance, product/business lines, and the competitive landscape.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 24, 2023.

_Cynthia Randall_