Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               dseidel@saverilawfirm.com
               kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT MICROSOFT CORPORATION'S STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [Dkt. 199]** <br><br> Hon: Jacqueline Scott Corley |

Microsoft seeks to seal Exhibit K referenced in the Parties' Joint Letter Brief. ECF No. 199. The propriety of whether Exhibit K is properly designated as "Highly Confidential" is the subject of the Joint Letter Brief itself. Plaintiffs have also explained in a response to a previous Microsoft statement seeking to maintain the seal that Exhibit K contains no trade secrets or otherwise protectable material and thus does not qualify for sealing. ECF No. 164. Nor has the Court determined in the past that Exhibit K qualifies for sealing under either the "good cause" or "compelling reasons" standard. For all the reasons stated by Plaintiffs in the Partis' Joint Letter Brief and in Plaintiffs' prior response opposing Microsoft's attempt to maintain Exhibit K under seal (ECF No. 164), Plaintiffs ask the Court to deny Microsoft's request to seal Exhibit K.

Dated: May 26, 2023

By:   */s/ Joseph R. Saveri*
      Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              swilliams@saverilawfirm.com
              czirpoli@saverilawfirm.com
              eabuchanan@saverilawfirm.com
              dseidel@saverilawfirm.com
              kmcmahon@saverilawfirm.com

*Plaintiffs' Counsel*