1  Joseph M. Alioto (State Bar No. 42680)
   Tatiana V. Wallace (State Bar No. 233939)
2  **ALIOTO LAW FIRM**
   One Sansome Street, 35th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 434-8900
4  Facsimile:     (415) 434-9200
   Email:         jmalioto@aliotolaw.com
5                 twallace@aliotolaw.com

6  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
7  Cadio Zirpoli (State Bar No. 179108)
   Elissa Buchanan (State Bar No. 249996)
8  David H. Seidel (State Bar No. 307135)
   Kathleen J. McMahon (State Bar No. 340007)
9  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
10 San Francisco, CA 94108
   Telephone:     (415) 500-6800
11 Facsimile:     (415) 395-9940
   Email:         jsaveri@saverilawfirm.com
12                swilliams@saverilawfirm.com
                  czirpoli@saverilawfirm.com
13                eabuchanan@saverilawfirm.com
                  dseidel@saverilawfirm.com
14                kmcmahon@saverilawfirm.com

15 *Counsel for Plaintiffs*

16

17                    **UNITED STATES DISTRICT COURT**

18                   **NORTHERN DISTRICT OF CALIFORNIA**

19                        **SAN FRANCISCO DIVISION**

20 | DANTE DEMARTINI, et al. | Case No. 3:22-cv-08991-JSC |
|---|---|
| Plaintiffs, | |
| v. | **REPRESENTATION STATEMENT** |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2, Plaintiff-Appellants Dante DeMartini, Curtis Burns Jr., Nicholas Elden, Jessie Galvan, Christopher Giddings-LaFaye, Steve Herrera, Hunter Jakupko, Daniel Loftus, Beowulf Owen and Ivan Calvo-Perez, identify the following parties to this action and their counsel:

All Plaintiffs-Appellants Dante DeMartini, Curtis Burns Jr., Nicholas Elden, Jessie Galvan, Christopher Giddings-LaFaye, Steve Herrera, Hunter Jakupko, Daniel Loftus, Beowulf Owen and Ivan Calvo-Perez are represented by:

> Joseph R. Saveri (State Bar No. 130064)
> Steven N. Williams (State Bar No. 175489)
> Cadio Zirpoli (State Bar No. 179108)
> Elissa Buchanan (State Bar No. 249996)
> David H. Seidel (State Bar No. 307135)
> Kathleen J. McMahon (State Bar No. 340007)
> JOSEPH SAVERI LAW FIRM, LLP
> 601 California Street, Suite 1000
> San Francisco, CA 94108
> Telephone:   (415) 500-6800
> Facsimile:    (415) 395-9940
> Email:          jsaveri@saverilawfirm.com
>                    swilliams@saverilawfirm.com
>                    czirpoli@saverilawfirm.com
>                    eabuchanan@saverilawfirm.com
>                    dseidel@saverilawfirm.com
>                    kmcmahon@saverilawfirm.com

> Joseph M. Alioto (State Bar No. 42680)
> Tatiana V. Wallace (State Bar No. 233939)
> ALIOTO LAW FIRM
> One Sansome Street, 35th Floor
> San Francisco, CA 94104
> Telephone:   (415) 434-8900
> Facsimile:    (415) 434-9200
> Email:          jmalioto@aliotolaw.com
>                    twallace@aliotolaw.com

> Joseph M. Alioto Jr. (SBN 215544)
> ALIOTO LEGAL
> 100 Pine Street, Suite 1250
> San Francisco, California 94111
> Tel: (415) 398-3800
> Email:          joseph@aliotolegal.com

Defendant-Appellee Microsoft Corporation is represented by:

    Rakesh Kilaru
    Anastasia McLetchie Pastan
    Jennifer Pavelec
    Beth A. Wilkinson
    Anthony Patrick Ferrara
    Grace Lee Hill
    Kieran Gavin Gostin
    Wilkinson Stekloff LLP
    2001 M Street NW, 10th Floor
    Washington, DC 20036
    Email: rkilaru@wilkinsonstekloff.com
    Email: apastan@wilkinsonstekloff.com
    Email: jpavelec@wilkinsonstekloff.com
    Email: bwilkinson@wilkinsonstekloff.com
    Email: aferrara@wilkinsonstekloff.com
    Email: ghill@wilkinsonstekloff.com
    Email: kgostin@wilkinsonstekloff.com

    Valarie Cecile Williams
    Tania L. Rice
    Alston & Bird
    560 Mission Street, Suite 2100
    San Francisco, CA 94105
    Email: valarie.williams@alston.com
    Email: tania.rice@alston.com

    Brian Parker Miller
    Alston & Bird LLP
    1201 W Peachtree St
    Atlanta, GA 30309
    Email: parker.miller@alston.com

    Drew Kenneth Cypher
    Michael Moiseyev
    Weil, Gotshal & Manges LLP
    District of Columbia
    2001 M Street, NW, Suite 600
    Washington, DC 20036
    Email: drew.cypher@weil.com
    Email: michael.moiseyev@weil.com

    Robert Niles-Weed
    Weil Gotshal & Manges LLP
    767 Fifth Avenue
    New York, NY 10153
    212-310-8000
    Email: robert.niles-weed@weil.com

| | |
|---|---|
| Dated: June 2, 2023 | By:     */s/ Joseph Saveri*<br>        Joseph R. Saveri |

        Joseph R. Saveri (State Bar No. 130064)
        Steven N. Williams (State Bar No. 175489)
        Cadio Zirpoli (State Bar No. 179108)
        Elissa Buchanan (State Bar No. 249996)
        David H. Seidel (State Bar No. 307135)
        Kathleen J. McMahon (State Bar No. 340007)
        **JOSEPH SAVERI LAW FIRM, LLP**
        601 California Street, Suite 1000
        San Francisco, California 94108
        Telephone:    (415) 500-6800
        Facsimile:    (415) 395-9940
        Email:    jsaveri@saverilawfirm.com
                swilliams@saverilawfirm.com
                czirpoli@saverilawfirm.com
                eabuchanan@saverilawfirm.com
                dseidel@saverilawfirm.com
                kmcmahon@saverilawfirm.com

        Joseph M. Alioto (SBN 42680)
        Tatiana V. Wallace (SBN 233939)
        **ALIOTO LAW FIRM**
        One Sansome Street, 35th Floor
        San Francisco, CA 94104
        Telephone:    (415) 434-8900
        Facsimile:    (415) 434-9200
        Email:    jmalioto@aliotolaw.com

        Joseph M. Alioto Jr. (SBN 215544)
        **ALIOTO LEGAL**
        100 Pine Street, Suite 1250
        San Francisco, California 94111
        Tel: (415) 398-3800
        Email:    joseph@aliotolegal.com


        *Plaintiffs' Counsel*