UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>   Defendants. | Case No.  23-cv-02880-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

   Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to for consideration of whether the case is related to *DeMartini v. Microsoft Corp.*, No. 22-8991.

   **IT IS SO ORDERED.**

Dated: 6/13/2023

VINCE CHHABRIA
United States District Judge