Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:      (415) 434-8900
Facsimile:      (415) 434-9200
Email:          jmalioto@aliotolaw.com
                twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:      (415) 500-6800
Facsimile:      (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                swilliams@saverilawfirm.com
                czirpoli@saverilawfirm.com
                eabuchanan@saverilawfirm.com
                dseidel@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, IVAN CALVO-PÉREZ, and TEMUUJIN TURMUNHK<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**MOTION TO SHORTEN TIME ON PLAINTIFFS' MOTION TO JOIN CASE FILED BY FTC** |

APPLICATION TO SHORTNE TIME

## MOTION

Plaintiffs hereby move *ex parte*, pursuant to Federal Rule of Civil Procedure 6(c)(1)(A), Local Rules 6-3(d) and 7-10, and the Court's inherent power to manage its docket, for an application shortening time on their Motion for Limited Joinder to the case filed by the FTC in *Federal Trade Commission v. Microsoft Corporation, et al.,* Civil No. 23-cv-02880-JSC for the purpose of attending and participating in the evidentiary hearings on the Motion for a Preliminary Injunction scheduled to commence on Thursday, June 22, 2023.

This application is made for leave of Court to file Plaintiffs Motion for Limited Joinder so that it may be heard at the pre-evidentiary hearing status conference scheduled in the *FTC v. Microsoft* case, on Wednesday, June 21, 2023 at 2:00 p.m. in Courtroom 8, 450 Golden Gate Ave., San Francisco, California.

## ARGUMENT

This order is made necessary by reason of the recent flurry of activity in the *FTC v. Microsoft* case. On June 13, 2023, the Court granted the FTC's motion for a temporary restraining order and set an evidentiary hearing on Plaintiff's motion for a preliminary injunction for June 22 and 23, 2023. (Dkt. No. 37.) Thereafter, on June 14, 2023, the Court ordered a pre-evidentiary hearing status conference for Wednesday, June 21, 2023 at 2:00 p.m. in Courtroom 8, 450 Golden Gate Ave., San Francisco, California and ordered that the evidentiary hearing will commence on Thursday, June 22, 2023 at 8:30 a.m. and will continue on June 23, 2023, June 27, 2023, June 28, 2023 (in the afternoon), and June 29, 2023, as needed.

Because this Court previously found the *FTC v. Microsoft* case was related to this instant case, *DeMartini v. Microsoft*, Plaintiffs have filed a Motion to Join the cases for the limited purpose of participating in the evidentiary hearing on the motion for preliminary injunction.

In order to have this motion for joinder heard in advance of the commencement of the

evidentiary hearing, Plaintiffs now seek an order shortening time to file and serve and for hearing of their Motion for Joinder Pursuant to Rule 20, FRCivP on Wednesday, June 21, 2023 at 2:00 pm at the status conference previously set in the *FTC v. Microsoft* matter.

There have only been nine days since the time FTC filed its complaint with four holidays in between. As a consequence, these Plaintiffs are required to file this *ex parte* application for an order shortening time to hear Plaintiffs' motion pursuant to Rule 20 for a limited joinder in the FTC case for the purposes of participating in the hearings scheduled to commence at 8:30 on June 22, 2023.

Counsel for Microsoft and for the FTC have been notified of the *ex parte* application by email.

<u>CONCLUSION</u>

In light of these circumstances and events, Plaintiffs submit that good cause exists to grant the *ex parte* motion to allow argument on their Motion for Limited Joinder on Wednesday, June 21 at 2:00 so that they may participate in the hearings that will commence on June 22, 2023.

| | |
|---|---|
| Dated: June 19, 2023 | By:        /JOSEPH M. ALIOTO/<br>Joseph M. Alioto |

Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:     (415) 434-8900
Facsimile:      (415) 434-9200


Joseph M. Alioto Jr. (SBN 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel: (415) 398-3800
Email:         joseph@aliotolegal.com

Lingel H. Winters, Esq.
(State Bar No. 37759)
LAW OFFICES OF LINGEL H. WINTERS
388 Market St. Suite 1300
San Francisco, California 94111
Telephone (415) 398-294
Email: sawmill2@aol.com

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com