Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:    (415) 434-8900
Facsimile:    (415) 434-9200
Email:        jmalioto@aliotolaw.com
              twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              swilliams@saverilawfirm.com
              czirpoli@saverilawfirm.com
              eabuchanan@saverilawfirm.com
              dseidel@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, IVAN CALVO-PÉREZ, and TEMUUJIN TURMUNHK<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**[PROPOSED] ORDER** |

[PROPOSED] ORDER

**PROPOSED ORDER**

Plaintiffs have moved *ex parte*, pursuant to Federal Rule of Civil Procedure 6(c)(1)(C), Local Rules 6-3(d) and 7-10, and the Court's inherent power to manage its docket, for an Order of the Court shortening time on their Motion for a limited joinder in the case filed by the FTC in *Federal Trade Commission v. Microsoft Corporation, et al.,* Civil No. 23-cv-02880-JSC for purposes of attending and participating in the evidentiary hearing on the Motion for a Temporary Restraining Order scheduled to commence on Wednesday, June 21, 2023.

For good cause shown and based upon the complete record in this case and the opportunity to be heard, the Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated this ___ Day of _____ 2023.

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE