| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 27 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

In re: DANTE DEMARTINI; et al.

_____

DANTE DEMARTINI; et al.,

        Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

        Respondent,

MICROSOFT CORPORATION,

        Real Party in Interest.

No. 23-70113

D.C. No. 3:22-cv-08991-JSC
Northern District of California,
San Francisco

ORDER

Before: SILVERMAN, R. NELSON, and BUMATAY, Circuit Judges.

Petitioners have not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

**DENIED.**

OSA113