Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:	(415) 434-8900
Facsimile:	(415) 434-9200
Email:	jmalioto@aliotolaw.com
	twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:	(415) 500-6800
Facsimile:	(415) 395-9940
Email:	jsaveri@saverilawfirm.com
	swilliams@saverilawfirm.com
	czirpoli@saverilawfirm.com
	eabuchanan@saverilawfirm.com
	dseidel@saverilawfirm.com
	kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JAKUPKO, DANIEL LOFTUS, BEOWULF OWEN, and IVAN CALVO-PÉREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>[~~PROPOSED~~] **ORDER AND STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT** |

**[PROPOSED] ORDER AND STIPULATION**

Plaintiffs and Microsoft have agreed to a short extension of time for Plaintiffs to file their Second Amended Complaint, which is currently due on Monday, July 17, 2023. The Parties have agreed that the deadline to file Plaintiff's Second Amended Complaint shall be extended by two weeks until Monday, July 31, 2023. This short extension will not impact any other case deadlines.

Pursuant to Stipulation, IT IS SO ORDERED. Plaintiffs' Second Amended Complaint shall be filed by Monday, July 31, 2023.

Dated: July 17, 2023.          By: _____
                                    Judge Jacqueline Scott Corley
                                    United States District Court Judge

Dated: July 14, 2023

Respectfully submitted,

By:     */s/ Joseph R. Saveri*
       Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
       swilliams@saverilawfirm.com
       czirpoli@saverilawfirm.com
       eabuchanan@saverilawfirm.com
       dseidel@saverilawfirm.com
       kmcmahon@saverilawfirm.com

Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
      twallace@aliotolaw.com

Joseph M. Alioto Jr. (State Bar No. 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 398-3800
Email: joseph@aliotolegal.com

*Plaintiffs' Counsel*

| | |
|---|---|
| Dated: July 14, 2023 | By:   /s/ Valarie C. Williams   <br>       Valarie C. Williams |

        Valarie C. Williams (Bar No. 335347)
        Tania Rice (Bar No. 294387)
        Tyler Blake (Bar No. 316623)
        **Alston & Bird LLP**
        560 Mission Street, Suite 2100
        San Francisco, CA 94105
        Telephone: (415) 243-1000
        Email: valarie.williams@alston.com
                tania.rice@alston.com
                tyler.blake@alston.com

        B. Parker Miller (pro hac vice)
        **Alston & Bird LLP**
        1201 West Peachtree Street, Suite 4900
        Atlanta, GA 30309
        Telephone: (404) 881-7000
        Email: parker.miller@alston.com

        Rakesh N. Kilaru (pro hac vice)
        Anastasia M. Pastan (pro hac vice)
        Jenna Pavelec (pro hac vice)
        **Wilkinson Stekloff LLP**
        2001 M Street NW, 10th Floor
        Washington, DC 20036
        Telephone: (202) 847-4000
        Email: rkilaru@wilkinsonstekloff.com
                apastan@wilkinsonstekloff.com
                jpavelec@wilkinsonstekloff.com

        *Counsel for Defendant Microsoft Corporation*

### **ATTESTATION OF FILER**

Pursuant to Civil L.R. 5-1(h)(3), regarding signatures, I, Joseph R. Saveri, attest that concurrence in the filing of this document has been obtained.

Dated: July 14, 2023　　　　　　　　　　　　Respectfully submitted,

                                      By:   */s/ Joseph R. Saveri*
                                             Joseph R. Saveri