Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:    (415) 434-8900
Facsimile:    (415) 434-9200
Email:         jmalioto@aliotolaw.com
               twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               dseidel@saverilawfirm.com
               kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS CURTIS BURNS JR. AND NICHOLAS ELDEN PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | |

PLAINTIFFS CURTIS BURNS JR. AND NICHOLAS ELDEN'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(A)(i)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that plaintiffs Curtis Burns Jr. and Nicholas Elden and their individual claims in the Amended Complaint (ECF No. 84) in the above captioned action are voluntarily dismissed without prejudice against defendant Microsoft Corporation. This voluntary dismissal is only with respect to Plaintiffs Curtis Burns Jr. and Nicholas Elden and does not impact the claims against Microsoft brought by the other named Plaintiffs in this matter. Microsoft Corporation has not filed either an answer or a motion for summary judgment.

1    Dated: August 7, 2023              By:    _/s/ Joseph R. Saveri_
2                                               Joseph R. Saveri

3                                        Joseph R. Saveri (State Bar No. 130064)
                                         Steven N. Williams (State Bar No. 175489)
4                                        Cadio Zirpoli (State Bar No. 179108)
                                         Elissa Buchanan (State Bar No. 249996)
5                                        David H. Seidel (State Bar No. 307135)
                                         Kathleen J. McMahon (State Bar No. 340007)
6                                        **JOSEPH SAVERI LAW FIRM, LLP**
7                                        601 California Street, Suite 1000
                                         San Francisco, CA 94108
8                                        Telephone:     (415) 500-6800
                                         Facsimile:     (415) 395-9940
9                                        Email:         jsaveri@saverilawfirm.com
10                                                      swilliams@saverilawfirm.com
                                                        czirpoli@saverilawfirm.com
11                                                      eabuchanan@saverilawfirm.com
                                                        dseidel@saverilawfirm.com
12                                                      kmcmahon@saverilawfirm.com

13                                       Joseph M. Alioto (State Bar No. 42680)
                                         Tatiana V. Wallace (State Bar No. 233939)
14                                       **ALIOTO LAW FIRM**
                                         One Sansome Street, 35th Floor
15                                       San Francisco, CA 94104
                                         Telephone:     (415) 434-8900
16                                       Facsimile:     (415) 434-9200
                                         Email:         jmalioto@aliotolaw.com
17                                                      twallace@aliotolaw.com

18                                       Joseph M. Alioto Jr. (State Bar No. 215544)
19                                       **ALIOTO LEGAL**
                                         100 Pine Street, Suite 1250
20                                       San Francisco, CA 94111
                                         Tel: (415) 398-3800
21                                       Email:         joseph@aliotolegal.com

22

23                                       *Plaintiffs' Counsel*

24

25

26

27

28

PLAINTIFFS CURTIS BURNS JR. AND NICHOLAS ELDEN'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(A)(i)