UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**PRETRIAL ORDER NO. 1** |

This Order confirms the matters discussed at the Case Management Conference on August 31, 2023.

The stay of discovery is lifted. Plaintiffs may notice the depositions of (1) Phil Spencer, CEO of Microsoft, (3) Amy Hood, CFO of Microsoft, (4) Matt Booty, head of Xbox Game Studios, (5) Robert A. Kotick, CEO of Activision, (6) Tim Stuart, Gaming CFO of Microsoft, and (7) Jim Ryan, President and CEO of Sony Interactive Entertainment (SIE). These depositions shall be no more than three hours. To the extent Plaintiffs also seek to depose Brad Smith, President of Microsoft, and Satya Nadella, Chairman of Microsoft, the parties shall meet and confer, and if necessary, submit a joint letter brief regarding their depositions. Any such joint letter brief shall be filed at least two weeks before the proposed deposition date. Plaintiffs shall reserve their request to depose Mr. Nadella until after they complete the other depositions.

The Court tentatively sets a bench trial date of February 5, 2024. The parties shall meet and confer regarding a schedule for fact and expert discovery deadlines that works with that trial date, and by September 15, 2023, file a stipulation regarding their proposed schedule.

A further Case Management Conference is scheduled for November 16, 2023 at 1:30 p.m. via Zoom video.  An updated Joint Case Management Conference Statement is due November 9, 2023.

This Order disposes of Docket Nos. 245, 246.

**IT IS SO ORDERED.**

Dated: September 1, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge