| | |
|---|---|
| 1 | Valarie C. Williams (Bar No. 335347) |
| 2 | Tania Rice (Bar No. 294387) <br> Alston & Bird LLP |
| 3 | 560 Mission Street, Suite 2100 <br> San Francisco, CA 94105 |
| 4 | Telephone: (415) 243-1000 |
| 5 | valarie.williams@alston.com <br> tania.rice@alston.com |
| 6 | |
| 7 | B. Parker Miller (*pro hac vice*) <br> Robert H. Poole (pro hac vice) |
| 8 | Alston & Bird LLP <br> 1201 West Peachtree Street, Suite 4900 |
| 9 | Atlanta, GA 30309 <br> Telephone: (404) 881-7000 |
| 10 | parker.miller@alston.com <br> robert.poole@alston.com |
| 11 | |
| 12 | Beth A. Wilkinson (*pro hac vice*) <br> Rakesh N. Kilaru (*pro hac vice*) |
| 13 | Kieran G. Gostin (*pro hac vice*) <br> Anastasia M. Pastan (*pro hac vice*) |
| 14 | Wilkinson Stekloff LLP <br> 2001 M Street NW, 10th Floor |
| 15 | Washington, DC 20036 <br> Telephone: (202) 847-4000 |
| 16 | bwilkinson@wilkinsonstekloff.com |
| 17 | rkilaru@wilkinsonstekloff.com <br> kgostin@wilkinsonstekloff.com |
| 18 | apastan@wilkinsonstekloff.com |
| 19 | *Counsel for Defendant Microsoft Corporation* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | **[PROPOSED] STIPULATION TO EXTEND TIME TO SUBMIT DISCOVERY SCHEDULE** |
| v. | |
| | Hon. Jacqueline Scott Corley |
| MICROSOFT CORPORATION, | |
| Defendant. | |

In Pretrial Order No. 1, the Court instructed the parties to meet and confer regarding a schedule for fact and expert discovery deadlines that works with that trial date, and by September 15, 2023, file a stipulation regarding their proposed schedule." (Dkt. 256.) The parties have been conferring regarding depositions dates and other discovery and scheduling issues, but have not concluded those discussions. The parties need more time to discuss their proposed discovery schedules.

Therefore, the parties request and stipulate to a one-week extension, to September 22, 2023, to submit their proposed fact and expert discovery schedule.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 14, 2023       By:   */s/ David H. Seidel*
                                      David H. Seidel
                                      *Counsel for Plaintiffs*

Dated: September 14, 2023       By:   */s/ Valarie C. Williams*
                                      Valarie C. Williams
                                      *Counsel for Defendant*
                                      *Microsoft Corporation*

### Filer's Attestation

Each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

By: */s/ Valarie C. Williams*
    Valarie C. Williams

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                         Honorable Jacqueline Scott Corley
                                         United States District Judge