UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>          Defendant. | Case No. 22-cv-08991-JSC<br><br>**ORDER RE: DISCOVERY DISPUTE JOINT LETTER**<br><br>Re: Dkt. No. 268 |

Pending before the Court is a discovery dispute joint letter. (Dkt. No. 268.) The Court does not need oral argument to resolve the disputes. *See* Civ. L.R. 7-1(b).

First, Microsoft shall provide the requested exclusivity information in response to Interrogatory No. 1 for all of its games published after January 2012—ten years before the proposed merger's announcement.

Second, Plaintiffs' request for information regarding communications with Mueller is denied as the information sought is not relevant to any claim or defense in this action.

This Order disposes of Docket No. 268.

**IT IS SO ORDERED.**

Dated: September 25, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge