# EXHIBIT C

STEPHEN S. SMITH (SBN 166539)
LAW OFFICES OF STEPHEN S. SMITH, P.C.
303 North Glenoaks Blvd., Suite 200
Burbank, CA 91502
Telephone: (310) 955-5824
Fax: (310) 955-5824
Email: ssmith@stephensmithlaw.com

*Attorneys for Third Party*
*Ubisoft Entertainment SA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **DECLARATION OF CHRIS EARLY IN SUPPORT OF UBISOFT'S MOTION FOR PROTECTIVE ORDER** |

DECLARATION OF CHRIS EARLY

# DECLARATION OF CHRIS EARLY

I, Chris Early, declare as follows,

1. I am the Senior Vice President, Strategic Partnerships & Business Development, for Ubisoft Entertainment, SA ("Ubisoft"). The facts stated herein are known to me personally and, if called as a witness, I could and would testify competently thereto under oath.

## Background and Microsoft's Production to Date

2. On September 21, 2023, Ubisoft received a letter from counsel for Microsoft Corporation ("Microsoft") stating that "Microsoft Corporation plans to produce the following documents in the above-entitled action pending in the Northern District of California:

> 1. Equity Purchase Agreement by and between Ubisoft Entertainment SA and Activision Publishing, Inc., dated August 21, 2023, inclusive of exhibits (the "Equity Purchase Agreement");
>
> 2. Seller Disclosure Letter to the Equity Purchase Agreement by and between Ubisoft Entertainment SA and Activision Publishing, Inc., dated August 21, 2023;
>
> 3. Divestiture of Activision Blizzard Cloud Game Streaming Rights by and between Activision Blizzard, Inc. and PJSC, LLC, dated August 21, 2023 (the "Divestiture Document"); and
>
> 4. Side letter to the Equity Purchase Agreement by and between Microsoft Corporation and Ubisoft Entertainment SA, dated August 21, 2023."

Ubisoft's in-house counsel provided me with a copy of that letter. A true and correct copy of that letter is attached hereto as Exhibit "A".

3. I was the person most responsible for the negotiation of the terms and conditions of the documents listed in paragraph 2 above on behalf of Ubisoft.

4. Ubisoft has no objection to the production of document numbers 2 and 4 above as long as they are produced only to the outside counsel of the parties in this case. On the other hand, Ubisoft has objected *in part* to the production of the Equity Purchase Agreement and the Divestiture Document.

Ubisoft asserted its objections to Microsoft in a letter dated October 5, 2023. A true and correct copy of that letter is attached hereto as Exhibit "B". Nonetheless, Ubisoft consented to the production of these two documents to the parties' outside counsel, but only in a partially redacted form.

### The Reasons for Ubisoft's Objection

5. Pursuant to the Divestiture Document, Activision Publishing, Inc. divested itself of Cloud Streaming Gaming Rights (the "Rights"), defined in Section 1.8 of the Divestiture Document, by transferring those Rights to another entity, PJSC, LLC ("PJSC"), a subsidiary owned and formed by Activision for the purpose of holding those Rights. In the Equity Purchase Agreement, Ubisoft as the "Buyer" buys all the equity interests in PSJC from Activision and thereby acquires the Rights.

6. The text that Ubisoft has redacted from the Equity Purchase Agreement and the Divestiture Document relates to the consideration, including a future revenue share, that Ubisoft will be paying Activision and Microsoft (the "Consideration") for the Rights. It would be extremely damaging to Ubisoft if the Consideration became publicly known. Most obviously, the public disclosure of the Consideration would adversely impact Ubisoft's bargaining power when negotiating potential licenses of those same Rights with third parties and, therefore, harm Ubisoft's ability to compete in the market by causing Ubisoft to be unable to obtain the best possible deals.

7. The Consideration is based on the anticipated value that Ubisoft believes it can obtain by licensing those Rights to third parties. If the value of the Rights is diminished because future potential licensees learn of the Consideration and therefore pay less to license those rights, then Ubisoft will not be able to realize the anticipated value that formed the basis for calculating the Consideration. Ubisoft does not want to risk having the Consideration publicly known so that it can realize the highest possible value from the Rights.

8. Also, Ubisoft never communicates the value of acquired assets in merger and acquisition transactions. Knowing the Consideration would permit the public to evaluate the impacts of the transaction on Ubisoft's revenues for years to come and how much Ubisoft (and Activision/Microsoft) value the Rights. The redactions are necessary to ensure the Consideration is not known and cannot be accurately estimated. Disclosure of the Consideration would negatively impact Ubisoft's bargaining power in negotiations with other, future partners.

9. Moreover, while the Consideration has been agreed between the parties, it may be adjusted in the future under certain circumstances. Much of what is redacted in the Equity Purchase Agreement and the Divestiture Document relates to those potential post-August 21, 2023 adjustments to the Consideration.

10. Every redaction relates to the economics of the deal – i.e., the total amount of consideration, including revenue share and potential future adjustments, that Ubisoft will pay to Activision and Microsoft for the Rights.

I declare under penalty of perjury under the laws of the United States and the law of California that the foregoing is true and correct.

Executed on October Oct 13, 2023, at Paris, France.

*Chris Early*
Chris Early (Oct 13, 2023 00:36 GMT+2)
Chris Early

# Declaration of Chris Early (to sign)

Final Audit Report                                                                                              2023-10-12

| | |
|---|---|
| Created: | 2023-10-12 |
| By: | Stephen Smith (ssmith@stephensmithlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAACg5pH0S383oKrCoHpKgQBb40jJ5hiWRu |

## "Declaration of Chris Early (to sign)" History

- Document created by Stephen Smith (ssmith@stephensmithlaw.com)
  2023-10-12 - 9:57:48 PM GMT- IP address: 137.25.4.133

- Document emailed to chris.early@ubisoft.com for signature
  2023-10-12 - 9:58:51 PM GMT

- Email viewed by chris.early@ubisoft.com
  2023-10-12 - 10:27:16 PM GMT- IP address: 185.206.118.200

- Signer chris.early@ubisoft.com entered name at signing as Chris Early
  2023-10-12 - 10:36:05 PM GMT- IP address: 185.55.99.10

- Document e-signed by Chris Early (chris.early@ubisoft.com)
  Signature Date: 2023-10-12 - 10:36:07 PM GMT - Time Source: server- IP address: 185.55.99.10

- Agreement completed.
  2023-10-12 - 10:36:07 PM GMT

**Adobe Acrobat Sign**