UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**ORDER RE: JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 280 |

Pending before the Court is a discovery dispute joint letter brief regarding the confidentiality of Microsoft's agreement with non-party Ubisoft involving cloud gaming rights. (Dkt. No. 280.) Microsoft produced the entire agreement to Plaintiffs with redactions. Plaintiffs insist that without access to the full agreement they will be prejudiced. Oral argument is not required to resolve this dispute. *See* Civ. L.R. 7-1(b).

Ubisoft objects to production of the full unredacted agreement because (1) redacted provisions are irrelevant to Plaintiffs' claims, and (2) it is concerned about accidental disclosure of its highly confidential information in light of accidental disclosure of party and non-party highly confidential information in the related action, *FTC v. Microsoft*, No. 23-2880. The Court adopts Ubisoft's proposal that Plaintiffs' counsel be allowed to view—and take notes regarding—the unredacted agreement. If after reviewing the agreement in full, Plaintiffs believe they have a good faith basis for arguing the redacted information is needed to prosecute their claims, then they can ask the Court to review the document *in camera*.

This Order disposes of Docket No. 280.

**IT IS SO ORDERED.**

Dated: October 19, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge