# EXHIBIT B

Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:      (415) 434-8900
Facsimile:       (415) 434-9200
Email:             jmalioto@aliotolaw.com
                       twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:      (415) 500-6800
Facsimile:       (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                       swilliams@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       eabuchanan@saverilawfirm.com
                       dseidel@saverilawfirm.com
                       kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANTE DEMARTINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **DECLARATION OF DAVID H. SEIDEL IN SUPPORT OF JOINT LETTER BRIEF REGARDING DEPOSITION TIME** |

I, David H. Seidel, declare as follows:

1.  I am an attorney duly licensed to practice in the State of California. I am an attorney at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of the Joint Letter Brief Regarding Deposition Time.

2.  I have reviewed the entire FTC deposition transcript of Phil Spencer.

3.  I have reviewed the entire trial testimony of Phil Spencer.

4.  There are numerous topics, relevant to this proceeding, that were never addressed by Mr. Spencer previously. That is in part because of the many factual issues that have arisen since the deposition (for example the new agreements that Microsoft has entered into with its competitors over *Call of Duty* and other Activision content and other recent factual developments), as well as other relevant topics that Mr. Spencer has never been questioned on.

5.  In reviewing the FTC's deposition of Phil Spencer, in addition to identifying topics that have never been covered, I also identified numerous follow-up questions and important details that were never asked even on topics that were previously covered.

6.  I have no intention of unduly repeating or eliciting duplicative testimony as any prior testimony from the FTC action.

7.  I have also identified key documents that Mr. Spencer was never questioned on previously that Plaintiffs need to question Mr. Spencer about.

8.  I believe that up to seven hours is needed for Mr. Spencer's deposition to cover non-duplicative relevant material that is necessary to prove Plaintiffs' claims. However, I intend to be as efficient as possible and will end the deposition early if possible.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of October, 2023 at San Francisco, California.

          /s/ *David H. Seidel*
          David H. Seidel