UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Case No.  3:22-cv-08991-JSC<br><br>**ORDER RE: MICROSOFT'S MOTION FOR PROTECTIVE ORDER FOR SMITH DEPOSITION**<br><br>Re: Dkt. Nos. 295, 296 |

Pending before the Court is a joint discovery letter brief wherein Microsoft seeks a protective order precluding the deposition of Harvey Smith. (Dkt. No. 296.)  Oral argument is not required to resolve this dispute. *See* Civ. L.R. 7-1(b).

In general, parties may obtain discovery regarding any matter, not privileged, that is "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). Factors to consider include "the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit." *Id.*   Harvey Smith is the Creative Director of Arkane Studios, which was owned by ZeniMax Media and acquired by Microsoft in 2021. Plaintiffs seek to depose Mr. Smith because of statements he made in a news article regarding the video game *Redfall* which were contradicted by testimony from Matt Booty, the head of Xbox Game Studios.  Plaintiffs have made no showing as to how decisions regarding *Redfall's* exclusivity are relevant to their claims in this action challenging Microsoft's acquisition of Activision and the *Call of Duty* franchise.  Nor have Plaintiffs shown how this deposition is proportional to the needs of the case especially given the compressed timeframe for discovery—as

insisted upon by Plaintiffs.

Microsoft's motion for a protective order is therefore GRANTED.

Microsoft's administrative motion to file portions of the discovery letter brief under seal is GRANTED.

This Order disposes of Docket Nos. 295, 296.

**IT IS SO ORDERED.**

Dated: November 20, 2023

JACQUELINE SCOTT CORLEY
United States District Judge