# EXHIBIT A

Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:      (415) 434-8900
Facsimile:       (415) 434-9200
Email:             jmalioto@aliotolaw.com
                       twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:      (415) 500-6800
Facsimile:       (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       eabuchanan@saverilawfirm.com
                       dseidel@saverilawfirm.com
                       kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**DECLARATION OF DAVID H. SEIDEL IN SUPPORT OF JOINT LETTER BRIEF** |

I, David H. Seidel, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an attorney at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of the Joint Letter Brief.

2. Cadio Zirpoli and I met and conferred with counsel for Microsoft (Valarie Williams and Tania Rice) on several different occasions to discuss the issues raised in this motion to compel.

3. We met and conferred with Valarie Williams and Tania Rice on November 6, before submitting the letter brief filed on November 10 (ECF No. 292).

4. We met and conferred again on November 17, 2023, and all parties agreed that our meet and confer obligations were exhausted prior to the November 10 letter brief.

5. With respect to Request for Production 16, our last offer to Microsoft was to produce the communications related to exclusivity decisions of Microsoft's games only for six Microsoft executives and only after February 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December, 2023 at San Francisco, California.

/s/ *David H. Seidel*
David H. Seidel