# EXHIBIT B
# Excerpt

| | |
|---|---|
| 1 | Valarie C. Williams (Bar No. 335347) |
| 2 | Tania Rice (Bar No. 294387) |
| | Alston & Bird LLP |
| 3 | 560 Mission Street, Suite 2100 |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 243-1000 |
| | valarie.williams@alston.com |
| 5 | tania.rice@alston.com |

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 22-cv-08991-JSC |
| *Plaintiffs*, | **MICROSOFT CORPORATION'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION** |
| v. | |
| MICROSOFT CORPORATION, | Hon. Jacqueline Scott Corley |
| *Defendant*. | |

Video Game titles," which refers to unspecific and unknown titles without any time limitation. It is unclear whether this request refers to all future Bethesda titles.

Subject to the foregoing objections, Microsoft responds: Deny. Microsoft expects that decisions will be made on a title-by-title basis.

**REQUEST NO. 6:**

Admit that You and Activision Blizzard compete in the development, publishing, and sale of video games.

**RESPONSE TO REQUEST NO. 6:**

Microsoft objects to this request as seeking information that is not relevant to any claim or defense, because Plaintiffs horizontal theory was dismissed. Microsoft further objects to this request as vague and ambiguous as to the term "compete," and as calling for a legal conclusion and/or subjective opinion.

**REQUEST NO. 7:**

Admit that You and Activision Blizzard compete in the development, publishing, and sale of Triple-A ("AAA") video games.

**RESPONSE TO REQUEST NO. 7:**

Microsoft objects to this request as seeking information that is not relevant to any claim or defense, because Plaintiffs horizontal theory was dismissed. Microsoft further objects to this request as vague and ambiguous as to the terms "compete" and "Triple-A ('AAA') video games," and as calling for a legal conclusion and/or subjective opinion.

**REQUEST NO. 8:**

Admit that Video Game content is a critical input for Your Video Game Platforms, including Your Cloud Gaming Services.

**RESPONSE TO REQUEST NO. 8:**

Microsoft objects to this request as vague and ambiguous with respect to the undefined phrases "Video Game content" and "critical input." Microsoft further objects to the extent that this request calls for a legal conclusion.

Subject to these objections, Microsoft denies that any particular video game is a "critical

1  DATED: July 13, 2023              ALSTON & BIRD LLP

2

3                                    */s/ Valarie C. Williams*
                                     Valarie C. Williams
4                                    B. Parker Miller
                                     Tania Rice

5                                    *Attorneys for Defendant*
6                                    MICROSOFT CORPORATION