# EXHIBIT C
# Excerpt

1  Valarie C. Williams (Bar No. 335347)
2  Tania Rice (Bar No. 294387)
   Alston & Bird LLP
3  560 Mission Street, Suite 2100
   San Francisco, CA 94105
4  Telephone: (415) 243-1000
   valarie.williams@alston.com
5  tania.rice@alston.com

6  B. Parker Miller (*pro hac vice*)
7  Alston & Bird LLP
   1201 West Peachtree Street, Suite 4900
8  Atlanta, GA 30309
   Telephone: (404) 881-7000
9  parker.miller@alston.com

10 Beth A. Wilkinson (*pro hac vice*)
11 Rakesh N. Kilaru (*pro hac vice*)
   Kieran Gostin (*pro hac vice*)
12 Anastasia M. Pastan (*pro hac vice*)
   Jenna Pavelec (*pro hac vice*)
13 Wilkinson Stekloff LLP
   2001 M Street NW, 10th Floor
14 Washington, DC 20036
15 Telephone: (202) 847-4000
   bwilkinson@wilkinsonstekloff.com
16 rkilaru@wilkinsonstekloff.com
   kgostin@wilkinsonstekloff.com
17 apastan@wilkinsonstekloff.com
   jpavelec@wilkinsonstekloff.com
18
19 *Counsel for Defendant Microsoft Corporation*

20                    **UNITED STATES DISTRICT COURT**
21                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 22-cv-08991-JSC |
| *Plaintiffs*, | **MICROSOFT CORPORATION'S RESPONSES TO PLAINTIFFS' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| MICROSOFT CORPORATION, | Hon. Jacqueline Scott Corley |
| *Defendant.* | |

Defendant Microsoft Corporation ("Microsoft") hereby responds to Plaintiffs' fourth set of requests for production of documents.

Microsoft responds to the requests as it understands them. Discovery in this matter is ongoing and Microsoft reserves its rights to amend or supplement these responses.

**REQUEST FOR PRODUCTION NO. 15:**

All Communications to and from Satya Nadella, Brad Smith, Phil Spencer, Amy Hood, Matt Booty, or Tim Stuart related to the Merger.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Microsoft has agreed to reproduce the documents that it has produced to the FTC as part of the FTC's investigation in File No. 221-0077. As part of those productions, Microsoft has already conducted a reasonable search and has produced or will produce responsive documents. The individuals listed in this request were custodians whose records were already searched as part of that search and production. That search and production included a search for documents relating to the proposed merger. To the extent this request seeks documents beyond this agreed upon production, Microsoft objects to this request as disproportional to the status and needs of the case.

**REQUEST FOR PRODUCTION NO. 16:**

All Documents and Communications related to making any Video Game, existing or in development, exclusive to Microsoft's Video Game Platforms and/or Multigame Library Subscription Service and/or Cloud-Gaming Service, regardless of whether You made that Video Game exclusive to any Video Game Platforms or subscription service.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Microsoft has agreed to reproduce the documents that it has produced to the FTC as part of the FTC's investigation in File No. 221-0077. As part of those productions, Microsoft has already conducted a reasonable search and has produced or will produce responsive documents. That search and production included a search for documents relating to "each occasion that the Company considered, negotiated, and/or contracted with any Person for exclusive use of any Related Product and/or Service [including gaming consoles, games, game subscription services, and cloud gaming services] provided by that third party, including any timed or otherwise limited exclusivity" and

"decision-making processes (including, but not limited to, any modelling, analyses, or reports) relating to exclusivity (total or limited) for first-party video games." To the extent this request seeks documents beyond this agreed upon production, Microsoft objects to this request as disproportional to the status and needs of the case.

**REQUEST FOR PRODUCTION NO. 17:**

All social media posts Satya Nadella, Brad Smith, Phil Spencer, Amy Hood, Matt Booty, or Tim Stuart made or otherwise disseminated in the past two years concerning Video Games, including but not limited to social media posts, recorded Twitch streams, and posts on forums, such as Reddit, irrespective of whether the post was through an official account.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Microsoft objects to this request as disproportional to the status and needs of the case. It further objections to this request as seeking material that is not relevant to any claim or defense. Microsoft will not produce documents in response to this request.

**REQUEST FOR PRODUCTION NO. 18:**

All Communications and Documents related to Florian Mueller and the Merger.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

Microsoft objects to this request as vague and ambiguous. It appears to call for documents that are publicly available (*e.g.*, articles published by non-party Florian Mueller). Microsoft further objects to this request as calling for discovery that is irrelevant to any claim or defense and/or disproportional to the needs and status of the case. Microsoft will not produce documents in response to this request.

**REQUEST FOR PRODUCTION NO. 19:**

All Communications between You and Florian Mueller, including communications between Florian Mueller and any Microsoft employees, since January 1, 2021.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

Microsoft objects to this request as calling for discovery that is irrelevant to any claim or defense and/or disproportional to the needs and status of the case. Microsoft will not produce documents in response to this request.

DATED: July 13, 2023

ALSTON & BIRD LLP

*/s/ Valarie C. Williams*
Valarie C. Williams
B. Parker Miller
Tania Rice

*Attorneys for Defendant*
MICROSOFT CORPORATION