Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Robert H. Poole (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com
robert.poole@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Status Conference Date: January 11, 2024<br>Time: 1:30 p.m.<br>Location: Zoom<br>Judge: Hon. Jacqueline Scott Corley |

The parties through their undersigned counsel submit the following joint status report.

## I. Case Status

**Plaintiffs' Position:**

The Ninth Circuit has not yet issued an order on Plaintiffs' appeal. The Ninth Circuit has also not yet issued an order on the FTC's appeal in the case *FTC v. Microsoft Corp.*, 3:23-cv-2880 (N.D. Cal.).

On December 21, 2023, the Court vacated the February 5, 2024, trial date.[1]

Plaintiffs request that a new trial date contingent on the Ninth Circuit rulings be set so that once the Ninth Circuit's rulings are issued, a trial in this case can proceed promptly. To the extent Microsoft seeks to stay a trial in this case until after the FTC's regulatory process concludes, Plaintiffs respectfully object and ask for an opportunity to brief the issue. Notably, Microsoft previously moved the Court for a stay until after the FTC's proceedings had concluded. *See* ECF Nos. 26, 27. That motion was denied for the reasons stated in Plaintiffs' opposition. *See* Hr'g Tr. (Jan. 19, 2023) at 6:10–11.

**Microsoft's Position:**

Regarding the trial date, Microsoft agrees with the Court's statements during the previous case management conference that the trial in the DeMartini matter should occur after the trial in the FTC matter, which was filed first. Microsoft respectfully submits that the Court should wait to set a new trial date at least until after the Ninth Circuit has ruled on the appeals pending in this case and *FTC v. Microsoft*.

## II. Currently Pending Motions

On January 5, 2024, the parties are submitting a joint letter brief on Microsoft's objection to Plaintiffs' deposition notice of Satya Nadella.

---

[1] During the December 21, 2023, Case Management Conference, the Court stated that it would reassess the trial date at the January 11, 2024 CMC. *See* Hr'g Tr. (Dec. 21, 2023) at 6:6-8. The Court's minute order displayed on the public docket on Pacer does not state that the February 5, 2024, trial date was vacated. However, the Minute Order (ECF 309) states that the "bench trial set for 2/5/2024 is vacated."

| | | |
|---|---|---|
| Dated: January 5, 2024 | By: | */s/ Joseph R. Saveri* |
| | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              eabuchanan@saverilawfirm.com
              dseidel@saverilawfirm.com
              kmcmahon@saverilawfirm.com

Plaintiffs' Counsel

Dated: January 5, 2024          By:  */s/ Valarie C. Williams*

Valarie C. Williams
B. Parker Miller
Tania Rice
Robert Poole
**Alston & Bird LLP**

Beth A. Wilkinson
Rakesh N. Kilaru
Kieran G. Gostin
Anastasia M. Pastan
Jenna Pavelec
**Wilkinson Stekloff LLP**

*Counsel for Defendant Microsoft Corporation*

1 | **Filer's Attestation**

2 |     Each of the other Signatories have concurred in the filing of the document, which shall serve in
3 | lieu of their signatures on the document.

4 | Dated: January 5, 2024        By:    <u>*/s/ Valarie C. Williams*</u>
                                                          Valarie C. Williams