Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

*Counsel for Microsoft Corporation*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, *et al.*, | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | **STIPULATED REQUEST TO MODIFY EXPERT DISCOVERY SCHEDULE** |
| v. | |
| MICROSOFT CORPORATION, | Dept.:    Courtroom 8—19th Floor |
| Defendant. | Judge:    Honorable Jacqueline S. Corley |

In light of the Court's minute order vacating the February 5, 2024 trial date (ECF No. 309), and to fully resolve Plaintiffs' concerns over the timing of Defendants' November 20, 2023 data production, the parties have agreed to modify the existing expert discovery schedule as follows:

- Plaintiffs serve expert report: December 12, 2023.
- Defendant serves expert report: January 12, 2024.
- Plaintiffs serve rebuttal expert report (if any): February 12, 2024.

This modification will not alter any other deadlines in the case. The case schedule was previously modified by stipulation on December 13, 2023.

This scheduling modification resolves Plaintiffs' concerns over the timing of Microsoft's November 20, 2023 data production, as raised by Plaintiffs in the parties' joint case management statement filed in advance of the December 21, 2023 case management conference.

IT IS SO STIPULATED.

Dated: January 17, 2024          By: */s/ Valarie C. Williams*
                                      Valarie C. Williams
                                      *Counsel for Microsoft Corporation*

Dated: January 17, 2024          By: */s/ Cadio Zirpoli*
                                      Cadio Zirpoli
                                      *Counsel for Plaintiffs*

**Filer's Attestation**

Each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

By: */s/ Valarie C. Williams*
    Valarie C. Williams

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: January 17, 2024

By: *Jacqueline Scott Corley*
The Hon. Jacqueline Scott Corley
United States District Judge