Joseph M. Alioto (State Bar No. 42680)
Tatiana V. Wallace (State Bar No. 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:     (415) 434-8900
Facsimile:       (415) 434-9200
Email:             jmalioto@aliotolaw.com
                      twallace@aliotolaw.com

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:       (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      dseidel@saverilawfirm.com
                      kmcmahon@saverilawfirm.com
                      acera@saverilawfirm.com

(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**STIPULATION RE: AMENDMENT TO DISCOVERY SCHEDULE**<br><br>Hon. Jacqueline Scott Corley |

In light of recent discovery issues, the parties have agreed to modify the expert discovery schedule as follows:

- Plaintiffs serve rebuttal expert report: March 4, 2024.
- Expert depositions to conclude by April 19, 2024.

This modification will not alter any other deadlines in the case. Plaintiffs agree that they will not seek a further extension of the expert discovery schedule on the basis of the timing or contents of Activision's February 2, 2024 production, as discussed in the parties' case management statement filed on February 6, 2024.

IT IS SO STIPULATED.

Dated: February 9, 2024            By:    */s/ Cadio Zirpoli*
                                          Cadio Zirpoli
                                          *Counsel for Plaintiffs*

Dated: February 9, 2024            By:    */s/ Sarah Neuman*
                                          Sarah Neuman
                                          *Counsel for Defendant*
                                          *Microsoft Corporation*

### Filer's Attestation

Each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

By: */s/ Cadio Zirpoli*
    Cadio Zirpoli

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February 12, 2024          _____
                                   Honorable Jacqueline Scott Corley
                                   United States District Judge