# ALIOTO LAW FIRM

ONE SANSOME STREET
35TH FLOOR
SAN FRANCISCO, CALIFORNIA  94104

TELEPHONE (415) 434-8900
FACSIMILE (415) 434-9200

March 11, 2024

<u>Via ECF</u>

District Judge Jacqueline Scott Corley
United States District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *DeMartini et al. v. Microsoft* Case No. 3:22-cv-08991-JSC

Dear Judge Corley:

Pursuant to Your Honor's Civil Standing Order F (2), the Plaintiffs respectfully request the guidance of the Court regarding the deposition of CEO and Chairman of Microsoft, Mr. Satya Nadella.

After numerous unsuccessful attempts to resolve the dispute with the Defendant, the Plaintiffs request the Court to intervene and set a specific date for this deposition prior to Monday, March 25, 2024, at which time the Plaintiffs will be taking the deposition of the Defendant's expert.

The chronology of facts are as follows:

On December 12, 2023, the Plaintiffs requested from the Defendants a convenient place and time to take Mr. Nadella's deposition.

On December 14, 2023, in response the Defendant did not give a convenient place or time. Instead, the Defendant advised the Plaintiffs that it would contest the Plaintiffs' right to take the deposition.

ALIOTO LAW FIRM
Page 2

      The Plaintiffs and Defendant submitted a joint letter to Your Honor regarding the issue.

      On January 8, 2023, the Court resolved the issue and granted the Plaintiffs permission to take Mr. Nadella's deposition for "3 hours."

      On January 11, 2024, the Plaintiffs again requested a convenient time and place to take the deposition of Mr. Nadella.

      On January 18, 2024, after not receiving a response from the Defendant, the Plaintiffs again requested a convenient time and place for the deposition of Mr. Nadella, and stated that the Plaintiffs would personally serve Mr. Nadella with a subpoena if they did not get a response.

      On January 22, 2024, the Defendant sent an email stating that there was no need to serve a subpoena on Mr. Nadella because Counsel were working diligently to secure a date and time for the Plaintiffs to take the deposition.

      On January 23, 2024, the Defendants provided dates of April 23 and April 30, three months later.

      On January 24, 2024, the Plaintiffs asked for new dates rather than having to wait three months to take the deposition.

      On January 26, 2024, the parties met for a meet and confer regarding the deposition, but were unable to come to an agreement with regard to the date. The Defendant was steadfast on the end of the April dates.

      The Plaintiffs and Defendant submitted another joint letter to the Court with regard to this dispute.

      On February 7, 2024, the Court stated as follows with regard to Mr. Nadella's Deposition: "As for Mr. Nadella's deposition, as Microsoft agrees to move it earlier if necessary to ensure Plaintiffs take the deposition sufficiently in advance of trial, the Court declines to intervene at this time."

      On February 13, 2024, the Plaintiffs once again requested a convenient time and place from the Defendant earlier than the two months, and hopefully by the Ides of March, a full month later.

ALIOTO LAW FIRM
Page 3

      Another meet and confer took place. The Defendant remained steadfast.

      The Plaintiffs now respectfully submit that the Defendant make Mr. Nadella available for his "3 hour" deposition before March 25, 2024, the date on which the Plaintiffs take the deposition of the Defendant's expert.

      Respectfully submitted,

**ALIOTO LAW FIRM**

                                        By: */s/ Joseph M. Alioto*
                                                Joseph M. Alioto

Cc: All Counsel