UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 3:22-cv-08991-JSC<br><br>**ORDER FOLLOWING MARCH 14, 2024 CASE MANAGEMENT CONFERENCE** |

This Order confirms the matters discussed at the March 14, 2024 case management conference.

First, for the discovery issues referenced in the joint case management conference statement (Dkt. No. 346), if Plaintiffs seek the Court's assistance resolving these matters they must provide their portion of a joint discovery letter brief(s) to Microsoft by March 18, 2024. Microsoft shall provide Plaintiffs with their response(s) by noon March 21, 2024, and Plaintiffs shall file the discovery letter brief(s) by March 22, 2024. Microsoft shall follow the same schedule as the moving party as to the deposition of Dr. Cabral. The Court will take the matters under submission upon receipt of the joint discovery letter brief(s).

Second, Microsoft shall file its response to Plaintiffs' motion for a temporary restraining order by March 26, 2024. Plaintiffs' reply is due March 29, 2024. Upon completion of the briefing, the Court will notify the parties' if a hearing is required.

**IT IS SO ORDERED.**

Dated: March 14, 2024

JACQUELINE SCOTT CORLEY
United States District Judge