UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
|---|---|
| Plaintiffs, | |
| v. | **ORDER RE: ADMINISTRATIVE MOTION FOR ADR REFERRAL** |
| MICROSOFT CORPORATION, | Re: Dkt. No. 362 |
| Defendant. | |

Microsoft's administrative motion for an ADR referral is DENIED. (Dkt. No. 362.) However, at the next status conference the parties shall be prepared to discuss an ADR referral. The Court will require the parties to participate in ADR prior to trial as it does in all cases.

The Court sets a further status conference for May 2, 2024 at 1:30 p.m. via Zoom video. The parties shall file an updated joint statement by April 30, 2024.

This Order disposes of Docket No. 362.

**IT IS SO ORDERED.**

Dated: March 27, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge