Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Robert H. Poole (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com
robert.poole@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran G. Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
sarah.neuman@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE SUPPLEMENTARY MATERIAL IN OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** <br><br> Hon. Jacqueline Scott Corley |

Plaintiffs filed their latest request for a temporary restraining order/preliminary injunction on Wednesday, March 13. (Dkt. 350.) The next day, the Court ordered Microsoft to respond to solely the TRO request by Tuesday, March 26. (Dkt. 355.) In Plaintiffs' reply in support of a TRO, they argue that the reports by their expert, Dr. Cabral, are "unrebutted" and therefore, they have shown a likelihood of success on the merits. (*E.g.*, Dkt. 375 at 7:14-8:2.) This argument is legally baseless for reasons Microsoft has already explained. (*See* Dkt. 367 (Opp. to TRO) at 10–13.) But it is also factually incorrect: As Plaintiffs know, Microsoft's expert, Dr. Elizabeth Bailey, submitted a report in this matter that rebuts Dr. Cabral's reports, most of which are directed to horizontal claims that the Court previously dismissed. Simply to correct Plaintiffs' erroneous implication, Microsoft requests leave to supplement the record with Dr. Bailey's report in this matter (attached as Exhibit A). Plaintiffs have had this report since January and deposed Dr. Bailey prior to filing their reply brief. Plaintiffs confirmed in writing that they object to this motion (and there was no requirement to meet and confer further). (*See* Williams Decl., ¶ 2; Civ. L.R. 7-11(a).)

Dated: April 3, 2024                                              Respectfully submitted,

By:  /s/ *Valarie C. Williams*

Valarie C. Williams
B. Parker Miller
Tania Rice
Robert H. Poole
Alston & Bird LLP

Beth A. Wilkinson
Rakesh N. Kilaru
Kieran G. Gostin
Anastasia M. Pastan
Sarah Neuman
Wilkinson Stekloff LLP

*Counsel for Defendant Microsoft Corporation*