1
2
3
4
5

Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

6
7
8
9
10

B. Parker Miller (*pro hac vice*)
Robert H. Poole (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com
robert.poole@alston.com

11
12
13
14
15
16
17
18
19

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran G. Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
sarah.neuman@wilkinsonstekloff.com

20

*Counsel for Defendant Microsoft Corporation*

21
22

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

23

DANTE DEMARTINI, *et al.*,

24

Plaintiffs,

25

v.

26

MICROSOFT CORPORATION,

27

Defendant.

28

Case No. 3:22-cv-08991-JSC

**WILLIAMS DECLARATION IN
SUPPORT OF ADMIN. MOTION TO
FILE SUPPLEMENTARY MATERIAL
IN OPPOSITION TO PLAINTIFFS'
MOTION FOR A TEMPORARY
RESTRAINING ORDER**

Hon. Jacqueline Scott Corley

1      I, Valarie Williams, declare as follows:

2          1.      I am counsel for Microsoft Corporation in this action.  I have knowledge of the matters

3  set forth in this declaration, and I could and would competently testify thereto if called to do so.

4          2.      Microsoft could not obtain a stipulation to this administrative motion, because

5  Plaintiffs' counsel confirmed by email that they object to the motion.

6          I declare under the penalty of perjury that the foregoing is true and correct.  Executed on April

7  3, 2024.

8

9                                                    _____

10                                                        Valarie Williams

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1