**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE DEMARTINI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:22-cv-08991-JSC <br><br> **[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S ADMIN. MOTION TO FILE SUPPLEMENTAL MATERIAL** <br><br> Hon. Jacqueline Scott Corley |

The Court has reviewed Microsoft Corporation's Administrative Motion to File Supplemental Material. The Court GRANTS the motion and, if necessary, will consider the expert report of Dr. Elizabeth M. Bailey when ruling on Plaintiffs' motion for a temporary restraining order.

IT IS SO ORDERED.

DATED:

                                                  JACQUELINE SCOTT CORLEY
                                                United States District Court Judge