Valarie C. Williams (Bar No. 335347)
Tania Rice (Bar No. 294387)
Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
valarie.williams@alston.com
tania.rice@alston.com

B. Parker Miller (*pro hac vice*)
Robert H. Poole (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
parker.miller@alston.com
robert.poole@alston.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran G. Gostin (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | **STIPULATION RE: CABRAL DEPOSITION** |
| v. | Hon. Jacqueline Scott Corley |
| MICROSOFT CORPORATION, | |
| Defendant. | |

On February 12, the Court granted the parties' stipulated request to modify the expert discovery schedule to allow expert depositions to conclude by April 19, 2024. (Dkt. 337.) Plaintiffs took the deposition of Microsoft's expert within the expert discovery window, on March 25. On February 16, Plaintiffs proposed that Microsoft take the deposition of Dr. Cabral on either March 27, April 1, April 8, or April 9. However, the parties have been unable to find a mutually convenient date prior to April 19 for the deposition of Plaintiffs' expert, Dr. Luis Cabral.

The parties thus stipulate as follows:

1. The deposition of Dr. Luis Cabral is set for May 14.

2. Microsoft may take the deposition of Dr. Luis Cabral after the close of expert discovery, up to May 14, 2024.

This modification will not alter any other deadlines in the case.

IT IS SO STIPULATED.

Dated: April 24, 2024          By:     /s/ Cadio Zirpoli
                                       Cadio Zirpoli
                                       Counsel for Plaintiffs


Dated: April 24, 2024          By:     /s/ Valarie C. Williams
                                       Valarie C. Williams
                                       Counsel for Defendant
                                       Microsoft Corporation


**Filer's Attestation**

Each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

                               By:     /s/ Valarie C. Williams
                                       Valarie C. Williams

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated: _____                    _____

4                                              Honorable Jacqueline Scott Corley
                                               United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28