FILED

AUG 6 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANTE DEMARTINI; et al., | No. 23-15846 |
| Plaintiffs-Appellants, | D.C. No. 3:22-cv-08991-JSC<br>Northern District of California,<br>San Francisco |
| v. | |
| MICROSOFT CORPORATION, | ORDER |
| Defendant-Appellee, | |
| _____ | |
| SONY INTERACTIVE ENTERTAINMENT LLC; ACTIVISION BLIZZARD, INC., | |
| Intervenors-Pending. | |

Before: COLLINS, FORREST, and SUNG, Circuit Judges.

The motion of Sony Interactive Entertainment LLC ("SIE") for leave to strike Docket Entry No. 109 is granted. (Dkt. 112.) The motion to withdraw Zachary G. Tschida as counsel for intervenor SIE is also granted. (Dkt. 113.)