| | |
|---|---|
| 1 | Joseph M. Alioto (State Bar No. 42680) |
| | Tatiana V. Wallace (State Bar No. 233939) |
| 2 | **ALIOTO LAW FIRM** |
| | One Sansome Street, 35th Floor |
| 3 | San Francisco, CA  94104 |
| | Telephone:      (415) 434-8900 |
| 4 | Facsimile:       (415) 434-9200 |
| | Email:            jmalioto@aliotolaw.com |
| 5 |                         twallace@aliotolaw.com |
| 6 | Joseph R. Saveri (State Bar No. 130064) |
| | Cadio Zirpoli (State Bar No. 179108) |
| 7 | Elissa Buchanan (State Bar No. 249996) |
| | David H. Seidel (State Bar No. 307135) |
| 8 | Evan A. Creutz (State Bar No. 349728) |
| | Aaron Cera (State Bar No. 351163) |
| 9 | **JOSEPH SAVERI LAW FIRM, LLP** |
| | 601 California Street, Suite 1505 |
| 10 | San Francisco, California 94108 |
| | Telephone:      (415) 500-6800 |
| 11 | Facsimile:       (415) 395-9940 |
| | Email:            jsaveri@saverilawfirm.com |
| 12 |                         czirpoli@saverilawfirm.com |
| |                         eabuchanan@saverilawfirm.com |
| 13 |                         dseidel@saverilawfirm.com |
| |                         ecreutz@saverilawfirm.com |
| 14 |                         acera@saverilawfirm.com |

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANTE DEMARTINI, et al., | Case No. 3:22-cv-08991-JSC |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | Hon: Jacqueline Scott Corley |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Kathleen J. McMahon is no longer an attorney at the Joseph Saveri Law Firm, LLP and is hereby withdrawn as counsel for Plaintiffs. Kathleen J. McMahon should be removed from the Court's service list with respect to this action. The Joseph Saveri Law Firm, LLP continues to represent the Plaintiffs. All future correspondence and papers in this action should continue to be directed to Joseph R. Saveri, Cadio Zirpoli, Elissa Buchanan, David H. Seidel, Evan A. Creutz, and Aaron Cera.

Dated: August 13, 2024         By:     /s/ Joseph R. Saveri
                                       Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Evan A. Creutz (State Bar No. 349728)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              eabuchanan@saverilawfirm.com
              dseidel@saverilawfirm.com
              ecreutz@saverilawfirm.com
              acera@saverilawfirm.com

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone:    (415) 434-8900
Facsimile:    (415) 434-9200
Email:        jmalioto@aliotolaw.com
              twallace@aliotolaw.com

*Plaintiffs' Counsel*